IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN INUPIAT FOR A LIVING ARCTIC, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et al.*, <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00058-SLG |

**<u>ORDER RE ARCTIC SLOPE REGIONAL CORPORATION'S UNOPPOSED MOTION TO INTERVENE UNDER FEDERAL RULE OF CIVIL PROCEDURE 24</u>**

Before the Court at Docket 14 is *Arctic Slope Regional Corporation's Unopposed Motion to Intervene Under Federal Rule of Civil Procedure 24*. Federal Defendants and Plaintiffs do not take a position on the motion. IT IS HEREBY ORDERED that the Motion to Intervene is GRANTED.

Arctic Slope Regional Corporation ("ASRC") is hereby admitted into this litigation as an intervenor-defendant with full rights of participation. The case caption in this matter is amended as shown above. Within seven (7) days of the date of this order, ASRC is directed to file a clean copy of its Answer filed at Docket 14-1.

DATED this 16th day of March, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00058-SLG, *Sovereign Inupiat for a Living Arctic, et al. v. BLM, et al.*
Order re Arctic Slope Regional Corporation's Unopposed Motion to Intervene Under Federal Rule of Civil Procedure 24
Page 2 of 2

Case 3:23-cv-00058-SLG   Document 27   Filed 03/16/23   Page 2 of 2