IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>　　　　　Defendants,<br><br>　　and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*,<br><br>　　　　　Intervenor-Defendants. | Case No. 3:23-cv-00058-SLG |

### ORDER RE PENDING MOTIONS AND BRIEFING SCHEDULE FOR MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Before the Court at Docket 22 is *Plaintiffs' Motion to Expedite Consideration of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction*. Also before the Court at Docket 26 is the parties' *Stipulated Motion to Expedite and Set Schedule for Motions for Preliminary Injunction*. Upon due consideration, the motions are each GRANTED as follows: The briefing schedule for the motion for preliminary injunction in this case and the related Case No. 3:23-cv-00061-SLG is set as follows:

1. Plaintiffs shall file their motions for preliminary injunctive relief on or before **March 16, 2023**.

2. Defendants and any Intervenor-Defendant(s) shall each file a single

combined response brief to the motions on or before **March 24, 2023**.

3. Plaintiffs in each case may file a single brief in reply to the opposition briefs on or before **March 28, 2023**.

4. The Court acknowledges the parties' joint request for a ruling on the preliminary injunction motions not later than **April 3, 2023**, and the Court will endeavor to accommodate that request.

IT IS SO ORDERED.

DATED this 17th day of March, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00058-SLG, *Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.*
Order re Pending Motions and Briefing Schedule for Motion for TRO and Preliminary Injunction
Page 2 of 2

Case 3:23-cv-00058-SLG   Document 32   Filed 03/17/23   Page 2 of 2