Patrick W. Munson (AK Bar No. 1205019)
Charles A. Cacciola (AK Bar No. 1306045)
Sam Severin (AK Bar. No. 0606035)
Chandler, Falconer, Munson & Cacciola, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401

Attorneys for Movant Kuukpik Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>                      Plaintiffs,<br>vs.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>                      Defendants. | Case No. 3:23-cv-00058-SLG |

**AFFIDAVIT OF JOE NUKAPIGAK**

STATE OF ALASKA          )
                                      ) ss:
THIRD JUDICIAL DISTRICT  )

    I, Joe Nukapigak, declare under penalty of perjury as follows:

    1.    I am the president of Kuukpik Corporation and an original shareholder. This affidavit is based upon personal knowledge, including review of corporate records.

    2.    Kuukpik was incorporated in 1973 as the ANCSA village corporation for Nuiqsut, Alaska, with 212 original shareholders.

    3.    In accordance with the congressional mandate and as provided in its articles of incorporation, Kuukpik was created to "receive for and on behalf of itself and all Natives residents of said Native village pursuant to the Act all of the benefits and emoluments of the

Act" and to "engage in all activities, whether economic, cultural social, or charitable, to protect and preserve the well-being of the Natives residents of the Native village of Nooiksut[.]"

4. To date, the United States, pursuant ANCSA, has conveyed over 140,000 acres of surface estate to Kuukpik, and Kuukpik has selected additional acreage for conveyance that has yet to occur but expected to occur in the future.

5. These lands represent a portion of the ancestral lands of Kuukpik's original 212 shareholders.

6. In 2020, Kuukpik's shareholders authorized the creation of Class B Settlement Common Stock, for which children of original shareholders were generally eligible.

7. With the new enrollment, as of today, Kuukpik has approximately 687 shareholders. Approximately 224 shareholders currently reside in Nuiqsut, and a total of 437 shareholder reside in the North Slope Borough.

8. Nuiqsut likely has the lowest residential heating costs of anywhere in Alaska. With the development of Alpine, Kuukpik and the North Slope Borough negotiated with ConocoPhillips to provide natural gas to the townsite. As a result, the locally managed Nuiqsut Utility Cooperative provides natural gas to most Nuiqsut residences with the residential customers paying $25 per month for gas.

9. Kuukpik has participated in all or nearly all NEPA and other major permitting processes regarding oil and gas development in the Nuiqsut and Colville River Delta area since the late 1990s. During the time that I have been aware of or affiliated with Kuukpik Corporation, the Corporation has supported what it typically describes as balanced and responsible oil development in and around Kuukpik-owned lands and the Nuiqsut area. For example, Kuukpik supported development of the CD-5 development, but not until a

compromise bridge crossing was agreed to that would reduce impacts to local subsistence fishermen and women in particular. By way of another example, Kuukpik has never supported the proposed Liberty Development due to the impacts and risks this proposed project poses to Nuiqsut's traditional whaling subsistence practices.

10. Kuukpik publicly opposed all alternatives identified in the original Willow Environmental Impact Statement. While it did not participate directly in the earlier lawsuits before this Court, it participated heavily in the processes leading up to those lawsuits, consistently advocating alternatives that it believed would have reduced impacts and mitigation measures that would either reduce or offset impacts by providing other benefits to local residents. For example, Kuukpik participated in the North Slope Borough rezone process related to the Willow Project and was able to secure an extensive list of conditions and mitigation measures that had not previously been required or imposed as a condition of proceeding with the Project.

11. Roads constructed to support oil development have opened up access to hundreds of square miles of land that for subsistence use, lands that were previously difficult and costly to access. These roads have also made it easier to harvest whales and seals.

12. I am very familiar with the proposed Willow Project, including Alternative E as described and approved in the March 13, 2023 Record of Decision. Alternative E would require use of roads and both new and existing pipelines across land owned by Kuukpik Corporation.

13. Throughout the NEPA process, Kuukpik has had numerous consultations with BLM, ConocoPhillips, and other stakeholders to express our concerns with various aspects of the proposed Willow Project. Those discussions have generally attempted to

find options and mitigation measures that would reduce impacts from the Project, increase long-term benefits to local residents and Kuukpik shareholders, and which Kuukpik and its Board believed would be supported by as many people in Nuiqsut as possible. While the Project is not universally supported, based on my observations of many public meetings and conversation with residents and board members, I believe Alternative E has broad support within the community.

14. Kuukpik's board considered these lawsuits at its regular meeting on March 16, 2023. At that meeting, the Board carefully considered its options and ultimately decided that Kuukpik should participate in these lawsuits, if permitted to do so by the Court.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Joe Nukapigak

SUBSCRIBED AND SWORN to before me this 20th day of March, 2023.

*State of Alaska*
**NOTARY PUBLIC**
**Charles Cacciola**
My Commission Expires Jun 7, 2025

Notary Public in and for Alaska
My Commission Expires: 6/7/2025

AFFIDAVIT OF JOE NUKAPIGAK