

U.S. Department of the Interior
Bureau of Land Management

# Willow Master Development Plan

**Supplemental Environmental Impact Statement**

## FINAL

## Volume 1: Executive Summary, Chapters 1 through 5, Glossary, and References

## January 2023

**Prepared by:**
U.S. Department of the Interior
Bureau of Land Management
Anchorage, Alaska

**In Cooperation with:**
U.S. Army Corps of Engineers
U.S. Environmental Protection Agency
U.S. Fish and Wildlife Service
Native Village of Nuiqsut
Iñupiat Community of the Arctic Slope
City of Nuiqsut
North Slope Borough
State of Alaska

**Estimated Total Costs Associated with Developing and Producing this SEIS:** $3,350,000

Case 3:23-cv-00058-SLG    Document 5-2    Filed 03/20/23    Page 1 of 26
EXHIBIT B

# 10.0  COLLABORATION AND COORDINATION

The BLM is the lead agency for this EIS. Cooperating agencies for both the 2020 EIS and this 2022 Supplemental EIS included USACE, U.S. Environmental Protection Agency (EPA), U.S. Fish and Wildlife Service (USFWS), Native Village of Nuiqsut (NVN), Iñupiat Community of the Arctic Slope (ICAS), City of Nuiqsut, NSB, and State of Alaska. The Federal Aviation Administration, Bureau of Ocean and Energy Management, National Marine Fisheries Service (NMFS), U.S. Coast Guard, and U.S. Department of Transportation (Pipeline and Hazardous Materials Safety Administration) were invited to be cooperating agencies during the 2020 Willow EIS but declined to participate.

As the lead federal agency, BLM consulted with federally recognized tribal governments during preparation of the EIS and this Supplemental EIS. BLM initiated the government-to-government consultation and ANCSA corporation consultation with the following tribes and ANCSA corporations whose members could be substantially affected by the Project:

- NVN
- Naqsragmiut Tribal Council
- ICAS
- Kuukpik
- Arctic Slope Regional Corporation

BLM offered these entities the opportunity to participate in formal consultation, to participate as cooperating agencies, or simply to receive information about the Project, prior to public dissemination.

BLM is consulting with the Alaska State Historic Preservation Office, in accordance with Section 106 of the National Historic Preservation Act of 1966. This is to determine if and how the Project could affect cultural resources listed in or eligible for listing in the National Register of Historic Places.

To comply with Section 7(a)(2) of the Endangered Species Act of 1973 (ESA), BLM is consulting with USFWS and NMFS as appropriate, for species listed under the ESA. Both agencies provided input on issues, data collection and review, and alternatives development. Consultation is occurring parallel to the NEPA process and will be completed prior to the issuance of any ROD.

BLM's evaluation of the effects of the Project and the cumulative effects of current and future activities on subsistence uses and needs, as required under Section 810 of Alaska National Interest Lands Conservation Act (ANILCA) is included in Appendix G, *Alaska National Interest Lands Conservation Act Section 810 Analysis*. BLM's findings conclude that the Project is not expected to result in a large reduction in the abundance (population level) of caribou or any other subsistence resource. However, the evaluation concludes that the Project may significantly restrict uses for the community of Nuiqsut due to a reduction in the availability of resources caused by alteration of their distribution and limitations on subsistence user access to the area.

BLM's findings in the ANILCA Section 810 evaluation for this Supplemental EIS conclude that the cumulative effects of current and future activities may significantly restrict uses for Nuiqsut, due to a reduction in the availability of caribou and limitations on subsistence user access to the area. A preliminary ANILCA Section 810 evaluation was published concurrent with the Draft Supplemental EIS, and public hearings were held to collect testimony from affected communities with a "may significantly restrict" finding during the public comment period.

Case 3:23-cv-00058-SLG   Document 85-2   Filed 03/20/23   Page 2 of 26
EXHIBIT B

| Agency | Authority/Expertise |
|--------|---------------------|
| Native Village of Nuiqsut | Expertise in sociocultural, wildlife, subsistence, and economic resources |
| Iñupiat Community of the Arctic Slope | Expertise in sociocultural, subsistence, and economic resources |
| City of Nuiqsut | Expertise in sociocultural and economic resources |
| North Slope Borough | Responsible for land use planning and regulation; permit authority for rezone; expertise in sociocultural, wildlife, subsistence, and economic resources |
| State of Alaska (Departments of Fish and Game; Environmental Conservation; Natural Resources; Health and Social Services; and Commerce, Community, and Economic Development) | Responsible for adjudicating requests or applications for permits, easements, and leases on state land (including state submerged land within 3 miles of the coast). Authority for air permits, water quality, spill prevention and response, and wastewater permits; expertise in sociocultural, human health, wildlife, subsistence, economic resources, off-road travel, water use, and ice road construction. |

## 1.7   Other Agencies

The Federal Aviation Administration (FAA), Bureau of Ocean and Energy Management (BOEM), National Marine Fisheries Service (NMFS), U.S. Coast Guard, and U.S. Department of Transportation (Pipeline and Hazardous Materials Safety Administration) were invited to be cooperating agencies but declined to participate.

## 1.8   Permitting Authorities

All action alternatives and module delivery options in this EIS would require federal authorization by BLM, USACE, U.S. Coast Guard, and potentially U.S. Department of Transportation (Pipeline and Hazardous Materials Safety Administration).

The State of Alaska, the NSB, Kuukpik Corporation (Kuukpik), the Native Village of Nuiqsut (NVN), and the Arctic Slope Regional Corporation (ASRC) are responsible for land management decisions, easements, leases, authorizations, and permits on their respective lands. The State of Alaska also has authority for state waters within 3 miles of the shore.

Appendix C, *Regulatory Authorities and Framework*, provides a full list of anticipated permits, approvals, and consultations as well as a list of applicable federal laws and executive orders.

## 1.9   Informal Scoping and Substantive Issues*

BLM identified 34 issues to be addressed in this Supplemental EIS through public and agency scoping (including internal BLM scoping) and consultation with Alaska Native tribes and ANCSA corporations (Appendix B.4, *Supplemental EIS Scoping Comment Summary Report*). The Supplemental EIS 30-day scoping period was held February 7, 2022, through March 9, 2022.

During public scoping, 125,146 comment submissions were received, with 506 comments being unique. Comments were categorized as issues associated with resource topics, issues associated with BLM policy (and therefore not addressed in this Supplemental EIS), or out-of-scope comments. Substantive issues were identified as those that could potentially have significant effects, are necessary to make a reasoned choice among alternatives, or are needed to address points of disagreement, debate, or dispute regarding an anticipated impact from the Project. Substantive issues within the scope of the Supplemental EIS that were identified through scoping are addressed in this Supplemental EIS.

Resources and topics that were considered but dismissed from detailed analysis in this Supplemental EIS are listed in Table 1.8.1, along with the rationale for dismissal.

**Table 1.8.1. Resources and Topics Dismissed from Detailed Analysis**

| Resource or Topic | Rationale for Dismissal from Detailed Analysis |
|-------------------|------------------------------------------------|
| Wildland fire | The Project is located above the latitudinal tree line, in a predominantly wetland environment where wildland fire is rare. |
| Sand resources | Sand resources would not be used for the Project and thus would not be affected. |
| Physiography and geomorphology | The dominant physiographic feature near the Project is the Arctic Coastal Plain; the Project would not alter its geography or geomorphology. The only geomorphic feature that could be affected is permafrost, which is included in detailed analysis. |

Case 3:23-cv-00058-SLG   Document 3-2   EXHIBIT B   Filed 03/20/23   Page 3 of 26

| Resource or Topic | Rationale for Dismissal from Detailed Analysis |
|---|---|
| Cultural and paleontological resources | The Project area was surveyed for cultural and paleontological resources (Reanier 2017, 2018, 2019a, 2019b, 2020, 2022). All known sites would be avoided; the Proponent routed all Project components (including ice roads and pads) 500 feet or farther from known resources to avoid adversely impacting any such areas. To ensure appropriate treatment of inadvertent discoveries, the Proponent maintains a Fossil and Artifact Finds Standard Operating Procedure and requires awareness training as required under ROP I-1 of the NPR-A IAP Record of Decision (BLM 2022b). |
| | Although increased access to cultural resources has been documented to correlate strongly with increased instances of vandalism and looting of cultural resources sites (Hedquist, Ellison et al. 2014; Spangler, Arnold et al. 2006), these impacts are improbable due to conditions specific to the Project area and the Project timeline. Ice roads and pads would only be used during winter construction seasons, during which time any nearby cultural resources would be inaccessible due to snow cover. Access to cultural resources areas via gravel infrastructure in the summer months, while possible, would be complicated by the surrounding terrain. |
| | Additional supporting detail is provided in Appendix F, *Cultural Resources Findings: Process and Analysis*. |
| Recreation | Current recreation use of the Project area is very low, and prospective future use of this area for recreation is also low. |
| Wild and Scenic Rivers | There are no rivers eligible for designation as wild and scenic near the Project. |

Note: IAP (Integrated Activity Plan); NPR-A (National Petroleum Reserve in Alaska); ROP (required operating procedure).

## 1.10 Consultation and Coordination

### 1.10.1 Endangered Species Act Consultation*

Consultation was previously completed for this project with both the U.S. Fish and Wildlife Service (USFWS) and NMFS under Section 7 of the Endangered Species Act (ESA). Consultation with USFWS and NMFS was reinitiated as part of developing this Supplemental EIS to address Project changes, including mitigation measures and updates to the range of alternatives.

### 1.10.2 Magnuson-Stevens Fishery Conservation and Management Act Coordination

Coordination under the Magnuson-Stevens Fishery Conservation and Management Act regarding Essential Fish Habitat (EFH) is occurring between federal authorizing agencies and NMFS, parallel to the NEPA process.

### 1.10.3 National Historic Preservation Act Section 106 Consultation

Consultation under Section 106 of the National Historic Preservation Act was initiated in November 2018, then reinitiated in November 2021 to address the Project changes, including new proposed mitigation measures and updates to the range of alternatives. BLM has continued to seek formal and informal Section 106 consultation through regular NPR-A working group meetings and direct outreach to tribal entities on the North Slope. To date, no North Slope tribal, municipal, corporation representative, North Slope community members, or non-governmental organizations have elected to consult with BLM regarding places of historic or cultural importance or traditional use. BLM's consultation efforts did not result in any responses indicating specific concerns for documented or undocumented places of historic or cultural importance or traditional use. BLM previously received concurrence from the Alaska State Historic Preservation Officer on a Section 106 finding of No Adverse Effect to Historic Properties. An updated concurrence for the Supplemental EIS will be included with BLM's Willow MDP Record of Decision.

### 1.10.4 Native Consultation

BLM initiated the government-to-government consultation and Alaska Native Claims Settlement Act (ANCSA) corporation consultation with the following tribes and ANCSA corporations whose members could be substantially affected by the Project:

- NVN
- Naqsragmiut Tribal Council
- Iñupiat Community of the Arctic Slope
- Kuukpik
- ASRC

EXHIBIT B

Government-to-government consultation meetings have been held regularly with the NVN. The NVN also participates in regularly scheduled working group meetings for the NPR-A. Kuukpik and the ASRC have engaged in regular consultation with BLM during the NEPA process.

## 1.11 Compliance with Section 810 of the Alaska National Interest Lands Conservation Act

BLM's evaluation of the effects of the Project and the cumulative effects of current and future activities on subsistence uses and needs, as required under Section 810 of ANILCA is included in Appendix G, *Alaska National Interest Lands Conservation Act Section 810 Analysis*. During the public comment period for the Draft Supplemental EIS, a hearing was conducted in Nuiqsut, who the preliminary evaluation found may experience a significant restriction of subsistence uses. During development of the 2020 EIS, a preliminary ANILCA Section 810 evaluation was published concurrent with the Draft EIS (March 2020), and a revised Section 810 was published concurrent with the first Supplement to the Draft EIS (SDEIS) (October 2020). Public hearings were held to collect testimony from affected communities during the Draft EIS and SDEIS public comment periods. Dates of public hearings are included in Appendices B.2 (*Draft EIS Comments and BLM Responses*), B.3 (*Supplement to the Draft Environmental Impact Statement Comments and BLM Responses*), and B.4 (*Supplemental EIS Scoping Comment Summary Report*).

Case 3:23-cv-00058-SLG    Document 87-2    Filed 03/20/23    Page 5 of 26

EXHIBIT B

Inhalation of highly concentrated vapors, such as gasoline in excess of 10,000 parts per million, is typically fatal (Boesch and Rabalais 1987). At lower concentrations, up to 1,000 parts per million, humans and laboratory animals can develop inflammation, hemorrhaging, and congestion of the lungs (Boesch and Rabalais 1987). Øritsland, Engelhardt et al. (1981) reported that inhalation of hydrocarbons from crude oil in a confined space may have been a factor in the death of two of three captive polar bears exposed to oil in their experiments.

Other marine mammals could be impacted by an accidental release in the following ways: 1) acute toxicity caused by an event such as an oil spill can result in acute mortality or injured animals with neurological, digestive, and reproductive problems, and/or 2) can cause detrimental effects to the population through complex biochemical pathways that suppress the immune system or disrupt the endocrine system of the body causing poor growth, development, reproduction, and reduced fitness (NMFS 2008). Contamination of lower trophic-level prey could also reduce the quality and/or quantity of marine mammal prey in the area of the release. In addition, individuals that consume contaminated prey could experience long-term effects to health (Geraci 1990). Releases would likely be isolated to the immediate area and not affect large areas or important marine mammal foraging sites.

### 3.13.3  Unavoidable Adverse, Irretrievable, and Irreplaceable, Effects

Even with LSs and ROPs in place, some unavoidable impacts to marine mammals would occur, including direct loss of habitat and disturbance, displacement due to noise, and the physical presence of equipment or personnel. These impacts would be irretrievable throughout the life of the Project (approximately 30 years). Most impacts would not be irreversible or affect the long-term sustainability of marine mammals in the analysis area if reclamation of permanent infrastructure occurred. If reclamation of permanent infrastructure did not occur, effects would be irreversible. The alteration of nearshore habitat would be irreversible because even if the MTI is abandoned and reshaped, it would still exist.

## 3.14 Land Ownership and Use*

The analysis area for land ownership and use extends from Kuparuk Mine Sites C and E and a portion of the existing Kuparuk gravel road network and Oliktok Point on the east, to Point Lonely on the west, 3 miles offshore into the Beaufort Sea to the north, to 2 miles south of the southernmost Project element (Figure 3.14.1).

The temporal scale of the analysis includes the 30 years of Project construction and operations (varies by alternative), as well as ongoing effects (e.g., reclamation) that may extend beyond the Project life. Research on gravel pad restoration on the North Slope indicates that recovery of plant cover to comparable levels to adjacent tundra would be greater than 20 to 30 years (Everett 1980). If reclamation did not occur, effects would be permanent.

Because current and prospective future permitted recreation use in the analysis area is low (BLM 2012c), this land use is not analyzed in detail in the EIS.

### 3.14.1  Affected Environment*

Land ownership in the analysis area differs by surface and subsurface estate, particularly for lands granted to ANCSA corporations. ANCSA regional corporations (e.g., the ASRC typically received both surface and subsurface estates on lands transferred to them. Village corporations (e.g., Kuukpik) typically received surface estate, with subsurface estates granted to their regional corporation. Lands selected by ANCSA corporations but not conveyed (selected lands) remain federal lands managed by BLM.

Within the land use analysis area, approximately 48.0% of the surface estate (Figure 3.14.1) is managed by BLM. The State owns 620,398.8 acres (25.7%) of the analysis area east of the Colville River. The NSB has two parcels east of the Colville River, one near Kuparuk and one east of the main access road that heads south from Kuparuk DS2M; these make up 0.1% of the analysis area. Other nonfederal surface ownership in the analysis area includes 141,783.1 acres (5.9%) conveyed to the Kuukpik (the ANCSA village corporation for Nuiqsut) and 10,927.2 acres (0.5%) have been selected by ANCSA corporations (selected lands) but not conveyed. There are several Native allotments in the western portion of the analysis area and others along the CRD and near Oliktok Point and Ocean Point, making up 3,745.3 acres or 0.2% of the analysis area. Surface land management in the analysis area is summarized in Table 3.14.1.

The state owns navigable waters subsurface onshore and tidal areas seaward of the Beaufort Sea coast out to 3 miles. BLM manages subsurface rights on federally owned surface lands and on many, but not all, Native

Case 3:23-cv-00058-SLG Document 3-8 Filed 03/20/23 Page 6 of 26
EXHIBIT B

allotments, including the subsurface in the BTU, where the subsurface aspects of the Project would occur (Figure 3.14.1).

The land within the analysis area is wildlife habitat and used for subsistence. Within the NPR-A, BLM has authorized several research permits, **special recreation permits**, the NSB Community Winter Access Trail, and winter cross-country rights-of-way. Areas of industrial use (oil and gas exploration and development) occur in the Alpine and GMT developments. Nuiqsut is primarily residential, with some institutional and commercial uses. Oliktok Dock is used for industrial purposes and marine shipping.

**Table 3.14.1. Surface Land Management in the Analysis Area**

| Land Manager | Acreage | Percentage of Total |
|---|---|---|
| Bureau of Land Management | 1,157,444.6 | 48.0 |
| U.S. Air Force | 646.1 | <0.1% |
| U.S. Army | 152.8 | <0.1% |
| U.S. Coast Guard | 2.0 | <0.1% |
| Alaska Native Allotment | 3,745.3 | 0.2 |
| Alaska Native Lands patented or interim conveyed[a] | 141,783.1 | 5.9 |
| Alaska Native Lands (selected) | 10,927.2 | 0.5 |
| State of Alaska | 620,398.8 | 25.7 |
| Local government | 584.9 | < 0.1 |
| Undetermined (waterbodies) | 474,732.6 | 19.7 |
| **Total** | **2,410,417.4** | **100.0** |

Note: < (less than).
[a] Also referred to as Alaska Native Claims Settlement Act lands.

The NSB regulates land use and development in the borough under the *North Slope Borough Area Wide Comprehensive Plan* (NSB 2005) and the NSB zoning regulations (North Slope Borough Municipal Code [NSBMC] Title 19). Three NSB zoning designations apply to areas within the analysis area:

- Resource Development Districts are designed to address resource impacts early and provide for streamlined permit approvals in each district.
- Conservation Districts are designed to conserve natural resources that residents depend on for subsistence.
- Village Districts govern city limits and coincide with the official boundaries of the City of Nuiqsut.

Conservation District is the default designation for lands outside of village districts that have not been rezoned for development. Conservation Districts allow for some exploration activities, but construction of oil and gas development facilities, such as gravel roads and pads, require lands to be rezoned to Resource Development District.

A detailed Willow Project Master Plan and documentation of conformance with other NSB conditions was submitted by CPAI in 2020 to the NSB to rezone the Project area from a Conservation District to Resource Development District (Appendix E.14, *Land Ownership and Use Technical Appendix*). The NSB approved the request to rezone the Project area from a Conservation District to a Resource Development District (RDD) on January 15, 2021, subject to stipulations and mitigation measures (NSB 2021b). See section 3.14.2.3 for additional details.

While a RDD allows for more intensive resource development activities, permitted activities cannot permanently or seriously impair the surrounding ecosystem and its ability to support the plants and animals on which residents depend (NSBMC 2019). In the analysis area, lands owned by Kuukpik that lie outside of city limits are zoned for conservation, where not previously rezoned as part of the Alpine development (Figure 3.14.2).

BLM manages the NPR-A under the plan adopted in the IAP/EIS ROD (BLM 2022b). This plan allows for oil and gas development in most areas of the NPR-A but restricts development in river setbacks and in other key areas to balance development with resource protection and minimize adverse effects on key bird and caribou habitats. Specific LSs and ROPs to be considered for the action alternatives are discussed in more detail in Appendix I.1, *Avoidance, Minimization, and Mitigation*.

Case 3:23-cv-00058-SLG   Document 5-2   Filed 03/20/23   Page 7 of 26

EXHIBIT B

## 3.15 Economics

The analysis area for economics is Nuiqsut (local economy), NSB (regional economy), and the State of Alaska (state economy). Although Project activities are located on the North Slope in proximity to Nuiqsut, the employment generated by the Project and the revenues generated accrue to individuals and entities throughout the state. The temporal scale for the Project is defined as beyond the life of the Project (approximately 30 years) until reclamation is complete (estimated to be greater than 20 to 30 years; Everett, Murray et al. 1985), as economic effects of operations would occur throughout this period. If reclamation did not occur, some effects could be permanent.

Information on the relevant economies is summarized below. This discussion incorporates by reference Section 3.4.11, *Economy*, in the BLM Final IAP/EIS (2012c, 2020b), and more detail on the regional and state economy is provided there.

### 3.15.1 Affected Environment*

Key economic information for the three economies is summarized in Table 3.15.1.

**Table 3.15.1. Summary of Key Economic Data***

| Economic Indicator | Nuiqsut | North Slope Borough | State of Alaska |
|---|---|---|---|
| Civilian labor force | 276 | 5,734 | 367,921 |
| Employed | 240 | 5,172 | 341,492 |
| Unemployed | 36 | 562 | 26,429 |
| Unemployment rate | 13.0% | 9.8% | 7.2% |
| Mean/Median household income | $86,952/$67,361 | $92,121/$79,083 | $98,811/$77,790 |
| Mean/Median family income | $84,330/$67,500 | $96,631/$84,342 | $112,443/$92,648 |
| Per capita income | 31,786 | 45,889 | 37,094 |
| Families below poverty level | 8.3% | 10.2% | 7.0% |
| People below poverty level | 6.0% | 9.4% | 10.3% |

Source: U.S. Census 2022.
Note: The American Community Survey, 5-Year estimates, reflect the average data collected between 2016 and 2020. This is the only consistent and regularly updated source of economic data for small areas.

### *3.15.1.1 Local Economy (Nuiqsut)*

Nuiqsut is a small, mostly Iñupiat community with 512 residents (USCB 2021a). Of the eight North Slope communities, it is the closest village to oil and gas facilities and exploration activities, and has been the most directly impacted by oil and gas activities to date (NSB 2022). The village is only 8 miles south of the Alpine development. Other oil and gas units around the village include the GMT unit, Pikka unit, and Horseshoe unit. Nuiqsut residents have access to the Dalton Highway (and the state's gravel road system) four months of the year (by ice road); otherwise, it is accessible by air with scheduled and chartered flights from Utqiaġvik.

Nuiqsut is primarily a residential community, but it has institutional facilities associated with the city, NSB, and tribe. Commercial businesses are limited. There are currently 12 active business licenses in the community, including the hotel (operated by Kuukpik), a utilities cooperative, shops, and a construction and mining equipment rental and leasing company (ADCCED 2022). Most economic activity in Nuiqsut is generated by the NSB, city, and tribal governments, as well as the ANCSA corporations.

Kuukpik, the ANCSA village corporation for Nuiqsut, was established in 1973 and owns surface rights to land (144,180 acres) in Nuiqsut. Original enrollment included 212 shareholders (Class A shareholders each received 100 shares). By 2015, approximately 384 Nuiqsut residents were enrolled as shareholders. The new shareholders acquired shares by inheritance or gift only and likely hold less than 100 shares (NSB 2022). In 2020, Kuukpik enrolled direct descendants of original shareholders, called Class B shareholders, resulting in a significant increase in the number of Kuukpik shareholders in both Nuiqsut and Utqiaġvik since 2016 (Kuukpik Corporation 2022). This resulted in more shareholders (both local and non-local) participating in the Corporation's benefit programs (NSB 2022), including dividend payments. A report in 2019 noted that Class A shareholders received about $30,000 in dividends (Harball 2019). Kuukpik Corporation generates revenues from its subsidiaries involved in ice road construction, gravel mining and hauling, civil construction, drilling, seismic exploration, camp support (catering and security), and lodging services in Nuiqsut. ASRC, established in 1972, is the ANCSA

Case 3:23-cv-00058-SLG   Document   EXHIBIT B   Filed 03/20/23   Page 8 of 26

regional corporation and owns the subsurface titles to land in Nuiqsut. As of 2010, about 97% of Nuiqsut residents are ASRC shareholders (holding 100 shares) (NSB 2022).

Government jobs account for 78% of total employment, and most employed residents work in public administration or educational and health services (U.S. Census 2022). Construction, transportation, and utilities account for most other employment sectors and are often associated with government, ANCSA corporations, or the oil industry. Although the oil industry is the major private industry employer in the area, most oil industry jobs require specific skillsets and are filled by workers from outside the North Slope.

The high unemployment rate in Nuiqsut (13%; see Table 3.15.1) reflects the lack of employment opportunities for community residents. The NSB periodically conducts its own economic profile and census survey of NSB community residents and their latest survey report noted that 26% of the Nuiqsut labor force was unemployed in 2019 (NSB 2020). The NSB survey also estimated a much higher proportion of Nuiqsut Iñupiat households that are below the poverty level; 39% compared to the 8.3% estimate by the U.S. Census (U.S. Census 2018b)[15].

Nuiqsut Iñupiat households receive 57% of their income from dividend payments (e.g., Kuukpik, ASRC), 13% from the Alaska permanent fund dividend, 27% from wages, and the rest from other sources such as social security, pension, retirement, and child support (NSB 2020). Nuiqsut has lower per capita and household wage income than most other NSB communities but has higher dividend income than most. This is likely related to the proximity of recent oil and gas exploration and development on lands in the Nuiqsut vicinity.

The cost of living in remote Alaskan communities like Nuiqsut is substantially higher than the U.S. average. Based on the cost-of-living index used by the U.S. military for all of its "overseas" locations, which include Alaska, the cost of living in Utqiaġvik is 44% higher than the U.S. average (Fried 2020). Nuiqsut has experienced some decrease in the cost of living since the development of the Alpine oil field. Alpine provides natural gas to Nuiqsut for heating, reducing a major household cost component.

The value of subsistence harvests is a substantial part of the local economy. Although not a cash resource, subsistence provides valuable food resources to community members. In 2019, 95% of Iñupiat households used subsistence food resources, and 80% of households used subsistence resources for more than half of their diet (NSB 2020). Although subsistence resources are not traded in the cash economy, ADF&G estimates a replacement value of subsistence foods at $6 to $8 per pound (ADF&G 2016b). At that value, 2014 harvest levels would have had an estimated replacement value of $20,664 to $27,552 per household (ADF&G 2016b). Participation in subsistence also involved cash expenses for supplies, vehicles, and fuel used in harvests. Nuiqsut subsistence participants reported that they spent an average of $7,109 on subsistence activities in 2019 (NSB 2020).

Nuiqsut is represented by municipal and tribal governments (Native Village of Nuiqsut and Iñupiat Community of the Arctic Slope). The City of Nuiqsut was incorporated in 1975 as a second-class city under AS 29, Municipal Government. Second-class cities may provide local services and levy taxes. Most public infrastructure and services in Nuiqsut, including planning and zoning, water and wastewater service, trash pick-up, and road maintenance are provided by the NSB (NSB 2015c).

Nuiqsut has adopted a bed tax and a tobacco tax (ADCCED 2018). The city's bed tax is 12% and generated $196,172 in revenue in fiscal year 2021 and $432,479 in fiscal year 2020 (ADCCED 2018, 2021). The city's tobacco tax (100 mills per cigarette) generated another $70,953 in fiscal year 2021 and $78,600 in fiscal year 2020. A significant portion of the City's revenues are derived from grants and from state and local government sharing (58% in fiscal year 2021 and 50% in fiscal year 2020). In fiscal year 2020, the City of Nuiqsut also received mitigation funds amounting to $291,350 (City of Nuiqsut 2021).

Nuiqsut is one of the North Slope communities eligible for grant funding under the NPR-A Impact Grant Program. The NPR-A Impact Grant Program administers grants from federal royalties, which are used to offset development impacts or improve communities impacted by development, as described in Section 5.3.1, *State of Alaska National Petroleum Reserve in Alaska Impact Grant Program*. BLM shares 50% of revenues generated by oil and gas development in the NPR-A with the state for essential public services and facilities, and the state must give priority to areas most directly or severely impacted by the NPR-A development. Since the inception of the

---

[15] The NSB report cautions that some data, particularly on income, may be unreliable due to a high rate of missing data in some communities, including Nuiqsut. Note that this is also an issue with the U.S. Census, American Community Survey.

program in 1986, Nuiqsut has received $21,869,010 in grant funds, which accounts for 9% of the total grant funds awarded to North Slope communities. These grants supported general government operations, youth center operations and maintenance, a boat ramp, community center maintenance, a natural gas pipeline, building conversions, graveyard fencing, City Hall renovation, a playground, and the Colville River Access Road. For fiscal year 2022, seven projects worth $4.9 million were approved for funding (ADCCED 2021).

### 3.15.1.2 Regional Economy (North Slope Borough)*

The region's cash economy is tied to the oil and gas industry in the greater Prudhoe Bay region. Alaska's North Slope has produced over 18 billion barrels of oil since the discovery of the Prudhoe Bay oil field in 1967. Several other oil fields have been discovered since then and today, four of the top ten largest conventional oilfields in the U.S. are located on the North Slope. North Slope Oil production has been on a steady decline since it peaked in 1988 (at 1.97 million barrels per day). Private investments made in response to state exploration and production incentives reversed the decline and resulted in an increase in production volumes in 2016 and 2017 (first production increase in 14 years) (Resource Development Council 2022). Currently (as of fiscal year 2021), Alaska's North Slope oil production is less than 500,000 barrels per day (ADOR 2021).

The oil industry's most significant contribution to the regional economy is through property tax revenues (NSB 2019). These revenues are the primary funding source for NSB government operations and capital projects, which in turn support jobs and generate income in NSB communities. Most oil and gas employees work extended schedules (on rotation) at drill sites and processing facilities across the North Slope; they are housed in company facilities during their work shifts and regularly fly in and out of the NSB. The Alaska Department of Labor and Workforce Development (ADLWD) estimated (based on Permanent Fund Dividend data) that in 2020, only 9 (less than 1%) of the North Slope oil and gas workers were residents of the NSB; 4,143 were residents of Alaska (65% of total North Slope oil workers), and 35% were from outside Alaska (Teel 2022).

There are also indirect and induced jobs in the NSB that are connected to oil and gas activity, these are jobs in companies that provide support services like catering, security, and construction and maintenance work, as well as jobs linked to property taxes paid by the industry that support NSB operations. A recent study on the importance of the oil and gas industry estimated that a total 1,637 direct, indirect, and induced jobs supported by the oil and gas industry were held by NSB residents; these jobs contributed $96 million in total annual wages in 2018 (McDowell Group 2014, 2020). The study also noted that in the same year, the industry paid $376.7 million in property taxes to the NSB government (95% of total NSB tax revenues).

ADLWD tracks annual average employment data by industry at the regional level (the data includes both resident and non-resident workers). In 2019 (pre-Covid levels), ADLWD recorded total employment of 12,812 jobs in the North Slope region; natural resource and mining accounted for 51% of the jobs, local government accounted for 16%, professional and business services accounted for 13%, and all the other sectors each accounted for less than 5% of the total jobs (by place of work) in the region (ADLWD 2022).

The latest U.S. Census reported that the 2016 to 2020 average NSB median household income was $79,083; the mean household income was $92,121; per capita income was $45,889; and 10.2% of NSB families had income below the poverty level (U.S. Census 2017).[16] The 2019 NSB Economic Profile and Census Report provides different income data for the region. The NSB reported that the average Iñupiat household income was $67,389; per capita income was $15,944; and 27% of Iñupiat households were below the poverty level (NSB 2020). The major contributors to income for Iñupiat households in the NSB are wages (49%), corporation dividends (38%), the Alaska Permanent Fund dividend (8%), and income from other sources (5%) such as pensions, child support, and Social Security (NSB 2020). Furthermore, the unemployment rate estimated by the NSB survey was much higher at 32% in 2019 compared to the 2016 to 2020 5-year average of 9.8%, as reported by the U.S. Census (NSB 2020; U.S. Census 2022).

The NSB is a home rule borough under AS Title 29 and provides a full range of services including police and fire protection, search and rescue services, construction and maintenance of roads and public facilities, utilities, health services, and fuel storage to the 8,975 permanent residents who live in the eight communities in the region (NSB 2021a). The NSB owns and operates various public facility assets worth $4.2 billion, which includes education

---

[16] U.S. Census Bureau NSB data since 2015 includes 2,174 nonresidents housed at Prudhoe Bay, so these estimates may be high.

Case 3:23-cv-00058-SLG    Document 13-3    Filed 03/20/23    Page 10 of 26

EXHIBIT B

facilities, water and sewer facilities, public housing, roads, streets, and watercourses, airports, and public safety, health, and communications facilities (NSB 2019).

Home rule boroughs have broad discretion on providing services and have taxing authority.[17] The only tax levied by the NSB is property tax, and it is the largest source of general fund revenues. Property tax payments have contributed 89% of the NSB's total general fund revenues over the past four fiscal years. Other sources of revenues include charges for services (2%), intergovernmental grants (2%), investment earnings (2%), economic impact assistance (2%), and other revenues (1%). Property taxes generated in fiscal year 2021 amounted to $405.6 million (NSB 2021a).

The NSB also receives grant funding under the NPR-A Impact Grant Program. The NSB is one of seven entities in the NPR-A eligible to receive grants under the program. As noted above, the NPR-A Impact Grant Program administers grants from federal royalties, which are used to offset development impacts or improve communities impacted by development (Section 5.3.1). The NSB has received $143,327,759 (60% of total funds awarded to date) in grant funding under the NPR-A Impact Grant Program since it started. For fiscal year 2022, 13 projects amounting to $7.26 million were approved for funding (ADCCED 2021). With these grants, the NSB has funded numerous projects over the years that addressed subsistence issues, workforce development, local government, environmental health, public safety, public health, public services, utilities, transportation infrastructure, recreation, and planning.

### 3.15.1.3  Alaska's Economy*

Alaska's economy is also tied closely to the oil and gas industry. When Alaska hit peak oil production in 1988, the state became the top oil-producing state in the U.S. At that time, Alaska crude production (at 2 million barrels per day) accounted for 24.8% of total U.S. crude production (Teel 2022). With the increase in oil production starting in the early 1980s, petroleum revenues became the largest source of the state's unrestricted revenue (80% to 90%). Alaska oil production was about 437,000 barrels of oil per day in 2021, accounting for 3.9% of the total U.S. production and 99% were from the North Slope. Alaska now ranks fifth among producing states or regions, after Texas, the Federal Offshore Gulf of Mexico, New Mexico, and North Dakota (Teel 2022). The state's oil industry continues to be a significant source of unrestricted revenue for the state. Unrestricted petroleum revenue amounted to $2.0 billion in fiscal year 2019, $1.1 billion in fiscal year 2020, and $1.2 billion in fiscal year 2021 (ADOR 2022). Petroleum revenues are generated by taxes on production, property, and corporate income, royalties, and other minor sources.

The oil and gas industry represented 3% of total statewide employment in 2019 (pre-Covid employment levels); there were 12,121 jobs in the oil industry (Teel 2022). Oil industry jobs are those producing oil and gas or serving the industry directly—the workers include producers, drillers, and oilfield support services. Of the oil industry jobs, 58% are in support services. Many of the supporting jobs are in professional and business services and include engineering and geological firms, facility support services, and waste management and remediation. In the North Slope, there are also a significant number of jobs in the leisure and hospitality sector, as workers are needed to operate the camps and support the large oil and gas workforce (Fried 2018b). The average annual wage earnings of oil industry workers are 2.5 times higher than the statewide average. The annual average wage of producing jobs in 2019 was $232,546, drilling jobs paid $112,690, and support jobs paid an average of $103,564 per year (Teel 2022). For each job in Alaska's oil industry, there are 15 additional jobs in the Alaska economy connected to the industry. Given this, the oil industry is estimated to account for one-quarter of Alaska jobs and about one-half of the overall economy when the spending of state revenues from oil production is considered (McDowell Group 2020).

In terms of the state's employment composition, according to the U.S. Census, private sector wage and salary workers make up 67% of the state's total number of workers, 26% are government workers, and the rest are self-employed workers; unemployment rate was 7.2% (U.S. Census 2022). Statewide income indicators from the U.S. Census reported that the mean household income was $98,811, per capita income was $37,094, and an estimated 7% of families were below poverty level (U.S. Census 2022).

---

[17] Under Title 29, home rule boroughs have the authority to exercise any powers not specifically prohibited by state law. Home rule boroughs adopt a charter that provides the services to be provided and service areas as well as taxing authority for the borough.

EXHIBIT B

The State supports local governments through a variety of grant programs. The majority of State funding support to local governments over the past 10 years has been associated with the federal royalties provided through the NPR-A Impact Grant Program. State infrastructure and services on the North Slope are limited. The State owns and maintains an airport in Utqiaġvik and Deadhorse, and the Dalton Highway (also called the Haul Road) but most other infrastructure and services on the North Slope are provided by the NSB.

Alaska's economy is still recovering from the economic impacts of Covid-19; the total statewide employment level in 2022 is still below the 2019 level. However, ADOLWD projects growth in some of the state's major industries and oil and gas companies have recently announced new projects in the North Slope that are anticipated to generate additional economic activity, jobs, and income; the mineral mining sector is also expected to grow as a result of ongoing exploration and expansion of existing operations; robust growth is projected for other sectors such as transportation, health care, and agriculture (Martz 2022).

## 3.15.2 Environmental Consequences

The North Slope communities have a mixed cash and subsistence economy. An assessment of the potential cash economy effects of the Willow MDP alternatives was prepared by Northern Economics Inc. (NEI) and is included as Appendix E.15, *Economics Technical Appendix*. The NEI economic assessment estimates the capital expenditures for the Project using proprietary project capital expenditure data from other developments with processing facilities on the North Slope and a regression model that considers the volume of oil and natural gas liquids produced over the life of the field.

The effects on the subsistence economy are described in detail in Section 3.16, *Subsistence and Sociocultural Systems*, and are not repeated in this section.

### 3.15.2.1 Avoidance, Minimization, and Mitigation

#### 3.15.2.1.1 Applicable Lease Stipulations and Required Operating Procedures*

The I.1.1 presents the NPR-A IAP LSs and ROPs that would apply to the Project. A number of the LSs and ROPs, such as those requiring additional studies, plans, and surveys; consultations with local stakeholders; workforce orientation and training; oil spill response drills; additional protected species observers; and facilities or infrastructure required to protect or avoid environmentally sensitive areas could result in higher employment and income effects due to additional expenditures that would be necessary to be in compliance with local, state, and federal agency requirements. Additional consultations and meetings could also increase hotel occupancy in Nuiqsut and generate revenues to Kuukpik (hotel operator) and to the City of Nuiqsut from bed tax collections. The economic effects that would result from these specific actions however are difficult to quantify at this time.

#### 3.15.2.1.2 Proponent's Design Measures to Avoid and Minimize Effects

CPAI's design features to avoid or minimize impacts are listed in Table I.1.2 in Appendix I.1, *Avoidance, Minimization, and Mitigation*.

#### 3.15.2.1.3 Public and Cooperating Agency Suggested Mitigation Measures*

Additional mitigation measures suggested by cooperating agencies and in public comments on the Draft Supplemental EIS are listed in Tables I.4.1 and I.5.1, in Appendix I.1, *Avoidance, Minimization, and Mitigation*. The following public and cooperating agency additional suggested mitigation measures may reduce impacts to economics.

- Proposed projects that would have a gravel footprint exceeding 300 acres would be limited to developing no more than 65% of the proposed project before instituting a minimum 2-year pause to observe project impacts (e.g., permafrost, hydrology, caribou, subsistence). The authorized officer will be responsible for determining the need for permit review based on the monitored findings.
- Drill site BT5 and the gravel roadway to BT5 will not be authorized for construction for three years after the construction of the Project's other three drill sites is complete.
- The NPR-A Impact Mitigation Fund will direct a minimum of 15% of the grant funding to the City of Nuiqsut. This direct funding would not prevent Nuiqsut from applying for grants from the NPR-A Impact Mitigation Fund.

Case 3:23-cv-00058-SLG   Document 3-8   **EXHIBIT 8**   Filed 03/20/23   Page 12 of 26

- CPAI will provide Nuiqsut $250,000 for search and rescue equipment and operations with the start of Project construction (i.e., gravel placement). CPAI will provide a second $250,000 payment to Nuiqsut for additional search and rescue equipment following commissioning of the Willow processing facility.
- CPAI shall include topics on how to report violations to company policy, regulatory requirements, or state and local laws and whistleblower protections for CPAI employees or their contractors who report such violations.
- BLM shall coordinate with the State of Alaska and the NSB to provide an adequate number of inspectors on site during construction and operations of the Project to ensure the project is in compliance with its permits. CPAI shall provide site access and accommodations to the required inspection staff.
- Construct and operate an environmental testing laboratory in Nuiqsut.
- Provide job training, hiring events, and outreach to local residents in the NSB. These employment outreach efforts will include training for upcoming Project positions, as well as engagement with locally owned support service companies to provide an overview of the types of Project support that will be required. Employment outreach in Nuiqsut will be held at least once per year.
- Permittee shall materially support economic development workshops focused on identifying and developing small business ideas that are not dependent on the extraction industry. Workshops will provide information about how to apply for small business grants, how to craft a business plan, etc.

*3.15.2.2 Alternative A: No Action*

Under Alternative A, the Project would not be developed and there would be no economic changes in Nuiqsut, the NSB, or the state resulting from the proposed project's development and production activities, as described in Section 3.15.1, *Affected Environment*. Employment, income, and government revenues at the local, regional, and state level however would continue to evolve and change as a result of other events and economic factors affecting these areas, including the reasonably foreseeable future actions identified in Section 3.20, *Cumulative Effects section*.

*3.15.2.3 Alternative B: Proponent's Project\**

The Project would result in an increase in North Slope oil production which would help offset the declining oil production from existing fields, increase employment opportunities, and generate government revenues that are important in the provision of public services in the potentially impacted areas. The Project would also contribute to the NPR-A Impact Grant Fund which would help communities in the NPR-A address impacts from oil and gas development.

The projected economic effects of the Project during the construction, drilling, and operations phases are presented below.

### 3.15.2.3.1 Construction and Drilling

Construction would result in increased employment locally, regionally, and statewide. Direct construction employment from the Project would have an annual average anywhere from 65 to 1,073 jobs per year for 7 years of full construction (Year 1 through Year 8) and average 26 and 65 jobs for the first and last year of construction (Year 0 and Year 9), respectively. Peak construction employment is anticipated to occur in Year 3 with a seasonal peak of 1,650 jobs and an annual average peak of 1,073 jobs. A small portion of these construction jobs would likely be filled by NSB residents, including some Nuiqsut residents. As with most oil field development employment, most of the jobs would be filled by nonresidents of the NSB. Despite the low number of jobs filled by NSB residents, any industry employment would impact the local and regional economy given the limited nongovernment job opportunities. Local residents may also be employed by local industry support companies contracted to provide goods and services during construction. If local oil industry support companies, such as those owned by Kuukpik or ASRC, earn revenues on the Project, this would indirectly affect local incomes through increased dividends. Occupancy of the Kuukpik Hotel, with typical clients being agency visitors and oil-field workers, would likely increase during construction, as increasing tax revenues from the city's 12% bed tax.

Construction effects on local services and infrastructure would be limited given the self-sufficient nature of North Slope oil field construction activities. Oil and gas development on the North Slope would have a limited increase in demand for local services, as construction camps are developed to provide lodging, food, utilities, and other services needed by workers.

Case 3:23-cv-00058-SLG   Document 1-3   EXHIBIT 3   Filed 03/20/23   Page 13 of 26

Alternative B direct construction employment estimates are summarized in Table 3.15.2.

**Table 3.15.2. Direct Construction Employment Estimates**

| Year | Seasonal Peak | Annual Average |
|---|---|---|
| Year 0 | 40 | 26 |
| Year 1 | 200 | 130 |
| Year 2 | 750 | 488 |
| Year 3 | 1650 | 1073 |
| Year 4 | 1500 | 975 |
| Year 5 | 950 | 618 |
| Year 6 | 350 | 228 |
| Year 7 | 100 | 65 |
| Year 8 | 100 | 65 |
| Year 9 | 100 | 65 |
| Average annual over the construction phase | NA | 373 |

Source: CPAI direct employment estimates for construction.
Note: NA (not applicable).

In addition to construction employment, drilling activities are estimated to generate 390 North Slope jobs and 10 Anchorage-based jobs (Year 4 to Year 9) but would decline to 195 North Slope jobs and 10 Anchorage-based jobs for the last year of drilling (Year 10). Construction and drilling employment would result in an additional 2,800 indirect and induced jobs[18] (part and full time) per year. Oil industry wages average $147,584 per year and oil and gas extraction wages average $224,827 (ADLWD 2019).

For 373 direct jobs, wages would average between $56.0 million and $83.9 million. Assuming an average salary of $57,000 for the 2,800 indirect and induced jobs throughout the Alaska economy, indirect and induced wages would total $159.6 million per year (NEI 2020).

While direct employment and wages generated by construction activities on the North Slope would account for only 1 to 2% of total employment in the state, indirect effects would accrue throughout the state, as wages earned on the North Slope would be spent on goods and services in workers' home communities.

### 3.15.2.3.2 Drilling and Operations*
Once the drilling and operations phase begins, the Project would add an estimated 390 drilling jobs (Year 5 to Year 8) but these would decline to 195 jobs (Year 9 to Year 11) (Table 3.15.3). Operations would add 125 to 450 jobs through the life of the Project (approximately 30 years) (Table 3.15.4). Again, most jobs associated with the Project are likely to be filled by non–North Slope residents, but there would be an increase in opportunities for NSB and Nuiqsut residents as well, with the Project directly and with locally owned support service companies. Given the small employment base on the North Slope and the limited job opportunities, these few jobs can substantially affect the local and regional economy.

**Table 3.15.3. Direct Drilling Employment Estimates***

| Year | North Slope Based | Anchorage Based |
|---|---|---|
| Year 5 | 390 | 10 |
| Year 6 | 390 | 10 |
| Year 7 | 390 | 10 |
| Year 8 | 390 | 10 |
| Year 9 | 195 | 10 |
| Year 10 | 195 | 10 |
| Year 11 | 195 | 10 |

Source: ConocoPhillips Alaska, Inc. direct employment estimates for drilling.

---

[18] The indirect and induced jobs are generated across the state and are not localized within a region. The indirect jobs are generated in areas where the businesses that supply goods and services needed for the construction and drilling activities are located. In Alaska, most of these companies are based in Anchorage, though there are some service companies located in Fairbanks and the Kenai Peninsula Borough. The induced jobs are generated in areas where the workers spend their wages; many of the workers live in the major population centers (i.e., Anchorage, Fairbanks).

Case 3:23-cv-00058-SLG    Document 33-8    EXHIBIT 8    Filed 03/20/23    Page 14 of 26

**Table 3.15.4. Direct Operations Employment Estimates**

| Year | North Slope Based | Anchorage Based |
|---|---|---|
| Year 5 | 100 | 25 |
| Year 6 | 275 | 25 |
| Year 7 | 400 | 25 |
| Year 8 | 425 | 25 |
| Year 9 | 425 | 25 |
| Year 10 through Year 30 (per year) | 425 | 25 |
| Average annual over the operations phase | 406 | 25 |

Source: ConocoPhillips Alaska, Inc. direct employment estimates for operations.

The 431 annual operations jobs (average) would result in an additional 360 to 400 indirect and induced jobs per year. Wages associated with the direct operations jobs would range from $64.7 to $97.0 million per year. Indirect and induced wages would total $20.5 to $22.8 million per year.

Wages associated with operations employment would result in increased incomes locally, regionally, and statewide. NSB and Nuiqsut residents employed by the Project would increase their household wage income. Local industry support companies, such as those owned by Kuukpik and ASRC, would likely earn revenues from the Project, increasing corporation dividends that would contribute to local and regional household incomes.

Most employment and wages associated with operations are likely to go to Alaskans that do not live on the North Slope, and the increase in household incomes would be spread across the state. Although this would be a relatively small increase to the state economy, average wages in the oil industry are more than double the average wage across the state (Fried 2018a), so the direct and indirect effects of these wages are still important on a statewide level.

The regional and state economies would gain revenues from Project development and the NSB would receive additional property tax revenues that would offset the declining value of older oil field property assets. The state would receive revenues from disbursement of federal royalties, property taxes, production taxes, and corporate income taxes. Table 3.15.5 summarizes revenues to the NSB, state, and federal government.

**Table 3.15.5. Summary of Projected Range of State, Federal, and Borough Revenues from the Project (millions of 2020 U.S. dollars)\***

| Revenue Category | Alternative B: Proponent's Project | Alternative C: Disconnected Infield Roads | Alternative D: Disconnected Access | Alternative E: Three-Pad Alternative (Fourth Pad Deferred) |
|---|---|---|---|---|
| State of Alaska tax[a] | $1,329.9 - $5,508.4 | $1,205.7 - $5,057.5 | $1,149.2 - $5,370.9 | $1,258.7 - $5,211.6 |
| State of Alaska royalty[b] | $2,329.9 - $3,662.3 | $2,329.9 - $3,662.3 | $2,301.5 - $3,701.2 | $2,270.0 - $3,560.1 |
| State of Alaska oil surcharge | $26.2 | $26.2 | $26.2 | $25.5 |
| **State of Alaska total** | **$3,686.0 - $9,196.9** | **$3,561.8 - $8,746.1** | **$3,477.0 - $9,098.4** | **$3,544.2 - $8,797.3** |
| Federal government royalty | $2,329.9 - $3,662.3 | $2,329.9 - $3,662.3 | $2,301.5 – 3,701.2 | $2,270.0 - $3,560.1 |
| Federal government corporate income tax | $1,726.9 - $3,646.8 | $1,411.3 - $3,399.8 | $1,315.8 - $3,368.0 | $1,625.3 - $3,503.8 |
| Federal government gravel sales | $9.9 | $9.9 | $9.9 | $9.9 |
| **Federal government total** | **$4,066.7 - $7,319.0** | **$3,751.1 - $7,072.0** | **$3,627.2 - $7,079.1** | **$3,905.2 - $7,073.8** |
| North Slope Borough property tax | $1,278.6 | $1,533.2 | $1,649.3 | $1,250.1 |
| **Project total** | **$9,031.3 - $17,794.5** | **$8,846.1 - $17,351.3** | **$8,753.5 - $17,826.8** | **$8,709.5 - $17,121.2** |

Source: NEI 2022

Note: The values shown reflect the estimated total cumulative revenues through the end of the production life of the field. The low-end estimates provided are based on Alaska Department of Revenue estimates using oil price projections published on December 24, 2021 and the high-end estimates are based on the U.S. Energy Administration's oil price projections published on February 3, 2021.

[a] State of Alaska taxes include property tax, production tax, and corporate income tax.

[b] Royalties managed by the State of Alaska represent 50% disbursement of federal royalties related to the National Petroleum Reserve in Alaska Impact Grant Program.

Case 3:23-cv-00058-SLG   Document 23   **EXHIBIT 3**   Filed 03/20/23   Page 15 of 26

### 3.15.2.4 Alternative C: Disconnected Infield Roads
Employment and wage effects as well as tax and royalties from this alternative would be the same as described for Alternative B, except that Alternative C would have larger federal government gravel sales due to the larger gravel footprint required.

### 3.15.2.5 Alternative D: Disconnected Access
Economic effects of Alternative D would be similar to Alternatives B and C, but employment and wage effects would be somewhat lower. Overall, State and NSB revenues would be higher than Alternatives B and C, while federal revenues would be lower. Differences in taxes and royalties reflect the slightly longer construction and operations duration (31 years versus 30 years for Alternatives B, C, and E).

### 3.15.2.6 Alternative E: Three-Pad Alternative (Fourth Pad Deferred)*

Alternative E evaluates the full development of the Willow reservoir with up to four drill site pads (initially three, with decision deferred on the fourth), recognizing that a decision regarding approval of BT5 would not be made in the Willow MDP ROD resulting from this Supplemental EIS and would require any appropriate additional analysis and a separate future decision.

Economic effects of Alternative E would be similar to Alternatives B, C, and D, but the overall number of jobs and timing of employment and wage effects would be different due to this alternative only constructing four drill site pads (versus five).

Tables 3.15.6 through 3.15.8 provide the direct employment estimates under Alternative E for all project phases.

**Table 3.15.6 Alternative E Direct Construction Employment Estimates***

| Year | Seasonal Peak | Annual Average |
|---|---|---|
| Year 1 | 40 | 26 |
| Year 2 | 200 | 130 |
| Year 3 | 750 | 488 |
| Year 4 | 1,733 | 1,127 |
| Year 5 | 1,650 | 1,073 |
| Year 6 | 950 | 618 |
| Year 7 | 350 | 228 |
| Year 8 | 100 | 65 |
| Average annual over the construction phase | NA | 469 |

Source: CPAI direct employment estimates for construction.
Note: NA (not applicable).

**Table 3.15.7. Alternative E Direct Drilling Employment Estimates***

| Year | North Slope Based | Anchorage Based |
|---|---|---|
| Year 5 | 390 | 10 |
| Year 6 | 390 | 10 |
| Year 7 | 390 | 10 |
| Year 8 | 390 | 10 |
| Year 9 | 195 | 10 |
| Year 10 | 195 | 10 |
| Year 11 | 195 | 10 |
| Average annual over drilling phase | 306 | 10 |

Source: ConocoPhillips Alaska, Inc. direct employment estimates for operations.

**Table 3.15.8. Alternative E Direct Operations Employment Estimates***

| Year | North Slope Based | Anchorage Based |
|---|---|---|
| Year 6 | 100 | 25 |
| Year 7 | 275 | 25 |
| Year 8 | 400 | 25 |
| Year 9 | 425 | 25 |
| Year 10 | 425 | 25 |

Case 3:23-cv-00058-SLG    Document 3-3    Filed 03/20/23    Page 16 of 26

EXHIBIT 3

| Year | North Slope Based | Anchorage Based |
|---|---|---|
| Year 11 | 425 | 25 |
| Year 12 through Year 30 | 425 | 25 |
| Average annual over operations phase | 405 | 25 |

Source: ConocoPhillips Alaska, Inc. direct employment estimates for operations.

In order to provide an equivalent comparison of the full impacts of each alternative, BLM is including an analysis that assumes approval of BT5 and evaluates BT5 analysis assuming the earliest possible construction start date (Year 7). This is assumed to be the most impactful scenario under Alternative E because it includes BT5 and would have the most overlap between the construction of BT5 and drilling phases at BT1, BT2, and BT3. If BT5 construction is deferred beyond Year 7, the anticipated impacts related to BT5 would be delayed, resulting in extended temporal impacts, but reducing the severity or intensity of the impacts due to there being less overall Project activity (i.e., other construction and drilling activity) occurring simultaneously.

Should BLM select Alternative E in its ROD, only three drill site pads (BT1, BT2, and BT3) would be authorized for construction, though a fourth drill site pad (BT5) may be authorized later. Alternative E includes all four drill site pads for analysis to identify the most significant impact case.

### 3.15.2.7 Module Delivery Options
Module delivery Option 1 (Atigaru Point Module Transfer Island) and Option 2 (Point Lonely Module Transfer Island) would both construct an MTI and construct ice roads to the Project area. Option 3 (Colville River Crossing) would not construct an MTI but would use the existing Oliktok Dock, existing gravel roads, and construct tundra-based ice roads to the Project area. None of the three module delivery options would change drilling and operations phase employment effects, but there would be differences in the construction phase employment effects. The potential employment effects of Option 3 would be lower compared to Options 1 and 2. Option 3 would only require workers for module off-load and transport of each sealift and for the winter ice road construction for two seasons. Options 1 and 2 would require additional workers for camp mobilization, winter ice road construction, and for the summer construction at the MTI. The estimated direct employment (average annual number of jobs) for the module delivery options would be as follows:
- Option 1 – 80 jobs
- Option 2 – 90 jobs
- Option 3 – 60 jobs

None of these options would change the alternatives' economics impacts significantly.

### 3.15.2.8 Oil Spills and Accidental Releases
Most oil spills and accidental releases would be on gravel pads and not require large or extensive responses. Response to oil spills or accidental releases could result in additional employment and wages in the NSB and for Nuiqsut residents if a large and extended response is required. Kuukpik could see increased revenues from providing support services for response activities. Employment regionally and within the state, as well as sales of goods and services, could increase over the response period.

### 3.15.3 Unavoidable Adverse, Irretrievable, and Irreplaceable Effects
There would not be unavoidable adverse, irretrievable, or irreversible impacts on economics. Similarly, the Project would not adversely impact the long-term economic sustainability of the area.

## 3.16  Subsistence and Sociocultural Systems
The analysis area for subsistence and sociocultural systems includes all areas used for subsistence activities by the communities of Nuiqsut and Utqiaġvik, which have documented use near the Project and would be most likely to experience direct and indirect effects to subsistence uses. While the Project would not geographically overlap with subsistence use areas for other communities, the indirect subsistence and sociocultural impacts of the Project could extend to other North Slope communities such as Atqasuk and Anaktuvuk Pass if the Project results in large-scale changes in the abundance or availability of subsistence resources such as caribou that are used by those communities. These effects, while unlikely to be apparent from the Willow Project alone, could be magnified when added to other past, present, and RFFAs and are therefore discussed in Section 3.19, *Cumulative*

*Effects*. The temporal scale of the analysis includes the 30 years of Project construction and operations, as well as ongoing effects (e.g., reclamation) that may extend beyond the 30-year Project life.

In addition, this section analyzes a direct effects analysis area, which includes all subsistence use areas within 2.5 miles of Project infrastructure (uses are detailed in Appendix E.16, *Subsistence and Sociocultural Systems Technical Appendix*). The direct effects analysis area is defined as a 2.5-mile buffer around all action alternatives and module delivery options and is used to characterize the nature of subsistence uses, including timing and transportation methods, within the area of potential direct effects.

The alternatives analysis area is the part of the direct effects analysis area around the onshore action alternatives (it excludes the module delivery options). The alternatives analysis area is based on a 2.5-mile buffer of permanent and temporary (e.g., ice roads) infrastructure associated with Alternatives B, C, D, and E in addition to the gravel mine site and Oliktok Dock and allows for analysis of potential direct impacts on subsistence. Because the 2.5-mile buffer of the four action alternatives is similar, it was not necessary to develop separate analysis areas for each action alternative. With the similar infrastructure footprints, differences in infrastructure design, infrastructure placement, and operational details determine how and to what level subsistence uses would be affected. These differences are discussed qualitatively, including the differences between the construction and operations phases. The alternatives analysis area does not include areas where activity would occur adjacent to existing infrastructure or activity (e.g., new pipelines that would be colocated with existing pipelines and roads east of GMT-2), nor does it include all areas where development-related activity would occur (e.g., air traffic). These indirect effects are described where applicable. While each action alternative would also include a module delivery option, the three options and associated ice infrastructure are analyzed separately using a separate 2.5-mile buffer. The analysis areas allow for more detailed analysis of the area where subsistence users are most likely to experience direct impacts from the Project. Additional direct and indirect impacts that would occur outside the alternatives analysis area are also addressed.

The analysis in this section summarizes and incorporates by reference subsistence and sociocultural systems impact analyses in the Alpine Satellite Development Plan EIS (BLM 2004a, Section 3.4), GMT-1 EIS (BLM 2014, Sections 3.4.2, 3.4.5, and 4.4.2), GMT-2 EIS (BLM 2018a, Sections 3.4.1, 3.4.3, 4.4.2, and 4.4.5), and the NPR-A IAP/EIS (BLM 2012c, Sections 3.4.3, 3.4.4, 4.4.13, and 4.4.14). The temporal scale for construction impacts is the duration of construction (8 years for Alternative E; 9 years for Alternatives B and C; 10 years for Alternative D). The temporal scale for operational impacts is the life of the Project (approximately 30 years) or until reclamation is complete. Reclamation of onshore areas can take many years, depending on the tundra damage. If reclamation of onshore gravel fill did not occur, impacts from that fill would be permanent. In marine areas, after abandonment of the MTI, the island is expected to be reshaped by waves and ice and resemble a natural barrier island within 10 to 20 years (more details in Section 3.8.2.6, *Alternative E: Three-Pad Alternative [Fourth Pad Deferred]*). Other impacts related to long-term changes in subsistence resource availability (e.g., changes in caribou distribution or migration) and subsistence harvesting patterns (e.g., reduced use of traditional harvesting areas) may extend beyond operation.

## 3.16.1 <u>Affected Environment</u>

### 3.16.1.1 Community Background and Demographics*

The North Slope is a large but sparsely populated area that is inhabited primarily by Iñupiat living in eight small communities, the largest of which is Utqiaġvik, the seat of the NSB government (Figure 3.16.1). The communities of the North Slope share a cultural identity and have close social and kinship ties, both within and between individual communities. The Iñupiat of the North Slope traditionally lived a seminomadic, subsistence-based lifestyle, using trade to acquire goods not readily available in their immediate area. Today, North Slope Iñupiat communities continue to actively engage in traditional subsistence activities, with substantial sharing of traditional foods across the region. In the NSB's 2019 economic profile and census report, at least 94% of Iñupiat households in all communities reported using subsistence foods, and a majority of households reported at least half of their household diet came from subsistence foods. Sharing is a key Iñupiaq value that strengthens social ties and promotes the continuation and transmission of cultural values and traditions. Many subsistence traditions, such as the bowhead whale hunt, are centered on the sharing and distribution of subsistence foods across communities and regions (see Section 3.16.1.2, *Definition of Subsistence*). The NSB's 2019 economic profile and census report documented that in 2019, 88% of households shared subsistence foods within their own community, 54% shared with other NSB communities, 52% shared with households in Anchorage, 30% with NANA

communities, 26% with Fairbanks, and 22% with other Alaskan communities (NSB 2020). Thus, subsistence harvests on the North Slope are distributed widely throughout the State of Alaska.

Sociocultural systems among the Iñupiat of the North Slope underwent various changes following European and American contact. The primary forces of sociocultural change included the introduction of the whaling industry (and a cash economy) in the mid-nineteenth century; compulsory education that facilitated the centralization of people into permanent villages; introduction of modern technologies; conversion of many Iñupiat to Christianity; and oil and gas development. The establishment of the oil and gas industry on the North Slope in the 1970s substantially changed sociocultural systems in the region. The desire to develop oil and gas resources on the North Slope was a major factor in passage of the ANCSA and creation of ANCSA Native corporations, including regional corporations (e.g., ASRC) and village corporations (e.g., Kuukpik) in each community as well as the creation of local municipalities. These corporations control money and land from the settlement agreement and were established with the intent to provide Alaska Natives with opportunities for self-governance and self-determination. Alaska Natives were provided with shares in both a regional and a village corporation in 1971, and corporation dividends now make up a substantial portion of household income in the NSB. Shares in ANCSA corporations were originally only transferable by gift or inheritance, meaning some ANCSA corporation shareholders' descendants did not receive shares in ANCSA corporations. In 1988, ANCSA was amended to allow ANCSA corporations to issue new shares to shareholders' descendants. ASRC has a program in place to issue a variety of share types to original shareholders' descendants. Some village corporations have also enrolled shareholders' descendants, while others, such as Kuukpik, have not. This has resulted in a decrease in the percentage of Nuiqsut household heads reporting ownership of village corporation shares from 2010 to 2015; in Nuiqsut, 61% of household heads reported owning village corporation shares in 2015 compared to 78% of household heads in 2010 (NSB 2016).

ANCSA corporations and municipal governments (both borough and city) on the North Slope created new employment opportunities in communities and remain the primary employers in most communities. The NSB in particular was created to capture some of the financial opportunities of oil and gas development and to use the revenues collected to provide facilities and services for residents of the North Slope. NSB services, including health care and education, provide employment opportunities throughout the borough. As the borough seat, Utqiaġvik has a stronger cash economy than most North Slope communities as well as a more diverse population (Table 3.16.1). Tribal governments continue to operate in and provide employment opportunities in each community.

The changes in sociocultural systems resulting from the growth of the cash economy on the North Slope occurred over a relatively short period of time and resulted in the establishment of a mixed subsistence-cash economy, where families invest money from employment into small-scale, efficient technologies to harvest wild foods. The introduction of a cash economy, and differences in participation rates in the cash and subsistence economies between households, has resulted in increased stresses in some communities, where some residents are impacted more from the cash economy than others (Wolfe 2004). Factors affecting the distribution of economic impacts include opportunities for employment with government entities and the oil and gas industry, including support services, and ownership of shares in regional and village corporations. Community tensions associated with the increased cash economy and increased oil and gas industry development include a sense of unequal distribution of financial impacts; conflicting feelings over the cash economy versus the subsistence economy; and general concerns about industry development and its potential for adverse effects on the environment, subsistence resources and access, and human health. The NSB's 2019 economic profile and census report notes negative trends in housing access, labor force, employment rates, participation in certain subsistence activities, and food security (NSB 2020). Positive trends were observed in overall population levels, health problems (e.g., smoking, high blood pressure, and high cholesterol), and graduation rates.

**Table 3.16.1. Analysis Area Demographic and Employment Data***

| Community | Population 2020 | Alaska Native (%)[a] 2020 | Unemployment Rate (%) 2019 5-Year Estimate[b] |
|---|---|---|---|
| Anaktuvuk Pass | 425 | 82.6 | 45.3 |
| Atqasuk | 276 | 91.7 | 13.8 |
| Nuiqsut | 512 | 93.0 | 12.9 |
| Utqiaġvik (Barrow) | 4,927 | 63.5 | 15.4 |
| North Slope Borough | 11,031 | 57.8 | 9.0 |

Case 3:23-cv-00058-SLG    Document 43  EXHIBIT 2  Filed 03/20/23    Page 19 of 26

Source: UCSB 2021b
[a] Reported as the only race or in combination with one or more other races.
[b] American Community Survey data is a 5-year estimate, not a point data source.

### 3.16.1.2 Definition of Subsistence*

Subsistence is the cornerstone of the traditional relationship of the Iñupiat people with their environment. Residents of Nuiqsut and Utqiaġvik rely on subsistence harvests of plant and animal resources for nutrition and their cultural, economic, and social well-being. Activities associated with subsistence—processing; sharing; redistribution networks; cooperative and individual hunting, fishing, and gathering; and ceremonial activities—strengthen community and family social ties, reinforce community and individual cultural identity, and provide a link between contemporary Alaska Natives and their ancestors. These activities are guided by traditional knowledge based on a long-standing relationship with the environment.

Traditional Iñupiaq values remain strong on the North Slope and include respect for nature, humility, love and respect for elders, cooperation, hunting traditions, knowledge of language, and family and kinship (NSB 2018c). These values are embedded within all facets of Iñupiaq society, including subsistence hunting and harvesting traditions (SRB&A 2018b). The ability to pass on these values through the continuation of traditional subsistence activities in traditional places is critical to maintaining Iñupiat cultural identity.

Sharing is one of the core values of Iñupiaq society and culture, which serves to maintain and strengthen familial and social ties both within and between communities on the North Slope. Traditional feasts such as *Nalukataq* (the spring Whale Festival) and *Kivgiq* (the Messenger Feast) revolve around the bringing together of communities and the distribution of subsistence foods throughout the community and region. Extensive sharing networks existing between North Slope communities, and between the North Slope and other regions in Alaska (Kofinas, BurnSilver et al. 2016).

Iñupiaq people continue to identify with the places of their ancestors and return to these places to hunt, fish, camp, gather, and process wild foods. Subsistence activities help maintain the relationship between Iñupiaq people and the land, as do stories, Iñupiaq place names, trails and travel routes, and landmarks (SRB&A 2018b). Thus, to the Iñupiat, protection of traditional lands, waters, and the wild resources that inhabit them is essential to maintaining cultural traditions, traditional knowledge, and identity.

Like residents in other North Slope communities, Nuiqsut and Utqiaġvik residents participate in a mixed, subsistence-market economy (Walker and Wolfe 1987), where residents invest money to purchase equipment and supplies (e.g., boats, snow machines, gill nets, fuel) to support subsistence activities. Native corporation dividends (Section 3.15, *Economics*) rely heavily on oil and gas development, and many residents invest their dividends and employment income into their subsistence way of life. Sharing subsistence foods with other communities is a major component of the mixed economy and is facilitated by advancements in rural transportation and technology.

Subsistence activities on lands in Alaska, including private lands, are subject to state and/or federal regulations. The Project would be located primarily on federal lands within the NPR-A, although pipelines would cross lands owned by Kuukpik and the state.

### 3.16.1.3 Overview of Subsistence Uses

This section provides an overview of subsistence use areas, timing of subsistence activities, harvest data, and existing impact levels for Nuiqsut and Utqiaġvik. Appendix E.16 provides details related to Nuiqsut and Utqiaġvik subsistence uses, in addition to subsistence uses within the direct effects analysis area. See Section 3.10, *Fish*, through Section 3.13, *Marine Mammals*, for details regarding the relative abundance and distribution of subsistence resources.

#### 3.16.1.3.1 Nuiqsut*

Subsistence use areas for Nuiqsut are shown on Figures 3.16.1 through 3.16.3 (and Figures E.16.1 through E.16.9 in Appendix E.16). Contemporary Nuiqsut subsistence use areas (Figure 3.16.1) for all resources exist over a large area extending from Utqiaġvik in the west and Anaktuvuk Pass in the south to Kaktovik in the east, and in areas offshore from the CRD and Cross Island. Areas of higher overlapping use occur around the Colville River, in overland areas to the west and south of Nuiqsut, and in the Beaufort Sea. Historical or lifetime use areas for Nuiqsut occur in an a somewhat smaller area than contemporary uses focused around the Colville River, west

### 3.16.2.1.2 Proponent's Design Measures to Avoid and Minimize Effects

CPAI's design features to avoid or minimize impacts are listed in Table I.1.2 in Appendix I.1, *Avoidance, Minimization, and Mitigation*. These are also incorporated into the discussion of potential impacts below, where relevant.

### 3.16.2.1.3 Resource Specialists Additional Suggested Avoidance, Minimization, or Mitigation

The full text of all proposed mitigation measures is available in Appendix I. In addition to the applicable LSs and ROPs described above (Section 3.16.2.1.1, *Applicable Lease Stipulations and Required Operating Procedures*), the following additional suggested measures could reduce impacts to subsistence and sociocultural systems:

- Inform employees who are North Slope residents of company subsistence leave policies and ensure that leave policies are flexible to account for annual variation in the timing and length of subsistence activities.
- Employ subsistence representatives who receive daily communications on Project activities and report potential conflicts with subsistence users. Subsistence representatives should be provided with clear communication protocols and training, be local and knowledgeable residents, and be included in field activities the community believes have a high potential of conflicting with subsistence uses (e.g., helicopter-based surveys).
- In coordination with local organizations, such as the Kuukpik Subsistence Oversight Panel (KSOP) (required in CPAI design measure 68), ensure communications include the timing and location of development activities such as air traffic, blasting, and other construction activities.
- Identify areas with high drifted snow accumulation along pipelines after construction and implement a snow management program to clear drifts and create access points (i.e., openings) in areas where drifts accumulate for a long distance (e.g., quarter- and half-mile lengths) along pipelines. Consult with Nuiqsut residents on an appropriate distance for cleared access areas as well as the depth of snowdrifts that impede travel under pipelines.
- As part of the Subsistence Plan (required in BLM [2022] ROP H-1), provide equal opportunities for various local entities (e.g., KSOP, NVN, City of Nuiqsut, Kuukpik), in addition to knowledgeable subsistence users, to provide input. Include local advisors as team members during studies, identification of historic sites, and Project planning.
- Continue to consult with local subsistence users and community organizations regarding the appropriate design and location of subsistence boat ramps, pullouts, and subsistence tundra access ramps. Consult with other operators regarding other boat ramp projects on the North Slope that may inform future designs. (This would be required as part of BLM [2022] ROP E-1.)
- Participate in Conflict Avoidance Agreements with the Alaska Eskimo Whaling Commission to reduce potential impacts on bowhead whale hunting resulting from barge and vessel traffic.
- Work with community organizations to establish measures to reduce impacts of vehicle traffic on subsistence activities, particularly during the Project's construction phase.
- Install traffic control signs (e.g., stop signs) to halt industry vehicle traffic at all subsistence access ramps to ensure that subsistence users can cross safely
- Place development-free buffer around Native Allotment of at least 1 mile to ensure the viability of the allotment for subsistence use. Exceptions would be made for allotment owners who agree to having development closer than 1 mile.

### 3.16.2.1.4 Public and Cooperating Agency Suggested Mitigation Measures*

Additional mitigation measures suggested by cooperating agencies and in public comments on the Draft Supplemental EIS are listed in Tables I.4.1 and I.5.1, in Appendix I.1, *Avoidance, Minimization, and Mitigation*. The following public and cooperating agency additional suggested mitigation measures may reduce impacts to subsistence.

- Proposed projects that would have a gravel footprint exceeding 300 acres would be limited to developing no more than 65% of the proposed project before instituting a minimum 2-year pause to observe project impacts (e.g., permafrost, hydrology, caribou, subsistence). The authorized officer will be responsible for determining the need for permit review based on the monitored findings.

community, to other NSB communities, and to households in Anchorage. In Nuiqsut, 57.4% of households shared subsistence foods with another NSB community. Kofinas et al. (2016) provides a more detailed analysis of sharing on the North Slope, specifically for the communities of Wainwright and Kaktovik. These data show that during the study year, Kaktovik households directly received caribou and other resources from several Nuiqsut households, and Wainwright directly received bowhead whale from Nuiqsut. Extensive sharing networks for Kaktovik and Wainwright documented during the study included other North Slope households such as Utqiaġvik, Atqasuk, and Anaktuvuk Pass.

A reduction in the availability of subsistence resources to the communities of Nuiqsut and Utqiaġvik could affect the amount or frequency with which they share subsistence resources with other communities. Not only do North Slope communities share with one another, but residents travel between communities for subsistence activities with friends and family members. For example, in recent years, residents of Anaktuvuk Pass have flown to Nuiqsut to hunt caribou with Nuiqsut residents due to a lack of caribou near their community in the Brooks Range. A reduction in the availability of caribou near Nuiqsut could therefore affect caribou harvests for the community of Anaktuvuk Pass. Large changes in the distribution or health of subsistence resources could also affect other North Slope communities if these changes affect migratory resources such as caribou or migratory birds which are harvested by other North Slope communities. Concerns about resource contamination related to the Project may also extend to other North Slope communities, particularly in the case of a large-scale contamination event or contamination of widely shared resources, and result in avoidance of certain subsistence foods. Although these widespread sociocultural impacts are unlikely due to the Willow Project alone, when added to other past, present, and RFFAs, the likelihood of sociocultural effects could increase, as discussed in Section 3.19. Impacts on sociocultural systems from drilling and operations would be long term, as these changes would affect current residents' use of and relationship to the area, and these changes would be transmitted to the next generation.

In addition to effects on sociocultural systems resulting from decreased subsistence resource availability or harvester access, residents may experience impacts to sociocultural systems resulting from increased interactions with non-local workers, changes in income and employment levels, and associated social tensions. During construction, the increase in personnel in Nuiqsut use areas could increase the risk of conflicts between workers and subsistence harvesters, particularly if residents and/or construction personnel are not properly informed of security restrictions and procedures. While interactions with nonresidents have become increasingly common in rural Alaska, most North Slope Iñupiaq communities continue to be relatively remote and inhabited primarily by Alaska Native residents. Interactions with nonresidents can sometimes cause discomfort for residents when they do not respect or understand local traditional values and customs. Residents have expressed discomfort conducting subsistence activities when nonresidents are around for fear that their traditions would be policed, misinterpreted, misunderstood, or exploited for political or other purposes. Witnessing nonresidents mistreating or disrespecting the land and its resources can also have negative cultural and spiritual impacts on locals, especially if the affected area holds particular importance to a community. Implementation of cultural awareness training for all employees would help reduce the potential for such interactions.

Native women and girls experience substantially higher rates of domestic and other violence than other Alaska residents. Oil and gas development in or near Native communities in the United States may raise this already high risk (Walker 2015). Because oil and gas workers would be housed in on-site camps for all stages of Project development, interactions between oil and gas workers and Nuiqsut residents would be minimal outside of the interactions at Project camps and roads, and camp housing would have prohibitions against drug and alcohol use.

Increased income and employment levels could affect sociocultural systems by changing the socioeconomic status of certain community members and reducing the time spent by certain individuals on harvesting subsistence resources, thus affecting social ties in the community. On the other hand, higher employment levels could increase the amount of cash available to engage in subsistence activities and support subsistence-related equipment and infrastructure. Nuiqsut residents are also most likely to receive income from development, through wage employment or Kuukpik dividends. As noted in Section 3.16.1.1, not all Nuiqsut residents are Kuukpik shareholders, and therefore benefits associated with increased dividends would not be equally shared among residents. Project construction could result in increased employment opportunities and income for some Nuiqsut residents, although not all residents would qualify for or apply for industry jobs. A majority of construction work would be seasonal or temporary (Section 3.15). Residents may invest the income from construction jobs and Kuukpik dividends into supplies and equipment (e.g., snow machines, fuel, ammunition) to support subsistence

activities. Increased cash may help offset some effects by allowing residents to invest in equipment that helps them access more subsistence harvest areas and increases subsistence harvest efficiency. A decrease in subsistence activity by certain households could have a larger impact on the community if these households are particularly active and distribute subsistence foods to less active households. Because most construction activity is in the winter, a generally lower time for subsistence activities (Appendix E.16, Table E.16.7), subsistence/work conflicts would be fewer.

The availability of jobs for Nuiqsut residents would likely decrease during operations; however, income through increased Kuukpik dividends would continue throughout drilling and operations. A shifting of subsistence roles may occur in certain cases, where particularly active harvesters (e.g., super-harvester households) may no longer have time to provide subsistence foods and may rely on others to fill the subsistence roles they once held. The role of super-harvester households has been documented in a number of studies (Kofinas, BurnSilver et al. 2016; Wolfe 2004). Wolfe (2004) found that in most rural communities, approximately 30% of households (super-harvester households) harvest 70% of a community's total harvest. Kofinas et al. (2016) found that many super-harvester households are often also high-earning households. However, more recent research shows an inverse relationship between household income and subsistence harvests, indicating that harvests may decline as household income increases (Guettabi, Greenberg et al. 2016). Subsistence roles within a community naturally change over time due to household circumstances (e.g., age and number of household members, employment levels), and communities generally adapt to these changes; however, a sudden change in employment levels in the community may cause at least a temporary disruption in social ties and roles within the community of Nuiqsut, which could cause a decline in the distribution of subsistence foods for a period of time and decreased food security for some households. Top reasons for reporting decreased harvests in rural Alaska communities include a lack of harvest effort; reduced resource availability; a lack of time due to work; other personal reasons; and less sharing. Thus, changes in resource availability resulting from the Project, increased local employment rates, and decreased distribution of subsistence resources could all contribute to decreased food security in affected communities (Fall and Kostick 2018).

Caribou is the most likely subsistence resource to be affected by the Project to the extent that overall Nuiqsut harvests could experience a decline. This is because caribou herds migrate through and have key habitat in the Project area, Nuiqsut harvesters use the Project area to harvest caribou (particularly during the summer and fall months), and because caribou provide a substantial portion of the community's annual subsistence foods, accounting for an average of approximately 30% of the community's harvest over all study years. While it is unlikely that the community would experience a total loss of harvests, even a small reduction could come with high costs to social, cultural, and economic well-being, particularly to the more vulnerable low-income, unconnected, and low-harvest households (Kofinas, BurnSilver et al. 2016).

### 3.16.2.4 Alternative C: Disconnected Infield Roads
The type of effects under Alternative C would be similar to those described for Alternative B, with the differences in magnitude described below.

Under Alternative C, the reduction in infield roads, including no road and bridge crossing Judy (Iqalliqpik) Creek and the removal of a perpendicular intersection of access and infield roads, would potentially reduce the deflection of migrating caribou (Section 3.12), thus reducing impacts to resource availability for Nuiqsut subsistence users. The lack of infield roads would increase the need for air traffic during the ice-free months, increasing potential disturbances to caribou and other resources and Nuiqsut harvesters. Overall, fixed-wing, helicopter, and ground traffic would be slightly higher under Alternative C. Ground traffic would be more concentrated in the winter months, when caribou hunting activity is lower. The need for second airstrips and operations centers may result in air traffic disturbances occurring over a larger area.

Year-round road access for Nuiqsut residents would be less under Alternative C, as residents would not have road access to the areas west of Judy (Iqalliqpik) Creek during the snow-free months. The lack of year-round road access combined with increased air traffic may result in higher rates of harvester avoidance during certain times of the year. Similar to Alternative B, Alternative C would construct a subsistence boat ramp on the Ublutuoch (Tiŋmiaqsiuġvik) River that could provide access to key hunting areas on the lower portion of Fish Creek; however, boat ramps would not be constructed on Fish and Judy (Iqalliqpik) creeks.

The decreased gravel road footprint under Alternative C, including the lack of a bridge crossing over Judy (Iqalliqpik) Creek, could reduce potential impacts to fish availability downstream from the Project (Section 3.10),

Case 3:23-cv-00058-SLG    Document 2-3    Filed 03/20/23    Page 23 of 26
EXHIBIT B

As noted by BLM (2018a), climate change can be understood as an environmental justice issue. Alaska Natives living in rural areas also may be especially vulnerable to climate-related effects due to their economic, nutritional, and cultural dependence on subsistence food resources (EPA 2017c). Often, conditions of poverty amplify adverse impacts on subsistence resource use. For example, if subsistence harvests decrease or subsistence-related travel costs increase, lower income households may be unable to spend more money on fuel and other subsistence-related expenses, and they may be less able to shift to more expensive commercial food sources, thereby potentially experiencing decreased food security. The Alaska Natives of northern Alaska are disproportionately affected by climate change, both by the fact that climate change effects are more pronounced in this region and by the fact that subsistence activities in the region are particularly dependent on ice, wind, and permafrost conditions.

## 3.17.2  Meaningful Engagement*

### 3.17.2.1 Nuiqsut Engagement*

Environmental justice guidance for federal agencies stresses the importance of providing minority or low-income populations with meaningful engagement in environmental review processes (BLM 2022a; EPA 2016). Coordination with and involvement of Nuiqsut residents has occurred through multiple avenues of communication that are described below.

Throughout development of the Willow MDP EIS and this Supplemental EIS, BLM invited NVN and the City of Nuiqsut to participate in the environmental review process as cooperating agencies representing expertise in sociocultural, wildlife, and subsistence resources. NVN was also invited to participate in government-to-government consultation. NVN and the City of Nuiqsut had participated in cooperating agency meetings, including those pertaining to alternatives development, mitigation measures, and identification of key issues, for both development of the initial EIS and during Supplemental EIS development.

In addition to agency meetings, BLM consults with the NVN regularly through government-to-government discussion.

BLM has invited the City of Nuiqsut, NVN, and the Kuukpik Corporation to participate in regularly scheduled meetings for the NPR-A Working Group (reinstituted in spring 2019).

During development of the 2020 EIS, BLM also engaged Nuiqsut residents through public meetings in Nuiqsut to solicit input regarding the EIS process and the community's concerns, both through public scoping meetings and from community open house meetings about the Project. Iñupiaq translators were present during meetings in Nuiqsut. Public scoping was conducted from August 7, 2018, to September 20, 2018, to solicit input from the public and to inform the EIS. BLM provided the community of Nuiqsut an additional 8 days (52 total days) to comment because many community members were participating in subsistence activities during much of the scoping period. More information on public scoping and comments received are provided Appendix B.1 (*Scoping Process and Comment Summary*).

BLM engaged Nuiqsut residents through public meetings for the Draft EIS in Nuiqsut to solicit input regarding Project effects and concerns of the community. Iñupiaq translators were present during meetings in Nuiqsut. The public comment period (starting August 30, 2019) was open for 45 days and subsequently extended for 15 additional days, ending on October 29, 2019. The Nuiqsut meeting included the public hearing for comments regarding the Project's potential impact to subsistence resources and activities, as per ANILCA Section 810.

BLM engaged Nuiqsut residents though eight virtual public meetings to receive comments on the SDEIS. Because of state and local mandates regarding coronavirus disease of 2019 (COVID-19) that restricted travel and in-person meetings, BLM delivered virtual meetings to reach audiences across the state. Two of the virtual public meetings gave priority to North Slope residents and two meetings gave priority to Nuiqsut residents. The meetings included public hearings for comments regarding the Project's potential impact to subsistence resources and activities as per the ANILCA Section 810. All meetings were also accessible by phone. A copy of the presentation was translated into Iñupiaq and aired six times on KBRW radio. Hard copies of the presentation were sent to post office boxes in Nuiqsut.

At the start of Supplemental EIS development, BLM conducted a series of alternatives development and mitigation measure identification workshops with cooperating agencies, including the NVN and the City of

small employment base on the North Slope and the limited job opportunities, these few jobs could substantially affect the local and regional economy.

Nuiqsut residents are also most likely to receive income from development, through employment wages or Kuukpik dividends. As noted in Economics Section 3.15.1.1 (*Local Economy*), Kuukpik, the ANCSA village corporation for Nuiqsut, was established in 1973 and owns surface rights to land (144,180 acres) in Nuiqsut. Original enrollment included 212 shareholders (Class A shareholders each received 100 shares). By 2015, approximately 384 Nuiqsut residents were enrolled as shareholders. The new shareholders acquired shares by inheritance or gift only and likely hold less than 100 shares (NSB 2022). In 2020, Kuukpik enrolled direct descendants of original shareholders, called Class B shareholders, resulting in a significant increase in the number of Kuukpik shareholders in both Nuiqsut and Utqiaġvik since 2016 (Kuukpik Corporation 2022). This resulted in more shareholders (both local and non-local) participating in Kuukpik's benefit programs (NSB 2022), including dividend payments. A report in 2019 noted that Class A shareholders received about $30,000 in dividends (Harball 2019). Kuukpik Corporation generates revenues from its subsidiaries involved in ice road construction, gravel mining and hauling, civil construction, drilling, seismic exploration, camp support (catering and security), and lodging services in Nuiqsut. ASRC, established in 1972, is the ANCSA regional corporation, and owns the subsurface titles to land in Nuiqsut. As of 2010, about 97% of Nuiqsut residents are ASRC shareholders (holding 100 shares) (NSB 2022).

Project construction could result in increased employment opportunities and income for some Nuiqsut residents, although not all residents would qualify for or apply for industry jobs. Although oil and gas development on the North Slope does not increase demand for local services, as construction camps are developed to provide lodging, food, utilities, and other services needed by workers, occupancy of the Kuukpik Hotel, whose typical clients include agency personnel and oil-field workers, would likely increase during construction, increasing tax revenues from the city's 12% bed tax.

The effects on economics in Nuiqsut would not be highly adverse.

### 3.17.3.3.3 Public Health*

Project impacts on the public health are discussed in further detail in Section 3.18, *Public Health.* Impacts relevant to environmental justice area discussed below.

*Employment, Income and Economic Status*: Economic status creates a meaningful context for human health; improved income is generally thought to be associated with improved community and individual health. The Project would result in additional employment opportunities in Nuiqsut as discussed above in 3.17.3.3.2. Although most construction jobs would be filled by non-locals, even a small number of additional jobs would positively impact the community's relatively small labor force. Project construction would increase household incomes for Nuiqsut residents employed with Project, and dividend income would also increase for ASRC and Kuukpik shareholders if these corporations have subsidiaries working on the Project.

*Social Connections and Cultural Continuity*: Cultural factors are important determinants of health in that people who are involved with their communities and culture tend to be healthier than people who are not. Cultural continuity includes the continuation of subsistence activities, including harvesting resources and sharing those resources within the community and ceremonial activities, as well as using and teaching the Iñupiaq language. Cultural continuity has been linked to numerous health outcomes including reduced rates of suicide (Chandler 1998; Chandler and Lalonde 2004).

Few non-local construction workers would be expected to interact with Nuiqsut residents. If Nuiqsut residents are hired and stay in Project camps, they would have more interaction with non-local workers, decreased connections with their own community and social support network, and potential time conflicts and less opportunity to participate in subsistence activities. Not all Nuiqsut residents would find jobs or receive ANCSA dividends, resulting in the potential for social tensions regarding an uneven distribution of money in the community. Cultural continuity would be impacted if subsistence activities were interrupted by construction activities that could restrict access to subsistence harvest areas or decrease subsistence resource availability.

*Subsistence*: Reduced subsistence harvester access or subsistence resource availability would adversely affect community health by reducing the availability of subsistence foods and increasing dependence on store-bought foods, increasing food insecurity. Between 2003 and 2010, Nuiqsut was the only NSB community that reported an

Case 3:23-cv-00058-SLG   Document 3-3   EXHIBIT B   Filed 03/20/23   Page 25 of 26

decline in productivity and abundance is not expected. Westward oil and gas development expansion could have negative impacts across the North Slope since subsistence resources and activities are often shared among communities. Cultural identification is closely related to the use of subsistence foods, which are not only eaten for nutrition value but for cultural practices. An impact on subsistence resources and activities would also affect social connections and cultural continuity.

Increased gravel infrastructure, expected from RFFAs in combination with Project gravel infrastructure and boat ramps, would increase subsistence access for Nuiqsut residents and likely increase the subsistence harvest of fish, birds, terrestrial mammals, and marine mammals. This would add positive effects to community and public health through increased subsistence activities and nutrition and food security.

Construction activities of the Project, combined with many of the RFFAs would result in increased air and noise emissions, including in currently undeveloped areas Nuiqsut residents use, as well as the areas they travel through. Air quality and air pollutant emissions may increase public health impacts related to respiratory and cardiac conditions. Development-related noise could cause irritation, annoyance, or sleep disturbance among individuals who experience it (BLM 2012c). This would increase stress in some Nuiqsut residents and could lead to or exacerbate mental health issues such as anxiety and depression and lead to a decline in physical health and overall well-being.

Climate change is part of the existing condition in the Project area and many of the RFFAs that affects public health of Nuiqsut residents and is likely to affect the community more in the future. As temperatures increase, snow and ice cover would decrease and vegetation and habitats may change. These changes can affect human health and safety by making travel conditions more unpredictable or by affecting habitat availability, quality, and suitability for Nuiqsut subsistence resources, in particular caribou. These changes would likely create additional stress to Nuiqsut residents with the current, proposed, and reasonably foreseeable development in their subsistence use areas. According to an ANTHC report on climate change in Nuiqsut, residents are reporting noticeable changes in weather, plants, animals, and the land, and raising concerns about food and water security, transportation safety, and increased stress affecting mental health of Nuiqsut residents (Brubaker, Bell et al. 2014a). The downstream combustion of oil products from the Project and other RFFA's involved in oil and gas development would lead to emissions of criteria and hazardous air pollutants which would impact air quality and could potentially lead to public health related impacts. The Project and many of the RFFAs would exacerbate those effects by also increasing food and water security concerns and potentially creating related mental stress. Climate change effects to the North Slope are, however, experienced by all NSB residents and are not expected to be generally disproportionate for Nuiqsut residents.

The cumulative effects on subsistence, sociocultural systems, and public health may be highly adverse and would be disproportionately borne by populations from Nuiqsut, Utqiaġvik, Anaktuvuk Pass, Atqasuk, Point Lay, and Wainwright. These effects would be long term and of high intensity. As discussed in Section 3.17.1, *Affected Environment*, these communities are also particularly vulnerable to the effects of climate change. This is because they have fewer financial resources to cope with these effects and because of their economic, nutritional, and cultural dependence on subsistence food resources.