Patrick W. Munson (AK Bar No. 1205019)
Charles A. Cacciola (AK Bar No. 1306045)
Sam Severin (AK Bar. No. 0606035)
Chandler, Falconer, Munson & Cacciola, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401

Attorneys for Movant Kuukpik Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SOVEREIGN IÑUPIAT FOR A LIVING
ARCTIC, *et al*.,

Plaintiffs,

vs.

BUREAU OF LAND MANAGEMENT,
et al.,

Defendants.

Case No. 3:23-cv-00058-SLG

**[PROPOSED] KUUKPIK'S PRELIMINARY ANSWER TO COMPLAINT**

Intervenor-defendant Kuukpik Corporation files this preliminary answer to the

Complaint for Declaratory and Injunctive Relief. Plaintiffs have filed a 63-page

complaint asserting five separate causes of action under the National Environmental

Policy Act, the Endangered Species Act, the Alaska National Interest Lands

Conservation Act, the Naval Petroleum Reserves Production Act; and the

Administrative Procedure Act.

**General Denial**

Plaintiffs have moved for a temporary restraining order and preliminary

injunction. Opposition to that motion must be filed by March 24, 2023. Kuukpik has

insufficient time to adequately review and respond to the complaint and the pending motion. Kuukpik therefore files this preliminary answer in a good-faith effort to comply with Fed. R. C. P. 24(c) to ensure timely intervention and avoid unnecessary delay.

Having stated the legal and factual bases of its interests in its motion to intervene, Kuukpik hereby answers and asserts the following:

Because Kuukpik lacks sufficient time to adequately review the complaint's allegations and form a belief as to their truth or falsity and where not in contradiction with facts asserted in Kuukpik's motion to intervene, Kuukpik denies all allegations in the complaint. Kuukpik denies that plaintiffs are entitled to the relief requested in the complaint or any relief whatsoever. Kuukpik will amend this preliminary answer following completion of the injunctive relief proceedings or within the time allotted for the federal defendants to file an answer.

Kuukpik Corporation, having answered the allegations contained in the complaint, asks this Court to grant the following relief:

1. Dismiss the complaint with prejudice;

2. Enter judgment against plaintiffs and in favor of defendants; and

3. Grant such other and further relief as the Court may deem just and proper.

Dated: March 20, 2023.

<div style="margin-left:40%">

CHANDLER, FALCONER, MUNSON & CACCIOLA, LLP

Attorneys for Movant Kuukpik Corporation

By: /s/ Patrick W. Munson
      Patrick W. Munson

</div>

[PROPOSED] PRELIMINARY ANSWER TO COMPLAINT

AK Bar No. 1205019

By: /s/ Charles A. Cacciola
     Charles A. Cacciola
     AK Bar No. 1306045

By: /s/ Sam C. Severin
     Sam C. Severin
     AK Bar No. 0606035