Patrick W. Munson (AK Bar No. 1205019)
Charles A. Cacciola (AK Bar No. 1306045)
Sam Severin (AK Bar. No. 0606035)
Chandler, Falconer, Munson & Cacciola, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401

Attorneys for Movant Kuukpik Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al*.,<br><br>      Plaintiffs,<br><br>  vs.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>      Defendants. | Case No. 3:23-cv-00058-SLG |

### [PROPOSED] ORDER GRANTING MOTION TO INVERVENE BY KUUKPIK CORPORATION

Kuukpik Corporation has moved to intervene in the above captioned matter. The existing parties take no position or do not oppose Kuukpik's motion. The Court finds good cause to grant the motion.

IT IS HEREBY ORDERED that Kuukpik's motion to intervene as a defendant is GRANTED. Kuukpik shall adhere to the Briefing Schedule For Motion for Temporary Restraining Order and Preliminary Injunction entered by the Court on March 17, 2023.

IT IS FURTHER ORDERED that Kuukpik Corporation shall file a clean copy of its Preliminary Answer to Complaint within seven days of the date of this order.

Dated: March _____ 2023.

_____
HON. SHARON L. GLEASON
UNITED STATES DISTRICT COURT JUDGE