# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN INUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants,<br><br>and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*<br><br>Intervenor-Defendants. | Case No. 3:23-cv-00058-SLG |

### ORDER RE UNOPPOSED MOTION TO INTERVENE BY NORTH SLOPE BOROUGH

Before the Court at Docket 28 is the *Unopposed Motion to Intervene by North Slope Borough*, pursuant to Rule 24 of the Federal Rules of Civil Procedure. Plaintiffs and Federal Defendants do not take a position on the motion. Intervenor-Defendants do not oppose the motion. It is hereby ORDERED that the Motion to Intervene is GRANTED.

The North Slope Borough ("Borough") is hereby admitted into this litigation as an intervenor-defendant with full rights of participation. Within seven (7) days of the date of this order, the Borough is directed to file a clean copy of its Answer.

DATED this 21st day of March, 2023, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00058-SLG, *Sovereign Inupiat for a Living Arctic, et al. v. BLM, et al.*
Order re Unopposed motion to Intervene by North Slope Borough
Page 2 of 2

Case 3:23-cv-00058-SLG   Document 37   Filed 03/21/23   Page 2 of 2