Tyson C. Kade
Jonathan D. Simon
Melinda L. Meade Meyers
VAN NESS FELDMAN, LLP
1050 Thomas Jefferson Street, NW
Washington, DC 20007
Tel.: 202.298.1800
Fax: 202.338.2416
Email: tck@vnf.com
    jxs@vnf.com
    mmeademeyers@vnf.com

Charlene Koski
VAN NESS FELDMAN, LLP
1191 Second Avenue, Suite 1800
Seattle, WA 98101
Tel.: 206.623.9372
Email: cbk@vnf.com

*Counsel for Intervenor-Defendant*
*North Slope Borough*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants, <br> and <br><br> CONOCOPHILLIPS ALASKA, INC., et al., <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00058-SLG |

**PRELIMINARY ANSWER OF NORTH SLOPE BOROUGH**

NORTH SLOPE BOROUGH'S PRELIMINARY ANSWER – 1
*Sovereign Iñupiat for a Living Arctic, et al. v. Bureau of Land Mgmt., et al.*
Case No. 3:23-cv-00058-SLG

## General Denial

Intervenor-Defendant North Slope Borough ("Borough") files this preliminary answer to Plaintiffs' Complaint for Declaratory and Injunctive Relief. Plaintiffs have filed a 63-page complaint asserting five separate causes of action under the National Environmental Policy Act, 42 U.S.C. §§ 4321–4347; the Endangered Species Act, 16 U.S.C. §§ 1531–1544; the Alaska National Interest Lands Conservation Act, 16 U.S.C. §§ 3101–3233; the Naval Petroleum Reserves Production Act, 42 U.S.C. §§ 6501–6508; and the Administrative Procedure Act, 5 U.S.C. §§ 702–706.

Plaintiffs are expected to seek immediate preliminary injunctive relief before the Borough has had time to fully review the allegations in Plaintiffs' Complaint. The Borough therefore files this preliminary answer in a good-faith effort to comply with FRCP 24(c), ensure timely intervention, and avoid unnecessary delay. *See Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 474 (9th Cir. 1992) (accompanying pleading under Rule 24(c) not required when the petition for intervention "fully stated the legal and factual grounds for intervention."); *Westchester Fire Ins. Co. v. Mendez*, 585 F.3d 1183 (2009) (same). Having fully stated the legal and factual bases of its interests in its motion to intervene, the Borough hereby answers and asserts the following:

Because the Borough lacks sufficient time to review the Complaint's allegations and form a belief as to their truth or falsity, the Borough denies any and all allegations in the Complaint whether express or implied. The Borough denies that Plaintiffs are entitled to the relief requested in the Complaint or to any relief whatsoever. The Borough

NORTH SLOPE BOROUGH'S PRELIMINARY ANSWER – 2
*Sovereign Iñupiat for a Living Arctic, et al. v. Bureau of Land Mgmt., et al.*
Case No. 3:23-cv-00058-SLG

Case 3:23-cv-00058-SLG   Document 38   Filed 03/21/23   Page 2 of 5

will amend this preliminary answer following completion of the injunctive relief proceedings, or within the time allotted for Federal Defendants to file an answer.

### **Affirmative Defenses**

The Borough asserts the following affirmative defenses:

1. Plaintiffs have failed to state a claim for which relief may be granted.

2. Plaintiffs lack standing to bring their claims.

3. This Court lacks subject matter jurisdiction over one or more of Plaintiffs' claims.

4. One or more of Plaintiffs' claims are barred by the doctrines of ripeness, laches, res judicata, collateral estoppel, or exhaustion of administrative remedies.

5. The applicable statutes of limitations bar one or more of Plaintiffs' claims.

6. The Borough reserves the right to amend or supplement these affirmative defenses as appropriate.

WHEREFORE, the Borough, having answered the allegations contained in Plaintiffs' Complaint, respectfully asks this Court to award the following relief:

1. Dismiss the Complaint with prejudice and in its entirety;

2. Enter judgment against Plaintiffs and in favor of the Borough;

3. Award the Borough its costs incurred in defending this action;

4. Grant such other and further relief as the Court may deem just and proper.

NORTH SLOPE BOROUGH'S PRELIMINARY ANSWER – 3
*Sovereign Iñupiat for a Living Arctic, et al. v. Bureau of Land Mgmt., et al.*
Case No. 3:23-cv-00058-SLG

Case 3:23-cv-00058-SLG   Document 38   Filed 03/21/23   Page 3 of 5

DATED this 21st day of March, 2023.

                Respectfully submitted,

                /s/   *Tyson C. Kade*
                Tyson C. Kade, D.C. Bar # 1018014
                    *Pro Hac Vice*
                Jonathan D. Simon, Alaska Bar # 0911069
                Melinda L. Meade Meyers, Alaska Bar # 2006053
                VAN NESS FELDMAN, LLP
                1050 Thomas Jefferson Street, NW
                Washington, DC 20007
                Tel.: 202.298.1800
                Fax: 202.338.2416
                Email: tck@vnf.com
                       jxs@vnf.com
                       mmeademeyers@vnf.com

                Charlene Koski, Washington State Bar # 43178
                    *Pro Hac Vice*
                VAN NESS FELDMAN, LLP
                1191 Second Avenue, Suite 1800
                Seattle, WA 98101
                Tel.: 206.623.9372
                Email: cbk@vnf.com

                *Counsel for Intervenor-Defendant*
                *North Slope Borough*

NORTH SLOPE BOROUGH'S PRELIMINARY ANSWER – 4
*Sovereign Iñupiat for a Living Arctic, et al. v. Bureau of Land Mgmt., et al.*
Case No. 3:23-cv-00058-SLG

Case 3:23-cv-00058-SLG   Document 38   Filed 03/21/23   Page 4 of 5

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March 2023, I filed a true and correct copy of the foregoing and accompanying documents with the Clerk of the Court for the United District Court – District of Alaska by using the CM/ECF system. Participants in this Case No. 3:23-cv-00058-SLG who are registered CM/ECF users will be served electronically by the CM/ECF system.

/s/ *Tyson C. Kade*
Tyson C. Kade

NORTH SLOPE BOROUGH'S PRELIMINARY ANSWER – 5
*Sovereign Iñupiat for a Living Arctic, et al. v. Bureau of Land Mgmt., et al.*
Case No. 3:23-cv-00058-SLG

Case 3:23-cv-00058-SLG   Document 38   Filed 03/21/23   Page 5 of 5