# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>　　　　Defendants,<br><br>　　and<br><br>CONOCOPHILLIPS ALASKA, INC.,<br><br>　　　　Intervenor-Defendant. | Case No. 3:23-cv-00058-SLG |

**ORDER RE MOTION TO INTERVENE BY KUUKPIK CORPORATION**

Before the Court at Docket 35 is the *Motion to Intervene by Kuukpik Corporation*. Plaintiffs and federal defendants take no position on the motion. All other parties do not oppose the motion. It is hereby ORDERED that the motion is hereby GRANTED.

Kuukpik Corporation ("Kuukpik") is hereby admitted into this litigation as an intervenor-defendant with full rights of participation. Within seven (7) days of the date of this order, Kuukpik is directed to file a clean copy of its Answer. Kuukpik and all intervenors are directed to abide by the current case management schedules at Docket 11 and Docket 32.

DATED this 21st day of March, 2023, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00058-SLG, *Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.*
Order re Motion to Intervene by Kuukpik Corporation
Page 2 of 2

Case 3:23-cv-00058-SLG   Document 39   Filed 03/21/23   Page 2 of 2