U.S. Department of the Interior
Bureau of Land Management

# Willow Master Development Plan

Supplemental Environmental Impact Statement

# *FINAL*

## Volume 1: Executive Summary, Chapters 1 through 5, Glossary, and References

## January 2023



**Prepared by:**
U.S. Department of the Interior
Bureau of Land Management
Anchorage, Alaska

**In Cooperation with:**
U.S. Army Corps of Engineers
U.S. Environmental Protection Agency
U.S. Fish and Wildlife Service
Native Village of Nuiqsut
Iñupiat Community of the Arctic Slope
City of Nuiqsut
North Slope Borough
State of Alaska

Case 3:23-cv-00058-SLG    Document 43-3    Filed 03/24/23    Page 1 of 86

**Estimated Total Costs Associated with Developing and Producing this SEIS:** $3,350,000

**Mission**

To sustain the health, diversity, and productivity of the
public lands for the future use and enjoyment of present and
future generations.

Cover Photo Illustration: North Slope Alaska oil rig during winter drilling.
Photo by: Judy Patrick, courtesy of ConocoPhillips.

Photo copyright 2019 ConocoPhillips Alaska, Inc. The BLM is permitted to use this photo and copy for its own use;
any other use or copying by any other party is prohibited without the written consent of ConocoPhillips Alaska, Inc.

DOI-BLM-AK-0000-2018-0004-EIS
BLM/AK/PL-22/032+1610+F010

# Willow Master Development Plan Final Supplemental Environmental Impact Statement

## Volume 1: Executive Summary, Chapters 1 through 5, Glossary, and References

Prepared by:
U.S. Department of the Interior
Bureau of Land Management
Anchorage, Alaska

In cooperation with:
U.S. Army Corps of Engineers
U.S. Environmental Protection Agency
U.S. Fish and Wildlife Service
Native Village of Nuiqsut
Iñupiat Community of the Arctic Slope
City of Nuiqsut
North Slope Borough
State of Alaska

January 2023

> **Estimated Total Costs Associated with Developing and Producing the Supplemental EIS:**
> **$3,350,000**

This page intentionally left blank.

# FINAL SUPPLEMENTAL ENVIRONMENTAL IMPACT STATEMENT – WILLOW MASTER DEVELOPMENT PLAN

| | |
|---|---|
| Lead Agency: | U.S. Department of the Interior, Bureau of Land Management (BLM) |
| Cooperating Agencies: | U.S. Army Corps of Engineers, U.S. Fish and Wildlife Service, U.S. Environmental Protection Agency, State of Alaska, North Slope Borough, Native Village of Nuiqsut, City of Nuiqsut, and the Iñupiat Community of the Arctic Slope. |
| Proposed Action: | Construct the infrastructure necessary to allow the production and transportation to market of federal oil and gas resources in the Willow reservoir located in the Bear Tooth Unit (BTU), while providing maximum protection to significant surface resources within the National Petroleum Reserve in Alaska (NPR-A), consistent with BLM's statutory directives. |

| | |
|---|---|
| Abstract: | The Willow Master Development Plan (MDP) Final Supplemental Environmental Impact Statement (EIS) contains one No Action Alternative (Alternative A), four action alternatives (Alternatives B, C, D, and E), and three module delivery options (Options 1, 2, and 3) to support a new development proposed by ConocoPhillips Alaska, Inc., on federal oil and gas leases in the northeast area of the NPR-A. In August 2020, BLM published a Final EIS for the Willow MDP Project and in August 2021, the U.S. District Court for Alaska (District Court) remanded the EIS to BLM to address deficiencies identified by the District Court. This Final Supplemental EIS addresses the District Court's remand decision and expands the range of alternatives analyzed. |

If the MDP as proposed is approved, the Proponent may submit applications to build up to five drill sites, a central processing facility, an operations center pad, gravel roads, ice roads and ice pads, one or two airstrips (varies by alternative), a module transfer island, pipelines, and a gravel mine site. The Willow MDP Project would have a peak production potentially in excess of 180,000 barrels of oil per day over its 30- or 31-year life (varies by alternative), and would produce up to approximately 629 million total barrels of oil (varies by alternative). The EIS describes proposed infrastructure and potential effects on the natural, built, and social environments. The action alternatives discussion includes existing lease stipulations, required operating procedures, and proposed mitigation measures to avoid, minimize, and mitigate the potential effects. BLM will decide whether to authorize the Willow MDP Project, in whole or in part, based on the analysis contained in this Final Supplemental EIS, as well as other permit review processes.

This Final Supplemental EIS analyzes the following resources in detail: climate and climate change; air quality; soils, permafrost, and gravel resources; contaminated sites; noise; visual resources; water resources; wetlands and vegetation; fish; birds; terrestrial mammals; marine mammals; land ownership and use; economics; subsistence and sociocultural systems; environmental justice; public health; and wilderness characteristics.

| | |
|---|---|
| Further Information: | Contact Carrie Cecil, BLM Alaska Project Manager at (907) 271-1306 or visit the Willow MDP Supplemental EIS website at https://eplanning.blm.gov/eplanning-ui/project/109410/510. |

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 5 of 86

This page intentionally left blank.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 6 of 86

# Willow Master Development Plan
## Final Supplemental Environmental Impact Statement

Dear Reader:

The Willow Master Development Plan (MDP) Final Environmental Impact Statement (EIS) was published in August 2020, followed by the Bureau of Land Management (BLM) and then Secretary of the Interior signing a Record of Decision (ROD) in October 2020. However, in August 2021, the U.S. District Court for Alaska (District Court) remanded the EIS to BLM with instructions to address National Environmental Policy Act (NEPA) deficiencies identified by the District Court. This Final Supplemental EIS addresses those deficiencies and includes an expanded range of analyzed alternatives.

I am pleased to present the Willow MDP Final Supplemental EIS for your review. This Final Supplemental EIS analyzes a comprehensive suite of affected environmental resources and environmental consequences and analyzes a no action alternative, the three action alternatives from the 2020 Final EIS, and a fourth action alternative (Alternative E), relating to a new development proposed by ConocoPhillips Alaska, Inc. (the Proponent), on federal oil and gas leases in the National Petroleum Reserve in Alaska (NPR-A). The Final Supplemental EIS also addresses three sealift module delivery options using either state submerged lands or the existing Oliktok Dock; any module delivery option could be coupled with any of the four action alternatives. BLM has identified Alternative E and Module Delivery Option 3 as the preferred alternative. This alternative and module delivery option provides for the protection of surface resources identified through public scoping and public comments.

The decision to be made from this EIS process is whether BLM will authorize the Willow MDP Project, in whole or in part, based on the analysis contained in this Supplemental EIS, as well as other permit review processes.

The analysis of the alternatives and module delivery options is informed by public input gathered from the 45-day comment period on the Draft Supplemental EIS. The BLM held public comment meetings on the Draft Supplemental EIS. Modifications to the Final Supplemental EIS were made based on public comments, cooperating agency coordination, consultation with Alaska Native Tribes and Alaska Native Claims Settlement Act corporations, and the BLM's internal review of the EIS. Consistent with 43 CFR 1503.4, the BLM evaluated all substantive comments received during the public comment period and responses are included in the Final Supplemental EIS.

The Final Supplemental EIS may be accessed on the internet at the Willow MDP EIS website at https://eplanning.blm.gov/eplanning-ui/project/109410/510 or to request a digital copy, contact Carrie Cecil, BLM Alaska Project Manager, (907) 271-1306, BLM Alaska State Office, 222 West 7th Avenue, #13, Anchorage, AK 99513. Persons who use a telecommunications device for the deaf may call the Federal Relay Service (FRS) at (800) 877-8339 to contact Carrie Cecil during normal business hours. The FRS is available 24 hours per day, 7 days a week, to leave a message or question. You will receive a reply during normal business hours.

A ROD will be issued no sooner than 30 days after publication of the Final Supplemental EIS Notice of Availability in the Federal Register.

Thank you for your continued interest in the Willow MDP EIS. We appreciate the information and suggestions you contributed to the analysis process. For additional information or clarification regarding this document, please contact Carrie Cecil, BLM Alaska Project Manager, (907) 271-1306.

Sincerely,

Steven M. Cohn
State Director

This page intentionally left blank.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 8 of 86

# Table of Contents

EXECUTIVE SUMMARY ...................................................................................................................1
1.0     INTRODUCTION AND PURPOSE AND NEED ...........................................................1
   1.1   Environmental Impact Statement Process and Changes Since Publication of the Final Environmental
   Impact Statement ...........................................................................................................................................1
      1.1.1   Reason for Development of the Supplemental Environmental Impact Statement* ...............1
      1.1.2   Changes to the National Environmental Policy Act* ..............................................................1
      1.1.3   Project Revisions since the Final Environmental Impact Statement* .....................................1
   1.2   Introduction* ...............................................................................................................................1
   1.3   National Petroleum Reserve in Alaska* ......................................................................................2
   1.4   Purpose and Need* ......................................................................................................................2
      1.4.1   Decision to be Made ...............................................................................................................3
   1.5   Development Location (Project Area) .........................................................................................3
   1.6   Cooperating Agencies .................................................................................................................3
   1.7   Other Agencies ............................................................................................................................4
   1.8   Permitting Authorities .................................................................................................................4
   1.9   Informal Scoping and Substantive Issues* .................................................................................4
   1.10  Consultation and Coordination ...................................................................................................5
      1.10.1  Endangered Species Act Consultation* ..................................................................................5
      1.10.2  Magnuson-Stevens Fishery Conservation and Management Act Coordination ......................5
      1.10.3  National Historic Preservation Act Section 106 Consultation ...............................................5
      1.10.4  Native Consultation ................................................................................................................5
   1.11  Compliance with Section 810 of the Alaska National Interest Lands Conservation Act ...........6
2.0     ALTERNATIVES* ..........................................................................................................8
   2.1   Introduction* ...............................................................................................................................8
   2.2   Alternatives Development* ..........................................................................................................8
   2.3   Alternative Components Considered but Eliminated from Further Analysis* .............................9
   2.4   Reasonable Range of Alternatives* .............................................................................................9
      2.4.1   Alternative A: No Action ........................................................................................................9
      2.4.2   Alternative B: Proponent's Project .........................................................................................9
      2.4.3   Alternative C: Disconnected Infield Roads ..........................................................................10
      2.4.4   Alternative D: Disconnected Access .....................................................................................10
      2.4.5   Alternative E: Three-Pad Alternative (Fourth Pad Deferred)* .............................................11
   2.5   Project Components Common to All Action Alternatives ..........................................................12
      2.5.1   Project Facilities and Gravel Pads* ......................................................................................12
      2.5.2   Pipelines ...............................................................................................................................14
      2.5.3   Access to the Project Area ....................................................................................................14
      2.5.4   Other Infrastructure and Utilities .........................................................................................16
      2.5.5   Water Sources and Use .........................................................................................................19
      2.5.6   Gravel Mine Site* .................................................................................................................20
      2.5.7   Erosion and Dust Control ......................................................................................................21
      2.5.8   Spill Prevention and Response ..............................................................................................21
      2.5.9   Abandonment and Reclamation ............................................................................................22
      2.5.10  Schedule and Logistics* .......................................................................................................22
      2.5.11  Project Infrastructure in Special Areas* ...............................................................................24
      2.5.12  Compliance with Bureau of Land Management Lease Stipulations and Required Operating
      Procedures* .......................................................................................................................................24
      2.5.13  Boat Ramps for Subsistence Users* .....................................................................................25
   2.6   Sealift Module Delivery Options ..............................................................................................25
      2.6.1   Option 1: Atigaru Point Module Transfer Island ..................................................................25
      2.6.2   Option 2: Point Lonely Module Transfer Island ...................................................................25
      2.6.3   Option 3: Colville River Crossing* ......................................................................................25
   2.7   Comparison of Action Alternatives and Module Delivery Options* .........................................26

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 9 of 86

3.0      AFFECTED ENVIRONMENT AND ENVIRONMENTAL CONSEQUENCES ......................................35
   3.1   Introduction and Analysis Methods*.............................................................................................35
      3.1.1   Past and Present Actions ......................................................................................................35
      3.1.2   Analysis Methods*...............................................................................................................36
      3.1.3   Traditional Knowledge ........................................................................................................36
   3.2   Climate and Climate Change ........................................................................................................36
      3.2.1   Affected Environment*........................................................................................................36
      3.2.2   Environmental Consequences: Effects of the Project on Climate Change*.......................40
      3.2.3   Effects of Climate Change on the Project ............................................................................58
      3.2.4   Unavoidable Adverse, Irretrievable, and Irreversible Effects ............................................59
   3.3   Air Quality ...................................................................................................................................59
      3.3.1   Affected Environment ..........................................................................................................59
      3.3.2   Environmental Consequences ..............................................................................................63
      3.3.3   Environmental Justice*........................................................................................................82
      3.3.4   Unavoidable Adverse, Irretrievable, and Irreversible Effects ............................................83
   3.4   Soils, Permafrost, and Gravel Resources .....................................................................................83
      3.4.1   Affected Environment*........................................................................................................83
      3.4.2   Environmental Consequences ..............................................................................................84
      3.4.3   Unavoidable Adverse, Irretrievable, and Irreversible Effects ............................................96
   3.5   Contaminated Sites.......................................................................................................................96
      3.5.1   Affected Environment*........................................................................................................96
      3.5.2   Environmental Consequences ..............................................................................................97
      3.5.3   Unavoidable Adverse, Irretrievable, and Irreversible Effects ............................................97
   3.6   Noise.............................................................................................................................................97
      3.6.1   Affected Environment ..........................................................................................................98
      3.6.2   Environmental Consequences ..............................................................................................99
      3.6.3   Unavoidable Adverse, Irretrievable and Irreversible Effects ...........................................108
   3.7   Visual Resources ........................................................................................................................108
      3.7.1   Affected Environment*......................................................................................................108
      3.7.2   Environmental Consequences ............................................................................................109
      3.7.3   Unavoidable Adverse, Irretrievable and Irreversible Effects ...........................................117
   3.8   Water Resources .........................................................................................................................117
      3.8.1   Affected Environment ........................................................................................................117
      3.8.2   Environmental Consequences ............................................................................................124
      3.8.3   Unavoidable Adverse, Irretrievable, and Irreversible Effects ..........................................147
   3.9   Wetlands and Vegetation ...........................................................................................................147
      3.9.1   Affected Environment*......................................................................................................147
      3.9.2   Environmental Consequences ............................................................................................149
      3.9.3   Unavoidable Adverse, Irretrievable, and Irreversible Effects ..........................................164
   3.10  Fish .............................................................................................................................................165
      3.10.1  Affected Environment ........................................................................................................165
      3.10.2  Environmental Consequences ............................................................................................169
      *3.10.2.6   Alternative E: Three-Pad Alternative (Fourth Pad Deferred)** ..................................185
      3.10.3  Unavoidable Adverse, Irretrievable, and Irreplaceable Effects.........................................192
   3.11  Birds* .........................................................................................................................................192
      3.11.1  Affected Environment ........................................................................................................192
      3.11.2  Environmental Consequences ............................................................................................195
      3.11.3  Unavoidable Adverse, Irretrievable, and Irreplaceable, Effects .......................................224
   3.10  Terrestrial Mammals ..................................................................................................................224
      3.10.1  Affected Environment ........................................................................................................224
      3.10.2  Environmental Consequences ............................................................................................227
      3.10.3  Unavoidable Adverse, Irretrievable, and Irreplaceable, Effects........................................249
   3.13  Marine Mammals .......................................................................................................................249
      3.13.1  Affected Environment*......................................................................................................249

3.13.2    Environmental Consequences .................................................................................... 255
3.13.3    Unavoidable Adverse, Irretrievable, and Irreplaceable, Effects ............................ 280
3.14  Land Ownership and Use* ................................................................................................. 280
3.14.1    Affected Environment* ........................................................................................... 280
3.14.2    Environmental Consequences .................................................................................. 282
3.14.3    Unavoidable Adverse, Irretrievable, and Irreplaceable, Effects ............................ 289
3.15  Economics ......................................................................................................................... 291
3.15.1    Affected Environment* ........................................................................................... 291
3.15.2    Environmental Consequences .................................................................................. 295
3.15.3    Unavoidable Adverse, Irretrievable, and Irreplaceable Effects .............................. 300
3.16  Subsistence and Sociocultural Systems ............................................................................ 300
3.16.1    Affected Environment ............................................................................................. 301
3.16.2    Environmental Consequences .................................................................................. 308
3.16.3    Unavoidable Adverse, Irretrievable, and Irreplaceable Effects .............................. 347
3.17  Environmental Justice ....................................................................................................... 347
3.17.1    Affected Environment ............................................................................................. 347
3.17.2    Meaningful Engagement* ........................................................................................ 348
3.17.3    Environmental Consequences .................................................................................. 356
3.17.4    Unavoidable Adverse, Irretrievable, and Irreplaceable Effects .............................. 367
3.17.5    Environmental Justice Determination ..................................................................... 368
3.18  Public Health* .................................................................................................................. 368
3.18.1    Affected Environment* ........................................................................................... 368
3.18.2    Environmental Consequences .................................................................................. 375
3.18.3    Unavoidable Adverse, Irretrievable, and Irreplaceable Effects .............................. 389
3.19  Wilderness Characteristics* ............................................................................................. 389
3.19.1    Affected Environment* ........................................................................................... 390
3.19.2    Environmental Consequences* ................................................................................ 392
3.19.3    Unavoidable Adverse, Irretrievable, and Irreversible Effects* .............................. 400
3.20  Cumulative Effects ........................................................................................................... 400
3.20.1    Introduction* .......................................................................................................... 400
3.20.2    Background and Methodology ................................................................................. 400
3.20.3    Growth Inducing Impacts* ...................................................................................... 401
3.20.4    Reasonably Foreseeable Future Actions ................................................................. 401
3.20.5    Cumulative Impacts to Climate Change* ................................................................ 405
3.20.6    Cumulative Impacts to Air Quality* ....................................................................... 407
3.20.7    Cumulative Impacts of Noise* ................................................................................ 409
3.20.8    Cumulative Impacts to Soils, Permafrost, and Gravel Resources ......................... 410
3.20.9    Cumulative Impacts to Visual Resources* ............................................................. 410
3.20.10  Cumulative Impacts to Water Resources ................................................................ 410
3.20.11  Cumulative Impacts to Biological Resources .......................................................... 411
3.20.12  Cumulative Impacts to Wilderness Characteristics* .............................................. 417
3.20.13  Cumulative Impacts to the Social Environment (land use, economics, and public health)* ............ 418
3.20.14  Cumulative Impacts to Subsistence and Sociocultural Systems* ........................... 419
3.20.15  Cumulative Impacts to Environmental Justice* ..................................................... 423
4.0      SPILL RISK ASSESSMENT* ......................................................................................... 426
4.1   Spill Risk Assessment Approach ...................................................................................... 426
4.1.1     Types of Spills ........................................................................................................ 426
4.1.2     Spill Likelihood and Size ........................................................................................ 426
4.1.3     Geographic Extent .................................................................................................. 427
4.2   Potential Spills during Construction ................................................................................ 427
4.3   Potential Spills during Drilling and Operations* ............................................................. 428
4.3.1     Duration .................................................................................................................. 432
4.4   Hazardous Materials ......................................................................................................... 432
4.5   Quantitative Spill Analysis* ............................................................................................. 433

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 11 of 86

4.6     Summary ...................................................................................................................................434
    4.6.1    Comparison of Action Alternatives*..............................................................................435
    4.6.2    Comparison of Module Delivery Options ......................................................................436
5.0     MITIGATION ...........................................................................................................................438
5.1     Introduction ..............................................................................................................................438
5.2     Impact Mitigation .....................................................................................................................438
    5.2.1    Applicable Lease Stipulations and Required Operating Procedures*.............................438
    5.2.2    Design Features to Avoid and Minimize Impacts ..........................................................438
    5.2.3    Additional Suggested Avoidance, Minimization or Mitigation ......................................439
5.3     Compensatory Mitigation..........................................................................................................439
    5.3.1    State of Alaska National Petroleum Reserve in Alaska Impact Grant Program...............439
    5.3.2    Compensatory Mitigation for the Fill of Wetlands and Waters of the United States*....440
5.4     Other Mitigation .......................................................................................................................440
5.5     Proponent's Additional Mitigation*.........................................................................................440

GLOSSARY TERMS....................................................................................................GLOSSARY TERMS-1

REFERENCES .................................................................................................................... REFERENCES-1

INDEX .......................................................................................................................................INDEX-1

LIST OF PREPARERS ...............................................................................................LIST OF PREPARERS-1

# List of Figures

Supplemental EIS figures are located in Appendix A.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 12 of 86

# List of Tables

Table 1.5.1. Cooperating Agencies and Their Authorities and Expertise ....................................................3

Table 1.8.1. Resources and Topics Dismissed from Detailed Analysis ......................................................4

Table 2.5.1. Applicable Lease Stipulations and Required Operating Procedures* ...................................24

Table 2.7.1. Summary Comparison of Action Alternatives* .....................................................................26

Table 2.7.2. Summary Comparison of Module Delivery Options..............................................................32

Table 3.2.1. Summary of Applicable Lease Stipulations and Required Operating Procedures Intended to Mitigate Impacts to Climate Change* ...............................................................................42

Table 3.2.2. Design Features to Avoid and Minimize Impacts to Climate Change* .................................43

Table 3.2.3. Percent of Energy Source that Substitutes for Willow Oil Over the Project Life under the No Action Alternative* ...............................................................................................................45

Table 3.2.4. Greenhouse Gas Emissions (thousand metric tons) over Project Duration from Substitute Energy Sources under Alternative A (No Action)* ...............................................................46

Table 3.2.5. Social Cost of Greenhouse Gas Emissions (in thousands of 2020 U.S. dollars) over Project Duration from Substitute Energy Sources under Alternative A (No Action)* .......................48

Table 3.2.6. Total (Gross and Net) Domestic Greenhouse Gas Emissions (thousand metric tons) over Project Duration for Each Action Alternative Based on 100-Year Time Horizon Global Warming Potential Values from the Intergovernmental Panel on Climate Change Fourth Assessment Report* ...............................................................................................................49

Table 3.2.7. Downstream Combustion Greenhouse Gas Emissions (thousand metric tons) Resulting from the Change in Foreign Oil Consumption over Project Duration for Each Action Alternative Compared to Alternative A (No Action)* ...........................................................................49

Table 3.2.8. Total Greenhouse Gas Emissions (thousand metric tons) including Direct, Indirect Net Domestic, and Indirect Foreign over Project Duration for Each Action Alternative* .............50

Table 3.2.9. Social Cost of Greenhouse Gas Emissions (in thousands of 2020 U.S. dollars) over Project Duration for Each Action Alternative* .................................................................................51

Table 3.2.10. Social Cost of Greenhouse Gas Emissions (in 2020 U.S. dollars) over Project Duration for Module Delivery Options*............................................................................................52

Table 3.3.1. Average Temperature and Precipitation at the Nuiqsut National Weather Service Monitor ..60

Table 3.3.2. Measured Criteria Air Pollutant Concentrations at the Nuiqsut Monitoring Station* ...........61

Table 3.3.3. Measured Hazardous Air Pollutants Concentrations at the Nuiqsut Monitoring Station (2014 through 2021)* ......................................................................................................................62

Table 3.3.4. Summary of Applicable Lease Stipulations and Required Operating Procedures Intended to Mitigate Impacts to Air Quality* .......................................................................................63

Table 3.3.5. Total Life-of-Project Criteria Air Pollutant and Hazardous Air Pollutant Emissions (tons) due to the Project and Module Delivery Option 1 (Atigaru Point Module Transfer Island)* .........65

Table 3.3.6. Total Life-of-Project Criteria Air Pollutant and Hazardous Air Pollutant Emissions (tons) due to the Project and Module Delivery Option 2 (Point Lonely Module Transfer Island)* ..........66

Table 3.3.7. Total Life-of-Project Criteria Air Pollutant and Hazardous Air Pollutant Emissions (tons) due to the Project and Module Delivery Option 3 (Colville River Crossing)*................................66

Table 3.3.8. Summary of Near-Field Air Quality Impacts for Action Alternatives and Module Delivery Options* ..............................................................................................................................68

Table 3.3.9. Summary of Regional Air Quality Modeling Impacts ...........................................................70

Table 3.3.10. Ambient Air Quality Standards Impacts (and Percentage of Ambient Air Quality Standards) – Alternative B* .....................................................................................................................75

Table 3.3.11. Routine Operations Activity Hazardous Air Pollutants Impacts – Alternative B ................75

Table 3.3.12. Ambient Air Quality Standards Impacts (and Percentage of Ambient Air Quality Standards) – Alternative C* .....................................................................................................................76

Table 3.3.13. Routine Operations Activity Hazardous Air Pollutants Impacts – Alternative C .................76

Table 3.3.14. Ambient Air Quality Standards Impacts (and Percentage of Ambient Air Quality Standards) – Alternative D* .....................................................................................................................77

Table 3.3.15. Routine Operations Activity Hazardous Air Pollutants Impacts – Alternative D ................77

Table 3.3.16. Ambient Air Quality Standards Impacts (and Percentage of Ambient Air Quality Standards) – Alternative E* .....................................................................................................................78

Table 3.3.17. Routine Operations Activity Hazardous Air Pollutants Impacts – Alternative E*...............78
Table 3.3.18. Ambient Air Quality Standards Impacts (and Percentage of Ambient Air Quality Standards) with Emergency Flare – Alternative E*.......................................................................................79
Table 3.3.19. Routine Operations Activity Hazardous Air Pollutants Impacts with Emergency Flare – Alternative E* ...............................................................................................................................79
Table 3.3.20. Ambient Air Quality Standards Impacts (and Percentage of Ambient Air Quality Standards) – Option 2: Point Lonely Module Transfer Island Operations Activity.........................................80
Table 3.3.21. Ambient Air Quality Standards Impacts (and Percentage of Ambient Air Quality Standards) – Option 3: Colville River Crossing..............................................................................................80
Table 3.4.1. Summary of Applicable Lease Stipulations and Required Operating Procedures Intended to Mitigate Impacts to Soils, Permafrost, and Gravel Resources* ...............................................85
Table 3.4.2. Impacts to Soils, Permafrost, and Gravel Resources by Action Alternative and Module Delivery Option*........................................................................................................................93
Table 3.4.3. Impacts to Soils, Permafrost, and Gravel Resources by Action Alternative and Module Delivery Option.............................................................................................................................95
Table 3.6.1. Typical Noise Levels with Associated Human Perception or Response ...............................98
Table 3.6.2. Summary of Applicable Lease Stipulations and Required Operating Procedures Intended to Mitigate Impacts from Noise*.....................................................................................................100
Table 3.6.3. Summary of Potential Noise for All Project Phases .............................................................104
Table 3.6.4. Construction Noise Unique to Module Delivery Options 1 and 2........................................107
Table 3.7.1. Summary of Applicable Lease Stipulations and Required Operating Procedures Intended to Mitigate Visual Resource Impacts*...........................................................................................110
Table 3.7.2. Impacts to Scenery Based on Visual Change to the Characteristic Landscape and Night Skies 114
Table 3.7.3. Impacts to People Based on Visual Change to the Characteristic Landscape and Night Skies 114
Table 3.7.4. Conformance with Visual Resource Management Class Objectives* ...................................115
Table 3.8.1. Summary of Largest Rivers Near the Willow Area ..............................................................120
Table 3.8.2. Water Quality Data for Rivers, Streams, and Lakes in and near the Willow Area ..............122
Table 3.8.3. Summary of Applicable Lease Stipulations and Required Operating Procedures Intended to Mitigate Impacts to Water Resources*......................................................................................124
Table 3.8.4. Effects to Water Resources from Action Alternatives* .......................................................142
Table 3.8.5. Effects to Water Resources from Module Delivery Options.................................................143
Table 3.9.1. Extent of Wetlands in the Field-Verified Portion of the Analysis Area (acres)...................148
Table 3.9.2. Summary of Applicable Lease Stipulations and Required Operating Procedures to Mitigate Impacts to Wetlands and Vegetation*.......................................................................................149
Table 3.10.1. Fish Species that Use the Analysis Area* .........................................................................166
Table 3.10.2. Essential Fish Habitat near Project Gravel or Ice Infrastructure ......................................168
Table 3.10.3. Summary of Applicable Lease Stipulations and Required Operating Procedure Intended to Mitigate Impacts to Fish*..........................................................................................................169
Table 3.10.4. Effects to Fish and Fish Habitat from Action Alternatives* ...............................................181
Table 3.10.5. Effects to Fish and Fish Habitat from Module Delivery Options*......................................188
Table 3.11.1 Summary of Applicable Lease Stipulations and Required Operating Procedures Mitigating Impacts to Birds* .......................................................................................................................195
Table 3.11.2. Effects to Birds and Bird Habitat from Action Alternatives* .............................................208
Table 3.11.3. Effects to Birds and Bird Habitat from Module Delivery Options......................................219
Table 3.12.1. Summary of Applicable Lease Stipulations and Required Operating Procedures Intended to Mitigate Impacts to Caribou*.....................................................................................................227
Table 3.12.2. Percent of GPS-Collared Teshekpuk Herd Female Caribou Crossing Proposed Gravel Road Alignments, 2004–2021* ..........................................................................................................238
Table 3.12.3. Effects to Caribou from Action Alternatives*....................................................................241
Table 3.12.4. Effects to Caribou from Module Delivery Options ............................................................248
Table 3.13.1. Marine Mammals Known to Occur in the Analysis Area from Point Lonely to Oliktok Point* 252

Table 3.13.2. Summary of Applicable Lease Stipulations and Required Operating Procedures Intended to Mitigate Impacts to Marine Mammals* ..................................................................................255
Table 3.13.3. Effects to Marine Mammals from Action Alternatives* ........................................................269
Table 3.13.4. Effects to Marine Mammals from Module Delivery Options ...............................................277
Table 3.14.1. Surface Land Management in the Analysis Area ...................................................................281
Table 3.14.2. Summary of Applicable Lease Stipulations and Required Operating Procedures Intended to Mitigate Impacts to Land Ownership and Use* ...................................................................282
Table 3.14.3. Municipal Rezoning Needs and Total Project Footprint (acres) by Alternative or Option*290
Table 3.15.1. Summary of Key Economic Data* ........................................................................................291
Table 3.15.2. Direct Construction Employment Estimates .........................................................................297
Table 3.15.3. Direct Drilling Employment Estimates* ...............................................................................297
Table 3.15.4. Direct Operations Employment Estimates ............................................................................298
Table 3.15.5. Summary of Projected Range of State, Federal, and Borough Revenues from the Project (millions of 2020 U.S. dollars)* ..................................................................................298
Table 3.15.6 Alternative E Direct Construction Employment Estimates* ..................................................299
Table 3.15.7. Alternative E Direct Drilling Employment Estimates* .........................................................299
Table 3.15.8. Alternative E Direct Operations Employment Estimates* ....................................................299
Table 3.16.1. Analysis Area Demographic and Employment Data* ...........................................................302
Table 3.16.2. Selected Nuiqsut Harvest and Participation Data, Average across Available Study Years 305
Table 3.16.3. Selected Utqiaġvik Harvest and Participation Data, Average across Available Study Years307
Table 3.16.4. Summary of Applicable Lease Stipulations and Required Operating Procedures Intended to Mitigate Impacts to Subsistence and Sociocultural Systems* ...............................................309
Table 3.16.5. Number and Percentage of Nuiqsut and Utqiaġvik Harvesters Using the Alternatives Analysis Area by Resource Category* ..............................................................................326
Table 3.16.6. Number and Percentage of Nuiqsut Caribou Harvesters and Harvests Using the Alternatives Analysis Area by Study Year* ..............................................................................326
Table 3.16.7. Nuiqsut Household Use of Roads for Caribou Hunting, by Road Area, 2018 and 2019* ..335
Table 3.16.8. Reasons for Using or Not Using Roads for Caribou Hunting, 2018 and 2019* .................335
Table 3.16.9. Number and Percentage of Nuiqsut and Utqiaġvik Harvesters Using the Alternatives Analysis Area – Teshekpuk Lake Special Area – by Resource Category* .............................................341
Table 3.16.10. Number and Percentage of Nuiqsut Caribou Harvesters and Harvests Using the Alternatives Analysis Area – Teshekpuk Lake Special Area – by Study Year* ...............................................342
Table 3.16.11. Number and Percentage of Nuiqsut and Utqiaġvik Harvesters, by Module Delivery Option Area, 1996–2007 ...................................................................................343
Table 3.16.12. Number and Percentage of Nuiqsut Caribou Harvesters and Harvests, by Module Delivery Option Area, 2008–2016* ...................................................................................343
Table 3.17.1. Key Points Made by Nuiqsut Residents (minority population) in Scoping Comments* ....349
Table 3.17.2. Summary of BLM's Alaska Native Consultation Meetings for the Willow Supplemental Environmental Impact Statement* ..............................................................................350
Table 3.17.3. Mitigation Measures Proposed by the Public and Cooperating Agencies for the Willow Supplemental Environmental Impact Statement to Reduce Impacts to Environmental Justice Populations* ...................................................................................352
Table 3.17.4. Summary of Applicable Lease Stipulations and Required Operating Procedures Intended to Mitigate Impacts to Environmental Justice* ...................................................................357
Table 3.18.1. Alaska Natives and Non-Natives Health Status Summary, Arctic Slope Regional Profile 2020* ...................................................................................375
Table 3.18.2. Summary of Applicable Lease Stipulations and Required Operating Procedures to Mitigate Impacts Public Health* ..............................................................................376
Table 3.19.1. Summary of Wilderness Inventory Areas (WIA) Total Acres, Acres of Bear Tooth Unit within WIA, WIA without Wilderness Characteristics, and Description of Associated Wilderness Characteristics* ...................................................................................390
Table 3.19.2. Summary of Applicable Lease Stipulations and Required Operating Procedures to Mitigate Impacts to Wilderness Characteristics* ...............................................................................392
Table 3.19.3. Wilderness Inventory Area Impacted by Project Activities* ...............................................396

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 15 of 86

Table 3.19.4. Evaluation of Noise and Visual Contrast Based on Distance from Project Elements*.......397
Table 3.19.5. Impacts to the Three Wilderness Characteristics Based on Project Elements Generating Visual Contrast to the Designated Special Areas* .................................................................397
Table 3.19.6. Impacts to the Three Wilderness Characteristics Based on Project Elements Generating Noise Contrast to the Designated Special Areas* ...............................................................398
Table 3.20.1. Reasonably Foreseeable Future Actions That May Interact with the Project* ..................402
Table 3.20.2. North Slope Major Facility Greenhouse Gas Emissions in Year 2020ᵃ* ..........................405
Table 3.20.3. Past, Present, and Reasonably Foreseeable Future Actions Considered for Air Quality Cumulative Impacts Assessment* ...........................................................................................408
Table 3.20.4. Comparison of Impacts to Subsistence Uses for Nuiqsut and Utqiaġvik ..........................423
Table 4.1.1. Spill Size Categories and Spill Volume Ranges.....................................................................426
Table 4.3.1. Approximate Distance and Width of Oil Fallout from a Reservoir Blowout, Based on Percentage Discharged ...........................................................................................................428
Table 4.3.2. Produced Fluids Pipeline Estimated Spill Volume at Select Waterway Crossings...............430
Table 4.3.3. Willow Export Pipeline Estimated Spill Volumes for Select Pipeline Segments .................430
Table 4.3.4. Produced Water Injection Pipeline Estimated Spill Volumes at Select Waterway Crossings431
Table 4.4.1. Summary of Selected Hazardous Material Spills on the North Slope, 1995–2009...............432
Table 4.4.2. Summary of Selected Hazardous Material Spills on the North Slope, 2010–2019...............432
Table 4.5.1. NPR-A IAP (2020b) Spill Volume Size Categories and Volume Ranges per EPA Regulations* 433
Table 4.5.2. 2020 NPR-A IAP Identified Spill Rates on the North Slope; Rates are Based on Per Billion Barrels of Oil Produced (2000-2018)*...................................................................................434
Table 4.5.3. Alternatives B, C, and D Estimated Spill Rates by Spill Type Based on Projected Oil Production (629 million barrels)* ...........................................................................................434
Table 4.5.4. Alternative E Estimated Spill Rates by Spill Type Based on Projected Oil Production (614 million barrels)* ....................................................................................................................434
Table 4.5.5. 2020 NPR-A Integrated Activity Plan Final Environmental Impact Statement Average North Slope Spill Size in Gallons (2000-2018)*...............................................................................434
Table 4.6.1. Summary of Pipeline Differences among Action Alternatives* ...........................................435
Table 4.6.2. Summary of Transportation Differences among Module Delivery Options ..........................436
Table LOP.1. List of Preparers for the 2020 Willow MDP Environmental Impact Statement* ....................
..................................................................................................... LIST OF PREPARERS-1
Table LOP.2. List of Preparers for the 2022 Willow MDP Supplemental Environmental Impact Statement*
..................................................................................................... LIST OF PREPARERS-3

# List of Appendices

Appendix A    Figures

Appendix B    Public Engagement and Comment Response

      B.1     Scoping Process and Comment Summary

      B.2     Draft EIS Comments and BLM Responses

      B.3     Supplement to the Draft Environmental Impact Statement Comments and BLM Responses

      B.4     Supplemental Environmental Impact Statement Scoping Summary Report

      B.5     Draft Supplemental Environmental Impact Statement Comments and BLM Responses

Appendix C    Regulatory Authorities and Framework

Appendix D    Alternatives Development

      D.1     Alternatives Development

      D.2     Willow Mine Site Mining and Reclamation Plan

      D.3     Ice Bridge Report

Appendix E    Resources Technical Appendices

      E.1     Iñupiaq and Scientific Names Technical Appendix

      E.2     Climate and Climate Change Technical Appendix

           E.2A    Climate and Climate Change Technical Appendix

           E.2B    Bureau of Land Management Energy Substitution Model (EnergySub)

      E.3     Air Quality Technical Appendix

           E.3A    Air Quality Technical Appendix

           E.3B    Air Quality Technical Support Document

           E.3C    Non-Greenhouse Gas Downstream Emissions

      E.4     Soils, Permafrost, and Gravel Resources Technical Appendix

      E.5     Contaminated Sites Technical Appendix

      E.6     Noise Technical Appendix

      E.7     Visual Resources Technical Appendix

           E.7A    Visual Resources Technical Appendix

           E.7B    Visual Contrast Rating Worksheets

      E.8     Water Resources Technical Appendix

           E.8A    Water Resources Technical Appendix

           E.8B    Ocean Point Technical Memorandums

                E.8B1   Ocean Point Technical Memorandum (2020)

                E.8B2   Ocean Point Technical Memorandum (2022)

      E.9     Vegetation and Wetlands Technical Appendix

      E.10    Fish Technical Appendix

      E.11    Birds Technical Appendix

      E.12    Terrestrial Mammals Technical Appendix

      E.13    Marine Mammals Technical Appendix

      E.14    Land Ownership and Use Technical Appendix

      E.15    Economics Technical Appendix

      E.16    Subsistence and Sociocultural Systems Technical Appendix

      E.17    Environmental Justice Technical Appendix

      E.18    Public Health Technical Appendix

      E.19    Wilderness Characteristics Technical Appendix

      E.20    Cumulative Effects Technical Appendix

Appendix F    Cultural Resources Findings: Process and Analysis

Appendix G    Alaska National Interest Lands Conservation Act Section 810 Analysis

Appendix H    Spill Summary, Prevention, and Response Planning

Appendix I        Avoidance, Minimization, and Mitigation Technical Appendix
        I.1        Avoidance, Minimization, and Mitigation
        I.2        ConocoPhillips Road Optimization Memorandum
        I.3        Dust Control Plan
        I.4        Permittee-Responsible Wetlands Compensatory Mitigation Plan
Appendix J        Traditional Knowledge

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 18 of 86

# List of Acronyms

| | |
|---|---|
| °C | degrees Celsius |
| °F | degrees Fahrenheit |
| µPa | micropascal, a unit of pressure |
| µPa/Hz | micropascal per hertz |
| 2:1 | 2 horizontal to 1 vertical ratio |
| AAAQS | Alaska Ambient Air Quality Standards |
| ACF | Alpine Central Processing Facility |
| ACP | Arctic Coastal Plain |
| ADEC | Alaska Department of Environmental Conservation |
| ADF&G | Alaska Department of Fish and Game |
| ADHSS | Alaska Department of Health and Social Services |
| ADLWD | Alaska Department of Labor and Workforce Development |
| ADNR | Alaska Department of Natural Resources |
| ADOR | Alaska Department of Revenue |
| AK-IBIS | Alaska Indicator-Based Information System for Public Health |
| ANCSA | Alaska Native Claims Settlement Act |
| ANILCA | Alaska National Interest Lands Conservation Act |
| ANWR | Arctic National Wildlife Refuge |
| APDES | Alaska Pollutant Discharge Elimination System |
| AQRV | air quality related value |
| AQTSD | Air Quality Technical Support Document |
| AR4 | Intergovernmental Panel on Climate Change fourth assessment report |
| AR6 | Intergovernmental Panel on Climate Change sixth assessment report |
| ASRC | Arctic Slope Regional Corporation |
| AST | aboveground storage tank |
| ASTAR | Arctic Strategic Transportation and Resources project |
| ATV | all-terrain vehicle |
| BLM | Bureau of Land Management |
| BO | Biological Opinion |
| BOEM | Bureau of Ocean and Energy Management |
| BT1 | Bear Tooth drill site 1 |
| BT2 | Bear Tooth drill site 2 |
| BT3 | Bear Tooth drill site 3 |
| BT4 | Bear Tooth drill site 4 |
| BT5 | Bear Tooth drill site 5 |
| BTEX | benzene, toluene, ethylbenzene, and xylene |
| BTU | Bear Tooth Unit |
| CAA | Clean Air Act |
| CAH | Central Arctic Herd |
| CAMx | Comprehensive Air Quality Model with Extensions |
| CAP | criteria air pollutant |
| CEJST | Climate and Economic Justice Screening Tool |
| CEQ | Council on Environmental Quality |
| cfs | cubic feet per second |
| CFWR | constructed freshwater reservoir |
| $CH_4$ | methane |
| CO | carbon monoxide |
| $CO_2$ | carbon dioxide |
| $CO_2e$ | carbon dioxide equivalent |
| COPD | chronic obstructive pulmonary disease |
| COVID-19 | coronavirus of 2019 |
| CPAI | ConocoPhillips Alaska, Inc. |
| CPF | central processing facility |

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 19 of 86

| | |
|---|---|
| CRD | Colville River Delta |
| CRSA | Colville River Special Area |
| CWA | Clean Water Act |
| cy | cubic yards |
| DAT | Deposition Analysis Threshold |
| dB | decibels |
| dBA | A-weighted decibels, used to characterize airborne noise, referenced to 20 µPa |
| DEW | Distant Early Warning |
| District Court | U.S. District Court for Alaska |
| DS2P | Kuparuk Drill Site 2P |
| dv | delta deciview |
| EFH | Essential Fish Habitat |
| EIS | Environmental Impact Statement |
| EJScreen | Environmental Justice Screening and Mapping Tool |
| EPA | U.S. Environmental Protection Agency |
| ESA | Endangered Species Act |
| FAA | Federal Aviation Administration |
| FLIGHT | Facility Level Information on Greenhouse Gases Tool |
| FLPMA | Federal Land Policy and Management |
| GHG | greenhouse gas |
| GLEEM | Greenhouse Gas Life Cycle Energy Emissions Model |
| GMT | Greater Mooses Tooth |
| GMT-1 | Greater Mooses Tooth 1 |
| GMT-2 | Greater Mooses Tooth 2 |
| GPS | global positioning system |
| GWP | global warming potential |
| HAP | hazardous air pollutant |
| HDD | horizontal directional drilling |
| HEC | health effect category |
| HSM | horizontal support member |
| HUC | hydrologic unit code |
| Hw/D | headwater-diameter ratio |
| IAP | Integrated Activity Plan |
| IBA | Important Bird Area |
| IPCC | Intergovernmental Panel on Climate Change |
| ITR | Incidental Take Regulation |
| IWG | Interagency Working Group on the Social Cost of Greenhouse Gases |
| kg N/ha/year | kilograms nitrogen per hectare per year |
| kg/ha/year | kilogram per hectare per year |
| km | kilometers |
| KSOP | Kuukpik Subsistence Oversight Panel |
| Kuparuk | Kuparuk River Unit |
| Kuukpik | Kuukpik Corporation |
| LS | lease stipulation |
| m | meters |
| MDP | Master Development Plan |
| MG | million gallons |
| mg/L | milligrams per liter |
| MLLW | mean lower low water |
| MMbbl | million barrels |
| MMPA | Marine Mammal Protection Act |
| MMSCF/hour | million standard cubic feet per hour |
| MMSCF/year | million standard cubic feet per year |
| MMT | million metric tons |

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 20 of 86

| mph | miles per hour |
| MT | metric ton |
| MTI | module transfer island |
| $N_2O$ | nitrous oxide |
| NAAQS | National Ambient Air Quality Standards |
| NDC | national determined contribution |
| NEI | Northern Economics Inc. |
| NEPA | National Environmental Policy Act |
| $NH_4^-$ | ammonium |
| NMFS | National Marine Fisheries Service |
| $NO_2$ | nitrogen dioxide |
| $NO_3^-$ | nitrate |
| $NO_x$ | nitrogen oxides |
| NPR-A | National Petroleum Reserve in Alaska |
| NPRPA | Naval Petroleum Reserves Production Act |
| NPS | National Park Service |
| NSB | North Slope Borough |
| NSBMC | North Slope Borough Municipal Code |
| NTU | nephelometric turbidity unit |
| NVN | Native Village of Nuiqsut |
| $O_3$ | ozone |
| ODPCP | Oil Discharge, Pollution, and Contingency Plan |
| OHW | ordinary high water |
| PAC | potentially affected community |
| PAH | polycyclic aromatic hydrocarbon |
| Pb | lead |
| $PM_{2.5}$ | particulate matter less than 2.5 microns in aerodynamic diameter |
| $PM_{10}$ | particulate matter less than or equal to 10 microns in aerodynamic diameter |
| Project | Willow Master Development Plan Project |
| Proponent | ConocoPhillips Alaska, Inc. |
| PSD | Prevention of Significant Deterioration |
| Q1 | first quarter |
| Q2 | second quarter |
| RDD | Resource Development District |
| REL | Reference Exposure Level |
| RfC | reference concentration |
| RFD | reasonably foreseeable development |
| RFFA | reasonably foreseeable future action |
| RM | river mile |
| RMS | Regional Mitigation Strategy |
| rms | root mean square |
| ROD | Record of Decision |
| ROPs | required operating procedures |
| SC-GHG | social cost of greenhouse gases |
| SDEIS | Supplement to the Draft EIS |
| SDOH | Social Determinants of Health |
| Secretary | Secretary of the Interior |
| $SO_2$ | sulfur dioxide |
| $SO_4^{2-}$ | sulfate |
| SPCC | Spill Prevention Control and Countermeasures |
| SPMT | self-propelled module transporter |
| SRA | Spill Risk Assessment |
| SRB&A | Stephen R. Braund and Associates |
| SS | suspended sediment |

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 21 of 86

| | |
|---|---|
| SWPPP | Stormwater Pollution Prevention Plan |
| TAPS | Trans-Alaska Pipeline System |
| TCH | Teshekpuk Caribou Herd |
| TLSA | Teshekpuk Lake Special Area |
| TMT | thousand metric tons |
| TSS | total suspended solids |
| U.S. Census | U.S. Census Bureau |
| UIC | underground injection control |
| USACE | U.S. Army Corps of Engineers |
| USDA | U.S. Department of Agriculture |
| USFS | U.S. Forest Service |
| USFWS | U.S. Fish and Wildlife Service |
| USGS | U.S. Geological Survey |
| VOC | volatile organic compound |
| VRI | Visual Resource Inventory |
| VRM | Visual Resource Management |
| VSM | vertical support member |
| WHO | World Health Organization |
| WIA | Wilderness Inventory Areas |
| Willow area | area around the gravel infrastructure and mine site for the Project |
| WOC | Willow Operations Center |
| WOUS | Waters of the United States |
| WPF | Willow Processing Facility |
| WSE | water surface elevation |

# Willow Master Development Plan
# Final Supplemental Environmental Impact Statement

## Executive Summary

Prepared by:

U.S. Department of the Interior
Bureau of Land Management
Anchorage, Alaska

In cooperation with:

U.S. Army Corps of Engineers
U.S. Environmental Protection Agency
U.S. Fish and Wildlife Service
Native Village of Nuiqsut
Iñupiat Community of the Arctic Slope
City of Nuiqsut
North Slope Borough
State of Alaska

January 2023

| Estimated Total Costs Associated with Developing and Producing the Supplemental EIS: |
|---|
| **$3,350,000** |

This page intentionally left blank.

# Table of Contents

EXECUTIVE SUMMARY ...........................................................................................................1
1.0      INTRODUCTION* ...................................................................................................1
2.0      PURPOSE AND NEED ...........................................................................................1
3.0      DECISION TO BE MADE .......................................................................................2
4.0      PROJECT AREA .....................................................................................................2
5.0      INFORMAL SCOPING AND SUBSTANTIVE ISSUES* ....................................2
6.0      PROJECT REVISIONS SINCE THE FINAL (2020) ENVIRONMENTAL IMPACT STATEMENT* ....3
7.0      DRAFT SUPPLEMENTAL EIS PUBLIC COMMENTS* ......................................3
8.0      ALTERNATIVES* ...................................................................................................3
  8.1     Alternative A: No Action Alternative ...............................................................4
  8.2     Alternative B: Proponent's Project....................................................................4
  8.3     Alternative C: Disconnected Infield Roads .......................................................4
  8.4     Alternative D: Disconnected Access .................................................................5
  8.5     Alternative E: Three-Pad Alternative (Fourth Pad Deferred)* .........................5
  8.6     Sealift Module Delivery Options.......................................................................6
    8.6.1     Option 1: Proponent's Module Transfer Island .........................................7
    8.6.2     Option 2: Point Lonely Module Transfer Island ........................................7
    8.6.3     Option 3: Colville River Crossing* ...........................................................7
9.0      SUMMARY OF ENVIRONMENTAL CONSEQUENCES ....................................7
10.0     COLLABORATION AND COORDINATION ........................................................19
11.0     REFERENCES .........................................................................................................25

# List of Figures

Figure ES.1. Willow Project Vicinity.................................................................................21
Figure ES.2. Willow Development Location.......................................................................22
Figure ES.3A. Comparison of Action Alternatives (B and C) ...........................................23
Figure ES.3B. Comparison of Action Alternatives (D and E) ...........................................24

# List of Tables

Table ES.1. Summary Comparison of Key Impacts by Action Alternative* ........................ 8
Table ES.2. Summary Comparison of Key Impacts by Sealift Module Delivery Option ..................................... 14

# List of Acronyms

| | |
|---|---|
| ACF | Alpine Central Processing Facility |
| ANCSA | Alaska Native Claims Settlement Act |
| ANILCA | Alaska National Interest Lands Conservation Act |
| BLM | Bureau of Land Management |
| BT1 | Bear Tooth drill site 1 |
| BT2 | Bear Tooth drill site 2 |
| BT3 | Bear Tooth drill site 3 |
| BT4 | Bear Tooth drill site 4 |
| BT5 | Bear Tooth drill site 5 |
| BTU | Bear Tooth Unit |
| CFWR | constructed freshwater reservoir |
| CPAI | ConocoPhillips Alaska, Inc. |
| CPF | central processing facility |
| CWA | Clean Water Act |
| District Court | U.S. District Court for Alaska |
| DS2P | Kuparuk Drill Site 2P |
| EIS | Environmental Impact Statement |
| EPA | U.S. Environmental Protection Agency |
| ESA | Endangered Species Act |
| GMT-2 | Greater Mooses Tooth 2 |
| HDD | horizontal directional drilling |
| IAP | Integrated Activity Plan |
| ICAS | Iñupiat Community of the Arctic Slope |
| Kuparuk | Kuparuk River Unit |
| MDP | Master Development Plan |
| MTI | module transfer island |
| NEPA | National Environmental Policy Act |
| NMFS | National Marine Fisheries Service |
| NPR-A | National Petroleum Reserve in Alaska |
| NPRPA | Naval Petroleum Reserves Production Act |
| NSB | North Slope Borough |
| NVN | Native Village of Nuiqsut |
| Project | Willow Master Development Plan Project |
| Proponent | ConocoPhillips Alaska, Inc. |
| ROD | Record of Decision |
| ROPs | required operating procedures |
| TLSA | Teshekpuk Lake Special Area |
| USACE | U.S. Army Corps of Engineers |
| USFWS | U.S. Fish and Wildlife Service |
| WOC | Willow Operations Center |
| WPF | Willow Processing Facility |

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 26 of 86

# EXECUTIVE SUMMARY
# 1.0 INTRODUCTION*

The Bureau of Land Management (BLM) received a request from ConocoPhillips Alaska, Inc. (the Proponent), on May 10, 2018, to prepare the Willow Master Development Plan (MDP) Environmental Impact Statement (EIS). The Proponent is proposing the MDP to construct infrastructure components for drill sites, roads, pipelines, and ancillary facilities to allow production and transportation to market of federal oil and gas resources in the Willow reservoir located in the Bear Tooth Unit (BTU), while providing maximum protection to significant resources within the National Petroleum Reserve in Alaska (NPR-A), consistent with BLM's statutory directives.

> This Supplemental EIS was developed by BLM to address the U.S. District Court for Alaska's (the District Court's) decision[1], issued on August 18, 2021, remanding the Willow MDP Final EIS to BLM for the purposes of addressing National Environmental Policy Act (NEPA) deficiencies found by the District Court. The Final EIS was issued in August 2020 and the Record of Decision (ROD) was signed by BLM and the then Interior Secretary in October 2020. The District Court determined that the Final EIS was deficient in the following respects: 1) it improperly excluded analysis of foreign greenhouse gas emissions, 2) it improperly screened out alternatives from detailed analysis based on BLM's misunderstanding of leaseholders rights (i.e., that leases purportedly afforded the right to extract "all possible" oil and gas from each lease tract), and 3) BLM failed to give due consideration to the requirement in the Naval Petroleum Reserves Production Act (NPRPA) to afford "maximum protection" to surface values in the Teshekpuk Lake Special Area (TLSA).

If the MDP is approved, the Proponent may submit permit applications for up to five drill sites, a central processing facility, an operations center pad, up to 37.4 miles of gravel roads, up to 699.9 total miles of ice roads during construction and up to 262.5 total miles of resupply ice roads during operations, one to two airstrips, up to 385.4 miles of pipelines (on 95.4 miles of new piperack), and a gravel mine site on federal land in the NPR-A. The Willow MDP Project (Project) would also include the transportation of modules and construction materials via barges to the North Slope. In addition, two of the module delivery options would require the Proponent to submit applications to the State of Alaska to construct a module transfer island (MTI) on State of Alaska submerged lands. Actions on both state and federal lands are considered in the EIS. The Project is anticipated to have a peak production in excess of 180,000 barrels of oil per day (with a processing capacity of 200,000 barrels of oil per day) over its 30- or 31-year life (varies by alternative), producing up to 629 million barrels of oil over (varies by alternative) the life of the Project.

The NPRPA, as amended, provides the Secretary of the Interior with the authority to administer oil and gas leasing in the NPR-A. Congress authorized petroleum production in the NPR-A in 1980 (PL 96-514), but it was not until the 1990s that development on adjacent State lands made exploration in the NPR-A economically feasible. In 1998, BLM completed an Integrated Activity Plan (IAP) that assessed the potential use of the northeast NPR-A for oil development (BLM 1998). The 1998 IAP was amended in 2005 and supplemented in 2008 (BLM 2005, 2008). In 2012, BLM completed an IAP/EIS that analyzed development scenarios and related environmental consequences for all BLM-managed federal lands and oil and gas resources within the NPR-A (BLM 2012). The IAP/EIS ROD was issued in 2013 (BLM 2013). A revised IAP/EIS was released in 2020 (BLM 2020a) and the ROD was issued in December 2020, which was challenged in federal district court. In 2021, BLM was directed to reevaluate the 2020 IAP/EIS and a new ROD was issued in April 2022 (BLM 2022). The Willow MDP EIS tiers to the 2012 and 2020 IAP/EISs.

# 2.0 PURPOSE AND NEED

The purpose of the Proposed Action is to construct the infrastructure necessary to allow the production and transportation to market of federal oil and gas resources in the Willow reservoir located in the BTU, while providing maximum protection to significant surface resources within the NPR-A, consistent with BLM's statutory directives. The need for federal action (i.e., issuance of authorizations) is established by BLM's responsibilities under various federal statutes, including the NPRPA (as amended) and the Federal Land Policy and Management Act as well as various federal responsibilities of cooperating agencies under other statutes, including the Clean Water Act (CWA). Under the NPRPA, BLM is authorized to conduct oil and gas leasing and

---

[1] *Sovereign Iñupiat for a Living Arctic et al. v. BLM (Case No. 3:20-cv-00290-SLG) and Center for Biological Diversity et al. v. BLM (3:20-cv-00308-SLG), United States District Court, D. Alaska, August 18, 2021.*

Case 3:23-cv-00058-SLG    Document 43-3    Filed 03/24/23    Page 27 of 86

development in the NPR-A (42 USC 6506a). BLM is required to respond to the Proponent's requests for an MDP and related authorizations to develop and produce petroleum in the NPR-A.

The U.S. Army Corps of Engineers (USACE), as a cooperating agency on the Supplemental EIS, develops its own overall purpose for the Project in accordance with its Section 404 CWA regulations. The overall purpose of the Project, as defined by USACE, is to construct infrastructure to safely produce, process, and transport commercial quantities of liquid hydrocarbons to market via pipeline from the Willow reservoir. The overall Project purpose and need allows a robust consideration of alternatives while providing a foundation to determine practicability, which is a key aspect of the CWA Section 404 permitting process. An alternative is practicable if it is available and capable of being done after taking into consideration cost, existing technology, and logistics in light of overall Project purposes (40 CFR 230.10(a)(2)).

The purpose and need of the Proposed Action is a key factor in determining a range of alternatives required for consideration in an EIS and assists with the selection of a preferred alternative. This Supplemental EIS presents a reasonable range of alternatives that consists of a No Action Alternative and four action alternatives, together with three sealift module delivery options. This Supplemental EIS analyzes the environmental impacts of these alternatives and informs how well each alternative meets the Project purpose and need.

# 3.0   DECISION TO BE MADE

BLM and other authorizing federal cooperating agencies will, in their respective RODs, decide whether to approve the Willow MDP and the associated issuance of permits and rights-of-way for the construction of the development plan, in whole or in part, based on the analysis contained in this Supplemental EIS. The RODs associated with this Supplemental EIS will not constitute the final approval for all actions, such as approval for subsequent individual applications for permits to drill and rights-of-way associated with the Proposed Action. This Supplemental EIS analysis does, however, provide BLM and other federal agencies that have regulatory oversight and permitting authorities with information and NEPA analysis that could be used to inform final approvals for individual Project components, such as permits to drill and rights-of-way.

# 4.0   PROJECT AREA

The Willow MDP area (Project area or Willow area) is located on the North Slope of Alaska, with the majority of the proposed facilities on leased federal lands within the northeastern portion of the NPR-A (Figure ES.2). Supporting infrastructure, including road connections, pipeline tie-ins, proposed MTI locations, and the gravel mine site would be located on federal and Native corporation–owned lands located in the GMT Unit, on un-unitized lands within the NPR-A, and on lands or waters owned and managed by the State of Alaska. None of the facilities would be located on or near Native allotments. Where possible, Project pipelines would be colocated with existing pipelines on federal, state, and Native corporation land.

Some elements of the Project would occur within the TLSA of the NPR-A (as defined in BLM's 2022 NPR-A IAP/EIS Record of Decision), which was designated by the Secretary of the Interior in 1977 for its significant value to waterfowl and shorebirds. The designation has since been expanded to protect caribou, waterbirds, shorebirds, and their habitats.

# 5.0   INFORMAL SCOPING AND SUBSTANTIVE ISSUES*

BLM identified 34 substantive issues to be addressed in this Supplemental EIS through public and agency scoping (including internal BLM scoping) and consultation with Alaska Native tribes and Alaska Native Claims Settlement Act (ANCSA) corporations (Appendix B.4, *Supplemental EIS Scoping Comment Summary Report*). The Supplemental EIS 30-day scoping period was held February 7, 2022, through March 9, 2022.

During public scoping, 125,146 comment submissions were received, with 506 comments being unique. Comments were categorized as issues associated with resource topics, issues associated with BLM policy (and therefore not addressed in this Supplemental EIS), or out-of-scope comments. Substantive issues were identified as those that could potentially have significant effects, are necessary to make a reasoned choice among alternatives, or are needed to address points of disagreement, debate, or dispute regarding an anticipated impact from the Project. Substantive issues within the scope of the Supplemental EIS that were identified through scoping are addressed in this Supplemental EIS.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 28 of 86

# 6.0 PROJECT REVISIONS SINCE THE FINAL (2020) ENVIRONMENTAL IMPACT STATEMENT*

Since publication of the Final EIS (BLM 2020b), the Willow MDP Project Proponent, ConocoPhillips Alaska, Inc. (CPAI), has continued with Project permitting and detailed engineering and some Project components have undergone further refinement or modification. This Supplemental EIS incorporates the following Project component updates:

- Shortening the airstrips for all action alternatives to 5,700 feet (from 6,200 feet long) as a result of the North Slope Borough (NSB) rezoning process. The airstrip apron and access road alignments were updated to accommodate logistics changes from shortening the runway (Section 2.5.3.3, *Airstrip and Associated Facilities*)
- Updated mine site footprints (all action alternatives; see Section 2.5.6, *Gravel Mine Site*)
- Updated production schedule based on additional characterization of the target reservoir and further engineering refinement (Appendix D.1, *Alternatives Development*, Section 4.2.3.10, *Operations Phase*)

For the purposes of this Supplemental EIS, Project schedule information has been updated to remove specific calendar years (e.g., 2023, 2024, 2025) to a more general description (e.g., Year 1, Year 2, Year 3) to allow flexibility for the Project start date to account for potential delays. If the MDP is approved, construction is currently assumed to start in either winter 2022/2023 or winter 2023/2024.

# 7.0 DRAFT SUPPLEMENTAL EIS PUBLIC COMMENTS*

BLM published a Notice of Availability for the Draft Supplemental EIS for the Willow MDP in the *Federal Register* on July 15, 2022. This began a 45-day public comment period, which ended on August 29, 2022. BLM held public meetings on the Draft Supplemental EIS in August 2022 (Final Supplemental EIS Appendix B.5, *Draft Supplemental EIS Comments and BLM Responses*, Table B.5.1). Meetings were held virtually and in person in Nuiqsut and Utqiaġvik. The Nuiqsut meeting included the public hearing for comments regarding the Project's potential impacts to subsistence resources and activities per the Alaska National Interest Lands Conservation Act (ANILCA) Section 810.

BLM received a total of 218,931 submissions during the public comment period via email, online, or mailed-in letters, or comments submitted verbally at public meetings. Of the submissions, 4,440 were unique (i.e., original submissions that did not have identical or almost identical wording as another submission). The remaining submissions were form letters (i.e., submissions containing identical content), form letters with slight modifications (e.g., one or two unique sentences added, but otherwise identical to a form letter), or duplicate submissions (i.e., the sender submitted the same submission multiple times). Comments received covered a wide spectrum of thoughts, opinions, ideas, and concerns.

# 8.0 ALTERNATIVES*

The range of alternatives was developed to address the resource impact issues and conflicts identified during internal scoping with the BLM Interdisciplinary Team and external scoping with the public and cooperating agencies. Five alternatives are analyzed in detail in this Supplemental EIS:

- Alternative A: No Action
- Alternative B: Proponent's Project
- Alternative C: Disconnected Infield Roads
- Alternative D: Disconnected Access
- Alternative E: Three-Pad Alternative (Fourth Pad Deferred)

Action alternatives (B, C, D, and E) presented in this Supplemental EIS include variations on specific Project components (e.g., Project access) and include updates to the design proposed by CPAI after the Final EIS (BLM 2020) was published. These Project updates were applied to all action alternatives, and are summarized in Section 1.1, *Environmental Impact Statement Process and Changes Since Publication of the Final Environmental Impact Statement*. Detailed descriptions of the Project updates are included in Appendix D.1, Section 4.2, *Project Components Common to All Action Alternatives*, through Section 4.8.3, *Option 3: Colville River Crossing*.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 29 of 86

In addition to the four action alternatives, three options are presented for how sealift modules (required for all action alternatives) would be delivered to the Project area (Section 2.6, *Sealift Module Delivery Options*); any one of the module delivery options could be paired with any action alternative:

- Option 1: Atigaru Point Module Transfer Island
- Option 2: Point Lonely Module Transfer Island
- Option 3: Colville River Crossing

Activity in the NPR-A is subject to a variety of lease stipulations (LSs) and required operating procedures (ROPs) intended to reduce effects from development activity; these LSs and ROPs are detailed in the 2022 NPR-A IAP/EIS ROD (BLM 2022). LSs are fixed at the time of lease issuance and do not change as management plans are updated. Some requirements in the 2022 NPR-A IAP/EIS ROD may apply as either a LS or ROP. If the activity is based on lease rights, the LS would govern and is not superseded by a ROP; otherwise, the requirement would apply as a ROP and would apply when permits are issued. All projects are subject to ROPs that are in place at the time a permit for development is issued. (The reader is referred to Section 2.2.7, *Lease Stipulations, Required Operating Procedures, and Lease Notices*, of the 2020 IAP/EIS for further discussion on this topic.) Many of the LSs and ROPs are readily incorporable into the Project, although some LSs and ROPs may require exceptions or deviations due to Project constraints and would be evaluated by BLM for an exception on a case-by-case basis. Exceptions from LSs and ROPs are discussed further in the relevant sections for each action alternative in Appendix D.1.

## 8.1 Alternative A: No Action Alternative

Under Alternative A, the Project would not be constructed; however, oil and gas exploration in the area would continue. Under the NPRPA, BLM is authorized to conduct oil and gas leasing and development in the NPR-A (42 USC 6506a). Among other things, the No Action Alternative is included in the analysis for a baseline comparison.

## 8.2 Alternative B: Proponent's Project

Alternative B would extend an all-season gravel road from the Greater Mooses Tooth 2 (GMT-2) development southwest toward the Project area. Gravel roads would connect to all Project facilities, including the Willow Processing Facility (WPF), Willow Operations Center (WOC), airstrip, and all five drill sites (Bear Tooth [BT] drill sites 1 [BT1], 2 [BT2], 3 [BT3], 4 [BT4], and 5 [BT5]). Alternative B would include 251 total wells. Additional Project support facilities would include a constructed freshwater reservoir (CFWR), four valve pads, four pipeline pads, two water source access pads (at the CFWR and Lake L9911), eight road turnouts (with subsistence access ramps), horizontal directional drilling (HDD) pipeline pads at the Colville River, and up to three subsistence-use boat ramps (added to the Project by CPAI as mitigation to help offset Project effects on the community of Nuiqsut – see Section 2.5.13, *Boat Ramps for Subsistence Users*).

Alternative B would construct 37.4 miles of gravel road and seven bridges. Infield (multiphase) pipelines would connect individual drill sites to the WPF, and export/import pipelines would connect the WPF to existing infrastructure on the North Slope. Diesel fuel would be piped from Kuparuk River Unit (Kuparuk) Central Processing Facility (CPF) 2 to the Alpine Central Processing Facility (ACF) and then trucked 37.5 miles to the Project area. Seawater would be piped from Kuparuk CPF2 to the WPF. Alternative B would also include a pipeline tie-in pad near the Alpine development's drill site 4N and an expansion of the existing pad at Kuparuk CPF2. Sealift module delivery to the Project area would be required. Details on these options are included in Section 2.6, *Sealift Module Delivery Options*.

The alternative was developed by the Proponent to provide an all-season gravel access road from the existing gravel road network in the GMT and Alpine developments to Project facilities. The all-season gravel access road connection to the Alpine development would allow for additional operational safety and risk reduction by providing redundancies and additional contingencies for each project and would support potential future development.

## 8.3 Alternative C: Disconnected Infield Roads

Alternative C would include five project drill sites and the same gravel access road between GMT-2 and the Project area as Alternative B, but it would not have a gravel road connection from the WPF to BT1. Thus, there would be no gravel road between these facilities or a bridge across Judy (Iqalliqpik) Creek; however, a gravel

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 30 of 86

road would connect BT1 with BT2 and BT4 using the same alignment as Alternative B. Alternative C would include 251 total wells.

A second airstrip, storage and staging facilities, and WOC would be located near BT2 to accommodate the personnel and materials transported between the South WOC and the North WOC and BT1/BT2/BT4. A 3.6-mile-long annual ice road would be constructed along the Alternative B gravel road alignment for the life of the Project (approximately 30 years) to allow for the movement of large equipment and consumable materials to BT1/BT2/BT4. Infield pipelines would connect all drill sites to the WPF; a diesel pipeline would provide fuel from Kuparuk CPF2 to the North and South WOCs; and export/import lines would connect the WPF to existing infrastructure on the North Slope.

Additional Project infrastructure and facilities would include six bridges, the CFWR, four valve pads (two would be sized to be helicopter accessible at Judy [Iqalliqpik] Creek), four pipeline pads, three water source access pads (at the CFWR and Lakes L9911 and M0235), eight road turnouts (with subsistence access ramps), HDD pipeline pads at the Colville River, one subsistence-use boat ramp along the Ublutuoch (Tiŋmiaqsiuġvik) River , expansion of the existing gravel pad at Kuparuk CPF2, and employ one of the sealift module delivery options described in Section 2.6.

Under Alternative C, the WPF, South WOC, and primary Project airstrip would be located similarly to their locations in Alternative B, near the GMT and BT Unit boundaries. Alternative C (unlike Alternatives B and E) would require a diesel pipeline connection from Kuparuk CPF2 to Alpine to the Project area due to the need to regularly supply fuel to the three disconnected drill sites; piped diesel fuel would be made available to support the Project at the WPF and South and North WOCs.

The intent of Alternative C is to reduce effects to caribou movement and decrease the number of stream crossings required; this is also intended to further reduce impacts to subsistence users of these resources. This alternative removes a portion of the road (versus Alternatives B, D, and E) that would cross Judy (Iqalliqpik) Creek which could impede caribou movement across linear features (i.e., this alternative would avoid the junction of two roads, which could be a pinch point that deflects caribou movement). This alternative would also reduce linear gravel infrastructure in the Project area, which may reduce impacts to hydrology (e.g., sheet flow) and wetlands (e.g., direct fill, fugitive dust).

## 8.4   Alternative D: Disconnected Access

Alternative D would colocate the WPF with BT3, construct four standalone drill sites, the WOC, pipeline and valve pads, a CFWR, two water source access pads at the CFWR and Lake M0235, gravel roads connecting Project facilities, six bridges, an airstrip, a staging pad near GMT-2, a boat ramp, and an expansion of the existing gravel pads at the Alpine development's drill site CD1 and at Kuparuk CPF2. However, Alternative D would not be connected by an all-season gravel access road to the GMT and Alpine developments; but it would employ the other gravel roads as proposed under Alternative B connecting drill sites and other Project infrastructure. Annual resupply access to the Project area would be provided by ice road connection between GMT-2 and the WPF (12.5 miles) for the life of the Project (approximately 31 years). Alternative D would include 251 total wells.

The lack of a gravel access road connection to Alpine would reduce the degree to which the Project could leverage existing Alpine infrastructure. As a result, additional facilities would be required in the Project area, duplicating some facilities currently at Alpine, including warehouse space; valve and fleet shops; emergency response equipment; and chemical storage tanks. The addition of these facilities in the Project area would require additional gravel pad space at the WOC and WPF. Additionally, Alternative D would require a diesel pipeline connection from Kuparuk CPF2 to the WOC (like Alternative C) as fuel could not be trucked to the Project area throughout the year. Alternative D would require sealift module delivery to the Project area (Section 2.6).

The intent of Alternative D is to minimize the Project's footprint and fill, reduce the number of required bridges (six versus eight), and lessen the length of linear infrastructure on the landscape to decrease effects to caribou movement and subsistence. This alternative's reduction of linear gravel infrastructure in the Project area may also reduce impacts to hydrology (e.g., sheet flow) and wetlands (e.g., direct fill, fugitive dust).

## 8.5   Alternative E: Three-Pad Alternative (Fourth Pad Deferred)*

Alternative E would initially include up to three drill sites (BT4 would be eliminated and any approval decision for BT5 would be deferred), WPF, WOC, four valve pads, four pipeline pads, five water source access pads,

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 31 of 86

gravel roads connecting the Project to GMT-2 and all drill sites to the WPF, an airstrip, and three subsistence-use boat ramps. Alternative E would relocate BT2 (relative to Alternatives B, C, and D) north of Fish Creek to gain access to a portion of the target reservoir that would be otherwise captured by BT4. Under Alternative E, a decision on whether to approve BT5 and its associated infrastructure would be deferred, and BT5 would also be relocated, approximately 1.8 miles to the northeast of the BT5 pad location under Alternative B, C, and D to avoid two yellow-billed loon buffer setbacks; this location would reduce the length of the BT5 infield road and pipelines (relative to Alternatives B, C, and D). This alternative was developed by BLM and cooperating agencies to reduce surface impacts, particularly in the TLSA, in response to the Alaska District Court's remand decision.

Alternative E would include approximately 219 total wells. Eliminating BT4 from the Project would reduce the Project's gravel footprint in the TLSA and overall. The BT1 and BT2 pads would be approximately 100 feet longer to accommodate additional wells, which would allow access to portions of the resource that would otherwise be accessed from BT4 and the original BT2 location. Eliminating BT4 from the Project and relocating BT5 would reduce the overall length of infield pipelines, gravel roads, and ice roads, and reduce freshwater use. The reductions in footprint and water use would primarily occur within the TLSA.

Under Alternative E, the WPF and WOC locations are the same as those proposed under Alternative B. Alternative E would use an existing mud plant located on the K-Pad, near Alpine CD5, to produce drilling mud, which would eliminate the need to construct a new mud plant at the WOC. The existing K-Pad mud plant would be expanded on the existing gravel pad to support this use. This alternative would also include installation of two additional modules on the existing GMT-2 drill site pad to allow for the possibility of transporting GMT-2 produced fluids to the WPF.

Alternative E evaluates the full development of the Willow reservoir with up to four drill site pads (initially up to three with the decision deferred on the fourth), recognizing that a decision regarding approval of BT5 would not be made in the Willow MDP ROD resulting from this Supplemental EIS and any deferred drill site pad would require a separate future decision.

In order to provide an accurate comparison of the full impacts of each alternative, BLM is including an analysis that assumes approval of all four drill site pads considered under Alternative E, including BT5, and evaluates BT5 assuming the earliest possible construction start date (Year 7). This Year 7 construction date is assumed to be the most impactful scenario under Alternative E because it includes all four drill site pads, including BT5, and would have the most overlap between the construction of BT5 and drilling phases at BT1, BT2, and BT3. If BT5 construction is deferred beyond Year 7, the anticipated impacts related to BT5 would be delayed, resulting in extended temporal impacts, but reducing the severity or intensity of the impacts due to there being less overall Project activity (i.e., other construction and drilling activity) occurring simultaneously. Alternative E would require sealift module delivery to the Project area (Section 2.6, *Sealift Module Delivery Options*).

The intent of Alternative E is to reduce the amount of surface infrastructure within the TLSA and reduce the impacts to identified yellow-billed loon nests located near the previously proposed BT5 location. This alternative would reduce the amount of overall infrastructure (e.g., gravel footprint, miles of gravel road, miles of pipeline) that may impede caribou movement and impact subsistence users. Reduced gravel infrastructure would also lessen impacts to wetlands and vegetation, hydrology, gravel resources, and wildlife. Deferring authorization of BT5 may also reduce the intensity of impacts to surface resources by reducing the overlap of construction and drilling activity in the Project area.

Alternative E is BLM's preferred alternative. The identification of a preferred alternative does not constitute a commitment or decision; if warranted, BLM may select a different alternative other than the preferred alternative or deferrals in its ROD. BLM is also considering, and may select from, variations on Alternative E that would be more environmentally preferable, such as deferring more than one drill site pad. To help inform such consideration, Tables D.4.9 and D.4.10 in Appendix D.1, *Alternatives Development*, provide the daily and cumulative oil production for each individual drill site pad in the Alternative E configuration.

## 8.6 Sealift Module Delivery Options

A total of nine sealift barges are anticipated for the Project to deliver large, prefabricated modules to the North Slope. Three module delivery options are analyzed: Options 1, 2, and 3. Two options would construct a gravel island (i.e., an MTI) west of the Colville River, and then use ice roads to transport the modules to their gravel pads. The MTI would have a 5- to 10-year design life. A third option would deliver the modules to the existing

Case 3:23-cv-00058-SLG    Document 43-3    Filed 03/24/23    Page 32 of 86

Oliktok Dock and not require an MTI. This option would use existing Kuparuk gravel roads and Project-specific ice roads to move the modules to the Project area using an ice bridge to cross the Colville River near Ocean Point. Any of the module delivery options could be coupled with any of the four action alternatives. Appendix D.1 includes additional details for each option.

### 8.6.1    Option 1: Proponent's Module Transfer Island

Option 1 would construct an MTI approximately 2.4 miles offshore in Harrison Bay near Atigaru Point to support sealift module delivery. Appendix D.1 includes additional details regarding island construction, maintenance, and decommissioning; ice road and ice pad requirements; water use; anticipated traffic volumes; and schedule. The MTI would be constructed from gravel sourced from the Tiŋmiaqsiuġvik Mine Site and would provide an approximately 8.3-acre gravel work surface with a 12.8-acre gravel footprint. MTI slopes would be armored with gravel bags and a 200-foot-long sheet pile dock face would facilitate barge offloading. Modules would be barged to the MTI in the summer and stored until the following winter when they would be transported to the Project area via ice road. A total of 110.8 miles of ice road would be needed. The summer following the final sealift module delivery, the island would be abandoned, and all facilities and anthropogenic materials would be removed, including the gravel slope protection. It is anticipated the top of the island would drop below the water surface in 10 to 20 years following abandonment as it is reshaped by ice and waves. The intent of this option is to provide the shortest delivery route without requiring dredging or additional marine impacts.

### 8.6.2    Option 2: Point Lonely Module Transfer Island

Option 2 would construct a similarly sized (13.0-acre gravel footprint) MTI at Point Lonely, approximately 0.6 mile offshore on a former U.S. Department of Defense site. A total of 225.2 miles of ice road would be needed. The intent of this option is to move the MTI away from Nuiqsut's high subsistence use area, and to use existing onshore gravel infrastructure at Point Lonely for staging purposes. Appendix D.1 includes additional details regarding island construction, maintenance, and decommissioning; ice road and ice pad requirements; water use; anticipated traffic volumes; and schedule.

### 8.6.3    Option 3: Colville River Crossing*

Option 3 would use the existing Oliktok Dock to receive the sealift barges. Modules would then be transported over existing Kuparuk gravel roads to a staging area near Kuparuk drill site 2P (DS2P); 5.0 acres of gravel footprint expansion would be required to accommodate module movement. From Kuparuk DS2P, the modules would then be moved by heavy-haul ice roads to GMT-2, crossing the Colville River on a partially grounded ice bridge near Ocean Point. From GMT-2, the modules would be transported to the Project area over Project gravel roads (Alternatives B, C, and E) or ice roads (Alternative D) to reach the WPF and drill site gravel pads. A total of 80.2 miles of ice road would be needed. This option was developed in response to discussions with stakeholders with the intent of reducing impacts associated with MTI construction and vessel traffic through key marine harvesting areas in Harrison Bay.

> Option 3 is BLM's preferred module delivery option. The identification of a preferred module delivery option does not constitute a commitment or decision; if warranted, BLM may select a different module delivery option than the preferred module delivery option in its Record of Decision.

# 9.0    SUMMARY OF ENVIRONMENTAL CONSEQUENCES

Chapter 3.0, *Affected Environment and Environmental Consequences,* of the Supplemental EIS details the affected environment for social, physical, and biological resources and the potential environmental impacts associated with each of the alternatives and module delivery options. Potential impacts for each resource are described in terms of type, context, duration, and intensity.

Table ES.1 summarizes and compares key potential environmental impacts on resources and uses for each action alternative. Table ES.2 provides a summary comparison of key impacts for sealift module delivery options. For more information on all potential impacts, please refer to Chapter 3.0 of the Supplemental EIS.

**Table ES.1. Summary Comparison of Key Impacts by Action Alternative\***

| Project Component | Resources Affected | Alternative B: Proponent's Project | Alternative C: Disconnected Infield Roads | Alternative D: Disconnected Access | Alternative E: Three-Pad Alternative (Fourth Pad Deferred) |
|---|---|---|---|---|---|
| Total Project footprint and gravel fill volume | Soil disturbance and permafrost thaw<br><br>Loss of gravel resources<br><br>Changes to undisturbed characteristic visual landscape including night skies<br><br>Wetlands lost<br><br>Habitat loss for fish, birds, caribou, and polar bears<br><br>Disturbance and displacement of birds, caribou, and polar bears<br><br>Subsistence hunter avoidance | 484.0 acres of gravel fill using 4.9 million cubic yards of gravel<br>  605.0 acres of wetlands and 7.0 acres of freshwater waterbodies impacted by gravel fill or excavation (e.g., mine site)<br>  12.1 acres of screeding<br><br>18,942.5 acres of disturbance for birds[a] (10,810.7 in high-use areas)<br><br>Lesser potential for subsistence hunter avoidance due to infrastructure footprint.<br><br>More direct loss of subsistence use areas due to reduction in overall infrastructure footprint. | 545.9 acres of gravel fill using 5.8 million cubic yards of gravel<br>  739.0 acres of wetlands and 9.5 acres of freshwater waterbodies impacted by gravel fill or excavation (e.g., mine site)<br>  12.1 acres of screeding<br><br>19,474.2 acres of disturbance for birds[a] (10,858.8 in high-use areas)<br><br>Greatest potential for subsistence hunter avoidance due to larger infrastructure footprint.<br><br>Greatest direct loss of subsistence use areas due to increase in overall infrastructure footprint. | 482.8 acres of gravel fill using 5.9 million cubic yards of gravel<br>  674.2 acres of wetlands and 10.0 acres of freshwater waterbodies impacted by gravel fill or excavation (e.g., mine site)<br>  12.1 acres of screeding<br><br>18,164.7 acres of disturbance for birds[a] (10,132.8 in high-use areas)<br><br>Lesser potential for subsistence hunter avoidance due to infrastructure footprint.<br><br>Lesser direct loss of subsistence use areas due to reduction in overall infrastructure footprint. | 482.4 acres of gravel fill using 4.4 million cubic yards of gravel<br>  532.1 acres of wetlands and 5.0 acres of freshwater waterbodies impacted by gravel fill or excavation (e.g., mine site)<br>  12.1 acres of screeding<br><br>17,037.3 acres of disturbance for birds[a] (9,546.0 in high-use areas)<br><br>Least potential for subsistence hunter avoidance due to infrastructure footprint.<br><br>Least direct loss of subsistence use areas due to reduction in overall infrastructure footprint. |

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 34 of 86

| Project Component | Resources Affected | Alternative B: Proponent's Project | Alternative C: Disconnected Infield Roads | Alternative D: Disconnected Access | Alternative E: Three-Pad Alternative (Fourth Pad Deferred) |
|---|---|---|---|---|---|
| Location of Willow Processing Facility, Willow Operations Center, and airstrip | Perceived differences in air quality effects (Alternative C would be closer to Nuiqsut) Disturbance and displacement of caribou (some Alternative C components would be in an area of lower caribou density) | Near the airstrip and approximately 5 miles east of BT3 The infield road could funnel caribou movement along the west side of the road and toward the airstrip and WPF during fall migration south. | Near the south airstrip and approximately 5 miles east of BT3 Decreased potential for deflection of migrating caribou since it would remove the perpendicular intersection of access and infield roads, which could be a pinch-point for caribou movement. Caribou are less likely to be funneled into the area by the infield road. WPF, WOC, and southern airstrip would be further east, in an area with lower densities of caribou. Because fewer caribou use this area, disturbance and displacement due to noise and human activity from these facilities would affect fewer caribou. | WPF colocated with BT3 Decreased potential for deflection of migrating caribou, especially near the WPF, since it would remove the perpendicular intersection of access and infield roads. Caribou moving south along the east side of the infield roads during southerly movements in the fall would not have to cross a road, which would lower the probability of delays or deflections. | Near the airstrip and approximately 5 miles east of BT3 The infield road could funnel caribou movement along the west side of the road and toward the airstrip and WPF during fall migration south. |
| Ice infrastructure | Potential impoundments during spring breakup Vegetation and soil compaction Habitat alteration for birds, caribou, and marine mammals Increased displacement or mortality of birds, caribou, and other wildlife due to increased subsistence access Changes to subsistence access | Approximately 495.2 total miles (3,590.7 total acres) of ice roads over nine construction seasons No annual resupply ice road 936.6 acres of single season ice pads; 30.0 acres of multi-season ice pads 4,557.3 total acres of ice infrastructure Lesser amount of ice roads for subsistence access | Approximately 650.1 total miles (4,411.6 total acres) of ice roads:     574.5 miles over nine     construction seasons     3.6 miles of annual resupply     ice road (15.3 acres) (2030     to 2050; 75.6 total miles;     321.3 total acres) 1,166.4 acres of single season ice pads; 30.0acres of multi-season ice pads 5,608.0 total acres of ice infrastructure More ice roads for subsistence access | Approximately 962.4 total miles (5,893.4 total acres) of ice roads:     699.9 miles (4,780.4 acres)     over ten construction     seasons     12.5 miles (55.7 acres) of     annual resupply ice road     (2030 to 2051; 262.5 total     miles; 1,113.0 total acres) 1,241.4 acres of single season ice pads; 30.0 acres of multi-season ice pads 7,164.8 total acres of ice infrastructure Most miles of ice road for subsistence access | Approximately 431.2 total miles (3,166.2 total acres) of ice roads over eight construction seasons No annual resupply ice road 830.6 acres of single season ice pads; 30.0 acres of multi-season ice pads 4,026.8 total acres of ice infrastructure Least amount of ice roads for subsistence access |

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 35 of 86

| Project Component | Resources Affected | Alternative B: Proponent's Project | Alternative C: Disconnected Infield Roads | Alternative D: Disconnected Access | Alternative E: Three-Pad Alternative (Fourth Pad Deferred) |
|---|---|---|---|---|---|
| Pipelines | Changes to undisturbed characteristic visual landscape including night skies<br><br>Habitat alteration for birds, caribou, and polar bears<br><br>Collision potential for birds<br><br>Delayed or deflected movement of caribou from new linear infrastructure<br><br>Increased insect relief habitat for caribou<br><br>Increased spill risk | 97.5 total miles of pipeline rack<br>  94.4 miles on new VSMs<br>  3.1 miles on existing VSMs<br>  0.9 mile HDD<br><br>314.2 total miles of individual pipelines<br><br>38.3 miles of pipeline without a parallel road<br><br>Other pipelines:<br>  64.3-mile seawater pipeline<br>  34.4-mile diesel pipeline<br><br>Diesel trucked by road: 37.5 miles | 98.5 total miles of pipeline rack<br>  95.4 miles on new VSMs<br>  3.1 miles on existing VSMs<br>  0.9 mile HDD<br><br>383.7 total miles of individual pipelines<br><br>42.4 miles of pipeline without a parallel road<br><br>Other pipelines:<br>  63.3-mile seawater pipeline<br>  82.0-mile diesel pipeline<br><br>Diesel trucked by road: 0 miles | 98.1 total miles of pipeline rack<br>  95.0 miles on new VSMs<br>  3.1 miles on existing VSMs<br>  0.9 mile HDD<br><br>373.9 total miles of individual pipelines<br><br>45.2 miles of pipeline without a parallel road<br><br>Other pipelines:<br>  69.2-mile seawater pipeline<br>  77.0-mile diesel pipeline<br><br>Diesel trucked by road: 0 miles | 89.6 total miles of pipeline rack<br>  86.5 miles on new VSMs<br>  3.1 miles on existing VSMs<br>  0.9 mile HDD<br><br>267.7 total miles of individual pipelines<br><br>35.7 miles of pipeline without a parallel road<br><br>Other pipelines:<br>  64.4 -mile seawater pipeline<br>  35.1 -mile diesel pipeline<br><br>Diesel trucked by road: 33.1 miles |

| Project Component | Resources Affected | Alternative B: Proponent's Project | Alternative C: Disconnected Infield Roads | Alternative D: Disconnected Access | Alternative E: Three-Pad Alternative (Fourth Pad Deferred) |
|---|---|---|---|---|---|
| Gravel roads | Changes to undisturbed characteristic visual landscape<br><br>Upslope water impoundment and thermokarst erosion<br><br>Potential blockage or restriction of sheet flow during spring breakup, that could result in changed flow direction, channel instability, erosion of the tundra or stream channel, or deposition of sediment on the tundra or in the stream channel<br><br>Disturbance and displacement of birds, caribou, and polar bears<br><br>Delayed or deflected movement of caribou from new linear infrastructure<br><br>Changes to subsistence access and resource availability | 37.4 total miles (259.7 total acres, including turnouts)<br><br>Seven bridges<br><br>11 culvert batteries<br><br>197 cross-drainage culverts<br><br>Eight turnouts with subsistence/tundra access ramps (3.0 acres total)<br><br>Most gravel roads for subsistence access | 35.4 total miles (243.1 total acres, including turnouts)<br><br>Six bridges<br><br>10 culvert batteries<br><br>187 cross-drainage culverts<br><br>Eight vehicle turnouts with subsistence/tundra access ramps (3.0 acres total)<br><br>More gravel roads for subsistence access | 27.2 total miles (189.0 total acres, including turnouts)<br><br>Six bridges<br><br>8 culvert batteries<br><br>144 cross-drainage culverts<br><br>Six turnouts with subsistence/tundra access ramps (2.2 acres total)<br><br>Least gravel roads for subsistence access | 30.2 total miles (220.6 total acres, including turnouts)<br><br>Six bridges<br><br>9 culvert batteries<br><br>159 cross-drainage culverts<br><br>Seven turnouts with subsistence/tundra access ramps (2.6 acres total)<br><br>Less gravel roads for subsistence access |
| Dust shadow from gravel roads[b] | Soil composition changes, decreased albedo, permafrost thawing, thermokarst development<br><br>Vegetation damage<br><br>Wetland composition changes<br><br>Habitat alteration for fish, birds, caribou, and polar bears | 3,448.5 total acres (includes mine site)<br>  3,277.1 acres in wetlands<br>  106.6 acres in freshwater waterbodies<br>  64.8 acres in uplands | 3,466.8 total acres (includes mine site)<br>  3,326.3 acres in wetlands<br>  100.5 acres in freshwater waterbodies<br>  40.0 acres in uplands | 2,690.7 total acres (includes mine site)<br>  2,544.5 acres in wetlands<br>  91.9 acres in freshwater waterbodies<br>  54.3 acres in uplands | 2,712.3 total acres (includes mine site)<br>  2,712.3 acres in wetlands<br>  101.9 acres in freshwater waterbodies<br>  39.2 acres in uplands |

| Project Component | Resources Affected | Alternative B: Proponent's Project | Alternative C: Disconnected Infield Roads | Alternative D: Disconnected Access | Alternative E: Three-Pad Alternative (Fourth Pad Deferred) |
|---|---|---|---|---|---|
| Stream crossings (culverts and bridges) | Hydrologic changes or erosion<br><br>Perceived potential contamination of fish and thus decreased subsistence resource availability<br><br>Increased noise during construction<br><br>Changes to undisturbed characteristic visual landscape<br><br>Habitat loss for fish | 18 crossings:<br>  7 bridges<br>  11 culvert batteries<br><br>36 bridge piles below OHW (all in anadromous streams)<br><br>12 VSMs below OHW | 16 crossings:<br>  6 bridges<br>  10 culvert batteries<br><br>20 bridge piles below OHW (all in anadromous streams)<br><br>22 VSMs below OHW | 14 crossings:<br>  6 bridges<br>  8 culvert batteries<br><br>36 bridge piles below OHW (all in anadromous streams)<br><br>12 VSMs below OHW | 15 crossings:<br>  6 bridges<br>  9 culvert batteries<br><br>36 bridge piles below OHW (all in anadromous streams)<br><br>108 VSMs below OHW |
| Airstrip | Increased noise<br><br>Changes to undisturbed characteristic visual landscape including night skies<br><br>Disturbance and displacement of birds, caribou, and polar bears | 1 airstrip and apron (42.2 acres) near the WOC (approximately 5 miles east of BT3) | 2 airstrips (87.6 total acres):<br>North airstrip and hangar (43.8 acres) near BT2<br>South airstrip and apron (43.8 acres), approximately 5 miles east of BT3 | 1 airstrip and apron (44.6 acres) near BT3/WPF | 1 airstrip and apron (42.2 acres) near the WOC (approximately 5 miles east of BT3); would also require airstrip access road |
| Total freshwater use | Temporary changes to lake-water chemistry (until spring breakup and recharge) by depleting oxygen and changing pH and conductivity<br><br>Habitat alteration for fish and birds<br><br>Special status species: yellow-billed loon nesting lakes | 1,662.4 million gallons over the life of the Project (30 years) | 1,914.3 million gallons over the life of the Project (30 years) | 2,286.3 million gallons over the life of the Project (31 years) | 1,478.7 million gallons over the life of the Project (30 years) |

| Project Component | Resources Affected | Alternative B: Proponent's Project | Alternative C: Disconnected Infield Roads | Alternative D: Disconnected Access | Alternative E: Three-Pad Alternative (Fourth Pad Deferred) |
|---|---|---|---|---|---|
| Ground traffic[c, d] | Increased noise<br><br>Changes to undisturbed characteristic visual landscape including night skies<br><br>Disturbance and displacement of birds, caribou, and polar bears<br><br>Injury or mortality of birds, caribou, and polar bears | 3,188,910 vehicle trips<br><br>Less disturbance of caribou due to ground traffic | 4,212,510 vehicle trips<br><br>More disturbance of caribou due to ground traffic | 4,376,890 vehicle trips<br><br>Most disturbance of caribou due to ground traffic | 3,145,870 vehicle trips<br><br>Least disturbance of caribou due to ground traffic |
| Fixed-wing air traffic[c,e] | Changes to undisturbed characteristic visual landscape including night skies<br><br>Disturbance and displacement of birds, caribou, and marine mammals<br><br>Injury or mortality of birds | 12,101 total fixed-wing flights<br>Willow: 11,809<br>Alpine: 292<br>Less disturbance of caribou due to aircraft traffic | 19,574 total fixed-wing flights<br>South Willow: 13,201<br>North Willow: 6,081<br>Alpine: 292<br>More disturbance of caribou due to aircraft traffic | 19,038 total fixed-wing flights<br>Willow: 15,387<br>Alpine: 3,651<br>Most disturbance of caribou due to aircraft traffic | 11,983 total fixed-wing flights<br>Willow: 11,691<br>Alpine: 292<br>Least disturbance of caribou due to aircraft traffic |
| Helicopter air traffic[c] | Changes to undisturbed characteristic visual landscape including night skies<br><br>Disturbance and displacement of birds, caribou, and marine mammals<br><br>Injury or mortality of birds | 2,421 total flights<br>Willow: 2,321<br>Alpine: 100<br>Less disturbance of caribou due to aircraft traffic | 2,910 total flights<br>South Willow: 2,421<br>North Willow: 357<br>Alpine: 132<br>More disturbance of caribou due to aircraft traffic | 2,503 total flights<br>Willow: 2,403<br>Alpine: 100<br>More disturbance of caribou due to aircraft traffic | 2,421 total flights<br>Willow: 2,321<br>Alpine: 100<br>Least disturbance of caribou due to aircraft traffic |
| Human activity | Changes to undisturbed characteristic visual landscape including night skies<br><br>Disturbance and displacement of birds, caribou, and marine mammals | 30-year Project duration (9 years of construction)<br><br>940.2 acres of polar bear disturbance (potential terrestrial denning habitat within 1 mile of winter activity, USFWS buffer) | 30-year Project duration (9 years of construction)<br><br>942.7 acres of polar bear disturbance (potential terrestrial denning habitat within 1 mile of winter activity, USFWS buffer) | 31-year Project duration (10 years of construction)<br><br>1,004.7 acres of polar bear disturbance (potential terrestrial denning habitat within 1 mile of winter activity, USFWS buffer) | 30-year Project duration (8 years of construction)<br><br>618.5 acres of polar bear disturbance (potential terrestrial denning habitat within 1 mile of winter activity, USFWS buffer) |

| Project Component | Resources Affected | Alternative B: Proponent's Project | Alternative C: Disconnected Infield Roads | Alternative D: Disconnected Access | Alternative E: Three-Pad Alternative (Fourth Pad Deferred) |
|---|---|---|---|---|---|
| Greenhouse gas emissions | Climate change and air quality (GHG emissions for the Project duration are measured as $CO_2e$ in Mt/annual average) | Total GHG emissions are 284,405 Mt of gross $CO_2e$ for 30-year Project duration (using 100-year GWP, IPCC AR4)<br><br>Annual average total (i.e., sum of direct and indirect) GHG emissions (9,480 Mt $CO_2e$ per year) constitute approximately 0.145% of the 2019 U.S. GHG inventory. | Total GHG emissions are 286,575 Mt of gross $CO_2e$ for 30-year Project duration (using 100-year GWP, IPCC AR4)<br><br>Annual average total (i.e., sum of direct and indirect) GHG emissions (9,552 Mt $CO_2e$ per year) constitute approximately 0.146% of the 2019 U.S. GHG inventory. | Total GHG emissions are 284,530 Mt of $CO_2e$ for gross 31-year Project duration (using 100-year GWP, IPCC AR4)<br><br>Annual average total (i.e., sum of direct and indirect) GHG emissions (9,178 Mt $CO_2e$ per year) constitute approximately 0.140% of the 2019 U.S. GHG inventory. | Total GHG emissions are 278,036 Mt of gross $CO_2e$ for 30-year Project duration (using 100-year GWP, IPCC AR4)<br><br>Annual average total (i.e., sum of direct and indirect) GHG emissions (9,268 Mt $CO_2e$ per year) constitute approximately 0.141% of the 2019 U.S. GHG inventory. |

Note: AR4 (Fourth Assessment Report); BT2 (drill site BT2); BT3 (drill site BT3); $CO_2e$ (carbon dioxide equivalent); GHG (greenhouse gas) ; GWP (global warming potential); HDD (horizontal directional drilling); IPCC (Intergovernmental Panel on Climate Change); Mt (thousand metric tons); OHW (ordinary high water); USFWS (U.S. Fish and Wildlife Service); VSM (vertical support members); WOC (Willow Operations Center); WOUS (Waters of the U.S.); WPF (Willow Processing Facility).
[a] Based on a 656-foot (200-meter) disturbance zone around gravel facilities.
[b] Area potentially altered by dust generated from vehicles or wind on gravel fill extending 328 feet (100 meters) from gravel infrastructure.
[c] Total traffic is for the life of the Project (Alternatives B and C, 30 years; Alternative D, 32 years) and does not include any reclamation activity. Ground-traffic trips are one-way. A single flight is defined as a landing and subsequent takeoff, and a single vessel trip is defined as docking and subsequent departure.
[d] Number of trips includes buses, light commercial trucks, short-haul trucks, passenger trucks, and other miscellaneous vehicles. Construction ground traffic also includes gravel hauling (e.g., B70 or maxi dump trucks).
[e] Flights outlined are additional flights required beyond projected travel to/from non-Project airports (e.g., Anchorage, Fairbanks, Deadhorse); includes C-130, Twin Otter or CASA, Cessna, and DC-6 or similar aircraft.

**Table ES.2. Summary Comparison of Key Impacts by Sealift Module Delivery Option**

| Project Component | Resources Affected | Option 1: Atigaru Point Module Transfer Island | Option 2: Point Lonely Module Transfer Island | Option 3: Colville River Crossing |
|---|---|---|---|---|
| Total gravel footprint and gravel fill volume | Loss of gravel resources<br>Changes to undisturbed characteristic visual landscape including night skies<br>WOUS lost<br>Habitat loss and disturbance and displacement for fish, birds, and marine mammals<br>Subsistence harvester avoidance | 12.8 acres of gravel fill using 397,000 cubic yards of gravel in the marine environment<br>14.5 acres of screeding | 13.0 acres of gravel fill using 446,000 cubic yards of gravel in the marine environment<br>14.5 acres of screeding | 5.0 acres of gravel fill using 118,700 cubic yards of gravel 4.9 acres in wetlands<br>No additional screeding beyond that needed for the action alternatives |

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 40 of 86

| Project Component | Resources Affected | Option 1: Atigaru Point Module Transfer Island | Option 2: Point Lonely Module Transfer Island | Option 3: Colville River Crossing |
|---|---|---|---|---|
| Location | Disturbance and displacement of caribou<br><br>Subsistence harvester avoidance<br><br>Reduced availability of subsistence resources<br><br>(Ranked the same for subsistence since there are positive and negative outcomes for each location) | 2.4 miles offshore<br><br>Farther offshore from high-density caribou areas.<br><br>No onshore activities in summer, 1 multi-season ice pad would remain (12.5 miles from high-density caribou post-calving and 1.9 miles from high-density oestrid fly relief)<br><br>Greatest potential for offshore avoidance by Nuiqsut hunters.<br><br>Impacts are most likely to occur for Nuiqsut harvesters (up to 94% directly affected); impacts may occur for Utqiaġvik but are less likely (up to 12% directly affected). | 0.6 mile offshore<br><br>Summer onshore activities in an area of high use by caribou for insect relief (end of June to beginning of August). Closer to Teshekpuk Lake. Could disturb more caribou, especially in July.<br><br>Closest to or within high-density caribou areas (post-calving 0.9 mile and insect relief 0 mile)<br><br>Would reduce caribou availability.<br><br>Greater potential for indirect impacts to caribou, wolf, and wolverine resource availability for Utqiaġvik harvesters.<br><br>Less potential for impacts to Nuiqsut harvester access since island would be farther from core Nuiqsut seal, eider, and coastal caribou harvesting areas.<br><br>Impacts are most likely to occur for Nuiqsut harvesters (up to 94% directly affected); impacts may occur for Utqiaġvik but are less likely (up to 24% directly affected).<br><br>More likely to cause indirect impacts to Utqiaġvik harvesters because of its proximity to key Utqiaġvik harvesting areas at Teshekpuk Lake. | 0.0 mile offshore<br><br>Farthest away from high-density caribou areas (post-calving 47.1 miles and insect relief 32.4 miles)<br><br>Impacts are most likely to occur for Nuiqsut harvesters (up to 91% directly affected; impacts may occur for Utqiaġvik but are less likely (up to 13% directly affected). |
| Closest proximity of summer construction to high-density caribou areas | Disturbance and displacement of caribou | 12.5 miles to high-density caribou post-calving<br><br>9.6 miles to high-density caribou mosquito relief<br><br>1.9 miles to high-density caribou oestrid fly relief | 0.9 mile to high-density caribou post-calving<br><br>(greater disturbance of caribou during post-calving)<br><br>0.0 mile to high-density caribou mosquito relief (greater disturbance of caribou during insect relief)<br><br>0.0 mile to high-density caribou oestrid fly relief (greater disturbance of caribou during insect relief) | 47.1 miles to high-density caribou post-calving<br><br>46.3 miles to high-density caribou mosquito relief<br><br>32.4 miles to high-density caribou oestrid fly relief |

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 41 of 86

| Project Component | Resources Affected | Option 1: Atigaru Point Module Transfer Island | Option 2: Point Lonely Module Transfer Island | Option 3: Colville River Crossing |
|---|---|---|---|---|
| Ice roads | Potential impoundments during spring breakup<br><br>Vegetation and soil compaction<br><br>Habitat alteration for birds, caribou, and marine mammals<br><br>Increased displacement or mortality of birds, caribou, and other wildlife due to increased subsistence access.<br><br>Changes to subsistence access | 110.8 total miles (795.0 acres)<br><br>  Total gravel haul (1 season): 35.2 miles on tundra; 2.4 miles on sea ice<br><br>  Total module transport (over 2 seasons): 68.4 total miles on tundra; 4.8 miles on sea ice<br><br>  73% in the TLSA<br><br>  60.3% in polar bear critical habitat<br><br>Greater potential for hunter avoidance of infrastructure due to presence of ice roads in key Nuiqsut geese hunting areas along Fish Creek. | 229.7 total miles (2,592.6 acres)<br><br>  Total gravel haul (1 season): 77.9 miles on tundra; 0.6 mile on sea ice<br><br>  Total module transport (over 2 seasons): 150.0 miles on tundra; 1.2 miles on sea ice<br><br>  89% in the TLSA<br><br>  16.5% in polar bear critical habitat<br><br>Most forage damage for caribou | 80.2 total miles (583.2 acres)<br><br>  Total gravel haul (1 season): all on existing gravel roads<br><br>  Total module transport (over 2 seasons): 80.2 miles on tundra; 0 miles on sea ice<br><br>  0% in the TLSA<br><br>  0% in polar bear critical habitat<br><br>  Least forage damage for caribou<br><br>Summer and fall caribou harvests less likely to be directly affected.<br><br>Minimal disturbances to the CAH habitat; few CAH caribou present in winter.<br><br>Overall fewer impacts to terrestrial mammals, including caribou than Options 1 and 2.<br><br>One fewer winter ice road season (two winters); associated traffic less likely to deflect or disturb subsistence resources and subsistence harvesters from crossing.<br><br>Would move most activity and infrastructure associated with module delivery farther from Utqiaġvik's primary subsistence use area compared to Options 1 and 2. |
| Multi-season ice pads | Potential impoundments during spring breakup<br><br>Vegetation and soil compaction<br><br>Habitat alteration for birds, caribou, and marine mammals | Three 10.0-acre multi-season ice pads:<br><br>  One at BT1<br><br>  One near Atigaru Point<br><br>  One midway between Atigaru Point and BT1 | Three 10.0-acre multi-season ice pads:<br><br>  One at BT2<br><br>  Two along ice road between BT2 and Point Lonely<br><br>More potential to affect caribou in summer because more caribou use the area closer to Point Lonely | 0.0-acre multi-season ice pads |

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 42 of 86

| Project Component | Resources Affected | Option 1: Atigaru Point Module Transfer Island | Option 2: Point Lonely Module Transfer Island | Option 3: Colville River Crossing |
|---|---|---|---|---|
| Total freshwater usage | Temporary changes to lake-water chemistry (until spring breakup and recharge) by depleting oxygen and changing pH and conductivity<br><br>Habitat alteration for fish and birds<br><br>Special status species: yellow-billed loon nesting lakes | 307.9 million gallons | 572.0 million gallons | 257.2 million gallons |
| Ground traffic[a] | Changes to undisturbed characteristic visual landscape including night skies<br><br>Disturbance and displacement of birds, caribou, and polar bears<br><br>Injury or mortality of birds | 2,306,110 trips | 3,196,450 trips | 535,160 trips |
| Fixed-wing traffic[b] | Changes to undisturbed characteristic visual landscape including night skies<br><br>Disturbance and displacement of birds, caribou, and marine mammals<br><br>Injury or mortality of birds | 326 total flights (36 to Atigaru Point in summer):<br>Willow: 205<br>Alpine: 25<br>Atigaru Point: 96 | 326 total flights (36 to Point Lonely in summer):<br>Willow: 205<br>Alpine: 25<br>Point Lonely: 96<br>Markedly greater disturbance of caribou during insect relief | 70 total flights:<br>Willow: 0<br>Alpine: 28<br>Kuparuk: 42<br><br>Least amount of disturbance to caribou, marine mammals, and birds |
| Helicopter traffic | Changes to undisturbed characteristic visual landscape including night skies<br><br>Disturbance and displacement of birds, caribou, and marine mammals<br><br>Injury or mortality of birds | 450 total flights<br>Willow: 435<br>Alpine: 15 | 450 total flights<br>Willow 435<br>Alpine 15 | 16 total flights to/from Alpine |
| Vessel traffic | Disturbance and displacement of fish, birds, and marine mammals | Nearshore barge route ~1,100 miles RT, support vessel route ~100 miles RT<br><br>9 barges, 16 tugboats, and 259 support vessels, 4 summer seasons | Nearshore barge route ~1,000 miles RT, support vessel route ~200 miles RT<br><br>9 barges, 16 tugboats, and 259 support vessels, 4 summer seasons | Nearshore barge route ~1,200 miles RT, support vessel route ~5.2 miles RT<br><br>9 barges, 16 tugboats, and 60 support vessels, 2 summer seasons |
| 195-foot-tall communication tower | Injury or mortality of birds | 2 towers | 3 Towers | 0 towers |

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 43 of 86

| Project Component | Resources Affected | Option 1: Atigaru Point Module Transfer Island | Option 2: Point Lonely Module Transfer Island | Option 3: Colville River Crossing |
|---|---|---|---|---|
| Human activity (construction camps with 100-person capacity) | Disturbance and displacement of birds, caribou, and marine mammals | Camp for winter ice road construction (each season) on a multi-season ice pad<br><br>Camp for module offload and transport on multi-season ice pad at Atigaru Point<br><br>Camp for summer construction and module receipt would be located on a barge (i.e., Floatel) at module transfer island | Camp for winter ice road construction (each season) on existing gravel pad<br><br>Camp for module offload and transport at Point Lonely on existing gravel pad<br><br>Camp for summer construction and module receipt at Point Lonely on existing gravel pad<br><br>Markedly greater disturbance of caribou because activity would be onshore in summer in a location with more caribou. | None |

Note: BT1 (drill site BT1); BT2 (drill site BT2); CAH (Central Arctic Herd) ; RT (roundtrip); TLSA (Teshekpuk Lake Special Area) ; WOUS (Waters of U.S.). Traffic trips are defined as one-way; a single flight is defined as a landing and subsequent takeoff; and a single vessel trip is defined as a docking and subsequent departure.

[a] Includes buses, light commercial trucks, short-haul trucks, passenger trucks, and other miscellaneous vehicles. Ground transportation also includes gravel hauling operations (i.e., B70 or maxi dump trucks) and module transportation.

[b] Flights outlined are additional flights required beyond projected travel to/from existing airstrips and include flights to the Alpine and Willow airstrips. Fixed-wing aircraft includes C-130, DC-6, Twin Otter or CASA, Cessna, or similar.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 44 of 86

# 10.0  COLLABORATION AND COORDINATION

The BLM is the lead agency for this EIS. Cooperating agencies for both the 2020 EIS and this 2022 Supplemental EIS included USACE, U.S. Environmental Protection Agency (EPA), U.S. Fish and Wildlife Service (USFWS), Native Village of Nuiqsut (NVN), Iñupiat Community of the Arctic Slope (ICAS), City of Nuiqsut, NSB, and State of Alaska. The Federal Aviation Administration, Bureau of Ocean and Energy Management, National Marine Fisheries Service (NMFS), U.S. Coast Guard, and U.S. Department of Transportation (Pipeline and Hazardous Materials Safety Administration) were invited to be cooperating agencies during the 2020 Willow EIS but declined to participate.

As the lead federal agency, BLM consulted with federally recognized tribal governments during preparation of the EIS and this Supplemental EIS. BLM initiated the government-to-government consultation and ANCSA corporation consultation with the following tribes and ANCSA corporations whose members could be substantially affected by the Project:

- NVN
- Naqsragmiut Tribal Council
- ICAS
- Kuukpik
- Arctic Slope Regional Corporation

BLM offered these entities the opportunity to participate in formal consultation, to participate as cooperating agencies, or simply to receive information about the Project, prior to public dissemination.

BLM is consulting with the Alaska State Historic Preservation Office, in accordance with Section 106 of the National Historic Preservation Act of 1966. This is to determine if and how the Project could affect cultural resources listed in or eligible for listing in the National Register of Historic Places.

To comply with Section 7(a)(2) of the Endangered Species Act of 1973 (ESA), BLM is consulting with USFWS and NMFS as appropriate, for species listed under the ESA. Both agencies provided input on issues, data collection and review, and alternatives development. Consultation is occurring parallel to the NEPA process and will be completed prior to the issuance of any ROD.

BLM's evaluation of the effects of the Project and the cumulative effects of current and future activities on subsistence uses and needs, as required under Section 810 of Alaska National Interest Lands Conservation Act (ANILCA) is included in Appendix G, *Alaska National Interest Lands Conservation Act Section 810 Analysis*. BLM's findings conclude that the Project is not expected to result in a large reduction in the abundance (population level) of caribou or any other subsistence resource. However, the evaluation concludes that the Project may significantly restrict uses for the community of Nuiqsut due to a reduction in the availability of resources caused by alteration of their distribution and limitations on subsistence user access to the area.

BLM's findings in the ANILCA Section 810 evaluation for this Supplemental EIS conclude that the cumulative effects of current and future activities may significantly restrict uses for Nuiqsut, due to a reduction in the availability of caribou and limitations on subsistence user access to the area. A preliminary ANILCA Section 810 evaluation was published concurrent with the Draft Supplemental EIS, and public hearings were held to collect testimony from affected communities with a "may significantly restrict" finding during the public comment period.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 45 of 86

This page intentionally left blank.

U.S. DEPARTMENT OF THE INTERIOR | BUREAU OF LAND MANAGEMENT | ALASKA | WILLOW MASTER DEVELOPMENT PLAN



**Willow Proposed Development Features**
- Drill Site (Not to Scale)
- Alt E Drill Site (Not to Scale)
- Ice Road
- Gravel Footprint

**Other Infrastructure**
- Existing Road
- Existing Pipeline
- Existing Infrastructure
- Bear Tooth Unit
- National Petroleum Reserve in Alaska
- K-9: Teshekpuk Lake Caribou Habitat
- Colville River Special Area
- Teshekpuk Lake Special Area

UTQIAĠVIK (BARROW)

POINT LONELY

Teshekpuk Lake

Harrison Bay

Atigaru Point

ATQASUK

NUIQSUT

DEADHORSE

DALTON HWY

ANAKTUVUK PASS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notification.

0    15    30 Miles

Figure ES.1

Final Supplemental Environmental Impact Statement

Willow Development Location
Executive Summary
U.S. DEPARTMENT OF THE INTERIOR | BUREAU OF LAND MANAGEMENT | ALASKA | WILLOW MASTER DEVELOPMENT PLAN



**Willow Proposed Development Features**
- 🟧 Drill Site (Not to Scale)
- 🟪 Alt E Pad (Not to Scale)
- – – Ice Road
- — New Pipeline Existing VSM
- — New Pipeline New VSM
- ▬ Gravel Footprint

**Other Infrastructure**
- — Existing Road
- ⋯ Existing Pipeline
- ▓ Existing Infrastructure

**Land Designation**
- ▭ National Petroleum Reserve in Alaska

**Oil and Gas Unit**
- ▭ Bear Tooth Unit

**NPR-A Special Areas**
- ▨ Colville River Special Area
- ▨ Teshekpuk Lake Special Area

**Required Operating Procedure**
- ▨ K-1: River Setbacks
- ▨ K-9: No New Infrastructure

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notification.

0    5    10 Miles

Figure ES.2



Case 3:23-cv-00058-SLG Document 43-3 Filed 03/24/23 Page 49 of 86

Figure ES.3A



**Alternative D -
Disconnected Access**

**Alternative E -
Three-Pad Alternative
(Fourth Pad Deferred)**

**Willow Proposed Development Features**
- ● Culvert
- ● Bridge
- — Gravel Road
- – – Pipeline
- — Ice Road
- — Airstrip
- ■ Drill Site Pad
- ■ Gravel Pad
- ■ Ice Pad

**Other Infrastructure**
- — Existing Road
- ⋯ Existing Pipeline
- ■ Existing Infrastructure

**NPR-A Special Areas**
- ▨ Colville River Special Area
- ▧ Teshekpuk Lake Special Area

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notification.

Figure ES.3B

# 11.0  REFERENCES

BLM. 1998. "Northeast National Petroleum Reserve-Alaska Final Integrated Activity Plan/Environmental Impact Statement." Anchorage, AK

BLM. 2005. "Northeast NPR-A Final Amended IAP/EIS." Anchorage, AK

BLM. 2008. "National Petroleum Reserve-Alaska Final Supplemental Integrated Activity Plan/Environmental Impact Statement." Anchorage, AK

BLM. 2012. "National Petroleum Reserve-Alaska Final Integrated Activity Plan/Environmental Impact Statement." Anchorage, AK

BLM. 2013. "National Petroleum Reserve-Alaska Integrated Activity Plan/Environmental Impact Statement Record of Decision." Anchorage, AK

BLM. 2020a. "National Petroleum Reserve in Alaska Final Integrated Activity Plan and Environmental Impact Statement." Anchorage, AK

BLM. 2020b. "Willow Master Development Plan Final Environmental Impact Statement." Anchorage, AK

BLM. 2022. "National Petroleum Reserve-Alaska Integrated Activity Plan/Record of Decision."

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 51 of 86

This page intentionally left blank.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 52 of 86

# 1.0 INTRODUCTION AND PURPOSE AND NEED

## 1.1 Environmental Impact Statement Process and Changes Since Publication of the Final Environmental Impact Statement

### 1.1.1 Reason for Development of the Supplemental Environmental Impact Statement*

This Supplemental Environmental Impact Statement (Supplemental EIS) was developed by the Bureau of Land Management (BLM) to address the U.S. District Court for Alaska's (the District Court's) decision,[1] issued on August 18, 2021, remanding the Willow Master Development Plan (MDP) Final EIS to BLM for the purposes of addressing National Environmental Policy Act (NEPA) deficiencies found by the District Court. The Final EIS was issued in August 2020 and the Record of Decision (ROD) was signed by BLM and the then Interior Secretary (Secretary) in October 2020. The District Court determined that the Final EIS was deficient in the following respects: 1) it improperly excluded analysis of foreign greenhouse gas emissions, 2) it improperly screened out alternatives from detailed analysis based on BLM's misunderstanding of leaseholders rights (i.e., that leases purportedly afforded the right to extract "all possible" oil and gas from each lease tract), and 3) BLM failed to give due consideration to the requirement in the Naval Petroleum Reserves Production Act (NPRPA) to afford "maximum protection" to surface values in the Teshekpuk Lake Special Area (TLSA).

### 1.1.2 Changes to the National Environmental Policy Act*

On January 10, 2020, the Council on Environmental Quality (CEQ) published a Notice of Proposed Rulemaking proposing broad revisions to the 1978 NEPA regulations. The final rule promulgated on July 16, 2020 (2020 NEPA regulations), took effect on September 14, 2020. In January 2021, President Biden directed CEQ to review the 2020 NEPA regulations for consistency with EO 13990 objectives. In response, CEQ engaged in rulemakings to propose revisions to the 2020 NEPA Regulations. On April 20, 2022, CEQ promulgated a final rule for the first phase of the revisions, adopting changes to the purpose and need statement provision and the definitions for "reasonable alternatives" and "effects" (essentially reverting back to the longstanding definitions included in the 1978 NEPA regulations), and removing limitations on agency NEPA procedures.

### 1.1.3 Project Revisions since the Final Environmental Impact Statement*

Since publication of the Final EIS, the Willow MDP Project Proponent, ConocoPhillips Alaska, Inc. (CPAI), has continued with Project permitting and detailed engineering, and some Project components have undergone further refinement or modification. This Supplemental EIS incorporates the following Project components updates:

- Shortening of the airstrips for all action alternatives to 5,700 feet (from 6,200 feet long) as a result of the North Slope Borough (NSB) rezoning process. The airstrip apron and access road alignments were updated to accommodate logistics changes from shortening the runway (Section 2.5.3.3, *Airstrip and Associated Facilities*)
- Updated mine site footprint for Alternatives C and D (Section 2.5.6, *Gravel Mine Site*)
- Updated production schedule based on additional characterization of the target reservoir and further engineering refinement (Appendix D.1, *Alternatives Development*, Section 4.2.10.3, *Operations Phase*)

## 1.2 Introduction*

This Supplemental EIS includes additional technical information for each resource included in Chapter 3.0, *Affected Environment and Environmental Consequences*, and Appendix E, *Resources Technical Appendix*. Appendix E is numbered in the same order as the Chapter 3 resource sections (e.g., Appendix E.2, *Climate and Climate Change Technical Appendix*, is the technical appendix for Section 3.2 *Climate and Climate Change*, of this Supplemental EIS). All glossary terms are bolded upon first use and a full glossary is provided at the end of the document. Throughout this Supplemental EIS, years of anticipated Willow MDP Project activity have been revised from a specific calendar year (e.g., 2023, 2024, 2025) to a more general description (e.g., Year 1, Year 2,

---

[1] *Sovereign Iñupiat for a Living Arctic et al. v. BLM* (Case No. 3:20-cv-00290-SLG) *and Center for Biological Diversity et al. v. BLM* (3:20-cv-00308-SLG), United States District Court, D. Alaska, August 18, 2021.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 53 of 86

Year 3) to allow flexibility for the Project start date to account for potential delays. If the MDP is approved, construction is currently assumed to start in either winter 2022/2023 or winter 2023/2024.

To assist readers in identifying new information in this Supplemental EIS, new or substantially revised text is highlighted in light yellow (as shown in this paragraph). Substantial revisions include changes to the text or underlying data that have changed the analysis or analysis conclusion. All sections that are new or include significant or substantial revisions include an asterisk (*) at the end of the section header; all new or substantially revised tables and figures also include an asterisk at the end of the table or figure caption.

BLM received the initial request from CPAI on May 10, 2018, to prepare the Willow MDP EIS. The EIS would facilitate the permitting process for the proposed development of hydrocarbon resources from federal oil and gas leases in the northeast area of the National Petroleum Reserve in Alaska (NPR-A). The MDP addresses infrastructure components that would be constructed for the purpose of oil and gas development. If the MDP is approved, the Proponent may submit permit applications for up to five drill sites, a processing facility (i.e., Willow Processing Facility [WPF]), an operations center (i.e., Willow Operations Center [WOC]), up to 37.4 miles of gravel roads, up to 699.9 total miles of ice roads during construction and up to 262.5 total miles of resupply ice roads during operations, one to two airstrips, up to 389.9 miles of pipelines (95.4 miles of new pipeline rack), and a gravel mine site on federal land in the NPR-A. The Willow MDP Project (Project) would also include the transportation of modules for hauling Project materials via sealift barge to the North Slope. The Project is anticipated to have a peak production in excess of 180,000 barrels of oil per day (with a processing capacity of 200,000 barrels of oil per day) over its 30- or 31-year life (varies by alternative), producing up to approximately 629 million barrels of oil (varies by alternative). (See Chapter 2.0, *Alternatives*, and Appendix D.1, *Alternatives Development,* for a detailed Project Description.)

As the federal manager of the NPR-A, BLM is responsible for land use authorizations and compliance with the requirements of the National Environmental Policy Act of 1969 (NEPA) (42 USC 4321 et seq.). Additionally, the U.S. Army Corps of Engineers (USACE), a cooperating agency, also has authority over the Project through its authority to issue or deny permits for the placement of dredge or fill material in **Waters of the United States** (WOUS), including wetlands. The eight cooperating agencies for the Project and their roles and expertise are described below.

The Proponent's stated purpose for the Project is to construct drill sites, roads, pipelines, and ancillary facilities to support the safe and economic production and transportation to market of oil and gas resources under leaseholds in the NPR-A.

## 1.3   National Petroleum Reserve in Alaska*
The Naval Petroleum Reserve Number 4 was established by President Warren G. Harding in 1923 to protect a future oil supply for the U.S. Navy. In 1976, the Naval Petroleum Reserves Production Act (NPRPA) renamed the Reserve the NPR-A and transferred its management to the Secretary. The NPRPA (as amended) provides the Secretary with the authority to administer oil and gas leasing in the NPR-A and to implement such regulations as deemed necessary for the protection of important surface resources and uses.

Congress authorized petroleum production in the NPR-A in 1980 (PL 96-514), but it was not until the 1990s that development on adjacent state lands made exploration in the NPR-A economically feasible. In 1998, BLM completed an Integrated Activity Plan (IAP) that assessed the potential use of the Northeast NPR-A for oil development (BLM 1998). The 1998 IAP was amended in 2005 and supplemented in 2008 (BLM 2005, 2008c). In 2012, BLM completed an IAP/EIS that analyzed development scenarios and related environmental consequences for all BLM-managed federal lands and oil and gas resources within the NPR-A (BLM 2012c). The IAP/EIS Record of Decision (ROD) was issued in 2013 (BLM 2013). A revised IAP/EIS was released in 2020 (BLM 2020b), which was challenged in federal district court. In 2021, BLM was directed to reevaluate the 2020 NPR-A IAP and a new ROD was issued in April 2022 (BLM 2022b) adopting an IAP nearly identical to that adopted in the 2013 ROD. The Willow MDP Supplemental EIS tiers to the 2012 and 2020 IAP/EISs.

## 1.4   Purpose and Need*
The purpose of the Proposed Action is to construct the infrastructure necessary to allow the production and transportation to market of federal oil and gas resources in the Willow reservoir located in the Bear Tooth Unit

(BTU), while providing maximum protection to significant surface resources within the NPR-A, consistent with BLM's statutory directives. The need for federal action (i.e., issuance of authorizations) is established by BLM's responsibilities under various federal statutes, including the NPRPA (as amended) and the Federal Land Policy and Management Act as well as various federal responsibilities of cooperating agencies under other statutes, including the Clean Water Act (CWA). Under the NPRPA, BLM is authorized to conduct oil and gas leasing and development in the NPR-A (42 USC 6506a). BLM is required to respond to the Proponent's requests for an MDP and related authorizations to develop and produce petroleum in the NPR-A.

USACE, as a cooperating agency on the Supplemental EIS, develops its own overall purpose for the Project in accordance with its Section 404 CWA regulations. The overall purpose of the Project, as defined by USACE, is to construct infrastructure to safely produce, process, and transport commercial quantities of liquid hydrocarbons to market via pipeline from the Willow reservoir. The overall Project purpose and need allows a robust consideration of alternatives while providing a foundation to determine practicability, which is a key aspect of the Section 404 permitting process. An alternative is practicable if it is available and capable of being done after taking into consideration cost, existing technology, and logistics in light of overall Project purposes (40 CFR 230.10(a)(2)).

The purpose and need of the Proposed Action is a key factor in determining a range of alternatives required for consideration in an EIS and assists with the selection of a preferred alternative. This Supplemental EIS presents a reasonable range of alternatives that consists of a No Action Alternative and four action alternatives, together with three sealift module delivery options. This Supplemental EIS analyzes the environmental impacts of these alternatives and informs how well each alternative meets the Project purpose and need.

### 1.4.1 Decision to be Made

BLM and other authorizing federal cooperating agencies will, in their respective ROD(s), decide whether to approve the Willow MDP and the associated issuance of permits and rights-of-way for the construction of the development plan, in whole or in part, based on the analysis contained in this Supplemental EIS. The ROD(s) associated with this Supplemental EIS will not constitute the final approval for all actions, such as approval for subsequent individual applications for permits to drill and rights-of-way associated with the Proposed Action. This Supplemental EIS analysis does, however, provide BLM and other federal agencies that have regulatory oversight and permitting authorities with information and NEPA analysis that could be used to inform final approvals for individual Project components, such as specific permits to drill and rights-of-way.

## 1.5 Development Location (Project Area)

The Willow MDP area (Project area or Willow area) is located on the North Slope of Alaska, with the majority of the proposed facilities on leased federal lands within the BTU in the northeastern portion of the NPR-A (Figure 1.4.1). Supporting infrastructure, including road connections, pipeline tie-ins, the module transfer island (MTI), and the gravel mine site would be located on federal and Native corporation–owned lands in the Greater Mooses Tooth (GMT) Unit, on non-unitized lands within the NPR-A, and on lands or waters owned and managed by the State of Alaska. None of the facilities would be located on or near Native allotments. Where possible, Project pipelines would be colocated with existing pipelines on federal, State, and Native corporation land.

Some elements of the Project would occur within the TLSA of the NPR-A (as defined in BLM's 2022 NPR-A IAP/EIS [BLM 2022]), which was designated by the Secretary of the Interior in 1977 for its significant value to waterfowl and shorebirds. The designation has since been expanded to protect caribou and waterbirds, and their habitats.

## 1.6 Cooperating Agencies

BLM is the lead agency for this EIS. Eight federal, tribal, state, regional, or local government entities are participating as cooperating agencies (Table 1.5.1).

**Table 1.5.1. Cooperating Agencies and Their Authorities and Expertise**

| Agency | Authority/Expertise |
|---|---|
| U.S. Army Corps of Engineers | Permit authority for Section 404 of the Clean Water Act and Section 10 of the Rivers and Harbors Act |
| U.S. Environmental Protection Agency | Responsibilities under the Clean Air Act, the Clean Water Act, and the Oil Pollution Act |
| U.S. Fish and Wildlife Service | Responsibilities under the Endangered Species Act, expertise in fish and wildlife |

Case 3:23-cv-00058-SLG    Document 43-3    Filed 03/24/23    Page 55 of 86

| Agency | Authority/Expertise |
|---|---|
| Native Village of Nuiqsut | Expertise in sociocultural, wildlife, subsistence, and economic resources |
| Iñupiat Community of the Arctic Slope | Expertise in sociocultural, subsistence, and economic resources |
| City of Nuiqsut | Expertise in sociocultural and economic resources |
| North Slope Borough | Responsible for land use planning and regulation; permit authority for rezone; expertise in sociocultural, wildlife, subsistence, and economic resources |
| State of Alaska (Departments of Fish and Game; Environmental Conservation; Natural Resources; Health and Social Services; and Commerce, Community, and Economic Development) | Responsible for adjudicating requests or applications for permits, easements, and leases on state land (including state submerged land within 3 miles of the coast). Authority for air permits, water quality, spill prevention and response, and wastewater permits; expertise in sociocultural, human health, wildlife, subsistence, economic resources, off-road travel, water use, and ice road construction. |

## 1.7   Other Agencies

The Federal Aviation Administration (FAA), Bureau of Ocean and Energy Management (BOEM), National Marine Fisheries Service (NMFS), U.S. Coast Guard, and U.S. Department of Transportation (Pipeline and Hazardous Materials Safety Administration) were invited to be cooperating agencies but declined to participate.

## 1.8   Permitting Authorities

All action alternatives and module delivery options in this EIS would require federal authorization by BLM, USACE, U.S. Coast Guard, and potentially U.S. Department of Transportation (Pipeline and Hazardous Materials Safety Administration).

The State of Alaska, the NSB, Kuukpik Corporation (Kuukpik), the Native Village of Nuiqsut (NVN), and the Arctic Slope Regional Corporation (ASRC) are responsible for land management decisions, easements, leases, authorizations, and permits on their respective lands. The State of Alaska also has authority for state waters within 3 miles of the shore.

Appendix C, *Regulatory Authorities and Framework*, provides a full list of anticipated permits, approvals, and consultations as well as a list of applicable federal laws and executive orders.

## 1.9   Informal Scoping and Substantive Issues*

BLM identified 34 issues to be addressed in this Supplemental EIS through public and agency scoping (including internal BLM scoping) and consultation with Alaska Native tribes and ANCSA corporations (Appendix B.4, *Supplemental EIS Scoping Comment Summary Report*). The Supplemental EIS 30-day scoping period was held February 7, 2022, through March 9, 2022.

During public scoping, 125,146 comment submissions were received, with 506 comments being unique. Comments were categorized as issues associated with resource topics, issues associated with BLM policy (and therefore not addressed in this Supplemental EIS), or out-of-scope comments. Substantive issues were identified as those that could potentially have significant effects, are necessary to make a reasoned choice among alternatives, or are needed to address points of disagreement, debate, or dispute regarding an anticipated impact from the Project. Substantive issues within the scope of the Supplemental EIS that were identified through scoping are addressed in this Supplemental EIS.

Resources and topics that were considered but dismissed from detailed analysis in this Supplemental EIS are listed in Table 1.8.1, along with the rationale for dismissal.

**Table 1.8.1. Resources and Topics Dismissed from Detailed Analysis**

| Resource or Topic | Rationale for Dismissal from Detailed Analysis |
|---|---|
| Wildland fire | The Project is located above the latitudinal tree line, in a predominantly wetland environment where wildland fire is rare. |
| Sand resources | Sand resources would not be used for the Project and thus would not be affected. |
| Physiography and geomorphology | The dominant physiographic feature near the Project is the Arctic Coastal Plain; the Project would not alter its geography or geomorphology. The only geomorphic feature that could be affected is permafrost, which is included in detailed analysis. |

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 56 of 86

| Resource or Topic | Rationale for Dismissal from Detailed Analysis |
|---|---|
| Cultural and paleotological resources | The Project area was surveyed for cultural and paleontological resources (Reanier 2017, 2018, 2019a, 2019b, 2020, 2022). All known sites would be avoided; the Proponent routed all Project components (including ice roads and pads) 500 feet or farther from known resources to avoid adversely impacting any such areas. To ensure appropriate treatment of inadvertent discoveries, the Proponent maintains a Fossil and Artifact Finds Standard Operating Procedure and requires awareness training as required under ROP I-1 of the NPR-A IAP Record of Decision (BLM 2022b).

Although increased access to cultural resources has been documented to correlate strongly with increased instances of vandalism and looting of cultural resources sites (Hedquist, Ellison et al. 2014; Spangler, Arnold et al. 2006), these impacts are improbable due to conditions specific to the Project area and the Project timeline. Ice roads and pads would only be used during winter construction seasons, during which time any nearby cultural resources would be inaccessible due to snow cover. Access to cultural resources areas via gravel infrastructure in the summer months, while possible, would be complicated by the surrounding terrain.

Additional supporting detail is provided in Appendix F, *Cultural Resources Findings: Process and Analysis*. |
| Recreation | Current recreation use of the Project area is very low, and prospective future use of this area for recreation is also low. |
| Wild and Scenic Rivers | There are no rivers eligible for designation as wild and scenic near the Project. |

Note: IAP (Integrated Activity Plan); NPR-A (National Petroleum Reserve in Alaska); ROP (required operating procedure).

## 1.10  Consultation and Coordination

### 1.10.1  Endangered Species Act Consultation*

Consultation was previously completed for this project with both the U.S. Fish and Wildlife Service (USFWS) and NMFS under Section 7 of the Endangered Species Act (ESA). Consultation with USFWS and NMFS was reinitiated as part of developing this Supplemental EIS to address Project changes, including mitigation measures and updates to the range of alternatives.

### 1.10.2  Magnuson-Stevens Fishery Conservation and Management Act Coordination

Coordination under the Magnuson-Stevens Fishery Conservation and Management Act regarding Essential Fish Habitat (EFH) is occurring between federal authorizing agencies and NMFS, parallel to the NEPA process.

### 1.10.3  National Historic Preservation Act Section 106 Consultation

Consultation under Section 106 of the National Historic Preservation Act was initiated in November 2018, then reinitiated in November 2021 to address the Project changes, including new proposed mitigation measures and updates to the range of alternatives. BLM has continued to seek formal and informal Section 106 consultation through regular NPR-A working group meetings and direct outreach to tribal entities on the North Slope. To date, no North Slope tribal, municipal, corporation representative, North Slope community members, or non-governmental organizations have elected to consult with BLM regarding places of historic or cultural importance or traditional use. BLM's consultation efforts did not result in any responses indicating specific concerns for documented or undocumented places of historic or cultural importance or traditional use. BLM previously received concurrence from the Alaska State Historic Preservation Officer on a Section 106 finding of No Adverse Effect to Historic Properties. An updated concurrence for the Supplemental EIS will be included with BLM's Willow MDP Record of Decision.

### 1.10.4  Native Consultation

BLM initiated the government-to-government consultation and Alaska Native Claims Settlement Act (ANCSA) corporation consultation with the following tribes and ANCSA corporations whose members could be substantially affected by the Project:

- NVN
- Naqsragmiut Tribal Council
- Iñupiat Community of the Arctic Slope
- Kuukpik
- ASRC

Government-to-government consultation meetings have been held regularly with the NVN. The NVN also participates in regularly scheduled working group meetings for the NPR-A. Kuukpik and the ASRC have engaged in regular consultation with BLM during the NEPA process.

## 1.11 Compliance with Section 810 of the Alaska National Interest Lands Conservation Act

BLM's evaluation of the effects of the Project and the cumulative effects of current and future activities on subsistence uses and needs, as required under Section 810 of ANILCA is included in Appendix G, *Alaska National Interest Lands Conservation Act Section 810 Analysis*. During the public comment period for the Draft Supplemental EIS, a hearing was conducted in Nuiqsut, who the preliminary evaluation found may experience a significant restriction of subsistence uses. During development of the 2020 EIS, a preliminary ANILCA Section 810 evaluation was published concurrent with the Draft EIS (March 2020), and a revised Section 810 was published concurrent with the first Supplement to the Draft EIS (SDEIS) (October 2020). Public hearings were held to collect testimony from affected communities during the Draft EIS and SDEIS public comment periods. Dates of public hearings are included in Appendices B.2 (*Draft EIS Comments and BLM Responses*), B.3 (*Supplement to the Draft Environmental Impact Statement Comments and BLM Responses*), and B.4 (*Supplemental EIS Scoping Comment Summary Report*).

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 58 of 86

This page intentionally left blank.

Case 3:23-cv-00058-SLG    Document 43-3    Filed 03/24/23    Page 59 of 86

# 2.0   ALTERNATIVES*

## 2.1   Introduction*

This chapter describes Willow MDP Project components and the alternatives under consideration in the Supplemental EIS, including the No Action Alternative (Alternative A), four action alternatives (Alternatives B, C, D, and E), and three sealift module delivery options (Options 1, 2, and 3). A more detailed description of Project components and alternatives, including the alternatives development process, is available in Appendix D.1, *Alternatives Development*.

## 2.2   Alternatives Development*

In developing alternatives for this Supplemental EIS, BLM first reviewed public comments that were submitted on the 2019 Draft EIS and 2019 Draft Supplemental EIS for any alternatives concepts that were previously excluded from consideration but might now be relevant following the District Court's decision. BLM also consulted with key Alaska stakeholders to solicit input on potential alternative concepts that would address the District Court's decision. BLM then met with cooperating agencies to develop an expanded range of alternatives for this Supplemental EIS based on the District Court's decision. BLM and cooperating agencies reexamined alternative concepts that were proposed during the previous EIS process and worked to develop new alternative concepts that would reduce overall Project infrastructure and impacts. New alternative concepts were developed with a focus on reducing infrastructure within the TLSA and CRSA to provide for the "maximum protection" of surface values. Options identified during the cooperating agencies' alternatives development meetings included elimination of proposed drill sites, relocation of proposed drill sites, revised access road alignment, and a new disconnected (i.e., ice road access only) drill site option.

BLM also held a 30-day public scoping comment period to solicit public input on the Willow Supplemental EIS. Commenters suggested alternatives concepts such as variations on disconnected (i.e., no gravel road connection) three-, four-, and five-drill site alternatives, a concept with seasonal drilling at some or all of the satellite pads, alternative modes of transportation for module transport, use of the Alpine Central Processing Facility (ACF) to process fluids (e.g., water, oil, gas) produced by the Project, a three-drill site alternative concept, and phased development of the Project.

Potential new alternative concepts were evaluated against revised Project screening criteria (Appendix D.1, Section 3.5.1, *Revised Screening Criteria for the Supplemental Environmental Impact Statement*). Alternatives or alternative components that met the screening criteria were advanced as a new alternative and those that did not meet the screening criteria were dismissed from further evaluation.

Project screening criteria were reevaluated and augmented while developing this Supplemental EIS to ensure any new alternatives adequately addressed the District Court's decision and were compliant with applicable law. In its decision, the District Court remanded the Willow MDP EIS to BLM for the following reasons:

- BLM acted contrary to law insofar as it developed its alternatives analysis based on the view that CPAI had the right to extract all possible oil and gas from its leases.
- BLM acted contrary to law in its alternatives analysis for the TLSA insofar as it failed to consider the statutory directive that BLM give "maximum protection" to surface values in that area.

All screening criteria from the previous Willow MDP EIS were retained (Appendix D.1, Section 3.1.1, *Alternatives Screening Criteria*) and a new screening criteria was adopted to directly address the District Court's reasons for remanding the Willow MDP EIS to BLM. The new screening criteria is:

- Addresses the District Court's decision: This screening criteria was developed in recognition of the District Court's finding that CPAI did not have the unfettered right to extract "all possible" oil and gas from its leases and to evaluate whether an alternative concept directly addresses the District Court's directive to BLM to consider alternatives that would reduce infrastructure and environmental impacts relative to CPAI's proposal (i.e., Alternative B), and specifically that would reduce infrastructure and impacts within the TLSA.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 60 of 86

## 2.3   Alternative Components Considered but Eliminated from Further Analysis*

BLM and cooperating agencies developed this Supplemental EIS range of alternative components and concepts to respond to the District Court's decision. In all, 19 new alternative components were considered and evaluated against the screening criteria (Appendix D.1, Section 3.5.2, *Alternative Components Considered during the Alternatives Screening Process*). Of these, 16 alternative components and concepts were eliminated from further analysis because they did not pass the screening criteria; 3 alternative concepts (Components 45, 48, and 51) were carried forward and incorporated into a new action alternative to be analyzed in detail (Alternative E: Three-Pad Alternative [Fourth Pad Deferred]). Appendix D.1, Table D.3.6, provides additional detail on the alternative components eliminated from further analysis.

## 2.4   Reasonable Range of Alternatives*

The range of alternatives was developed to address the resource impact issues and conflicts identified during internal scoping with the BLM Interdisciplinary Team and external scoping with the public and cooperating agencies. Five alternatives are analyzed in detail in this Supplemental EIS:

- Alternative A: No Action
- Alternative B: Proponent's Project (Figure 2.4.1)
- Alternative C: Disconnected Infield Roads (Figure 2.4.2)
- Alternative D: Disconnected Access (Figure 2.4.3)
- Alternative E: Three-Pad Alternative (Fourth Pad Deferred) (Figure 2.4.4)

Action alternatives (B, C, D, and E) presented in this Supplemental EIS include variations on specific Project components (e.g., Project access) and include updates to the design proposed by CPAI after the Final EIS (2020d) was published. These Project updates were applied to all action alternatives, and are summarized in Section 1.1, *Environmental Impact Statement Process and Changes Since Publication of the Final Environmental Impact Statement*. Detailed descriptions of the Project updates are included in Appendix D.1, Section 4.2, *Project Components Common to All Action Alternatives*, through Section 4.8.3, *Option 3: Colville River Crossing*.

In addition to the four action alternatives, three options are presented for how sealift modules (required for all action alternatives) would be delivered to the Project area (Section 2.6, *Sealift Module Delivery Options*); any one of the module delivery options could be paired with any action alternative:

- Option 1: Atigaru Point Module Transfer Island (Figure 2.4.5)
- Option 2: Point Lonely Module Transfer Island (Figure 2.4.6)
- Option 3: Colville River Crossing (Figure 2.4.7)

### 2.4.1   <u>Alternative A: No Action</u>

Under the No Action Alternative, the Project would not be constructed; however, oil and gas exploration in the area would continue. Under the NPRPA, BLM is authorized to conduct oil and gas leasing and development in the NPR-A (42 USC 6506a). Among other things, the No Action Alternative is included in the analysis for baseline comparison.

### 2.4.2   <u>Alternative B: Proponent's Project</u>

Alternative B would extend an all-season gravel road from the Greater Mooses Tooth 2 (GMT-2) development southwest toward the Project area (Figure 2.4.1). Gravel roads would connect to all Project facilities, including the WPF, WOC, airstrip, and five drill sites (Bear Tooth drill sites 1 [BT1], 2 [BT2], 3 [BT3], 4 [BT4], and 5 [BT5]). Alternative B would include 251 total wells. Additional Project support facilities would include a constructed freshwater reservoir (CFWR), four valve pads, four pipeline pads, two water source access pads (at the CFWR and Lake L9911), eight road turnouts (with subsistence access ramps), horizontal directional drilling (HDD) pipeline pads at the Colville River, and up to three subsistence-use boat ramps for subsistence use (added to the Project by CPAI as mitigation to help offset Project effects on the community of Nuiqsut – see Section 2.5.13, *Boat Ramps for Subsistence Users*).

A gravel infield road would extend from BT3 north, crossing Judy (Iqalliqpik) Creek before reaching BT1. From BT1, the road would continue north, crossing Judy (Kayyaaq) Creek, to reach BT2 before crossing Fish Creek and ending outside the eastern boundary of the K-5 Teshekpuk Lake Caribou Habitat Area at BT4. Alternative B would construct 7 bridges. Infield (multiphase) pipelines would connect individual drill sites to the WPF, and

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 61 of 86

export/import pipelines would connect the WPF to existing infrastructure on the North Slope. Diesel fuel would be piped from Kuparuk River Unit (Kuparuk) CPF2 to the ACF and then trucked 37.5 miles to the Project area. Seawater would be piped from Kuparuk CPF2 to the WPF. Alternative B would also include a pipeline tie-in pad near Alpine CD4N and an expansion of the existing pad at Kuparuk CPF2.

Sealift module delivery to the Project area would be required. More details on these options are included in Section 2.6.

The access road alignment would provide direct gravel-road access from the existing gravel road network in the GMT and Alpine developments to the Project facilities. The full, all-season gravel road access connection to Alpine would allow for additional operational safety and risk reduction by providing redundancies and additional contingencies for each project and would provide support for reasonably foreseeable future actions (RFFAs) described in Table 3.19.1 in Section 3.19.3, *Reasonably Foreseeable Future Actions*.

### 2.4.3   Alternative C: Disconnected Infield Roads

Alternative C would include five Project drill sites and have the same gravel access road between GMT-2 and the Project area as Alternative B, but it would disconnect gravel road access between the WPF to BT1 (Figure 2.4.2). Thus, there would be no gravel road between these facilities or a bridge across Judy (Iqalliqpik) Creek; however, a gravel road would connect BT1 with BT2 and BT4 using the same alignment as Alternative B. Alternative C would include 251 total wells.

A second airstrip, storage and staging facilities, and WOC would be located near BT2 to accommodate the personnel and materials transported among the South WOC and the North WOC and BT1/BT2/BT4. A 3.6-mile-long annual ice road would be constructed along the Alternative B gravel road alignment for the life of the Project (approximately 30 years) to allow for the movement of large equipment and consumable materials to BT1/BT2/BT4. Infield pipelines would connect all drill sites to the WPF; a diesel pipeline would provide fuel from Kuparuk CPF2 and to the North and South WOCs; and export/import lines (e.g., sales oil, seawater) would connect the WPF to existing infrastructure on the North Slope.

Additional Project infrastructure and facilities would include six bridges, the CFWR, four valve pads (two would be sized to be helicopter accessible at Judy [Iqalliqpik] Creek), four pipeline pads, three water source access pads (at the CFWR and Lakes L9911 and M0235), eight road turnouts (with subsistence access ramps), HDD pipeline pads at the Colville River, one subsistence-use boat ramp along the Ublutuoch (Tiŋmiaqsiuġvik) River , expansion of the existing gravel pad at Kuparuk CPF2, and construction of one of the sealift module delivery options described in Section 2.6.

Under Alternative C, the WPF, South WOC, and primary Project airstrip would be located similarly to their locations in Alternative B, near the GMT and BT Unit boundaries. Alternative C (unlike Alternatives B and E) would require a diesel pipeline connection from Kuparuk CPF2 to Alpine to the Project area due to the need to regularly supply fuel to the three disconnected drill sites; piped diesel fuel would be made available to support the Project at the WPF and South and North WOCs.

The intent of Alternative C is to reduce effects to caribou movement and decrease the number of stream crossings required; this is also intended to further reduce impacts to subsistence users of these resources. This alternative removes a portion of the road (versus Alternatives B, D, and E) that would cross Judy (Iqalliqpik) Creek which could impede caribou movement across linear features (i.e., this alternative would avoid the junction of two roads, which could be a pinch point that deflects caribou movement). This alternative would also reduce linear gravel infrastructure in the Project area, which may reduce impacts to hydrology (e.g., sheet flow) and wetlands (e.g., direct fill, fugitive dust).

### 2.4.4   Alternative D: Disconnected Access

Alternative D would colocate the WPF with BT3, construct four additional drill sites, the WOC, pipeline and valve pads, CFWR, two water source access road and pads at the CFWR and Lake M0235, gravel roads connecting Project facilities, an airstrip, a staging pad near GMT-2, one subsistence-use boat ramp, and an expansion of the existing gravel pads at Alpine CD1 and Kuparuk CPF2. However, Alternative D would not be connected by an all-season gravel access road to the GMT and Alpine developments (Figure 2.4.3); but it would employ the other gravel roads as proposed under Alternative B connecting drill sites and other Project infrastructure. Annual resupply access to the Project area would be provided by ice road connection between

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 62 of 86

GMT-2 and the WPF (12.5 miles) for the life of the Project (approximately 30 years). Alternative D would include 251 total wells.

The lack of a gravel access road connection to Alpine would reduce the degree to which the Project could leverage existing Alpine infrastructure. As a result, additional facilities would be required in the Project area, duplicating some facilities currently at Alpine, including warehouse space; valve and fleet shops; emergency response equipment; and chemical storage tanks. The addition of these facilities in the Project area would require additional gravel pad space at the WOC and WPF. Additionally, Alternative D would require a diesel pipeline connection from Kuparuk CPF2 to the WOC (like Alternative C) as fuel could not be trucked to the Project area throughout the year. Alternative D would require sealift module delivery to the Project area (Section 2.6).

The intent of Alternative D is to minimize the Project's footprint and fill, reduce the number of required bridges, and lessen the length of linear infrastructure on the landscape to decrease effects to caribou movement and subsistence. This alternative's reduction of linear gravel infrastructure in the Project area may also reduce impacts to hydrology (e.g., sheet flow) and wetlands (e.g., direct fill, indirect impacts from dust).

## 2.4.5    Alternative E: Three-Pad Alternative (Fourth Pad Deferred)*

Alternative E would initially include up to three drill sites (BT4 would be eliminated and any approval decision for BT5 would be deferred), WPF, WOC, four valve pads, four pipeline pads, five water source access pads, gravel roads connecting the Project to GMT-2 and all drill sites to the WPF, an airstrip, and three subsistence-use boat ramps (Figure 2.4.4). Alternative E would relocate BT2 (relative to Alternatives B, C, and D) north of Fish Creek to gain access to a portion of the target reservoir that would be otherwise captured by BT4. Under Alternative E, a decision on whether to approve BT5 and its associated infrastructure would be deferred, and BT5 would also be relocated approximately 1.8 miles to the northeast of the BT5 pad location under Alternative B, C, and D to avoid two yellow-billed loon buffer setbacks; this location would reduce the length of the BT5 infield road and pipelines (relative to Alternatives B, C, and D). This alternative was developed by BLM and cooperating agencies to reduce surface impacts, particularly in the TLSA, in response to the Alaska District Court's remand decision.

Alternative E would include approximately 219 total wells. Eliminating BT4 from the Project would reduce the Project's gravel footprint in the TLSA and overall. The BT1 and BT2 pads would be approximately 100 feet longer to accommodate additional wells, which would allow access to portions of the resource that would otherwise be accessed from BT4 and the original BT2 location. Eliminating BT4 from the Project and relocating BT5 would reduce the overall length of infield pipelines, gravel roads, and ice roads, and reduce freshwater use. The reductions in footprint and water use would primarily occur within the TLSA.

Alternative E would include at least two Class I underground injection control (UIC) disposal wells, both located at the WOC. The WPF and WOC locations are the same as those proposed under Alternative B. Alternative E would use an existing mud plant located on the K-Pad, near Alpine CD5, to produce drilling mud, which would eliminate the need to construct a new mud plant at the WOC. The existing K-Pad mud plant would be expanded on the existing gravel pad to support this use. This alternative would also include installation of two additional modules on the existing GMT-2 drill site pad to allow for the possibility of transporting GMT-2 produced fluids to the WPF.

Alternative E evaluates the full development of the Willow reservoir with up to four drill site pads (initially up to three with the decision deferred on the fourth), recognizing that a decision regarding approval of BT5 would not be made in the Willow MDP ROD resulting from this Supplemental EIS and any deferred drill site pad would require a separate future decision.

In order to provide an equivalent comparison of the full impacts of each alternative, BLM is including an analysis that assumes approval of all four drill site pads considered under Alternative E, including BT5, and evaluates BT5 assuming the earliest possible construction start date (Year 7). This Year 7 construction date is assumed to be the most impactful scenario under Alternative E because it includes all four drill site pads, including BT5, and would have the most overlap between the construction of BT5 and drilling phases at BT1, BT2, and BT3. If BT5 construction is deferred beyond Year 7, the anticipated impacts related to BT5 would be delayed, resulting in extended temporal impacts, but reducing the severity or intensity of the impacts due to there being less overall Project activity (i.e., other construction and drilling activity) occurring simultaneously. Alternative E would require sealift module delivery to the Project area (Section 2.6, *Sealift Module Delivery Options*). The intent of

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 63 of 86

Alternative E is to reduce the amount of surface infrastructure within the TLSA and reduce the impacts to identified yellow-billed loon nests located near the previously proposed BT5 location. This alternative would reduce the amount of overall infrastructure (e.g., gravel footprint, miles of gravel road, miles of pipeline) that may impede caribou movement and impact subsistence users. Reduced gravel infrastructure would also lessen impacts to wetlands and vegetation, hydrology, gravel resources, and wildlife. Deferring authorization of BT5 may also reduce the intensity of impacts to surface resources by reducing the overlap of construction and drilling activity in the Project area.

Alternative E is BLM's preferred alternative. The identification of a preferred alternative does not constitute a commitment or decision; if warranted, BLM may select a different alternative than the preferred alternative or deferrals in its ROD. BLM is also considering, and may select from, variations on Alternative E that would be more environmentally protective, such as deferring more than one drill site pad. In order to help inform such consideration, Tables D.4.9 and D.4.10 in Appendix D.1, *Alternatives Development*, provide the daily and cumulative oil production for each individual drill site pad in the Alternative E configuration.

## 2.5   Project Components Common to All Action Alternatives

Components that are common to all action alternatives are described below; additional details on Project components are available in Appendix D.1.

### 2.5.1   Project Facilities and Gravel Pads*

The Project would include multiple gravel pads to support Project infrastructure, as described in the following sections. Pads would be a minimum of 5 feet thick (with an average thickness greater than 7 feet) to maintain a stable thermal regime and protect underlying permafrost. Pad thickness and the gravel fill volume needed for each pad would vary due site-specific topography and design criteria (e.g., flat gravel surface). CPAI would use insulation where practicable to reduce the average height, volume, and acreage of gravel fill while maintaining thermal properties to protect permafrost. Embankment side slopes would have a 2 horizontal to 1 vertical ratio (2:1). Erosion potential would be evaluated on a pad-specific basis and embankment erosion protection measures would be designed and employed as necessary.

#### 2.5.1.1   Willow Processing Facility

The WPF would include the main plant facilities needed to separate and process multiphase production fluids and deliver sales-quality crude oil. Produced water would be processed at the WPF and reinjected to the subsurface as part of reservoir pressure maintenance/water flood for secondary recovery. Produced natural gas would be used to fuel plant and facility equipment, be reinjected into a producing reservoir formation to maintain reservoir pressure and increase recovery, and used for gas lift. Under plant startups, shutdowns, and upset conditions, natural gas may be flared to maintain safe operations.

The processing equipment at the WPF would include emergency shutdown equipment, power generators, compressors, gas treatment facilities, heat exchangers, separators, a flare system, pumps, pigging and metering facilities, warm storage buildings, and a tank farm. Additional equipment planned for the WPF, including equipment needed to accommodate production from GMT-2 (Appendix D.1, Section 3.7.1, *Greater Mooses Tooth 2 Processing at Willow*) is provided in Appendix D.1.

#### 2.5.1.2   Drill Sites

The Project would construct up to four or five drill sites (varies by alternative). Each drill site has been designed and sized to accommodate all drilling and operations facilities, wellhead shelters, drill rig movement, and material storage. Each drill site would be sized to accommodate up to 70 wells (Alternatives B, C, and D) or up to 80 wells (Alternative E) with a typical 20-foot wellhead spacing; the Project would have a total of 251 wells under Alternatives B, C, and D, and 219 wells under Alternative E. Additional facilities typical for drill sites would include emergency shutdown equipment, well test and associated measurement facilities, pig launchers and receivers, spill response equipment, operations storage and stand-by tanks, and communications infrastructure.

#### 2.5.1.3   Willow Operations Center*

The base of operations for the Project would be the WOC (South WOC under Alternative C), which would be located near the WPF (but separated by approximately 1 mile for safety reasons; Figures 2.4.1, 2.4.2, and 2.4.3).

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 64 of 86

The WOC location would minimize the risk to Project personnel by placing permanently occupied buildings (e.g., living quarters) away from potential blast hazards associated with the WPF, which is consistent with current best safety practices and standards. The WOC would be adjacent to the Project airstrip.

The WOC would contain utility buildings and storage facilities, including Willow operations camp (living quarters, offices, dining facilities, medical clinic), water and wastewater treatment plants, Class I UIC disposal wells, spill response shop, hazardous waste storage, shop space, municipal solid waste incinerator, and helipad. (Alternative C would include a second WOC [North WOC] that would have similar infrastructure as described above.)

> Under Alternatives B, C, and D, the WOC (or South WOC) would include a mud plant. Under Alternative E, the mud plant would be located at the K-Pad, near CD5.

### 2.5.1.4  Valve Pads
Remotely-operated isolation valves would be installed on each side of pipeline crossings at Fish Creek and Judy (Iqalliqpik) Creek to minimize the potential spill impact in the event of a leak or break. To support valve infrastructure, gravel pads would be constructed on each side of the two crossings (four valve pads total).

### 2.5.1.5  Pipeline Pads
Four pipeline pads would be constructed to support pipeline construction and operations:
- One pipeline crossing pad would be located along the import/export pipelines near GMT-2 to allow north to south ice crossings.
- Two new HDD pipeline pads would be constructed near the existing Alpine Sales Pipeline HDD Colville River crossing.
- The Willow Pipeline (Section 2.5.2.2, Willow Pipeline) would tie into existing pipeline infrastructure at a new tie-in pad located along the Alpine Pipeline near Alpine CD4N. One or more truckable modules would be installed on this pad to support pigging, provide overpressure protection, and meter fluids as well as infrastructure to facilitate warm-up or de-inventory of the Willow Pipeline and seawater pipeline. This includes drag reducing agent tanks and equipment for injection into the sales oil pipeline system.

### 2.5.1.6  Water Source Access Pads*

> Year-round freshwater access would vary by action alternative (Appendix D.1, Section 4.2.1.6, Water Source Access Pads). Year-round water sources would be accessed by gravel water source access pads, which would be connected to other proposed infrastructure via short spur roads. Water source access pads would vary by action alternative, and Table D.4.2 in Appendix D.1 summarizes the water source access pads for each action alternative. All pads would be sized to minimize the gravel footprint while maintaining adequate space for vehicles to access the water sources and safely maneuver. All water source access pads would include space for a pump house.

### 2.5.1.7  Communications Tower Pad
To avoid potential interference with the airstrip and comply with FAA requirements, the WOC communications tower (South WOC under Alternative C) would be constructed on a separate pad. For Alternatives B, C, and E, the gravel pad would be located adjacent to the WOC or South WOC (Alternative C), respectively. For Alternative D, the gravel pad would be located approximately 1,250 feet south of the WOC along the gravel road to BT5. The communications tower pad would house communications infrastructure, including a communications tower up to 200 feet tall.

### 2.5.1.8  New Project Facilities on Existing Gravel Pads
The Project would include installation of additional modules and equipment on existing gravel pads at Kuparuk CPF2 and the ACF (located at Alpine CD1). The Kuparuk CPF2 pad would be expanded 1.0 acre to accommodate these new facilities. The ACF pad would be expanded 1.3 acres under Alternative D. Under Alternative E, the existing mud plant located at the K-Pad (Figure 2.4.4) would be expanded on the existing gravel pad to accommodate Project requirements.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 65 of 86

### 2.5.2 Pipelines

The Project would include infield and import/export pipelines (Figures 2.4.1, 2.4.2, 2.4.3, and 2.4.4). Infield pipelines would carry a variety of products, including produced fluids, produced water, seawater, miscible injectant, and gas, between the WPF and each drill site. Import/export pipelines would include the Willow Pipeline, a seawater pipeline, and a diesel fuel pipeline, described further in Appendix D.1, Section 4.2.2, *Pipelines*. The Willow Pipeline would carry sales-quality crude oil processed at the WPF to a tie-in with the existing Alpine Sales Pipeline near Alpine CD4N.

Pipelines would rest on common horizontal support members (HSMs) atop vertical support members (VSMs) placed approximately 55 feet apart, with an estimated 80% of VSMs being singular and 20% being installed as pairs. VSMs would have a typical diameter of 12 to 24 inches (approximately 75% and 25% of VSMs, respectively) and a disturbance footprint of 18 to 32 inches (up to 5.6 square feet).

#### 2.5.2.1 Infield Pipelines

Infield pipelines would carry produced fluids (oil, gas, water), injection water, gas, and miscible injectant (for enhanced oil recovery) between the WPF and each drill site. Infield pipelines would be designed to allow for inspection and maintenance (e.g., pigging). Manifold and/or pipe rack piping would combine individual wellhead piping into a common gathering line through which all produced fluids would be transported to the WPF.

#### 2.5.2.2 Willow Pipeline

The Willow Pipeline (sales oil transport pipeline) would carry sales-quality crude oil processed at the WPF to a tie-in with the Alpine Pipeline near Alpine CD4N. From CD4N, sales-quality oil would be transported via the existing Alpine Sales Pipeline to the Kuparuk Pipeline and onward to the Trans-Alaska Pipeline System (TAPS) near Deadhorse, Alaska. Between the WPF and the tie-in pad near CD4N, vertical lops or isolation valves would be installed on each side of the Ublutuoch (Tiŋmiaqsiuġvik) River and on each side of the segments crossing the Niġliagvik Channel, the Niġliq Channel, and Lakes L9341 and L9323.

#### 2.5.2.3 Other Pipelines

Other Project pipelines would include a seawater import pipeline, a diesel import pipeline, a freshwater pipeline, a treated water pipeline, and a fuel gas pipeline. The seawater pipeline would import seawater from Kuparuk CPF2 to the WPF for injection into the target reservoirs. The U.S. Department of Transportation–regulated diesel pipeline would transport diesel fuel and other refined hydrocarbon products to power drilling support equipment, well work operations, and vehicles and equipment. The seawater and diesel pipelines would cross beneath the Colville River and would be installed using HDD. The Colville River crossing would be near the existing Alpine Sales Pipeline HDD crossing, approximately 400 feet downstream (north). Further details on these pipelines can be found in Appendix D.1, Section 4.2.2.3, *Other Pipelines*.

### 2.5.3 Access to the Project Area

Access to the Project area from Alpine, Kuparuk, or Deadhorse would occur via ground transportation on existing gravel roads, ice roads, fixed-wing aircraft, and helicopter. Construction material (e.g., pipeline, VSMs) may be delivered to the North Slope and Project area by ground transportation and barge. Small modules and bulk materials would be delivered by barge to Oliktok Dock and transported to the Project area via the annual Alpine Resupply Ice Road (Section 2.5.3.4, *Sealift Barge Delivery to Oliktok Dock*). The larger sealift modules comprising the processing facilities at the WPF and the drill sites would also be delivered to the North Slope by sealift barge; however, these modules would be too large to cross the Colville River ice bridge used by the Alpine Resupply Ice Road. As a result, three different options for the sealift module deliveries are described in Section 2.6. Anticipated ground, air, and marine traffic is detailed by alternative (Appendix D.1, Sections 4.3, *Alternative B: Proponent's Project*, through 4.6, *Alternative E: Three-Pad Alternative [Fourth Pad Deferred]*).

#### 2.5.3.1 Ice Roads

Ice roads would primarily be used during Project construction to support gravel infrastructure and pipeline construction, for lake access, and gravel mine site access. Separate ice roads would be used for pipeline construction, gravel placement, and general traffic to address safety considerations. The usable ice road season for the Project area is expected to be shorter than that of Kuparuk and Alpine operations due to the logistical challenges of constructing a remote ice road. The annual Project ice-road season is expected to be 90 days

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 66 of 86

(January 25 through April 25). A typical ice road would be at least 6 inches thick with a 35- to 70-foot-wide surface, depending on its use. All ice road routes in the EIS are estimated; final alignments would be determined through optimization and impact minimization prior to construction.

Sealift modules would be transported via ice road (combination of sea ice and over tundra) to the Project area. During drilling and operations, seasonal ground access from Deadhorse and Kuparuk to the Project area would be provided via the annually constructed Alpine Resupply Ice Road and then via existing Alpine and GMT gravel roads; under Alternative D, an annual ice road would be constructed from GMT-2 to the Project area. Alternative C would require the construction of an annual ice road between the WPF and BT1 to resupply drill sites BT1, BT2, and BT4.

### 2.5.3.2   Gravel Roads*

All-season gravel roads would connect the Project drill sites to the WPF and to the existing GMT and Alpine developments (with some exceptions under Alternatives C and D). CPAI would use closed-cell foam insulation where practicable to reduce gravel fill volumes, while still protecting underlying permafrost. Use of insulation would result in reduced road heights and reduced gravel fill volumes. Based on current design parameters, it is estimated that approximately 75% to 80% of gravel roads would use insulation (varies by alternative).

In areas where insulation use in gravel roads is not practicable (e.g., bridge approaches, stream crossings), gravel roads would be designed to maintain the existing thermal regime and would be a minimum of 5 feet thick (average 7 feet thick due to topography) and have 2:1 side slopes. CPAI would use insulation where practicable to reduce the average height, volume, and acreage of gravel fill while maintaining thermal properties to protect permafrost. The roads to BT3 (except under Alternative D), BT4 (except under Alternative E), BT5, the airstrip(s), and the water source access road(s) would be 24 feet wide at the surface. All other Project roads would be 32 feet wide (crown width). CPAI would limit 24-foot-wide Project roads to 25 miles per hour (mph) (32-foot-wide roads would have 35 mph speed limits). Roads would include subsistence tundra access ramps (at road turnouts) generally every 2.5 to 3.0 miles with final locations based on community input.

When possible, roads would be constructed at least 500 feet from pipelines to minimize caribou disturbance and prevent excessive snowdrifts, but no more than 1,000 feet to aid in visual pipeline inspection from the road.

#### 2.5.3.2.1   **Bridges**
Bridges would be designed to maintain bottom chord clearance of 4 feet above the 100-year design-flood elevation or at least 3 feet above the highest documented flood elevation, whichever is higher. Bridges crossing Judy (Iqalliqpik) Creek (Alternatives B, D, and E) and Fish Creek (all action alternatives) would be designed to maintain a bottom chord clearance of at least 13 feet above the 2-year design flood elevation (open water) to provide vessel clearance. Final design analysis would be based on observations, measurements, and modeled conditions (e.g., ice and snow effects), and would vary from crossing to crossing based on site-specific conditions. Shorter, single-span bridges would be designed to avoid placement of piers in main channels. Multi-span bridges would be constructed on steel-pile pier groups, positioned approximately 40 to 70 feet apart with sheet-pile abutments located above ordinary high water (OHW). Each bridge would be designed to accommodate drill rig movement. Bridges would range from 40 to 420 feet in length. (Specific bridge crossings details are in Appendix D.1, Sections 4.3 through 4.6.)

#### 2.5.3.2.2   **Culverts**
Culverts would be placed in roads to maintain natural surface drainage patterns; culverts at swale crossings would be placed perpendicular to the road, where feasible. Culvert size, design, and layout would be determined based on site-specific conditions to pass the 50-year flood event with a headwater elevation not exceeding the top of the culvert. Fish-passage culverts meeting Alaska Department of Fish and Game (ADF&G) fish passage design requirements would be placed where required (as designated by the ADF&G). The estimated spacing of cross-drainage culverts is one every 1,000 feet. Culverts would be installed per the final design prior to breakup of the first construction season, but additional culverts may be placed after breakup as site-specific needs are further assessed with regulatory agencies.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 67 of 86

### 2.5.3.3 *Airstrip and Associated Facilities*

Year-round access to the Project area from Alpine, Kuparuk, Deadhorse, or other locations would be provided by aircraft. Aircraft would support transportation of work crews, materials, equipment, and waste to and from the Project. Air access would be supported by a 5,700-foot-long gravel airstrip located near the WOC under Alternatives B, D, and E and near the South and North WOC under Alternative C, which would include two airstrips. Additional airstrip facilities would include a traffic advisory center and approach lighting with airstrip module lighting pads. Aircraft would maintain altitudes consistent with required operating procedures (ROPs) F-1, F-2, and F-3 (BLM 2020a), except during takeoffs and landings and unless doing so would endanger human life or violate safe flying practices. Aircraft flight paths would be routed to avoid the airspace above Nuiqsut to the extent practicable.

### 2.5.3.4 *Sealift Barge Delivery to Oliktok Dock**

Sealift barges would be used to deliver the processing and drill site modules during four open-water (summer) seasons. Sealift barges to Oliktok Dock may be used to transport bulk materials such as VSMs, HSMs, and pipeline pipe and modularized equipment to the North Slope. Barge transit routes would follow existing, regularly used marine transportation routes. To facilitate module delivery, CPAI would use a 9.6-acre offshore barge lightering area approximately 1.8 nautical miles (2.0 miles) from Oliktok Dock, where the water is approximately 10 feet deep. Lightering is the process of transferring cargo between vessels to reduce a vessel's draft, which allows it to enter a dock or port with shallower waters. The water depth at Oliktok Dock is too shallow (approximately 8 feet deep) to accommodate the draft depth of a fully loaded sealift barge. As a result, a portion of the load on each barge would be lightered onto an empty barge to allow transport to the dock. Lightering would be used to facilitate the delivery of modules, equipment, and bulk materials.

During the lightering process, barges would be grounded on the seabed, which would require screeding, which is the redistribution or recontouring of the existing seafloor to provide a level surface for the barges to be grounded on during load transfers. Following sealift barge grounding and cargo transfer, each barge with a lightened load would be grounded in front of Oliktok Dock and off-loaded. To prevent pressure points on the barge hull during the grounded off-load at the dock, approximately 2.5 acres of marine area in front of the dock would also be screeded immediately before the first barge delivery each year. Grounding barges would require intaking seawater as ballast and then discharging seawater to refloat the barges. Ballast water intake and discharge would occur at the lightering area and the at the dock face; ballast water to ground barges would not be transported. Barge ballast tanks would be stripped of water and dried before departing the fabrication site for the North Slope.

Grounding barges at the lightering area and the dock would require the barges to take in seawater as ballast and then discharge the seawater to refloat the barges.

## 2.5.4 **Other Infrastructure and Utilities**

### 2.5.4.1 *Ice Pads**

Single-season and multi-season ice pads would be used to support construction. Single-season ice pads are built and used for a single winter construction season, and they would be used during all years of construction to house construction camps, stage construction equipment, and support construction activities. Single-season ice pads would be used during construction at the gravel mine site during gravel mining activities (Appendix D.1, Section 4.2.6, *Gravel Mine Site*), on either side of bridge crossings during gravel road and pipeline construction, at the Colville River HDD pipeline crossing, and at other locations as needed near proposed infrastructure within the Project area.

Multi-season ice pads would be used on a limited basis to stage construction materials between winter construction seasons; this avoids the need to place gravel fill to support temporary activities. Multi-season ice pad construction uses a base layer of ice with structural insulated panels above and rig mats on the surface. Once the multi-season pad is no longer needed, the rig mats and insulated panels would be removed; the ice surface would be cleaned of any potential spill or release remnants; and thickened ice greater than 1 foot above the tundra would be excavated and removed to assure the ice base melts in the early spring and tundra recovery is initiated over the course of the summer.

Three 10.0-acre multi-season ice pads would be used at three locations during Project construction: near GMT-2, near the WOC (South WOC under Alternative C), and at the Tiŋmiaqsiuġvik Gravel Mine Site. Construction and use of these pads would allow ice road, gravel mining, and other equipment to be stored on-site over the summer, which would support earlier construction starting dates the following winter, while minimizing gravel fill. Some single season ice pads at the mine site may be converted to multi-season ice pads; that determination would be made at the application stage.

## 2.5.4.2 Camps

Camps required to support Project construction include temporary construction camps within the Project area at the WOC (for Alternatives B, D, and E; at the North and South WOCs under Alternative C) as well as other existing camp space at Alpine (Alpine Operations Camp), the K-Pad (near the intersection of the Nuiqsut Spur Road and Alpine CD5), and the Sharktooth Camp in Kuparuk. Housing of construction workers at the Kuukpik Hotel in Nuiqsut is also possible. Camps to support drilling would be located at each drill site. The Willow Camp would support operations and be located at the WOC pad (for Alternatives B and D, and E; at the North and South WOCs under Alternative C).

## 2.5.4.3 Power Generation and Distribution*

Electrical power for the Project would be generated by a 98-megawatt power plant at the WPF, equipped with natural gas-fired turbines. Power would be delivered to each drill site and the WOC(s) via power cables suspended from pipeline VSMs using messenger cables attached to the HSMs. Following WPF startup, the power plant would also be used to power drill rigs, except during periods when power from the WPF is unreliable.

Prior to WPF startup, drill rigs and hydraulic fracturing equipment would be powered with Tier 4 Final engines or similar emissions reduction technology. Following facility startup, the natural-gas fired powerplant at the WPF would also be used to power drill rigs. Engines housed within the drill rigs would also be necessary to provide immediate power for drilling operations. Situations where CPAI would operate drill rigs on their own power include, but are not limited to, when WPF highline power is taken down for maintenance and when the WPF may be otherwise unavailable.

## 2.5.4.4 Communications

Communications infrastructure would be provided by fiber-optic cables suspended from pipeline VSMs. Permanent communications towers would be located on the communications tower pad near the WOC and at each drill site. The communications towers would be up to 200 feet tall and would not use guywires. Temporary towers would be pile supported and may require guywire supports. Guywires would include devices to mitigate bird strikes. All towers would have warning lights, as required by FAA for aircraft safety. Bird nesting diversion equipment may be installed on towers consistent with BLM NPR-A ROP A-6 (BLM 2020a), as is practicable given the equipment layout and potential for snow and ice loading and associated concerns.

## 2.5.4.5 Potable Water*

The primary source of freshwater used during Project construction would vary by alternative. The CFWR adjacent to Lake M0015 (also called R0056) would be the primary source of freshwater for domestic use under Alternatives B, C, and D. Water would be withdrawn directly from Lake M0015 for Alternative E (Three-Pad Alternative [Fourth Pad Deferred]). Additional freshwater sources include Lake L911 (Alternatives B, C, and E) and Lake M0235 (Alternatives C, D, and E) and Lakes M0112 and M1523A (Alternative E). The freshwater intake infrastructure at the CFWR and Lakes L9911, M0235, M0112, and M1523A would be accessed by water source access roads and pads.

The water from the CFWR and Lakes L9911, M0235, M0112, and M1523A would be treated in accordance with State of Alaska Drinking Water Regulations (18 AAC 80), as required for any potable drinking water system. Prior to operation of the freshwater intake system, potable water for construction and drilling camp use would be withdrawn using temporary equipment and trucked to the water plant at the temporary construction camp. Additional freshwater withdrawals from other local permitted lakes would be needed during the construction phase (e.g., ice road and pad construction, hydrostatic pipeline testing, HDD), the drilling phase (e.g., drilling support), and the operations phase (e.g., dust control); these are described in Appendix D.1, Section 4.2.5, *Water Sources and Use*.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 69 of 86

### 2.5.4.6   Domestic Wastewater

Domestic wastewater treatment infrastructure would be located at the WOC (North and South WOCs under Alternative C). Sanitary waste generated from camps would be hauled to the wastewater treatment facility. The treated wastewater would be disposed of in the Class I UIC disposal wells located at the WOC(s), hauled to and disposed of at another approved disposal site (e.g., Alpine), or in an emergency, discharged under the Alaska Pollutant Discharge Elimination System (APDES) General Permit (AKG 572000).

Prior to the establishment of the UIC well at the WOC, domestic wastewater would be treated and either hauled to Alpine or Kuparuk (winter only) for injection in an existing UIC disposal well or, in instances where weather or conditions at Alpine prevent disposal, discharged to tundra per APDES permit conditions.

### 2.5.4.7   Solid Waste

Domestic waste (e.g., food, paper, wood, plastics) would either be incinerated (to prevent attracting animals) on-site or at Alpine or, if non-burnable, would be recycled or transported to a landfill facility in Deadhorse (NSB landfill), Fairbanks, or Anchorage. Incinerator ash would be stored on-site until it could be transported to a landfill for disposal. Other hazardous and solid waste from the Project would be managed in accordance with Alaska Department of Environmental Conservation (ADEC) and U.S. Environmental Protection Agency (EPA) regulations, as well as BLM ROPs.

### 2.5.4.8   Drilling Waste

Drilling waste (e.g., drilling mud, cuttings) would be disposed of on-site through annular disposal (i.e., pumped down the well through the space between the two well casing strings) and/or transported to an approved disposal well (e.g., Class I UIC disposal wells at the WOC). The Project would not use reserve pits. A temporary storage cell (typically a lined, wooden structure) may be constructed for staging drilling muds and cuttings prior to disposal. Produced water would be processed at the WPF and reinjected to the subsurface through injection wells as part of reservoir pressure maintenance and waterflood for secondary recovery. Well work waste materials would be managed in accordance with the Alaska Waste Disposal and Reuse Guide (CPAI and BP n.d.). In addition to regulations governing waste handling and disposal, the Project would also be managed under BLM ROPs.

### 2.5.4.9   Fuel and Chemical Storage

Liquid hydrocarbon fuels and other chemicals would primarily be stored at the WPF, with additional storage at drill sites. Fuel would be stored in temporary tanks on-site during construction under all action alternatives. During the drilling and operations phases, the WPF would include a bulk fuel supply storage tank(s) with an associated fueling station as well as a tank farm to store methanol, crude oil flowback, corrosion inhibitor, biocide, scale inhibitor, emulsion breaker, and other chemicals, as required. Jet fuel would be stored on the airstrip apron(s) for refueling helicopter use. Fuel trucks supplied by storage tanks located at the WOC would be used to refuel larger aircraft.

Drill sites would have temporary tanks to support drilling operations, including brine tanks, cuttings and mud tank, and a drill rig diesel fuel tank (built into the drill rig structure). Production operations storage tanks at drill sites would include chemical storage tanks that may contain any of the following (depending on operational needs): corrosion inhibitor, methanol, scale inhibitor, emulsion breaker, anti-foaming agent, weathered crude, or diesel fuel. Portable oil storage tanks to support well and pad operational activities and maintenance (i.e., well work, well testing) may be present on an as-needed basis.

Fuel and oil storage would comply with local, state, and federal oil pollution prevention requirements, according to the Oil Discharge Prevention and Contingency Plan (ODPCP) and Spill Prevention Control and Countermeasures (SPCC) Plan. Secondary containment for fuel and oil storage tanks would be sized as appropriate to the container type and according to governing regulatory requirements (18 AAC 75 and 40 CFR 112). Fuel and chemical storage for the Project would be managed under BLM ROPs (BLM 2020a).

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 70 of 86

## 2.5.5    Water Sources and Use

### 2.5.5.1   Constructed Freshwater Reservoir

Under Alternatives B, C, and D, CPAI would construct a CFWR (Figure 2.5.1) to ensure a reliable source of freshwater for the Project. The CFWR would be sized for an estimated winter withdrawal volume of 55 million gallons (MG).

The CFWR would be accessed by a gravel access road from the road to BT3, and would consist of an 800-foot-long by 700-foot-wide by 50-foot-deep pit with 6:1 side slopes and a 7-foot-high permanent berm. An approximately 1,325-foot-long connection channel would connect the CFWR to Lake M0015 to support initial reservoir flooding and facilitate annual recharge. The excavation footprint for the CFWR would be 16.4 acres. The channel connection would include a sheet-pile weir with a screen to limit fish access to the CFWR and a flow control gate to allow CPAI to restrict flow into the CFWR based on the monitoring of Lake M0015 water levels and the lake's outlet to Willow Creek 3. Water would be withdrawn using a submerged pump (screened per ADF&G design standards). At times of low flow in Willow Creek 3, the flow control gate could be closed so that water is not diverted into the CFWR.

### 2.5.5.2   Other Water Sources*

CPAI would also construct gravel access roads to connect to Lake L9911 (Alternatives B, C, and E), Lake M0235 (Alternatives C, D, and E), and lakes M0112, M0015, and M1523A under Alternative E, to supply water for the Project's drilling and operations phases. Under Alternatives B, C, and D, intake infrastructure at Lakes L9911 and M0235 would consist of a triplex pump (housed within secondary containment) sitting on the water source access pad. The pump would have a hose connection for filling water trucks. No permanent infrastructure would be constructed on these water source access pads. Under Alternatives B, C, and D, year-round water withdrawals at Lake L9911 would only occur during construction, and during operations, withdrawal from Lake L9911 would be limited to winter months.

Under Alternative E (Three-Pad Alternative [Fourth Pad Deferred]), intake infrastructure at lakes L9911, M0015, M0235, M0112, and M1523A would consist of a pumphouse on each water source access pad connected to intake piping which would extend out into the deep portion of the lakes on VSMs. Under Alternative E, water withdrawal at lakes L9911, M0015, M0235, M0112, and M1523A would occur year-round during both the construction and operations phases.

Freshwater for construction and the maintenance of ice roads and ice pads would be withdrawn from lakes near the ice construction activities as allowed by State of Alaska temporary water use authorizations and fish habitat permits (where necessary).

Seawater for hydraulic fracturing and well injection would be sourced from the existing Kuparuk Seawater Treatment Plant at Oliktok Point. Seawater would be transported to the Project area from Kuparuk CPF2 via a new seawater pipeline (Appendix D.1, Section 4.2.2.3). Alternative E would include a seawater pipeline spur that would connect an existing seawater pipeline to the existing mud plant located on the K-Pad.

### 2.5.5.3   Water Use

Freshwater would be required for domestic use at remote construction camps and for construction and maintenance of ice roads and ice pads. Potable water requirements are based on a demand of 100 gallons per day per person. Freshwater would also be used for hydrostatic testing.

Depending on the use, ice road widths would be 35 feet, 50 feet, or 70 feet; the volume of freshwater required to construct these ice roads would be approximately 1.0 MG, 1.4 MG, and 2.0 MG, respectively. Multi-season ice pads require approximately 0.25 MG of water per acre, per foot of thickness; Project multi-season ice pads would typically be between 5 to 7 feet thick (including insulation and rig mats), depending on site-specific topography. Multi-season ice pads are individually engineered based on geographic and seasonal variables. Water use for module delivery is described in Appendix D.1, Section 4.8, *Sealift Module Delivery Options*.

Freshwater would be required for domestic use at the drilling camp and during drilling activities. Prior to WPF startup, freshwater would be used for drilling water and hydraulic fracturing. Drilling water requirements are estimated to be 1.4 MG per rig per month and hydraulic fracturing would require approximately 1.0 MG of water

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 71 of 86

per well. Following WPF startup, freshwater needs for drilling water would drop to approximately 0.4 MG per well; the remaining drilling water and all of the hydraulic fracturing water would then be seawater. Freshwater for drilling may be withdrawn from lakes near the Project using temporary triplex pump and truck connections, as allowed by temporary water use authorizations and fish habitat permits.

During construction, seawater would be used for ballast water by sealift barges making deliveries to Oliktok Dock. Following WPF startup, seawater would be used for the hydraulic fracturing of production and injection wells, drilling, and for reservoir injection to support enhanced oil recovery. Enhanced oil recovery would require approximately 2.1 to 3.8 MG of seawater per day.

### 2.5.6   Gravel Mine Site*

The amount of gravel required for the Project varies by alternative and module delivery option (approximately 4.6 to 6.3 million cubic yards [cy] depending on the alternative and module delivery option). Gravel to support Project construction would be obtained from a new gravel source in the Tiṇmiaqsiuġvik area, approximately 4 to 5 miles southeast of Greater Mooses Tooth 1 (GMT-1) (Figures 2.4.1, 2.4.2, 2.4.3, and 2.4.4). The mine site footprint would overlap the Ublutuoch (Tiṇmiaqsiuġvik) River 0.5-mile setback; however, mine development is allowed in the setback area (Lease Stipulation [LS] K-1 in BLM 2022b). Gravel required for construction activity in the Kuparuk area (e.g., Oliktok Dock) would be sourced from an existing Kuparuk area mine site (e.g., Mine Site C, Mine Site E).

### 2.5.6.1   Mine Site Description*

CPAI proposes to develop a new gravel mine with two mine site cells (Area 1 and Area 2) located on BLM-managed lands in the Tiṇmiaqsiuġvik area (Figure 2.5.2) to construct the Project. Under Alternatives B, Mine Site Area 1 would have an excavation footprint up to 90.5 acres and Mine Site Area 2 would have an excavation footprint up to 28.9 acres (119.4 acres) total. Under Alternatives C and D, additional gravel would be required, and the mine site area excavation footprints would be up to 109.3 acres at Mine Site Area 1 and 80.5 acres at Mine Site Area 2, for a total excavation of 189.8 total acres. Under Alternative E (Three-Pad Alternative [Fourth Pad Deferred]), the mine site area excavation footprints would be up to 86.1 acres at Mine Site Area 1 and 28.9 acres at Mine Site Area 2 (115.0 total acres).

The gravel mine site would be accessed seasonally via ice road; no permanent gravel road to the mine site would be constructed. There would be no activity at the mine site outside of the winter construction season. Gravel mining operations would occur over five to seven winter construction seasons (varies by action alternative) to support construction of Project drill sites, WPF and WOC pads, airstrip(s), and all-season roads.

The layout of the mine site areas would be designed to maximize access to the most suitable construction materials while minimizing overall surface disturbance at the site. Overburden removal and gravel mining would proceed as material is needed. To support gravel mining, a 10.0-acre multi-season ice pad and approximately 188.0 total acres of single-season ice pads would be used for storing equipment and stockpiling overburden. If overburden storage is required over the summer, the overburden would be stockpiled on ice pads within the permitted mine site excavation footprint to avoid additional impacts.

Pumping would be necessary to minimize ponding in the mine site cell(s) during mining operations. Pumped water would be discharged through a diffuser onto tundra.

Overburden material would be used to create a berm (approximately 5 feet tall and 15 feet wide at the top) around the entire perimeter of Mine Site Areas 1 and 2. These berms would be placed directly on the surrounding tundra to prevent surface water flow into the mine site (minimizing the amount of required dewatering), help maintain thermal stability of permafrost adjacent to the mine footprint, safeguard the stability of the mine walls during mine operation, and provide a protective physical barrier around the mine site for local residents. Mine Site Area 1 and Area 2 would each have its own perimeter berm. The perimeter berms would be constructed during the first season of mining at each mine site area and would remain in place through the reclamation process.

### 2.5.6.2   Mine Site Rehabilitation*

Incremental mine site reclamation would begin once excavation has progressed enough to provide room within the excavated area to safely perform both mining and reclamation activities concurrently. Reclamation materials would include overburden removed during mining and soils generated during Project construction (e.g., CFWR

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 72 of 86

excavation, if applicable). The material stockpiled on the adjacent ice pads would be placed back into the excavated area. It is anticipated the overburden generated in Mine Area 2 would remain stockpiled through one summer before being used for mine site reclamation. Following the removal of the overburden stockpiles, monitoring and treatment of the underlying tundra would be completed as needed. All subsequent overburden removed during mining operations would then remain in the excavated mine site. Performing reclamation during the same season as mining would minimize the overall disturbance footprint by eliminating the ongoing need to stockpile overburden outside of the mine site excavation.

When the mine site is no longer needed as a gravel source, the perimeter berms would be incrementally expanded into thermal berms as part of mine site reclamation. The thermal berms would fill the mine excavation side slopes and tie into the perimeter berms, providing an additional thermal barrier to promote stability of the mine walls. Once mine site reclamation efforts are complete, the mine site walls would have 3:1 slopes. The mine site cells would be allowed to naturally fill with water (e.g., precipitation, meltwater) to provide potential waterfowl and shorebird habitats. The reclaimed mine sites would include deepwater habitat areas, with a maximum depth of approximately 70 feet in Mine Area 1 and 50 feet in Mine Area 2. It is anticipated it will take a decade or longer to fill the excavation sites with water.

The Willow Mine Site Mining and Reclamation Plan is included as Appendix D.2, *Willow Mine Site Mining and Reclamation Plan*.

## 2.5.7   Erosion and Dust Control

The Project would follow a Facility Erosion Control Plan, which would outline procedures for the operation, monitoring, and maintenance of various erosion control methods. A Stormwater Pollution Prevention Plan (SWPPP) would describe management of surface water drainage for Project gravel pads. Both plans would be based on the existing Alpine Facility Erosion Control Plan and Alpine SWPPP.

CPAI would implement a Project Dust Control Plan to minimize the incidence of fugitive dust. The Dust Control Plan would identify Project sources for fugitive dust, dust control methods and measures to be used for each source, and monitoring and record keeping parameters. Dust control would include watering gravel roads to minimize dust impacts to the tundra and to maintain gravel road integrity. The Willow Dust Control Plan can be found in Appendix I.3, *Dust Control Plan*.

## 2.5.8   Spill Prevention and Response

Facilities would be designed to mitigate spills with spill prevention measures and spill response capabilities. CPAI would implement a pipeline maintenance and inspection program and an employee spill prevention training program to further reduce the likelihood of spills occurring. CPAI's design of production facilities would include provisions for secondary containment of hydrocarbon-based and other hazardous materials, as required by state and federal regulations. If a spill occurs on a pad, the fluid would typically remain on the pad unless the spill is near a pad edge or exceeds the pad's general retention capacity. In addition to regulations governing spill prevention and response, the Project would be managed under the BLM ROPs described for solid waste, fuel, and chemical storage (BLM 2020a). Additional details on spill prevention and response are in Appendix H, *Spill Summary, Prevention, and Response Planning*.

### 2.5.8.1   Spill Prevention*

Spill prevention and response measures that would be used during construction, drilling, and operations would be outlined in the Project's SPCC Plan. CPAI would also prepare an ODPCP specific to the Project which would address spill prevention and response measures for drilling, oil production, and Willow Pipeline operations. The intent of the ODPCP and SPCC Plan are to demonstrate CPAI's capability to prevent oil spills from entering the water and land and to ensure rapid response if a spill event occurs. The ODPCP would comply with applicable State of Alaska requirements for spill prevention and response, and EPA and U.S. Department of Transportation regulations for onshore oil pipeline oil response plans.

Pipelines would be constructed of high-strength steel and pipeline welds would be validated using nondestructive examination during pipeline construction to ensure their integrity and pipelines would be hydrostatically tested prior to operation. The production fluids, water injection, seawater, and export pipelines would be fully capable of accommodating pigs for cleaning and corrosion inspection.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 73 of 86

*2.5.8.2 Spill Response*

CPAI would implement the Project's ODPCP and SPCC Plan to minimize accidental oil spills and associated impacts from oil drilling, production, and pipeline operations. Through the ODPCP, CPAI would demonstrate that readily accessible inventories of fit-for-purpose oil spill response equipment and personnel would be available for use at Project facilities. In addition, a state-registered primary response action contractor would serve as CPAI's primary response action contractor and would provide trained personnel to manage all stages of a spill response, including containment, recovery, and cleanup. Spill response equipment would be pre-staged at strategic locations across the Project area as outlined in the ODPCP for an initial response. This strategy would facilitate the rapid deployment of equipment by personnel. The effective response time would be enhanced with pre-staged equipment, which would expedite equipment deployment to contain and recover spilled oil, reducing the overall affected area.

*2.5.8.3 Spill Training and Inspections\**

CPAI provides regular training for its employees and contractors on the importance of preventing oil or hazardous material spills. The CPAI Incident Management Team participates in regularly scheduled training programs and conducts spill response exercises in coordination with federal, state, and local agencies.

CPAI would follow federal and state regulations regarding pipeline inspection and aerial overflights. Consistent with regulations for U.S. Department of Transportation-regulated pipelines for the remote portions of the crude oil sales pipelines not accessible by road, CPAI would plan to conduct aerial overflights every 7 days, weather and safety permitting. Aerial overflights provide visual inspection and can be aided by infrared technology, when required. Infrared technology, employed either aerially using aircraft or from the ground using handheld systems, is a spill detection method using the temperature "signature" resulting when warm fluids leak. In addition to visual and infrared inspections, the pipelines and casing pipes would meet leak detection standards stipulated in 18 AAC 75.047 and 18 AAC 75.055. CPAI would also conduct regular visual inspections of facilities and pipelines from gravel roads, where available, and from ice roads and aircraft for sections of pipelines not paralleled by gravel roads (Alternatives C and D).

## 2.5.9   Abandonment and Reclamation

The abandonment and reclamation of Project facilities would be determined by the BLM Authorized Officer at or before the time of abandonment. The abandonment and reclamation plan would be subject to input from federal, state, and local authorities and private landowners. Abandonment and reclamation may involve removal of gravel pads and roads or leaving these in place for alternative uses. Revegetation of abandoned facilities could be accomplished by seeding with native vegetation or through natural colonization. Reclaimed gravel could be used for other development projects. To assist with abandonment and reclamation, BLM holds bonds from any company conducting development activities within the NPR-A to cover the cost of reclamation. CPAI also sets aside money to cover asset retirement obligations.

## 2.5.10  Schedule and Logistics\*

Timing of the Project is based on several factors including permitting and other regulatory approvals, Project sanctioning, and purchase and fabrication of long-lead time components. The schedule presented in the EIS is an estimated schedule that would be dependent on subsequent detailed Project planning and a variety of contingencies. Subject to those qualifications, Project construction would occur over approximately 8 to 10 years (depending on the alternative) beginning in the first quarter (Q1) of Year 1. (Note: Under Alternative E, authorization to construct BT5 could be deferred beyond Year 7 which would extend the overall construction timeline.) Under Alternatives B, C, and E, first oil would occur in Year 6, and under Alternative D, first oil would occur in Year 7. Operations would run to the end of the Project's field life, which is estimated to be 30 years (Alternatives B, C, and E) or 31 years (Alternative D). Table D.4.6 in Appendix D.1 (Section 4.2.10, *Schedule and Logistics*) provides a Project milestone schedule overview.

*2.5.10.1 Construction Phase\**

Gravel mining and placement would be conducted almost exclusively during winter. A typical construction season begins with prepacking of snow in November, or as soon as conditions allow, with ice road construction occurring primarily in December and January to allow for use by February 1. The schedule anticipates typical weather conditions and is subject to change based on annual field conditions. Gravel for the infrastructure

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 74 of 86

associated with the initial construction (access road [Alternatives B and C], BT1, BT2, BT3, connecting roads, WPF, WOC, and airstrips) would be mined and placed during winter (January through April) for the first 4 to 5 years of construction (varies by alternative). Two additional winter seasons of gravel mining and placement would occur to construct BT4, BT5, and associated roads, except for Alternative E (Three-Pad Alternative [Fourth Pad Deferred]), which would have one additional winter season of gravel mining and placement for the BT5 pad and associated infield road.

Gravel roads and pads would be built by constructing an ice road followed by gravel placement. Gravel conditioning and compaction would occur during the summer (typically July to October) to expose, thaw, and dewater the deeper layers and re-compact the gravel. Culvert locations would be identified and installed per the final design during the first construction season prior to breakup. Bridges would be constructed during winter from ice roads and pads.

Once gravel pads are completed, on-pad facilities would be constructed. Modules for the WPF, BT1, BT2, and BT3 would be delivered would be delivered by sealift barge during the summer open-water season in Year 4 (or Year 5 under Alternative D). Modules would be staged until the following winter construction season, when they would be transported to their installation location via a combination of gravel roads and ice roads (ice road routes would vary by module delivery option). Modules for BT4 and BT5 (only BT5 under Alternative E) would be delivered via a second sealift 2 years after the first delivery and moved to the Project area in the same manner as modules for BT1, BT2, and BT3.

Under Alternatives B, C, and D, the CFWR would be constructed during Q1 and the second quarter (Q2) of Year 3.

Pipelines would be installed during winter from ice roads. The HDD Colville River pipeline crossing would be completed during the winter construction season of Year 4. Pipeline installation would take from 1 to 4 years per pipeline, depending on pipeline length and location.

The subsistence boat ramp along the Tiŋmiaqsiuġvik River would be constructed in one of the first Project construction seasons. Subsistence boat ramps at Judy (Iqalliqpik) Creek and Fish Creek (Alternatives B and E) would be constructed after site visits and input from local stakeholders and within 2 years of constructing the BT1 and BT2/BT4 access roads, respectively. Boat ramp construction methods would be similar to the construction methods described for other gravel placement. Construction would occur primarily in winter, with gravel seasoning and compaction occurring over the following summer season.

### 2.5.10.2 Drilling Phase*

Drilling is planned to begin in Year 4 (Alternatives B, C, and E) or Year 5 (Alternative D) at BT1. It is assumed the wells would be drilled consecutively, from BT1 to BT5 (excluding BT4 under Alternative E); however, CPAI would determine the final timing and order of drilling based on economics and drill rig availability. Drilling is anticipated to take 6 years, except under Alternative E, which would take 7 years, and would be conducted year-round with an anticipated progress rate of approximately 15 to 30 days per well. It is anticipated Alternative E would require an additional year of drilling to account for more wells at BT1 and BT2, and one fewer pad on which to place rigs and supporting equipment.

## 2.5.10.2.1 Hydraulic Fracturing

Project drilling would include hydraulic fracturing, which is a process used to increase the flow of fluids from a reservoir into the wellbore and to establish a connection between oil-bearing formation layers. Each production well would receive a multistage hydraulic fracturing operation similar to those employed at other North Slope developments. It is anticipated that each well would be hydraulically fractured one time with approximately 12 to 20 individual fracturing locations within the well. Hydraulic fracturing operations would last approximately 6 days per well with six wells per pad per year being fracture stimulated. Hydraulic fracturing would only be used during the initial stage of drilling to stimulate flows at the production and injection wells. The Alaska Oil and Gas Conservation Commission (AOGCC) maintains jurisdiction over the subsurface fracturing process, and all hydraulic fracturing activities would comply with AOGCC regulations.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 75 of 86

*2.5.10.3 Operations Phase*

Following initial well drilling and WPF startup, typical operations would consist of well operations and production and transportation of produced hydrocarbons. Well maintenance operations and routine drilling activities would occur intermittently throughout the life of the Project (approximately 30 years). CPAI's standard operations and maintenance practices would be implemented for this Project phase. Tables D.4. 7 and D.4.8 (Appendix D.1, Section 4.2.10.3, *Operations Phase*) summarizes the anticipated daily production profile for each action alternative; these production values include fluids produced at GMT-2 and processed at the WPF.

## 2.5.11  Project Infrastructure in Special Areas*

All action alternatives would include Project infrastructure located in BLM-identified Special Areas.

Alternatives B, C, and E would construct approximately 1.0 mile of gravel road (Alternative D would construct 0.0 mile) in the CRSA; Alternatives B, C, and D would construct 1.4 miles of pipelines and Alternative E would construct approximately 1.3 miles of pipeline in the CRSA (BLM 2008a). The CRSA, an approximately 2.4-million acre area that includes lands around the Colville River, was established in 1977 (BLM 2013) with the purpose of protecting raptor nesting and foraging habitat.

Under all action alternatives, drill site BT2 (including the BT2 North location for Alternative E) and its associated roads and pipelines, would be located within the TLSA. For all action alternatives, except Alternative E, drill site BT4 and its associated roads and pipelines would be located within the TLSA. Other supporting infrastructure that would be sited within the TLSA is further described for each alternative in Appendix D.1, Sections 4.3 through 4.6. The TLSA was established in 1977 (BLM 2013)with the purpose of protecting caribou calving and insect-relief areas and waterbird and shorebird breeding, molting, staging, and migration habitats.

According to the Alaska District Court's August 18, 2021, decision in the Willow MDP EIS litigation, oil and gas activity in the special areas is to "be conducted in a manner which will assure the maximum protection of surface values." In developing the action alternatives, specific attention was paid to the minimization of impacts on caribou, waterbird, and shorebird habitats, consistent with the purpose of the TLSA.

## 2.5.12  Compliance with Bureau of Land Management Lease Stipulations and Required Operating Procedures*

Each action alternative is designed to comply with applicable LSs and ROPs under the 2022 NPR-A IAP ROD, though due to technical constraints, some Project facilities would require exceptions from NPR-A LSs and ROPs (Appendix D.1, Section 2.1, *Lease Stipulations and Required Operating Procedures in the National Petroleum Reserve in Alaska*). Each identified exception would be reviewed as the Project design engineering advances for opportunities to conform to the LSs and ROPs to the extent practicable. When exceptions are granted, they typically are specific to stated Project actions or locations and are not granted for all Project actions. Table 2.5.1 identifies the LSs and ROPs that would apply to the Project.

**Table 2.5.1. Applicable Lease Stipulations and Required Operating Procedures***

| Category | NPR-A IAP Lease Stipulations and Required Operating Procedures |
|---|---|
| Waste handling and disposal | A-1, A-2, A-7 |
| Fuels and hazardous materials handling and storage; spill prevention and spill response | A-3, A-4, A-5, A-6, E-4 |
| Health and safety | A-8, A-12 |
| Air quality | A-9, A-10 |
| Water use | B-1, B-2 |
| Winter overland moves | C-1, C-2, C-3, C-4 |
| Facility design and construction | E-2, E-3, E-5, E-6, E-7, E-9, E-10, E-11, E-12, E-13, E-14, E-17, E-19, E-20 |
| Aircraft use | F-1 |
| Oilfield abandonment | G-1 |
| Subsistence | A-11, E-1, H-1, H-2, H-3 |
| Worker orientation | I-1 |
| Biologically sensitive areas | K-1, K-2, K-3, K-5, K-6, K-8, K-9, K-10, K-11, K-12 |
| Summer vehicle tundra access | L-1 |
| General wildlife and habitat protection | E-8, E-15, E-18, J, M-1, M-2, M-3, M-4 |

Source: BLM 2022.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 76 of 86

Note: IAP (Integrated Activity Plan); NPR-A (National Petroleum Reserve-Alaska).

### 2.5.13  Boat Ramps for Subsistence Users*

CPAI would construct up to three boat ramps for subsistence use as part of its effort to mitigate Project effects on the community of Nuiqsut (Figure 2.5.3). Under Alternatives B and E (Three-Pad Alternative [Fourth Pad Deferred]), up to three boat ramps would be constructed along the Ublutuoch (Tiŋmiaqsiuġvik) River, Judy (Iqalliqpik) Creek, and/or Fish Creek. Under Alternatives C and D, a boat ramp would be constructed along the Ublutuoch (Tiŋmiaqsiuġvik) River.

Preliminary locations and boat ramp design have been determined, but CPAI is seeking community feedback on the preferred location(s) that would best serve the needs of the community. The boat ramps would include a gravel pad with space for vehicles to turn around and provide parking space for approximately 10 vehicles with trailers. Boat ramps would be maintained by CPAI.

## 2.6  Sealift Module Delivery Options

CPAI proposes to use large, prefabricated modules for Project components like the WPF and drill site facilities. These large modules would be fabricated at an off-site location and transported to the North Slope via sealift barge. Modules for the WPF and drill sites are anticipated to weigh between 3,000 and 4,000 tons and up to 1,000 tons, respectively. Because these large modules are too heavy to be transported across the Colville River on the annual resupply ice road, the following module delivery options are presented for detailed analysis:

- Option 1: Atigaru Point Module Transfer Island
- Option 2: Point Lonely Module Transfer Island
- Option 3: Colville River Crossing

The first two options would deliver the large modules to an MTI west of the Colville River (eliminating this required crossing) and then use ice roads to transport the modules to their gravel pads. Based on concerns from stakeholders, CPAI developed a third option to deliver the large modules to the Project area that would use the existing Oliktok Dock and not require an MTI.

Sealift delivery of the large WPF and drill site modules would occur during two open-water seasons Under Alternatives B, C, and E, the modules would be delivered during the summers of Year 4 and Year 6; under Alternative D, the modules would be delivered during the summers of Year 5 and Year 7. The three module delivery options are described below.

### 2.6.1  Option 1: Atigaru Point Module Transfer Island

Option 1 would construct an MTI in Harrison Bay near Atigaru Point to support sealift module delivery (Figure 2.4.4). Appendix D.1 includes additional details regarding island construction, maintenance, and decommissioning; ice road and ice pad requirements; water use; anticipated traffic volumes; and schedule.

### 2.6.2  Option 2: Point Lonely Module Transfer Island

Option 2 would construct an MTI at Point Lonely, a former U.S. Department of Defense site, to support sealift module delivery (Figure 2.4.5). Appendix D.1 includes additional details regarding island construction, maintenance, and decommissioning; ice road and ice pad requirements; water use; anticipated traffic volumes; and schedule.

### 2.6.3  Option 3: Colville River Crossing*

Option 3 is the Proponent's proposed module delivery option, and it would use the existing Oliktok Dock to receive the sealift barges. The modules would be transported over existing Kuparuk gravel roads using self-propelled module transporters (SPMTs) from Oliktok Dock to Kuparuk Drill Site 2P (DS2P). From Kuparuk DS2P, the modules would then be moved by heavy-haul ice roads to GMT-2, crossing the Colville River on a partially grounded ice crossing near Ocean Point (Figure 2.4.6). From GMT-2, the modules would be transported to the Project area over Project gravel roads (Alternatives B, C, and E) or ice roads (Alternative D) to reach the WPF and drill site gravel pads.

Option 3 is BLM's preferred module delivery option. The identification of a preferred module delivery option does not constitute a commitment or decision; if warranted, BLM may select a different module delivery option than the preferred module delivery option in its Record of Decision.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 77 of 86

## 2.7    Comparison of Action Alternatives and Module Delivery Options*

Table 2.7.1 and Figure 2.7.1 provide a comparison of all action alternatives. As presented in Table 2.7.1, Alternative E reflects the development of four pads (BT1, BT2, BT3, and BT5) regardless of any deferrals to provide comparison of the action alternatives under the most impactful scenario.

Table 2.7.2 provides a comparison of module delivery options.

**Table 2.7.1. Summary Comparison of Action Alternatives***

| Project Component | Alternative B: Proponent's Project | Alternative C: Disconnected Infield Roads | Alternative D: Disconnected Access | Alternative E: Three-Pad Alternative (Fourth Deferred) |
|---|---|---|---|---|
| Drill site gravel pads | Five pads (79.8 acres total): Three 17.0-acre pads (51.0 acres total): BT1, BT2, and BT3 Two 14.4-acre pads (28.8 acres total): BT4 and BT5 | Five pads (88.3 acres total): BT1 (23.3 acres), BT2 (18.1 acres), BT3 (17.0 acres), BT4 (15.5 acres), and BT5 (14.4 acres) | Five pads (62.8 acres total): Two 17.0-acre pads (34.0 acres total): BT1 and BT2 Two 14.4-acre pads (28.8 acres total): BT4 and BT5 BT3 (colocated with WPF; acreage accounted for under WPF pad) | Four pads (68.0 acres total): BT1 (18.4 acres), BT2 North (18.2 acres), BT3 (17.0 acres), and BT5 (14.4 acres) |
| WPF gravel pad | 22.8-acre pad | 22.8-acre pad | 64.7-acre pad (colocated with BT3) | 22.8-acre pad |
| WOC gravel pad | 31.3-acre pad | Two WOC pads (50.2 acres total): South WOC (33.4 acres) North WOC (16.8 acres) | 62.2-acre pad | 31.3-acre pad |
| Constructed freshwater reservoir | 16.4-acre excavation (reservoir and connecting channel) and 3.9-acre perimeter berm | 16.4-acre excavation (reservoir and connecting channel) and 3.9-acre perimeter berm | 16.4-acre excavation (reservoir and connecting channel) and 3.9-acre perimeter berm | No constructed freshwater reservoir |
| Water source access gravel pads | Two water source access pads (2.6 acres total) at the CFWR (1.3 acres) and Lake L9911 (1.3 acres) | Three water source access pads (3.9 acres total) at the CFWR (1.3 acres) and Lakes L9911 (1.3 acres) and M0235 (1.3 acres) | Two water source access pads (2.6 acres total) at the CFWR (1.3 acres) and Lake M0235 (1.3 acres) | Five water source access pads (8.3 acres total) at lakes L9911 (1.6 acres), M0015 (1.6 acres), M0112 (1.8 acres), M0235 (1.8 acres), and M1523A (1.5 acres) |

Case 3:23-cv-00058-SLG    Document 43-3    Filed 03/24/23    Page 78 of 86

| Project Component | Alternative B: Proponent's Project | Alternative C: Disconnected Infield Roads | Alternative D: Disconnected Access | Alternative E: Three-Pad Alternative (Fourth Deferred) |
|---|---|---|---|---|
| Other gravel pads | Four valve pads (1.3 acres total); two pads at Judy (Iqalliqpik) Creek pipeline crossing and two pads at Fish Creek pipeline crossing<br>Two HDD pipeline pads at Colville River crossing (1.5 acres total)<br>Tie-in pad near Alpine CD4N (0.7 acre)<br>Pipeline crossing pad near GMT-2 (0.5 acre)<br>Communications tower pad (0.5 acre)<br>Kuparuk CPF2 pad expansion (1.0 acre) | Four valve pads (1.7 acres total); two helicopter accessible pads at Judy (Iqalliqpik) Creek pipeline crossing and two pads at Fish Creek pipeline crossing<br>Two HDD pipeline pads at Colville River crossing (1.5 acres total)<br>Tie-in pad near Alpine CD4N (0.7 acre)<br>Pipeline crossing pad near GMT-2 (0.5 acre)<br>Communications tower pad (0.5 acre)<br>Kuparuk CPF2 pad expansion (1.0 acre) | Four valve pads (1.3 acres total): two pads at Judy (Iqalliqpik) Creek pipeline crossing and two pads at Fish Creek pipeline crossing<br>Two HDD pipeline pads at Colville River crossing (1.5 acres total)<br>Tie-in pad near Alpine CD4N (0.7 acre)<br>Pipeline crossing pad near GMT-2 (0.5 acre)<br>Communications tower pad (0.5 acre)<br>GMT-2 staging pad (5.9 acres)<br>Kuparuk CPF2 pad expansion (1.0 acre)<br>Alpine CD1 pad expansion (1.3 acres) | Four valve pads (1.3 acres total): two pads at Judy (Iqalliqpik) Creek pipeline crossing and two pads at Fish Creek pipeline crossing<br>Two HDD pipeline pads at Colville River crossing (0.9 acres total)<br>Tie-in pad near Alpine CD4N (0.7 acre)<br>Communications tower pad (0.4 acre)<br>Kuparuk CPF2 pad expansion (1.0 acre) |
| Single-season ice pads | Used during construction at the gravel mine site, bridge crossings, the Colville River HDD crossing, and other locations as needed in the Project area (936.6 total acres) | Used during construction at the gravel mine site, bridge crossings, the Colville River HDD crossing, and other locations as needed in the Project area (1,166.4 total acres) | Used during construction at the gravel mine site, bridge crossings, the Colville River HDD crossing, and other locations as needed in the Project area (1,241.4 total acres) | Used during construction at the gravel mine site, bridge crossings, the Colville River HDD crossing, and other locations as needed in the Project area (830.6 total acres) |
| Multi-season ice pads | Three 10.0-acre pads (30.0 acres total):<br>10.0-acre multi-season ice pad near GMT-2 (Q1 Year 1 to Q2 Year 5)<br>10.0-acre multi-season ice pad near WOC (Q1 Year 1 to Q2 Year 2)<br>10.0-acre multi-season ice pad at the Tiŋmiaqsiuġvik Gravel Mine Site (Q1 Year 1 to Q2 Year 3) | Three 10.0-acre pads (30.0 acres total):<br>10.0-acre multi-season ice pad near GMT-2 (Q1 Year 1 to Q2 Year 5)<br>10.0-acre multi-season ice pad near the South WOC (Q1 Year 1 to Q2 Year 2)<br>10.0-acre multi-season ice pad at the Tiŋmiaqsiuġvik Gravel Mine Site (Q1 Year 1 to Q2 Year 3) | Three 10.0-acre pads (30.0 acres total):<br>10.0-acre multi-season ice pad at GMT-2 (Q1 Year 1 to Q2 Year 5)<br>10.0-acre multi-season ice pad at the WOC (Q1 Year 1 to Q2 Year 2)<br>10.0-acre multi-season ice pad at Tiŋmiaqsiuġvik Gravel Mine Site (Q1 Year 1 to Q2 Year 3) | Three 10.0-acre pads (30.0 acres total):<br>10.0-acre multi-season ice pad near GMT-2 (Q1 Year 1 to Q2 Year 5)<br>10.0-acre multi-season ice pad near WOC (Q1 Year 1 to Q2 Year 2)<br>10.0-acre multi-season ice pad at the Tiŋmiaqsiuġvik Gravel Mine Site (Q1 Year 1 to Q2 Year 3) |
| Infield pipelines | 43.4 total segment miles:<br>BT1 to WPF (4.3 miles)<br>BT2 to BT1 (4.7 miles)<br>BT3 to WPF (4.2 miles)<br>BT4 to BT2 (10.2 miles)<br>BT5 to WPF (9.8 miles)<br>GMT-2 to WPF (10.2) | 47.0 total segment miles:<br>BT1 to WPF (6.0 miles)<br>BT2 to BT1 (4.5 miles)<br>BT3 to WPF (5.9 miles)<br>BT4 to BT2 (9.9 miles)<br>BT5 to WPF (11.5 miles)<br>GMT-2 to WPF (9.2 miles) | 46.5 total segment miles:<br>BT1 to WPF (10.0 miles)<br>BT2 to BT1 (4.7 miles)<br>BT4 to BT2 (10.2 miles)<br>BT5 to WPF (6.5 miles)<br>GMT-2 to WPF (15.1 miles) | 30.2 total segment miles:<br>BT1 to WPF (3.9 miles)<br>BT2 to BT1 (7.8 miles)<br>BT3 to WPF (3.4 miles)<br>BT5 to WPF (7.1 miles)<br>GMT-2 to WPF (8.0 miles) |
| Willow export pipeline | 33.3 total miles (WPF to tie-in pad near Alpine CD4N) | 32.2 total miles (WPF to tie-in pad near Alpine CD4N) | 38.2 total miles (WPF to tie-in pad near Alpine CD4N) | 32.5 total miles (WPF to tie-in pad near Alpine CD4N) |

| Project Component | Alternative B: Proponent's Project | Alternative C: Disconnected Infield Roads | Alternative D: Disconnected Access | Alternative E: Three-Pad Alternative (Fourth Deferred) |
|---|---|---|---|---|
| Other pipelines | 64.3-mile seawater pipeline (Kuparuk CPF2 to WPF); includes Colville River HDD crossing 34.4-mile diesel pipeline (Kuparuk CPF2 to Alpine CD1); includes Colville River HDD crossing; diesel would be trucked 33.0 miles from Alpine CD1 to the WOC 2.8-mile fuel gas pipeline (WOC to WPF) 4.8-mile freshwater pipeline (CFWR to WPF to WOC) 2.8-mile treated water pipeline (WOC to WPF) | 63.3-mile seawater pipeline from Kuparuk CPF2 to WPF; includes Colville River HDD crossing 82.0-mile diesel pipeline from Kuparuk CPF2 to South WOC to WPF to North WOC 1.7-mile fuel gas pipeline (WPF to South WOC) 5.6-mile freshwater pipeline (CFWR to WPF to South WOC) 12.9-mile treated water pipeline (South WOC to WPF to North WOC) | 69.2-mile seawater pipeline from Kuparuk CPF2 to WPF; includes Colville River HDD crossing 77.0-mile diesel pipeline from Kuparuk CPF2 to Alpine CD1 to WOC; includes Colville River HDD crossing 1.5-mile fuel gas pipeline (WPF to WOC) 2.2-mile freshwater pipeline (CFWR to WOC to WPF) 1.5-mile treated water pipeline (WOC to WPF) | 64.4-mile seawater pipeline (Kuparuk CPF2 to WPF and 0.1-mile spur to K-Pad); includes Colville River HDD crossing 35.1-mile diesel pipeline (Kuparuk CPF2 to Alpine CD1); includes Colville River HDD crossing; diesel would be trucked 33.1 miles from Alpine CD1 to the WOC 2.3-mile fuel gas pipeline (WOC to WPF) 0.9-mile freshwater pipeline (various) 2.3-mile treated water pipeline (WOC to WPF) |
| Total miles of pipeline alignment without a parallel road (i.e., greater than 1,000 feet of separation) | 38.3 | 42.4 | 45.2 | 35.7 |
| VSMs | Approximately 13,000 total VSMs with a 0.8-acre disturbance footprint | Approximately 13,000 total VSMs with a 0.8-acre disturbance footprint | Approximately 13,700 total VSMs with a 0.9-acre disturbance footprint | Approximately 12,000 total VSMs with a 0.8-acre disturbance footprint |
| Pipeline VSMs below ordinary high water (number) | 12 | 22 | 12 | 108 |
| Gravel roads | 37.4 miles (261.8 total acres, including vehicle turnouts) total connecting drill sites to the WPF, WOC, airstrip access road, water source access roads, and GMT-2 Eight vehicle turnouts with subsistence/tundra access ramps (3.0 acres total) | 35.4 miles (243.6 total acres, including vehicle turnouts) total connecting: BT5, BT3, CFWR, South Airstrip access road, and South WOC to the WPF; and WPF to GMT-2 BT1, BT2, and BT4, water source access road, North Airstrip access road, and the North WOC Eight vehicle turnouts with subsistence/tundra access ramps (3.0 acres total) | 27.2 miles (189.6 total acres, including vehicle turnouts) total connecting four drill sites to BT3/WPF, WOC, airstrip access road, and water source access roads; there would be no gravel road connection to GMT-2 Six vehicle turnouts with subsistence/tundra access ramps (2.2 acres total) | 30.2 miles (218.0 total acres, including vehicle turnouts) total connecting drill sites to the WPF, WOC, airstrip access road, water source access roads, and GMT-2 Seven vehicle turnouts with subsistence/tundra access ramps (2.6 acres total) |
| Bridges | Seven total bridges: Judy (Iqalliqpik) Creek, Judy (Kayyaaq) Creek, Fish Creek, Willow Creek 2, Willow Creek 4, Willow Creek 4A, and Willow Creek 8 | Six total bridges: Judy (Kayyaaq) Creek, Fish Creek, Willow Creek 2, Willow Creek 4, Willow Creek 4A, Willow Creek 8 | Six total bridges: Judy (Iqalliqpik) Creek, Judy (Kayyaaq) Creek, Fish Creek, Willow Creek 4, Willow Creek 4A, and Willow Creek 8 | Six total bridges: Judy (Iqalliqpik) Creek, Judy (Kayyaaq) Creek, Fish Creek, Willow Creek 2, Willow Creek 4, and Willow Creek 8 |

| Project Component | Alternative B: Proponent's Project | Alternative C: Disconnected Infield Roads | Alternative D: Disconnected Access | Alternative E: Three-Pad Alternative (Fourth Deferred) |
|---|---|---|---|---|
| Bridge piles below ordinary high water (number) | 36 total: 16 at Judy (Iqalliqpik) Creek 4 at Judy (Kayyaaq) Creek 16 at Fish Creek | 20 total: 4 at Judy (Kayyaaq) Creek 16 at Fish Creek | 36 total: 16 at Judy (Iqalliqpik) Creek 4 at Judy (Kayyaaq) Creek 16 at Fish Creek | 36 total: 16 at Judy (Iqalliqpik) Creek 4 at Judy (Kayyaaq) Creek 16 at Fish Creek |
| Culverts or culvert batteries (number) | 11 | 10 | 8 | 9 |
| Cross-drainage culverts (number) | 197 | 187 | 144 | 159 |
| Airstrip | 5,700 × 200–foot airstrip and apron (42.2 acres total); would also require airstrip access road | Two airstrips (87.6 acres total): North Airstrip: 5,700 × 200–foot airstrip and apron (43.8 acres total); would also require an airstrip access road South Airstrip: 5,700 × 200–foot airstrip and apron (43.8 acres total); would also require an airstrip access road | 5,700 × 200–foot airstrip and apron (44.6 acres total); would also require an airstrip access road | 5,700 × 200–foot airstrip and apron (42.2 acres total); would also require airstrip access road |
| Boat ramps | Three boat ramps (5.9 acres total): 1.8 acres at Ublutuoch (Tiŋmiaqsiuġvik) River 2.0 acres at Judy (Iqalliqpik) Creek 2.1 acres at Fish Creek | 1.8 acres at Ublutuoch (Tiŋmiaqsiuġvik) River | 1.8 acres at Ublutuoch (Tiŋmiaqsiuġvik) River | Three boat ramps (5.9 acres total): 1.8 acres at Ublutuoch (Tiŋmiaqsiuġvik) River 2.0 acres at Judy (Iqalliqpik) Creek 2.1 acres at Fish Creek |
| Oliktok Dock modifications | Modifications to the existing dock include adding structural components and a gravel ramp within the existing developed footprint 2.5 acres of screeding at Oliktok Dock 9.6 acres of screeding at the barge lightering area | Modifications to the existing dock include adding structural components and a gravel ramp within the existing developed footprint 2.5 acres of screeding at Oliktok Dock 9.6 acres of screeding at the barge lightering area | Modifications to the existing dock include adding structural components and a gravel ramp within the existing developed footprint 2.5 acres of screeding at Oliktok Dock 9.6 acres of screeding at the barge lightering area | Modifications to the existing dock include adding structural components and a gravel ramp within the existing developed footprint 2.5 acres of screeding at Oliktok Dock 9.6 acres of screeding at the barge lightering area |
| Ice roads | Approximately 495.2 total miles (3,590.7 total acres) over nine construction seasons (Year 1 through Year 9) | Approximately 650.1 total miles (4,411.6 total acres) 574.5 miles (4,090.3 acres) over nine construction seasons (Year 1 through Year 9) 3.6 miles (15.3 acres) of annual resupply ice road (Year 10 to Year 30; 75.6 total miles; 321.3 total acres) | Approximately 962.4 total miles (5,893.4 total acres) 699.9 miles (4,780.4 acres) over 10 construction seasons (Year 1 to Year 10) 12.5 miles (55.7 acres) of annual resupply ice road (Year 10 to Year 31; 262.5 total miles; 1,113.0 total acres) | Approximately 431.2 total miles (3,166.2 total acres) over eight construction seasons (Year 1 through Year 8) |

| Project Component | Alternative B: Proponent's Project | Alternative C: Disconnected Infield Roads | Alternative D: Disconnected Access | Alternative E: Three-Pad Alternative (Fourth Deferred) |
|---|---|---|---|---|
| Total footprint and gravel fill volume[a] | 484.0-acre gravel footprint using 4.9 million cy of gravel fill and 317,000 cy of native fill 119.4-acre gravel mine site excavation 16.4-acre excavation at the CFWR 12.1-acre screeding area | 545.9-acre gravel footprint using 5.8 million cy of gravel fill and 387,000 cy of native fill 189.8-acre gravel mine site excavation 16.4-acre excavation at the CFWR 12.1-acre screeding area | 482.8-acre gravel footprint using 5.9 million cy of gravel fill and 387,000 cy of native fill 189.8-acre gravel mine site excavation 16.4-acre excavation at the CFWR 12.1-acre screeding area | 428.4-acre gravel footprint using 4.4 million cy of gravel fill and 292,000 cy of native fill 115.0-acre gravel mine site excavation 12.1-acre screeding area |
| Gravel source | Two mine site cells (119.4 total acres) in Tiŋmiaqsiuġvik area (Mine Site Area 1 would be 90.5 acres and Mine Site Area 2 would be 28.9 acres) | Two mine site cells (189.8 total acres) in Tiŋmiaqsiuġvik area (Mine Site Area 1 would be 109.3 acres and Mine Site Area 2 would be 80.5 acres) | Two mine site cells (189.8 total acres) in Tiŋmiaqsiuġvik area (Mine Site Area 1 would be 109.3 acres and Mine Site Area 2 would be 80.5 acres) | Two mine site cells (115.0 total acres) in Tiŋmiaqsiuġvik area (Mine Site Area 1 would be 86.1 acres and Mine Site Area 2 would be 28.9 acres) |
| Total freshwater use | 1,662.4 million gallons over the life of the Project (30 years) | 1,914.3 million gallons over the life of the Project (30 years) | 2,286.3 million gallons over the life of the Project (30 years) | 1,478.7 million gallons over the life of the Project (30 years) |
| Ground traffic (number of trips)[b,c] | 3,188,910 | 4,212,510 | 4,376,890 | 3,145,870 |
| Fixed-wing air traffic[b,d] | 12,101 total flights Willow: 11,809 Alpine: 292 | 19,574 total flights South Willow: 13,201 North Willow: 6,081 Alpine: 292 | 19,038 total flights Willow: 15,387 Alpine: 3,651 | 11,983 total flights Willow: 11,691 Alpine: 292 |
| Helicopter air traffic[b,e] | 2,421 total flights Willow: 2,321 Alpine: 100 | 2,910 total flights South Willow: 2,421 North Willow: 357 Alpine: 132 | 2,503 total flights Willow: 2,403 Alpine: 100 | 2,421 total flights Willow: 2,321 Alpine: 100 |
| Marine traffic (number of trips)[b,f] | 319 total trips Sealift barges: 24 Tugboats: 37 Support vessels: 258 | 319 total trips Sealift barges: 24 Tugboats: 37 Support vessels: 258 | 319 total trips Sealift barges: 24 Tugboats: 37 Support vessels: 258 | 280 total trips Sealift barges: 21 Tugboats: 34 Support vessels: 225 |
| Project duration | 30 years (9 years of construction) | 30 years (9 years of construction) | 31 years (10 years of construction) | 30 years (8 years of construction) |
| Infrastructure in special areas | Colville River Special Area: 1.0 mile of gravel road (8.1 acres); 1.4 miles of pipelines Teshekpuk Lake Special Area: 10.8 miles of gravel road and gravel pads (106.3 acres total); 11.4 miles of pipeline | Colville River Special Area: 1.0 mile of gravel road (8.1 acres); 1.4 miles of pipelines Teshekpuk Lake Special Area: 12.5 miles of gravel road and gravel pads (179.6 acres total); 12.2 miles of pipeline | Colville River Special Area: gravel pad (0.5 acre); 1.4 miles of pipelines Teshekpuk Lake Special Area: 11.1 miles of gravel road and gravel pads (108.4 acres total); 11.4 miles of pipeline | Colville River Special Area: 1.0 mile of gravel road (7.6 acres); 1.3 miles of pipelines Teshekpuk Lake Special Area: 5.0 miles of gravel road and gravel pads (61.2 acres total); 4.9 miles of pipeline |
| Fish-bearing waterbody setback overlap (ROP E-2) | 2.2 acres of gravel footprint, 0.2 mile of gravel road, and 1.7 miles of pipelines | 4.0 acre of gravel footprint, 0.2 mile of gravel road, and 1.9 miles of pipelines | 2.9 acres of gravel footprint, 0.2 mile of gravel road, and 1.7 miles of pipelines | 7.3 acres of gravel footprint, 0.1 mile of gravel road, and 3.0 miles of pipelines |
| Less than 500-foot pipeline-road separation (ROP E-7) | 24.0 miles of pipelines and road with less than 500 feet of separation | 22.7 miles of pipelines and road with less than 500 feet of separation | 23.0 miles of pipelines and roads with less than 500 feet of separation | 21.6 miles of pipelines and road with less than 500 feet of separation |

Case 3:23-cv-00058-SLG    Document 43-3    Filed 03/24/23    Page 82 of 86

| Project Component | Alternative B: Proponent's Project | Alternative C: Disconnected Infield Roads | Alternative D: Disconnected Access | Alternative E: Three-Pad Alternative (Fourth Deferred) |
|---|---|---|---|---|
| Yellow-billed loon setback overlap (ROP E-11) | 10.8 acres of gravel infrastructure and 1.7 miles of pipelines within 0.5 mile of a nest 52.7 acres of gravel infrastructure and 7.6 miles of pipelines within 1,625 feet of lakes with yellow-billed loon occupancy | 3.8 acres of gravel infrastructure and 1.7 miles of pipelines within 0.5 mile of a nest 44.4 acres of gravel infrastructure and 7.5 miles of pipelines within 1,625 feet of lakes with yellow-billed loon occupancy | 10.2 acres of gravel infrastructure and 1.7 miles of pipelines within 0.5 mile of a nest 39.9 acres of gravel infrastructure and 9.8 miles of pipelines within 1,625 feet of lakes with yellow-billed loon occupancy | 9.4 acres of gravel infrastructure and 1.2 miles of pipelines within 0.5 mile of a nest 44.1 acres of gravel infrastructure and 5.8 miles of pipelines within 1,625 feet of lakes with yellow-billed loon occupancy |
| River setback overlap (LS K-1) | Colville River: 0.0 acre of gravel infrastructure and 0.0 mile of pipelines Fish Creek: 12.2 acres of gravel infrastructure and 1.6 miles of pipelines Judy (Kayyaaq) Creek: 18.7 acres of gravel infrastructure and 6.2 miles of pipelines Ublutuoch (Tiŋmiaqsiuġvik) River: 25.2 acres of gravel infrastructure and 0.0 mile of pipelines | Colville River: 0.0 acre of gravel infrastructure and 0.0 mile of pipelines Fish Creek: 12.9 acres of gravel infrastructure and 1.5 miles of pipelines Judy (Kayyaaq) Creek: 1.1 acres of gravel infrastructure and 6.2 miles of pipelines Ublutuoch (Tiŋmiaqsiuġvik) River: 32.3 acres of gravel infrastructure and 0.0 mile of pipelines | Colville River: 0.0 acre of gravel infrastructure and 0.0 mile of pipelines Fish Creek: 12.6 acres of gravel infrastructure and 1.6 miles of pipelines Judy (Kayyaaq) Creek: 16.7 acres of gravel infrastructure and 6.2 miles of pipelines Ublutuoch (Tiŋmiaqsiuġvik) River: 32.3 acres of gravel infrastructure and 0.0 mile of pipelines | Colville River: 0.0 acre of gravel infrastructure and 0.0 mile of pipelines Fish Creek: 18.7 acres of gravel infrastructure and 1.7 miles of pipelines Judy (Kayyaaq) Creek: 21.2 acres of gravel infrastructure and 6.5 miles of pipelines Ublutuoch (Tiŋmiaqsiuġvik) River: 25.2 acres of gravel infrastructure and 0.0 mile of pipelines |
| Deepwater lake setback overlap (LS K-2) | 3.2 acres of gravel infrastructure and 0.0 mile of pipelines; 14.5 acres of the constructed freshwater reservoir would be within the setback and 1.4 acres of the reservoir connection would be within the lake | 3.2 acres of gravel infrastructure and 0.0 mile of pipelines; 14.5 acres of the constructed freshwater reservoir would be within the setback and 1.4 acres of the reservoir connection would be within the lake | 3.2 acres of gravel infrastructure and 1.5 miles of pipelines; 14.5 acres of the constructed freshwater reservoir would be within the setback and 1.4 acres of the reservoir connection would be within the lake | 2.4 acres of gravel infrastructure and 0.2 mile of pipelines |

Note: BT1 (Bear Tooth drill site 1); BT2 (Bear Tooth drill site 2); BT3 (Bear Tooth drill site 3); BT4 (Bear Tooth drill site 4); BT5 (Bear Tooth drill site 5); CD1 (Alpine CD1); CD4N (Alpine CD4N); CFWR (constructed freshwater reservoir); GMT-2 (Greater Mooses Tooth 2); HDD (horizontal directional drilling); LS (lease stipulation); MG (million gallons); MTI (module transfer island); Q1 (first quarter); Q2 (second quarter); ROP (required operating procedure); VSM (vertical support member); WPF (Willow Processing Facility); WOC (Willow Operations Center). Ground trips are defined as one-way; a single flight is defined as a landing and subsequent takeoff; and a single vessel trip is defined as a docking and subsequent departure.
[a] Values may not sum to totals due to rounding.
[b] Total traffic is for the life of the Project (approximately 30 years) (Alternative B and C, 30 years; Alternative D, 31 years) and does not include any reclamation activity.
[c] Number of trips includes buses, light commercial trucks, short-haul trucks, passenger trucks, and other miscellaneous vehicles. Construction ground traffic also includes gravel hauling (e.g., B-70/Maxi Haul dump trucks).
[d] Flights outlined are additional flights required beyond projected travel to/from non-Project airports (e.g., Anchorage, Fairbanks, Deadhorse); includes C-130, Twin Otter/CASA, Cessna, and DC-6 or similar aircraft.
[e] Typical helicopters include A-Star and 206 Long Ranger models, although other similar types of helicopters may be used. Includes support for ice road construction, pre-staged boom deployment, hydrology and other environmental studies, and agency inspection during all phases of the Project.
[f] Includes crew bats, tugboats supporting sealift barges, screeding barges, and other support vessels.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 83 of 86

**Table 2.7.2. Summary Comparison of Module Delivery Options**

| Component | Option 1: Atigaru Point Module Transfer Island | Option 2: Point Lonely Module Transfer Island | Option 3: Colville River Crossing |
|---|---|---|---|
| Gravel footprint (acres) | 12.8 | 13.0 | 5.0 |
| Gravel fill volume (cubic yards) | 397,000 | 446,000 | 118,700 |
| Screeding footprint | 14.5 total acres<br>4.9 acres adjacent to dock face<br>9.6 acres at the barge lightering area | 14.5 total acres<br>4.9 acres adjacent to dock face<br>9.6 acres at the barge lightering area | No additional screeding needed beyond activity for action alternatives described in Section 2.5.3.4, *Sealift Barge Delivery to Oliktok Dock* |
| Ice roads | 110.8 total miles (795.0 total acres)<br>Gravel haul: 35.2 miles on tundra; 2.4 miles on sea ice<br>Module delivery: 68.4 total miles on tundra; 4.8 miles on sea ice over two module delivery seasons[a] | 225.2 total miles (1,551.9 total acres)<br>Gravel haul: 77.4 miles on tundra; 0.6 mile on sea ice<br>Module delivery: 146.0 total miles on tundra; 1.2 miles on sea ice over two module delivery seasons[a] | 80.2 total miles (583.2 total acres)[b] |
| Single-season ice pads | 118.9 total acres | 195.2 total acres | 83.4 total acres |
| Multi-season ice pads | Three 10.0-acre multi-season ice:<br>One at BT1<br>One near Atigaru Point<br>One midway between Atigaru Point and BT1 | Three 10.0-acre multi-season ice pads:<br>One at BT1<br>Two along ice road between BT1 and Point Lonely | NA |
| Sealift delivery schedule (years) | Alternative B: Year 4 and Year 6<br>Alternative C: Year 4 and Year 6<br>Alternative D: Year 5 and Year 7 | Alternative B: Year 4 and Year 6<br>Alternative C: Year 4 and Year 6<br>Alternative D: Year 5 and Year 7 | Alternative B: Year 4 and Year 6<br>Alternative C: Year 4 and Year 6<br>Alternative D: Year 5 and Year 7 |
| Module mobilization (years) | Alternative B: Year 5 and Year 7<br>Alternative C: Year 5 and Year 7<br>Alternative D: Year 6 and Year 8 | Alternative B: Year 5 and Year 7<br>Alternative C: Year 5 and Year 7<br>Alternative D: Year 6 and Year 8 | Alternative B: Year 5 and Year 7<br>Alternative C: Year 5 and Year 7<br>Alternative D: Year 6 and Year 8 |
| Total freshwater usage (MG) | 307.9[a] | 572.0[a] | 257.2[b] |
| Total seawater usage (MG) | 376.0 | 185.0 | 8.0 |
| Ground traffic (number of trips)[c] | 2,306,110 | 3,196,450 | 535,160 |
| Fixed-wing traffic (number of trips)[d] | 326 total flights<br>  Willow: 205<br>  Alpine: 25<br>  Atigaru: 96 | 326 total flights<br>  Willow: 205<br>  Alpine: 25<br>  Point Lonely: 96 | 70 total flights<br>  Alpine: 28<br>  Kuparuk: 42 |
| Helicopter traffic (number of trips)[e] | 450 total flights<br>  Willow: 435<br>  Alpine: 15 | 450 total flights<br>  Willow: 435<br>  Alpine: 15 | 16 total flights to/from Alpine |
| Marine traffic (number of trips)[f] | 284 total trips<br>  Sealift barges: 9<br>  Tugboats: 16<br>  Support vessels: 259 | 284 total trips<br>  Sealift barges: 9<br>  Tugboats: 16<br>  Support vessels: 259 | 85 total trips<br>  Sealift barges: 9<br>  Tugboats: 16<br>  Support vessels: 60 |
| Construction camps (100-person capacity) | Camp for winter ice road construction (each ice road year) on a multi-season ice pad<br>Camp for module off-load and transport on a multi-season ice pad at Atigaru Point<br>Camp for summer construction and module receipt would be located on a barge (i.e., Floatel) at the module transfer island | Camp for winter ice road construction (each ice road year) on the existing gravel pad<br>Camp for module off-load and transport at Point Lonely on the existing gravel pad<br>Camp for summer construction and module receipt at Point Lonely on the existing gravel pad | Camp for winter ice road construction (each ice road year) on a single-season ice pad |

Note: BT1 (Bear Tooth drill site 1); MG (million gallons); NA (not applicable). Traffic trips are defined as one-way; a single flight is defined as a landing and subsequent takeoff; and a single vessel trip is defined as a docking and subsequent departure.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 84 of 86

[a] Alternative D would require an additional 2.7 miles of 60-foot-wide heavy-haul ice road to reach the Willow Processing Facility gravel pad for each year of module mobilization. This additional ice road would require an additional 6.7 MG of freshwater for each year of module mobilization (13.4 MG of freshwater).
[b] Alternative D would require an additional 13.1-mile-long, 60-foot-wide heavy-haul ice road for module transport between the Project area and Greater Mooses Tooth 2. This ice road would require an additional 32.7 MG of freshwater for each year of module mobilization (65.4 MG of total additional freshwater).
[c] Includes buses, light commercial trucks, short-haul trucks, passenger trucks, and other miscellaneous vehicles. Ground transportation also includes gravel hauling operations (i.e., B-70/Maxi Haul dump trucks) and module delivery (i.e., self-propelled module transporters).
[d] Flights outlined are additional flights required beyond projected travel to/from non-Project airports (e.g., Anchorage, Fairbanks, Deadhorse) and include flights to the Alpine and Willow airstrips. Fixed-wing aircraft includes C-130, DC-6, Twin Otter/CASA, Cessna, or similar.
[e] Includes support for ice road construction, pre-staged boom deployment, hydrology and other environmental studies, and agency inspection during all phases of the Project. Typical helicopters include A-Star and 206 Long Ranger models, although other similar types of helicopters may be used.
[f] Includes crew boats, tugboats supporting sealift barges, and other support vessels.

Case 3:23-cv-00058-SLG   Document 43-3   Filed 03/24/23   Page 85 of 86

This page intentionally left blank.