Jon W. Katchen ABA No. 0411111
William R. Crowther, ABA No. 2211097
HOLLAND & HART LLP
420 L Street, Suite 550
Anchorage, Alaska 99501
Telephone: (907) 865-2600
Facsimile: (907) 865-2680
jwkatchen@hollandhart.com
wrcrowther@hollandhart.com

*Attorneys for United States Senator Lisa Murkowski, Senator Dan Sullivan, Representative Mary Sattler Peltola, and the Alaska State Legislature*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN INUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>        Defendants,<br>  and<br><br>CONOCOPHILLIPS ALASKA, INC. *et al.*<br><br>        Intervenor-Defendants. | No. 3:23-cv-00058-SLG |

**ALASKA CONGRESSIONAL DELEGATION'S AND ALASKA STATE LEGISLATURE'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS' AND INTERVENOR-DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Lisa Murkowski, Dan Sullivan, Mary Sattler Peltola, and the Alaska State Legislature (collectively "Alaska Elected Officials Amici") respectfully move this Court for leave to file the accompanying *amicus curiae* brief in support of Defendants' and Intervenor-Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction filed in the above-captioned matter on March, 24 2023. The Amici seek to address the public interests at stake in the approval of the Willow Project.

Counsel for the Alaska Elected Officials Amici contacted counsel of record for all parties to seek their consent for the filing of the accompanying amicus curiae brief. Counsel for Defendants took no position on this motion. Counsel for Intervenor-Defendants ConocoPhillips Alaska, Inc., North Slope Borough, and State of Alaska do not oppose this motion. Counsel for Intervenor-Defendants Kuukpik Corporation and Arctic Slope Regional Corporation have not responded by the time of filing. Counsel for Plaintiffs do not oppose this motion.

### A. Alaska Elected Officials Amici's Interest in This Case

Alaska Elected Officials Amici are the representatives of the people of Alaska. Both the Alaska Congressional Delegation and the Alaska State Legislature have been chosen by the people of Alaska to be their voice in government. As the representatives of all Alaskans, the Amici have a strong interest in providing the court with relevant briefing on the public interests affected by a temporary restraining order or a preliminary injunction that would halt the Willow project.

MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF
*Sovereign Inupiat for a Living Arctic et al. v. BLM, et al.;* Case No. 3:23-cv-00058-SLG
Page 2 of 5

Case 3:23-cv-00058-SLG   Document 49   Filed 03/24/23   Page 2 of 5

### B. Amicus Briefing on the Public Interest is Desirable

In order for a preliminary injunction to be granted, the injunction must be in the public interest.[1] As the representatives of Alaska in Federal and State government, Alaska Elected Officials Amici are well placed to provide relevant briefing on the public interests at stake in the approval of the Willow Project. The Ninth Circuit has recognized, "[t]he district court has broad discretion to appoint amici curiae,"[2] and this Court has stated that "[a]micus briefs are frequently welcome . . . concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide."[3] This decision will have ramifications for all Alaskans, and the Amici are uniquely placed to evaluate the many public interests at stake. Amicus briefing on the public interest issue is desirable here.

Alaska Elected Officials Amici file this Motion and accompanying *amicus curiae* brief on March 24, 2023, the same day that the Defendants and the Intervenor-Defendants file their response briefs in opposition to the pending preliminary injunction motions.

### CONCLUSION

For the reasons set forth above, Alaska Elected Officials Amici respectfully request that the Court grant leave to file the accompanying *amicus curiae* brief in support of the

---

[1] *Winter v. NRDC*, 555 U.S. 7, 20 (2008).

[2] *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982) (overruled on other grounds).

[3] *Southcentral Found. v. Alaska Native Tribal Health Consortium*, 2022 WL 1184079, at *2 (D. Alaska 2022) (citation and quotation marks omitted).

MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF
*Sovereign Inupiat for a Living Arctic et al. v. BLM, et al.;* Case No. 3:23-cv-00058-SLG
Page 3 of 5

Case 3:23-cv-00058-SLG   Document 49   Filed 03/24/23   Page 3 of 5

Defendant's and Intervenor-Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction

Dated this 24th day of March, 2023.

/s/Jonathan W. Katchen
Jon W. Katchen ABA No. 0411111
William R. Crowther, ABA No. 2211097
HOLLAND & HART LLP
420 L Street, Suite 550
Anchorage, Alaska 99501
Telephone: (907) 865-2600
Facsimile: (907) 865-2680
jwkatchen@hollandhart.com
wrcrowther@hollandhart.com

*Attorneys for United States Senator Lisa Murkowski, Senator Dan Sullivan, Representative Mary Sattler Peltola, and the Alaska State Legislature*

MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF
*Sovereign Inupiat for a Living Arctic et al. v. BLM, et al.;* Case No. 3:23-cv-00058-SLG
Page 4 of 5

Case 3:23-cv-00058-SLG   Document 49   Filed 03/24/23   Page 4 of 5

## CERTIFICATE OF SERVICE

I hereby certify on March 24, 2023, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification and electronic service of the same to all counsel of record.

        HOLLAND & HART LLP

        */s/ Jonathan W. Katchen*

MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF
*Sovereign Inupiat for a Living Arctic et al. v. BLM, et al.;* Case No. 3:23-cv-00058-SLG
Page 5 of 5

Case 3:23-cv-00058-SLG   Document 49   Filed 03/24/23   Page 5 of 5