TREG TAYLOR
ATTORNEY GENERAL

Mary Hunter Gramling (Alaska Bar No. 1011078)
Chief Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2417
Email: mary.gramling@alaska.gov

*Attorney for State of Alaska*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA INC., *et al.* <br><br> Intervenor-Defendants | Case No.: 3:23-cv-00058-SLG <br><br> **STATE OF ALASKA'S ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

Under Rules 8 and 24(c) of the Federal Rules of Civil Procedure, Intervenor-Defendant State of Alaska (State) responds as follows to Plaintiffs' Complaint, ECF No. 1 (Complaint):

# GENERAL DENIAL

Intervenor-Defendant State denies any allegations of the Complaint, whether express or implied, including any allegations reflected in the Complaint's section headings, that are not specifically admitted, denied, or qualified herein. State will supplement this pleading with an answer that responds paragraph-by-paragraph to the allegations in Plaintiffs' Complaint.

# AFFIRMATIVE DEFENSES

Intervenor-Defendant State asserts the following affirmative defenses:

1. Plaintiffs have failed to state a claim for which relief may be granted.

2. Plaintiffs lack standing to bring their claims.

3. This Court lacks jurisdiction over some or all of plaintiffs' claims.

4. Some or all of plaintiffs' claims are barred by the doctrines of ripeness, laches, res judicata, collateral estoppel, or exhaustion of administrative remedies.

5. Some or all of plaintiffs' claims are barred by the applicable statute of limitations.

6. Intervenor-Defendant State reserves the right to amend or supplement these affirmative defenses as appropriate.

Intervenor-Defendant SOA, having answered the allegations contained in plaintiffs' Complaint, respectfully requests that this Court enter a judgment dismissing the Complaint with prejudice, and awarding such other and further relief as may be just and warranted.

DATED: April 3, 2023.

                TREG TAYLOR
                ATTORNEY GENERAL

        By:  /s/Mary Hunter Gramling
              Mary Hunter Gramling
              Chief Assistant Attorney General
              Alaska Bar No. 1011078
              Department of Law
              PO Box 110300
              Juneau, AK 99811-0300
              Phone: (907) 465-3600
              Facsimile: (907) 465-2417
              Email: mary.gramling@alaska.gov
              Attorney for State of Alaska

## CERTIFICATE OF SERVICE

I certify that on April 3, 2023, the foregoing **STATE OF ALASKA'S ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** was served on all registered partied via the CM/ECF electronic distribution system.

/s/Mary Hunter Gramling
Mary Hunter Gramling, Chief Assistance Attorney General

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*     Case No.: 3:23-cv-00058-SLG
State of Alaska's Answer     Page 3 of 3
Case 3:23-cv-00058-SLG   Document 73   Filed 04/03/23   Page 3 of 3