# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:23-cv-00058-SLG

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/14/2023

Date of judgment or order you are appealing: 04/03/23

Docket entry number of judgment or order you are appealing: 74

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes  ◯ No  ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, ALASKA WILDERNESS LEAGUE, ENVIRONMENT AMERICA, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY

Is this a cross-appeal?  ◯ Yes  ⦿ No
If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ◯ Yes  ⦿ No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

Trustees for Alaska

121 W. Fireweed Lane, Suite 105

City: Anchorage  State: AK  Zip Code: 99503

Prisoner Inmate or A Number (if applicable):

**Signature** s/Suzanne Bostrom  **Date** Apr 3, 2023

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                  Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Sovereign Iñupiat for a Living Arctic, Alaska Wilderness League, Northern Alaska Environmental Center, The Sierra Club, and The Wilderness Society |

Name(s) of counsel (if any):

| |
|---|
| Bridget Psarianos, Suzanne Bostrom, Brook Brisson |

Address: 121 W. Fireweed Ln., Suite 105, Anchorage, AK 99503
Telephone number(s): 907-433-2011, 907-433-2015, 907-433-2012
Email(s): bpsarianos@trustees.org, sbostrom@trustees.org, bbrisson@trustees.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Bureau of Land Management, U.S. Fish & Wildlife Service, U.S. Department of the Interior |

Name(s) of counsel (if any):

| |
|---|
| Paul Turcke, Rickey Turner |

Address: 950 Pennsylvania Avenue, NW Washington, DC 20530
Telephone number(s): 202-532-5994
Email(s): paul.turcke@usdoj.gov; Rickey.Turner@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

ConocoPhillips Alaska, Inc.

Name(s) of counsel (if any):

Ryan P. Steen, Jason T. Morgan, Whitney A. Brown

Address: 600 University Street, Suite 3600, Seattle, WA 98101

Telephone number(s): 206-624-0900

Email(s): ryan.steen@stoel.com, jason.morgan@stoel.com, whitney.brown@stoel

Name(s) of party/parties:

Arctic Slope Regional Corporation

Name(s) of counsel (if any):

Stacey Bosshardt, Eric Fjelstad

Address: 700 Thirteenth Street, N.W., Suite 800, Washington, D.C. 20005

Telephone number(s): 202-654-6200, 907-279-8561

Email(s): SBosshardt@perkinscoie.com, EFjelstad@perkinscoie.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                         *2*                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

North Slope Borough

Name(s) of counsel (if any):

Tyson C. Kade, Jonathan D. Simon, Melinda L. Meade Meyers, Charlene Koski

Address: 1050 Thomas Jefferson Street, NW Washington, DC 20007

Telephone number(s): 202-298-1800, 206-623-9372

Email(s): tck@vnf.com, jxs@vnf.com, mmeademeyers@vnf.com, cbk@vnf.com

Name(s) of party/parties:

Kuukpik Corporation

Name(s) of counsel (if any):

Patrick W. Munson, Charles A. Cacciola

Address: 911 W. 8th Avenue, Suite 302, Anchorage, AK 99501

Telephone number(s): 907-272-8401

Email(s): pmunson@bcfaklaw.com, ccacciola@bcfaklaw.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　*2*　　　　　　　　　　　New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

State of Alaska

Name(s) of counsel (if any):

Mary Hunter Gramling

Address: State of Alaska Department of Law P.O. Box 110300 Juneau, AK 99811

Telephone number(s): 907-465-3600

Email(s): mary.gramling@alaska.gov

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  *2*  *New 12/01/2018*