Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA
121 W. Fireweed Lane, Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
bpsarianos@trustees.org
sbostrom@trustees.org
bbrisson@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et al.*, <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., *et al.* <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00058-SLG |

**MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTION FOR AN INJUNCTION PENDING APPEAL**
(Local Civil Rule 7.3(a))

Mot. to Expedite Consideration of Pls.' Mot. for Inj. Pending Appeal
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:23-00058-SLG  Page 1

Pursuant to Local Civil Rule 7.3(a), Plaintiffs move this Court to expedite consideration of their Motion for an Injunction Pending Appeal, filed concurrently. Plaintiffs respectfully request a ruling on the Motion by April 5, 2023, at 12:00 p.m. to halt ConocoPhillips Alaska, Inc.'s (ConocoPhillips) ground-disturbing activities for 14 days to allow Plaintiffs to seek review of this Court's Order Re Motions for Temporary Restraining Order and Preliminary Injunction (ECF No. 74). Plaintiffs filed a Notice of Appeal of that Order yesterday (ECF No. 75). This Court previously expedited consideration of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction. *See* Order Re Pending Motions and Briefing Schedule for Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 32).

Plaintiffs' counsel conferred with counsel for ConocoPhillips regarding construction. Counsel for ConocoPhillips stated that surface-disturbing work at the gravel mine site has already begun and will proceed as originally planned.

Based on the foregoing and to avoid irreparable harm, Plaintiffs have determined that it is necessary to seek review of this Court's order denying the preliminary injunction and, therefore, seek an injunction pending appeal from this Court, filed concurrently, pursuant to Federal Rule of Civil Procedure 62(d) and Federal Rule of Appellate Procedure 8(a)(1)(C). Time is also of the essence with regard to the Motion because ConocoPhillips has begun ground-disturbing activities that will cause irreparable harm to Plaintiffs and their members and supporters.

Mot. to Expedite Consideration of Pls.' Mot. for Inj. Pending Appeal
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:23-00058-SLG        Page 2

Plaintiffs respectfully request the court grant this motion to expedite and endeavor to issue a decision on the Motion for an Injunction Pending Appeal by no later than April 5, 2023, at 12:00 p.m. Federal Defendants and Intervenor-Defendants ConocoPhillips, North Slope Borough, Kuukpik Corporation, Arctic Slope Regional Corporation, and the State of Alaska take no position on this motion.

Respectfully submitted this 4th day of April, 2023.

    s/ Suzanne Bostrom
Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*

Mot. to Expedite Consideration of Pls.' Mot. for Inj. Pending Appeal
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:23-00058-SLG      Page 3

Case 3:23-cv-00058-SLG   Document 77   Filed 04/04/23   Page 3 of 4

## Certificate of Service

      I certify that on April 4, 2023, I caused a copy of the MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTION FOR AN INJUNCTION, PENDING APPEAL and [PROPOSED] ORDER to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case.

                                                 s/ Suzanne Bostrom
                                                 Suzanne Bostrom

Mot. to Expedite Consideration of Pls.' Mot. for Inj. Pending Appeal
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:23-00058-SLG                                             Page 4

Case 3:23-cv-00058-SLG   Document 77   Filed 04/04/23   Page 4 of 4