Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA
121 W. Fireweed Lane, Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
Fax: (907) 276-7110
bpsarianos@trustees.org
sbostrom@trustees.org
bbrisson@trustees.org

*Attorneys for Plaintiffs*

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et al.*, <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00058-SLG |

**NOTICE REGARDING TRANSCRIPTS**
**(Fed. R. Appellate Procedure 10(b)(1)(B) and Ninth Circuit Rule 10-3.1(c))**

Notice re: Transcripts
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:23-cv-00058-SLG  Page 1

Plaintiffs Sovereign Iñupiat for a Living Arctic, Alaska Wilderness League, Environment America, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society (collectively "SILA") provide notice pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B) and Circuit Rule 10-3.1(c) that no transcripts will be ordered for the pending appeal. There were no oral proceedings in the District Court; as a result, all parties agree that no transcripts are necessary.

Respectfully submitted this 11th day of April 2023.

s/ Bridget Psarianos
Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
Trustees for Alaska

*Attorneys for Plaintiffs*

Notice re: Transcripts
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:23-cv-00058-SLG                                                                                   Page 2

Case 3:23-cv-00058-SLG   Document 80   Filed 04/11/23   Page 2 of 3

## Certificate of Service

      I certify that on April 11, 2023, I caused a copy of the NOTICE REGARDING TRANSCRIPTS to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case. Attorneys of record not registered in the CM/ECF system for this case will be served via electronic mail.

                                                 s/ Bridget Psarianos
                                                 Bridget Psarianos

Notice re: Transcripts
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:23-cv-00058-SLG                                                  Page 3

Case 3:23-cv-00058-SLG   Document 80   Filed 04/11/23   Page 3 of 3