IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et al.*, <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00058-SLG |
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et al.*, <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00061-SLG |

## **ORDER RE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Before the Court at Docket 83 in Case No. 3:23-cv-00058-SLG and Docket 93 in Case No. 3:23-cv-00061-SLG is Defendants' Unopposed Motion for Extension of Time. Upon due consideration, the motion is hereby GRANTED. IT IS ORDERED that Defendants and Intervenor-Defendants are not required to respond to the original complaints in each of these actions but shall answer or otherwise respond to each amended complaint on or before July 11, 2023. IT IS FURTHER ORDERED that Defendants shall file and serve the administrative records in the manner prescribed by Local Civil Rule 16.3, provided that the deadline for doing so shall be extended to July 7, 2023.

DATED this 16th day of May, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00058-SLG & 3:23-cv-00061-SLG; *Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* & *Center for Biological Diversity, et al.* v. BLM, *et al.*
Order re Defendants' Unopposed Motion for Extension of Time
Page 2 of 2
Case 3:23-cv-00058-SLG   Document 84   Filed 05/16/23   Page 2 of 2