UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SOVEREIGN INUPIAT FOR A LIVING ARCTIC; et al., | No.    23-35226 |
| Plaintiffs-Appellants, | D.C. No. 3:23-cv-00058-SLG District of Alaska, Anchorage |
| v. | |
| BUREAU OF LAND MANAGEMENT; et al., | ORDER |
| Defendants-Appellees, | |
| CONOCOPHILLIPS ALASKA, INC.; et al., | |
| Intervenor-Defendants-Appellees. | |

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; et al., | No.    23-35227 |
| Plaintiffs-Appellants, | D.C. No. 3:23-cv-00061-SLG |
| v. | |
| BUREAU OF LAND MANAGEMENT; et al., | |
| Defendants-Appellees, | |
| CONOCOPHILLIPS ALASKA, INC.; et al., | |
| Intervenor-Defendants-Appellees. | |

OSA159

Appellants' motions for voluntary dismissal of these appeals (Docket Entry Nos. 28, 29 in No. 23-35226; Docket Entry Nos. 30, 31 in No. 23-35227) are granted. These appeals are dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT