TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

RICKEY D. TURNER, JR. (CO Bar No. 38353)
Senior Attorney
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1373
rickey.turner@usdoj.gov

PAUL A. TURCKE (ID Bar No. 4759)
Trial Attorney
Natural Resources Section
c/o U.S. Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants, <br> and <br><br> CONOCOPHILLIPS ALASKA, INC., et al., <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00058-SLG |

*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*  Nos. 3:23-cv-00058; -61-SLG
DEFS.' NOTICE – ADMIN. RECORDS FILING     1

Case 3:23-cv-00058-SLG   Document 89   Filed 06/28/23   Page 1 of 3

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>        Defendants,<br>  and<br><br>CONOCOPHILLIPS ALASKA, INC., et al.,<br><br>        Intervenor-Defendants. | Case No. 3:23-cv-00061-SLG |

## **DEFENDANTS' NOTICE OF CONVENTIONAL FILING OF THE ADMINISTRATIVE RECORDS**

Defendants U.S. Bureau of Land Management (BLM), et al., are conventionally filing the Administrative Records on electronic media pursuant to the Court's Order Re Joint Motion to Address Scheduling (ECF No. 87 in Case No. 3:23-cv-00058, ECF No. 100 in Case No. 3:23-cv-00061), and Local Civil Rules 7.1 (General Motion Practice) and 16.3(b) (Administrative Agency Appeals). Exhibit 2 filed herewith is a declaration certifying the contents of the BLM Administrative Record. Exhibit 3 filed herewith is the BLM Administrative Record index. Exhibit 4 filed herewith is a declaration certifying the contents of the U.S. Fish and Wildlife Service (FWS) Administrative Record. Exhibit 5 filed herewith is the FWS Administrative Record index. Exhibit 6 filed herewith is a declaration certifying the contents of the National Marine Fisheries Service (NMFS) Administrative Record. Exhibit 7 filed herewith is the NMFS Administrative Record

*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*      Nos. 3:23-cv-00058; -61-SLG
DEFS.' NOTICE – ADMIN. RECORDS FILING      2

Case 3:23-cv-00058-SLG    Document 89    Filed 06/28/23    Page 2 of 3

index.  Defendants are conventionally filing the Administrative Records on electronic media by hand delivery to the Clerk's Office.  Copies of the Administrative Records on electronic media are being served on all parties' counsel by express delivery.

Respectfully submitted,

DATED:  June 28, 2023.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

RICKEY D. TURNER, JR., Senior Attorney
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1373
rickey.turner@usdoj.gov

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke

*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*   Nos. 3:23-cv-00058; -61-SLG
DEFS.' NOTICE – ADMIN. RECORDS FILING                                                          3

Case 3:23-cv-00058-SLG   Document 89   Filed 06/28/23   Page 3 of 3