# Table of Exhibits

*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*
Case No. 3:23-cv-00058-SLG
Defendants' Notice of Conventional Filing of the Administrative Records

Exhibit 1 – Table of Exhibits

Exhibit 2 – Declaration of Carrie Cecil Certifying the BLM Administrative Record

Exhibit 3 – BLM AR Index

Exhibit 4 – Declaration of Kaithryn Ott Certifying the FWS Administrative Record

Exhibit 5 – FWS AR Index

Exhibit 6 – Declaration of Anne Marie Eich Certifying the NMFS Administrative Record

Exhibit 7 – NMFS AR Index

*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*     Case No. 3:23-cv-00058-SLG
TABLE OF EXS. - DEFS.' NOTICE OF ADMIN. RECORDS FILING     1

Case 3:23-cv-00058-SLG    Document 89-1    Filed 06/28/23    Page 1 of 1