# Case Nos. 3:23-cv-00058-SLG and -00061-SLG - FWS Administrative Record Index

| | | | | FWS ADMINISTRATIVE RECORD - 2023 WILLOW BIOLOGICAL OPINION | | | |
|---|---|---|---|---|---|---|---|
| Linked File | Bates # | Pages | Date | Document Title | Description | Author | Recipients |
| FWS_46 | AR030001 | 191 | 6/16/2022 | Willow Biological Assessment Submission | Email transmitting BA and appendices | DOWL | FWS, BLM |
| FWS_47 | AR030192 | 1 | 7/7/2022 | Conoco's Role as Applicant in the BiOp Process | Email specifying CPAI role as applicant | BLM | FWS, BLM |
| FWS_48 | AR030193 | 135 | 7/7/2022 | Willow - USFWS Mtg and GIS files | Email transmitting GIS files and draft BA comments | BLM | FWS, BLM |
| FWS_49 | AR030328 | 191 | 7/7/2022 | Joint ESA Section 7 Consultation for Willow Project | Email query regarding joint consultation with USACE | BLM | USACE, FWS, DOWL, BLM |
| FWS_50 | AR030519 | 3 | 7/12/2022 | Memo re: Section 7 consultation for the Willow Project | Email transmitting proposed consultation timeline | FWS | BLM |
| FWS_51 | AR030522 | 2 | 7/13/2022 | Joint Consultation for BLM and USACE | Email query regarding action area compensatory mitigation | FWS | BLM, FWS, USACE, DOWL |
| FWS_52 | AR030524 | 3 | 7/14/2022 | RE: Joint Consultation for BLM and USACE | Email confirmation USACE use of BLM BA | USACE | FWS, BLM |
| FWS_53 | AR030527 | 3 | 7/19/2022 | Willow GIS file questions | Email requesting clarification on GIS shapefiles | FWS | DOWL, BLM |
| FWS_54 | AR030530 | 1 | 7/20/2022 | Update to BA Description of Alternative E | Email regarding consultation on the preferred alternative | BLM | FWS, BLM, DOWL |
| FWS_55 | AR030531 | 2 | 7/25/2022 | RE: Willow GIS file questions | Email transmitting updated GIS files | DOWL | FWS, BLM |
| FWS_56 | AR030533 | 3 | 8/19/2022 | Re: Willow MDP gravel footprint clarification | Email clarfiying project footprint | DOWL | FWS, BLM |
| FWS_57 | AR030536 | 284 | 8/31/2022 | File Transfer: Willow - Revised USFWS BA | Email transmitting revised BA | DOWL | FWS |
| FWS_58 | AR030820 | 11 | 9/9/2022 | Re: Questions on Updated BA | Email transmitting request for additional information | FWS | BLM, DOWL, FWS |
| FWS_59 | AR030831 | 10 | 9/13/2022 | Response to Questions and BiOp Timeline | Email transmitting BLM response to request for additional information | BLM | FWS, DOWL, BLM |
| FWS_60 | AR030841 | 6 | 9/22/2022 | FW: RE: Questions on Applicant Committed Measures | Email transmitting applicant mitigation measures | BLM | FWS, DOWL |
| FWS_61 | AR030847 | 2 | 9/27/2022 | RE: RE: Questions on Applicant Committed Measures | Email clarifying which mitigation measures to include | BLM | FWS, DOWL |
| FWS_62 | AR030849 | 179 | 10/4/2022 | Re: Response to Questions and BiOp Timeline | Email transmitting FWS draft BO | FWS | BLM, DOWL, FWS |
| FWS_63 | AR031028 | 289 | 10/27/2022 | Public Comments Related to ESA Section 7 Consultation | Email transmitting public comments | BLM | FWS, BLM |
| FWS_64 | AR031317 | 177 | 11/2/2022 | BLM Comments | Email transmitting BLM comments on draft BO | BLM | FWS, BLM |
| FWS_65 | AR031494 | 354 | 11/7/2022 | Willow MDP SEIS: Additional Materials for Consideration | Email transmitting GIS files, CPAI and BLM comments on draft BO, and project activity table | BLM | FWS, BLM, DOWL, ERC-AK |
| FWS_66 | AR031848 | 21 | 11/25/2022 | Willow draft Project Description edits | Email transmitting project description questions | FWS | BLM, DOWL |
| FWS_67 | AR031869 | 30 | 11/29/2022 | Re: Willow draft Project Description edits | Email transmitting answers to project description questions | DOWL | FWS, BLM |
| FWS_68 | AR031899 | 3 | 11/29/2022 | RE: RE: Willow draft Project Description edits | Email answer to question about effected area | DOWL | FWS, BLM |
| FWS_69 | AR031902 | 202 | 12/1/2022 | BLM review - Draft Willow BO | Email transmitting final draft BO | FWS | BLM, FWS |
| FWS_70 | AR032104 | 202 | 12/14/2022 | Willow MDP SEIS Draft BO Comments | Email transmitting BLM comments on draft BO | BLM | FWS, BLM |
| FWS_71 | AR032306 | 1 | 12/21/2022 | Willow Biological Opinion | Email providing updated on BO status | FWS | BLM, FWS |
| FWS_72 | AR032307 | 3 | 12/22/2022 | RE: Updated on Willow BO | Response to email providing update on BO status | USACE | FWS, USACE |
| FWS_73 | AR032310 | 29 | 1/10/2023 | Willow MDP Supplemental EIS Section 7: Request for Input | Email transmitting BLM memo re public comments | BLM | FWS, BLM |
| FWS_74 | AR032339 | 2 | 1/12/2023 | Fw: Changes to Willow Analysis From Version Supplied This Summer | Email forwarding explanation of updated modeling | FWS | BLM |
| FWS_75 | AR032341 | 37 | 1/12/2023 | Re: Willow MDP Supplemental EIS Section 7: Request for Input | Email responding to BLM, attachments, and 2008 SOL memo pertaining to referenced FWS position | FWS | BLM, FWS |
| FWS_76 | AR032378 | 205 | 1/13/2023 | Final Willow BO | Email tranmitting final BO | FWS | BLM, FWS |
| FWS_77 | AR032583 | 205 | 1/13/2023 | Final Willow BO | Email transmitting final BO | FWS | USACE, FWS |
| FWS_78 | AR032788 | AR377386 | N/A | Literature Cited | Folder containing scientific studies and other documents cited in the Final Biological Opinion | N/A | N/A |