Case Nos. 3:23-cv-00058-SLG and -00061-SLG - NMFS Administrative Record Index

| Hyperlink Filename | File Name | Subject | To | From | CC | Date | BegDoc | EndDoc |
|---|---|---|---|---|---|---|---|---|
| NMFS AR000001.pdf | Willow_Supplemental_NMFS Cover Letter_2022_11_18 | Revised Willow Master Development Plan | Greg Balough, ESA Branch Chief, NOAA | Wayne Svejnoha, Kevin Pendgrast, BLM | Shelly Jones, BLM & Bonnie Easley-Appleyard, NOAA | 11/21/2022 | NMFS AR000001 | NMFS AR000002 |
| NMFS AR000003.pdf | Willow_Supplemental_NMFS BA with Appendices_2022-11-21 | | | | | 11/00/2022 | NMFS AR000003 | NMFS AR000142 |
| NMFS AR000143.pdf | AKRO-2022-03505 Willow Project LOC_FINAL | | | | | 3/2/2023 | NMFS AR000143 | NMFS AR000194 |