Case Nos. 3:23-cv-00058-SLG and -00061-SLG

Administrative Record of the National Marine Fisheries Service

NMFS Documents

| Hyperlink Filename | File Name | Subject | To | From | CC | Date | BegDoc | EndDoc |
|---|---|---|---|---|---|---|---|---|
| NMFS AR000001.pdf | Willow_Supplemental_NMFS Cover Letter_2022_11_18 | Revised Willow Master Development Plan | Greg Balough, ESA Branch Chief, NOAA | Wayne Svejnoha, Kevin Pendgrast, BLM | Shelly Jones, BLM & Bonnie Easley-Appleyard, NOAA | 11/21/2022 | NMFS AR000001 | NMFS AR000002 |
| NMFS AR000003.pdf | Willow_Supplemental_NMFS BA with Appendices_2022-11-21 | | | | | 11/00/2022 | NMFS AR000003 | NMFS AR000142 |
| NMFS AR000143.pdf | AKRO-2022-03505 Willow Project LOC_FINAL | | | | | 3/2/2023 | NMFS AR000143 | NMFS AR000194 |

Case Nos. 3:23-cv-00058-SLG and -00061-SLG
Administrative Record of the National Marine Fisheries Service
BLM Documents

| Hyperlink Filename | File Name | Subject | To | From | CC | Date | BegDoc | EndDoc |
|---|---|---|---|---|---|---|---|---|
| NMFS AR000195.pdf | AKR PRD Standard Mitigation Measures_comments from discussion _1-18-23 | | | | | 1/18/2023 | NMFS AR000195 | NMFS AR000204 |

| Hyperlink Filename | File Name | Subject | To | From | CC | Date | BegDoc | EndDoc |
|---|---|---|---|---|---|---|---|---|
| NMFS AR000205.pdf | | BLM Willow MDP SEIS ESA Consultation | jenna.malek@noaa.gov <jenna.malek@noaa.gov> | Cecil, Carrie H <ccecil@blm.gov> <ccecil@blm.gov> | | 12/22/2022 | NMFS AR000205 | NMFS AR000205 |
| NMFS AR000206.pdf | | Re: BLM Willow MDP SEIS ESA Consultation | Cecil, Carrie H <ccecil@blm.gov> | Jenna Malek - NOAA Federal <jenna.malek@noaa.gov> <jenna.malek@noaa.gov> | | 12/22/2022 | NMFS AR000206 | NMFS AR000207 |
| NMFS AR000208.pdf | | BLM 2022 NPR-A IAP Section 7 Consultation | Jenna Malek - NOAA Federal <jenna.malek@noaa.gov> | Cecil, Carrie H <ccecil@blm.gov> <ccecil@blm.gov> | | 12/27/2022 | NMFS AR000208 | NMFS AR000208 |
| NMFS AR000209.pdf | 2021110_NPRA_IAP_NPRA_Bio_Evaluation_NMFS | | | | | 12/00/2021 | NMFS AR000209 | NMFS AR000353 |
| NMFS AR000354.pdf | December 10_Letter to NMFS from BLM_NPRA IAP ESA | | | | | 12/10/2021 | NMFS AR000354 | NMFS AR000355 |
| NMFS AR000356.pdf | NPR-A IAP LOC AKRO-2022-03396 | | | | | 3/4/2022 | NMFS AR000356 | NMFS AR000444 |
| NMFS AR000445.pdf | | Willow MDP Supplemental EIS Section 7: Request for Input | Jenna Malek - NOAA Federal <jenna.malek@noaa.gov>;Greg Balogh - NOAA Federal <greg.balogh@noaa.gov> | Cecil, Carrie H <ccecil@blm.gov> | Perham, Craig J <cperham@blm.gov>;Pendergast, Kevin J <kpendergast@blm.gov>;Gieryic, Michael S <mike.gieryic@sol.doi.gov> | 1/10/2023 | NMFS AR000445 | NMFS AR000446 |
| NMFS AR000447.pdf | 2022-08-29 -- CBD Willow SDEIS Comments | | | | | 8/29/2022 | NMFS AR000447 | NMFS AR000469 |
| NMFS AR000470.pdf | 20230110_Memo_Willow MDP_GHGemissions_ESASection7 | | | | | 1/10/2023 | NMFS AR000470 | NMFS AR000473 |
| NMFS AR000474.pdf | | Re: Willow MDP Supplemental EIS Section 7: Request for Input | Cecil, Carrie H <ccecil@blm.gov> | Jenna Malek - NOAA Federal <jenna.malek@noaa.gov> <jenna.malek@noaa.gov> | Greg Balogh - NOAA Federal <greg.balogh@noaa.gov>;Perham, Craig J <cperham@blm.gov>;Pendergast, Kevin J <kpendergast@blm.gov>;Gieryic, Michael S <mike.gieryic@sol.doi.gov> | 1/11/2023 | NMFS AR000474 | NMFS AR000475 |

| File | Title | Subject | From | To | CC | Date | Begin Bates | End Bates |
|---|---|---|---|---|---|---|---|---|
| NMFS AR000476.pdf | | Notes from Discussion - Willow ESA Section 7 Additional Mitigation Measures | Jenna Malek - NOAA Federal <jenna.malek@noaa.gov>;Greg Balogh - NOAA Federal <greg.balogh@noaa.gov> | Cecil, Carrie H <ccecil@blm.gov> <ccecil@blm.gov> | Perham, Craig J <cperham@blm.gov>;Pohl, Christina <christina.pohl@conocophillips.com> | 1/18/2023 | NMFS AR000476 | NMFS AR000476 |
| NMFS AR000477.pdf | AKR PRD Standard Mitigation Measures_comments from discussion _1-18-23 | | | | | 1/18/2023 | NMFS AR000477 | NMFS AR000486 |
| NMFS AR000487.pdf | | Re: Willow MDP Supplemental EIS Section 7: Request for Input | Cecil, Carrie H <ccecil@blm.gov> | Jenna Malek - NOAA Federal <jenna.malek@noaa.gov> <jenna.malek@noaa.gov> | Greg Balogh - NOAA Federal <greg.balogh@noaa.gov>;Perham, Craig J <cperham@blm.gov> | 1/18/2023 | NMFS AR000487 | NMFS AR000488 |
| NMFS AR000489.pdf | | Fw: Willow MDP Supplemental EIS Section 7: Request for Input | Jenna Malek - NOAA Federal <jenna.malek@noaa.gov>;Greg Balogh - NOAA Federal <greg.balogh@noaa.gov> | Cecil, Carrie H <ccecil@blm.gov> <ccecil@blm.gov> | | 1/18/2023 | NMFS AR000489 | NMFS AR000491 |
| NMFS AR000492.pdf | | Re: Fw: Willow MDP Supplemental EIS Section 7: Request for Input | Cecil, Carrie H <ccecil@blm.gov> | Jenna Malek - NOAA Federal <jenna.malek@noaa.gov> <jenna.malek@noaa.gov> | Greg Balogh - NOAA Federal <greg.balogh@noaa.gov> | 1/18/2023 | NMFS AR000492 | NMFS AR000494 |
| NMFS AR000495.pdf | | Re: Willow MDP Supplemental EIS Section 7: Request for Input | Cecil, Carrie H <ccecil@blm.gov> | Jenna Malek - NOAA Federal <jenna.malek@noaa.gov> <jenna.malek@noaa.gov> | Greg Balogh - NOAA Federal <greg.balogh@noaa.gov>;Perham, Craig J <cperham@blm.gov> | 1/23/2023 | NMFS AR000495 | NMFS AR000497 |
| NMFS AR000498.pdf | | Re: [EXTERNAL] Re: Willow MDP Supplemental EIS Section 7: Request for Input | Jenna Malek - NOAA Federal <jenna.malek@noaa.gov> | Cecil, Carrie H <ccecil@blm.gov> <ccecil@blm.gov> | Greg Balogh - NOAA Federal <greg.balogh@noaa.gov>;Perham, Craig J <cperham@blm.gov> | 1/23/2023 | NMFS AR000498 | NMFS AR000501 |
| NMFS AR000502.pdf | | Re: [EXTERNAL] Follow-up to Willow mitigation measures discussion, Jan 18 | Jenna Malek - NOAA Federal <jenna.malek@noaa.gov>;Perham, Craig J <cperham@blm.gov> | Cecil, Carrie H <ccecil@blm.gov> <ccecil@blm.gov> | Greg Balogh - NOAA Federal <greg.balogh@noaa.gov> | 1/25/2023 | NMFS AR000502 | NMFS AR000504 |
| NMFS AR000505.pdf | Marine Equipment Shallow Draft2 | | | | | N/A | NMFS AR000505 | NMFS AR000508 |
| NMFS AR000509.pdf | | Re: [EXTERNAL] Follow-up to Willow mitigation measures discussion, Jan 18 | Cecil, Carrie H <ccecil@blm.gov> | Jenna Malek - NOAA Federal <jenna.malek@noaa.gov> <jenna.malek@noaa.gov> | Perham, Craig J <cperham@blm.gov>;Greg Balogh - NOAA Federal <greg.balogh@noaa.gov> | 1/26/2023 | NMFS AR000509 | NMFS AR000512 |

| File | Title | Subject | From | To | CC | Date | Begin Bates | End Bates |
|---|---|---|---|---|---|---|---|---|
| NMFS AR000513.pdf | | Re: [EXTERNAL] Follow-up to Willow mitigation measures discussion, Jan 18 | Cecil, Carrie H <ccecil@blm.gov> | Jenna Malek - NOAA Federal <jenna.malek@noaa.gov> | Perham, Craig J <cperham@blm.gov>;Greg Balogh - NOAA Federal <greg.balogh@noaa.gov> | 1/27/2023 | NMFS AR000513 | NMFS AR000516 |
| NMFS AR000517.pdf | DRAFT Willow Mitigation Measure for BLM review 2023_01_27 | | | | | N/A | NMFS AR000517 | NMFS AR000525 |
| NMFS AR000526.pdf | | Willow MDP Supplemental EIS Additional Mitigation Measures | Jenna Malek - NOAA Federal <jenna.malek@noaa.gov> | Cecil, Carrie H <ccecil@blm.gov> | Perham, Craig J <cperham@blm.gov>;Pendergast, Kevin J <kpendergast@blm.gov>;Greg Balogh - NOAA Federal <greg.balogh@noaa.gov> | 1/30/2023 | NMFS AR000526 | NMFS AR000526 |
| NMFS AR000527.pdf | DRAFT Willow Mitigation Measure for BLM review 2023_01_27 | | | | | N/A | NMFS AR000527 | NMFS AR000535 |
| NMFS AR000536.pdf | | Re: Willow MDP Supplemental EIS Additional Mitigation Measures | Cecil, Carrie H <ccecil@blm.gov> | Jenna Malek - NOAA Federal <jenna.malek@noaa.gov> | Perham, Craig J <cperham@blm.gov>;Pendergast, Kevin J <kpendergast@blm.gov>;Greg Balogh - NOAA Federal <greg.balogh@noaa.gov> | 1/30/2023 | NMFS AR000536 | NMFS AR000536 |
| NMFS AR000537.pdf | | Re: [EXTERNAL] Willow mitigation | Cecil, Carrie H <ccecil@blm.gov> | Jenna Malek - NOAA Federal <jenna.malek@noaa.gov> | Perham, Craig J <cperham@blm.gov>;Sweet, Serena E <ssweet@blm.gov> | 2/21/2023 | NMFS AR000537 | NMFS AR000539 |
| NMFS AR000540.pdf | Willow_Supplemental_NMFS BA with Appendices_2022-11-21 | | | | | 11/00/2022 | NMFS AR000540 | NMFS AR000679 |
| NMFS AR000680.pdf | Willow_Supplemental_NMFS Cover Letter_2022_11_18 | | | | | 11/21/2022 | NMFS AR000680 | NMFS AR000681 |
| NMFS AR000682.pdf | Willow question | | | | | 2/7/2023 | NMFS AR000682 | NMFS AR000683 |

| Hyperlink Filename | File Name | Subject | BegDoc | EndDoc |
|---|---|---|---|---|
| NMFS AR0000684.pdf | Ferguson et al. 2015 - BIAs in AIBS | | NMFS AR0000684 | NMFS AR0000699 |
| NMFS AR0000700.pdf | CBD 2022 - FINAL Petition to Revise Critical Habitat - No | | NMFS AR0000700 | NMFS AR0000745 |
| NMFS AR0000746.pdf | Carretta et al 2017 - U.S. Pacific marine mammal stock assessments 2016 | | NMFS AR0000746 | NMFS AR0001159 |
| NMFS AR0001160.pdf | Carretta et al. 2013 - U.S. Pacific marine mammal stock assessments 2012 | | NMFS AR0001160 | NMFS AR0001543 |
| NMFS AR0001544.pdf | Stafford & Mellinger 2009 - Analysis of acoustic and oceanographic data from the Bering Sea~, May 2006-April 2007 | | NMFS AR0001544 | NMFS AR0001567 |
| NMFS AR0001568.pdf | NMFS 2008 - Recovery plan for the Steller sea lion (Eumetopias jubatus). Eastern and Western Distinct Population Segments (Eumetopias jubatus). | | NMFS AR0001568 | NMFS AR0001892 |
| NMFS AR0001893.pdf | Wieting 2016 - Interim Guidance on the Endangered Species Act Term Harass | | NMFS AR0001893 | NMFS AR0001898 |
| NMFS AR0001899.pdf | Weilgart 2007 - A brief review of known effects of noise on marine mammals | Article submitted to International Journal of Comparative Psychology | NMFS AR0001899 | NMFS AR0001909 |
| NMFS AR0001910.pdf | Muto et al. 2018 - Alaska marine mammal stock assessments~, 2017 | NOAA-TM-AFSC-378 | NMFS AR0001910 | NMFS AR0002300 |
| NMFS AR0002301.pdf | CWEmbed1 | | NMFS AR0002301 | NMFS AR0002302 |
| NMFS AR0002303.pdf | Hastings et al 2020 - SSL WDPS in EDPS genetics | | NMFS AR0002303 | NMFS AR0002316 |
| NMFS AR0002317.pdf | Muto et al. 2020 - Alaska marine mammal stock assessments~, 2019 | NOAA-TM-AFSC-404 | NMFS AR0002317 | NMFS AR0002720 |
| NMFS AR0002721.pdf | Crance et al. 2019 - Song production by the North Pacific right whale | J. Acoust. Soc. Am..2019.145:3467 | NMFS AR0002721 | NMFS AR0002734 |
| NMFS AR0002735.pdf | Payne & Payne 1985 - Large scale changes over 19 years in songs of humpback whales in Bermuda | | NMFS AR0002735 | NMFS AR0002760 |
| NMFS AR0002761.pdf | Fritz et al. 2016 - Aerial and ship-based surveys of Steller sea lions (Eumetopias jubatus) conducted in Alaska in June-July 2013 through 2015~, | NOAA-TM-AFSC-321 | NMFS AR0002761 | NMFS AR0002841 |
| NMFS AR0002842.pdf | Merrick & Loughlin 1997 - Foraging behavior of adult female and young-of-the-year Steller sea lions in Alaskan waters | | NMFS AR0002842 | NMFS AR0002853 |
| NMFS AR0002854.pdf | Hansen 1985 - The Potential Effects of Oil Spills and Other Chemical Pollutants on Marine Mammals Occurring in Alaskan Waters | | NMFS AR0002854 | NMFS AR0002879 |
| NMFS AR0002880.pdf | Geraci 1990 - Physiologic and toxic effects on cetaceans | | NMFS AR0002880 | NMFS AR0002897 |
| NMFS AR0002898.pdf | Calkins & Goodwin - Investigation of the declining sea lion population in the Gulf of Alaska | | NMFS AR0002898 | NMFS AR0002985 |
| NMFS AR0002986.pdf | Richardson et al. 1995 - Marine mammals and noise | | NMFS AR0002986 | NMFS AR0003285 |
| NMFS AR0003286.pdf | Erbe 2002 - Hearing abilities of baleen whales | | NMFS AR0003286 | NMFS AR0003325 |

| File | Title | Citation | ID Start | ID End |
|---|---|---|---|---|
| NMFS AR0003326.pdf | NMFS 2018 - Revision to technical guidance for assessing the effects of anthropogenic sound on marine mammal hearing (Version 2.0) underwater ac | | NMFS AR0003326 | NMFS AR0003503 |
| NMFS AR0003504.pdf | Cameron et al. 2010. Status of bearded seals | Status Review of the Bearded Seal (Erignathus barbatus) | NMFS AR0003504 | NMFS AR0003766 |
| NMFS AR0003767.pdf | Quakenbush et al. 2011 - Biology of the ringed seal (Phoca hispida) in Alaska~, 1960-2010 | Biology of the Ringed Seal (Phoca hispida) in Alaksa~, 1960-2010 - If you cannot view or access any part of this document~, please email: alaska.webmaster@noaa.gov or call 907-586-7221 so that we may assist you. | NMFS AR0003767 | NMFS AR0003838 |
| NMFS AR0003839.pdf | Watkins et al 1987 - The 20?Hz signals of finback whales (Balaenoptera physalus) | The Journal of the Acoustical Society of America 1987.82:1901-1912 | NMFS AR0003839 | NMFS AR0003851 |
| NMFS AR0003852.pdf | Cranford & Krysl 2015 - Fin whale sound reception mechanisms skull vibration enables low-frequency hearing | | NMFS AR0003852 | NMFS AR0003869 |
| NMFS AR0003870.pdf | Nelson 1982 - Harvest of the sea Coastal subsistence in modern Wainwright | | NMFS AR0003870 | NMFS AR0003997 |
| NMFS AR0003998.pdf | Huntington 2000 - Traditional ecological knowledge of seals in Norton Bay~, Alaska | | NMFS AR0003998 | NMFS AR0004029 |
| NMFS AR0004030.pdf | Hauser et al. 2008 - Marine mammal and acoustic monitoring of the EniPGS open-water seismic program near Thetis~, Spy and Leavitt islands~, Alaska | | NMFS AR0004030 | NMFS AR0004223 |
| NMFS AR0004224.pdf | Crawford et al. 2012 - Different habitat use strategies by subadult and adult ringed seals (Phoca hispida) in the Bering and Chukchi seas. | | NMFS AR0004224 | NMFS AR0004238 |
| NMFS AR0004239.pdf | Green and Negri 2006 - Marine mammal monitorin | | NMFS AR0004239 | NMFS AR0004255 |
| NMFS AR0004256.pdf | Carder~, D.A. 1990. Auditory brandstemp respons | The Journal of the Acoustical Society of America 1990.88:S4-S4 | NMFS AR0004256 | NMFS AR0004257 |
| NMFS AR0004258.pdf | Carretta et al. 2019 - U.S. Pacific marine mammal stock assessments 2018 | | NMFS AR0004258 | NMFS AR0004639 |
| NMFS AR0004640.pdf | Goold & Jones 1995 - Time and frequency domain characteristics of sperm whale clicks | The Journal of the Acoustical Society of America 1995.98:1279-1291 | NMFS AR0004640 | NMFS AR0004653 |
| NMFS AR0004654.pdf | Monnahan et al. 2014 - Estimating historical eastern North Pacific blue whale catches using spatial calling patterns | | NMFS AR0004654 | NMFS AR0004674 |
| NMFS AR0004675.pdf | Vu et al. 2012 - Humpback whale song occurs extensively on feeding grounds in the western North Atlantic Ocean | | NMFS AR0004675 | NMFS AR0004684 |
| NMFS AR0004685.pdf | Weir & Goold 2007 - The burst-pulse nature of 'squeal' sounds emitted by sperm whales (Physeter macrocephalus) | | NMFS AR0004685 | NMFS AR0004693 |
| NMFS AR0004694.pdf | Brower-2018-Increased sightings of subArctic c | Polar Biology~, https://doi.org/10.1007/s00300-018-2257-x | NMFS AR0004694 | NMFS AR0004700 |
| NMFS AR0004701.pdf | Caretta et al 2020 - U.S. Pacific marine mammal stock assessments 2019 | | NMFS AR0004701 | NMFS AR0005085 |

| File | Title | Citation | Start | End |
|---|---|---|---|---|
| NMFS AR0005086.pdf | Goddard and Rugh 2001 - A group of right whales | Marine Mammal Science 1998.14:344-349 | NMFS AR0005086 | NMFS AR0005091 |
| NMFS AR0005092.pdf | Quakenbush et al. 2011 - Biology of the bearded seal (Erignathus barbatus) in Alaska~, 1961?2009 | Biology of the Bearded Seal (Erignathus barbatus) in Alaska~, 1961?2009 - If you cannot view or access any part of this document~, please email: alaska.webmaster@noaa.gov or call 907-586-7221 so that we may assist you. | NMFS AR0005092 | NMFS AR0005162 |
| NMFS AR0005163.pdf | Sills et al. 2020 - Auditory biology of bearded seals (Erignathus barbatus) | Polar Biology~, https://doi.org/10.1007/s00300-020-02736-w | NMFS AR0005163 | NMFS AR0005173 |
| NMFS AR0005174.pdf | Trombulak et al. 2004 - Principles of conservation biology recommended guidelines for conservation literacy from the education committee of the | Conservation Biology 2004.18:1180-1190 | NMFS AR0005174 | NMFS AR0005184 |
| NMFS AR0005185.pdf | Quakenbush et al. 2019 - Pinniped movements and foraging village-based satellite tracking and collection of traditional ecological knowledge reg | | NMFS AR0005185 | NMFS AR0005422 |
| NMFS AR0005423.pdf | Trites et al. 2006 - Insights into weaning SSLs | | NMFS AR0005423 | NMFS AR0005435 |
| NMFS AR0005436.pdf | Sigler et al. 2017 - Association of foraging Steller sea lions with persistent prey hot spots in southeast Alaska | | NMFS AR0005436 | NMFS AR0005446 |
| NMFS AR0005447.pdf | Lander-2009-Regional differences in the spatia | Ecological Applications 2009.19:1645-1659 | NMFS AR0005447 | NMFS AR0005461 |
| NMFS AR0005462.pdf | Rice et al. 2021 - Cetacean occurrence in the Gulf of Alaska from long-term passive acoustic monitoring | | NMFS AR0005462 | NMFS AR0005540 |
| NMFS AR0005541.pdf | Neff 1990 - Effects of oil on marine mammal populations | | NMFS AR0005541 | NMFS AR0005561 |
| NMFS AR0005562.pdf | Wade 2021 - Estimates of abundance and migratory destination for North Pacific humpback whales in both summer feeding areas and winter mating | | NMFS AR0005562 | NMFS AR0005593 |
| NMFS AR0005594.pdf | Guidance_Humpbacks in Alaska_Revision_20210806 | | NMFS AR0005594 | NMFS AR0005597 |
| NMFS AR0005598.pdf | NMFS 2021 - Occurrence of Endangered Species Act (ESA) listed humpback whales off Alaska | | NMFS AR0005598 | NMFS AR0005598 |
| NMFS AR0005599.pdf | Suedel et al. 2019 - Evaluating effects of dredging-induced underwater sound to aquatic species a literature review | | NMFS AR0005599 | NMFS AR0005736 |
| NMFS AR0005737.pdf | Clarke et al 2020 - Distribution and relative abundance of marine mammals in the eastern Chukchi Sea~, eastern and western Beaufort Sea~, and Amun | Unrestricted | NMFS AR0005737 | NMFS AR0006364 |
| NMFS AR0006365.pdf | Calambokidis and Barlow 2020 - Updated abundance estimates for blue and humpback whales along the US West Coast using data through 2018 | Blue whale and humpback whale abundance estimates | NMFS AR0006365 | NMFS AR0006384 |
| NMFS AR0006385.pdf | Muto et al. 2021 - Alaska marine mammal stock assessments~, 2020 | NOAA-TM-AFSC-421 | NMFS AR0006385 | NMFS AR0006791 |
| NMFS AR0006792.pdf | Cooke et al 2017 - Population assessment update for Sakhalin gray whale~, with reference to stock identity | | NMFS AR0006792 | NMFS AR0006800 |
| NMFS AR0006801.pdf | Cooke 2020 - gray whale population | | NMFS AR0006801 | NMFS AR0006810 |

Case Nos. 3:23-cv-00058-SLG and -00061-SLG
Administrative Record of the National Marine Fisheries Service
References

| File | Title | Citation | Start | End |
|---|---|---|---|---|
| NMFS AR0006811.pdf | Calambokidis and Barlow 2013 - Updated abundance estimates of blue and humpback whales off the US West Coast incorporating photo-identifications | | NMFS AR0006811 | NMFS AR0006818 |
| NMFS AR0006819.pdf | Olnes et al 2020 - Hooper Bay Ice Seal Harvest Report 2008 to 2018 Summary | | NMFS AR0006819 | NMFS AR0006835 |
| NMFS AR0006836.pdf | Halliday et al. 2022 - Overlap between bowhead whales (Balaena mysticetus) and vessel traffic in the North American Arctic and implications for | Biological Conservation~, 276 (2022) 109820. doi:10.1016/j.biocon.2022.109820 | NMFS AR0006836 | NMFS AR0006850 |
| NMFS AR0006851.pdf | NMFS 2022 - Alaska marine mammal stock assessments~, 2021 | NOAA-TM-AFSC-441 | NMFS AR0006851 | NMFS AR0007154 |
| NMFS AR0007155.pdf | Givens et al. 2013 - Inter-population movements of Steller sea lions in Alaska with implications for population separation | | NMFS AR0007155 | NMFS AR0007184 |
| NMFS AR0007185.pdf | Zerbini et al. 2006 - Abundance~, trends and distribution of baleen whales off Western Alaska and the central Aleutian Islands | | NMFS AR0007185 | NMFS AR0007203 |
| NMFS AR0007204.pdf | Southall et al. 2007 - Marine mammal noise exposure criteria Initial scientific recommendations | | NMFS AR0007204 | NMFS AR0007325 |
| NMFS AR0007326.pdf | Au 2000 - Hearing in whales and dolphins An overview | | NMFS AR0007326 | NMFS AR0007347 |
| NMFS AR0007348.pdf | Swartz et al. 2006 - Gray whale Eschrichtius robustus population and stock identity | Mammal Review 2006.36:66-84 | NMFS AR0007348 | NMFS AR0007366 |
| NMFS AR0007367.pdf | Cooke et al 2013 - Population assessment of the Sakhalin gray whale aggregation | | NMFS AR0007367 | NMFS AR0007378 |
| NMFS AR0007379.pdf | Parks et al. 2007 - Anatomical predictions of hearing | The Anatomical Record 2007.290:734-744 | NMFS AR0007379 | NMFS AR0007389 |
| NMFS AR0007390.pdf | Rone et al 2012 - Using air-deployed passive sonobuoys to detect and locate critically endangered North Pacific right whales | | NMFS AR0007390 | NMFS AR0007400 |
| NMFS AR0007401.pdf | Neilson et al 2012 - Summary of reported whale-vessel collisions in Alaskan waters | | NMFS AR0007401 | NMFS AR0007419 |
| NMFS AR0007420.pdf | Laist et al. 2001 - Collisions between ships and whales | Marine Mammal Science 2001.17:35-75 | NMFS AR0007420 | NMFS AR0007460 |
| NMFS AR0007461.pdf | Raum-Suryan et al. 2004 - Development of dispersal~, movement patterns~, and haul-out use by pup and juvenile Steller sea lions (Eumetopias jubatu | Marine Mammal Science 2004.20:823-850 | NMFS AR0007461 | NMFS AR0007488 |
| NMFS AR0007489.pdf | Vanderlaan & Taggart 2007 - Vessel collisions with whales the probability of lethal injury based on vessel speed | | NMFS AR0007489 | NMFS AR0007501 |
| NMFS AR0007502.pdf | Au et al. 2006 - Acoustic properties of humpback whale songs | | NMFS AR0007502 | NMFS AR0007509 |
| NMFS AR0007510.pdf | Jemison et al. 2013 - Inter-population movements of Steller sea lions in Alaska with implications for population separation | | NMFS AR0007510 | NMFS AR0007523 |
| NMFS AR0007524.pdf | Laughlin et al. 1984 - Northern sea lion distribution and abundance 1956-80 | | NMFS AR0007524 | NMFS AR0007536 |
| NMFS AR0007537.pdf | Pitcher & Calkins 1981 - Reproductive biology of Steller sea lions in the Gulf of Alaska | | NMFS AR0007537 | NMFS AR0007544 |
| NMFS AR0007545.pdf | Pitcher & Fay 1982 - Feeding by Steller sea lions on harbor seals | | NMFS AR0007545 | NMFS AR0007546 |
| NMFS AR0007547.pdf | Ice Seal Committee 2019 - The subsistence harvest of ice seals in Alaska ? a compilation of existing information~, 1960-2017 | | NMFS AR0007547 | NMFS AR0007632 |

Case Nos. 3:23-cv-00058-SLG and -00061-SLG

Administrative Record of the National Marine Fisheries Service

References

| File | Title | Citation | Start | End |
|---|---|---|---|---|
| NMFS AR0007633.pdf | Todd et al. 2015 - A review of impacts of marine dredging activities on marine mammals | | NMFS AR0007633 | NMFS AR0007645 |
| NMFS AR0007646.pdf | Givens et al. 2016 - Horvitz?Thompson whale abundance estimation adjusting for uncertain recapture~, temporal availability variation~ | Environmetrics 2016.27:134-146 | NMFS AR0007646 | NMFS AR0007658 |
| NMFS AR0007659.pdf | Escajeda et al. 2020 - Fin whales in BSt and C | Deep-Sea Research Part II~, 177 (2020) 104782. doi:10.1016/j.dsr2.2020.104782 | NMFS AR0007659 | NMFS AR0007672 |
| NMFS AR0007673.pdf | Furumaki et al. 2021 - Fin Whale songs in sCS | Polar Biology~, https://doi.org/10.1007/s00300-021-02855-y | NMFS AR0007673 | NMFS AR0007679 |
| NMFS AR0007680.pdf | Crance et al. 2022 - Year-round distribution of bearded seals~, Erignathus barbatus~, throughout the Alaskan Chukchi and northern Bering Sea | Deep-Sea Research Part II~, 206 (2022) 105215. doi:10.1016/j.dsr2.2022.105215 | NMFS AR0007680 | NMFS AR0007688 |
| NMFS AR0007689.pdf | Mate et al. 2015 - Critically endangered western gray whales migrate to the eastern North Pacific | Biol. Lett. 2015.11:20150071 | NMFS AR0007689 | NMFS AR0007692 |
| NMFS AR0007693.pdf | Reine et al. 2014 - Characterization of underwater sounds produced by hydraulic and mechanical dredging operations | The Journal of the Acoustical Society of America 2014.135:3280-3294 | NMFS AR0007693 | NMFS AR0007708 |
| NMFS AR0007709.pdf | Shannon et al. 2016 - A synthesis of two decades of research | Biological Reviews 2016.91:982-1005 | NMFS AR0007709 | NMFS AR0007732 |
| NMFS AR0007733.pdf | Von Duyke et al. 2020 - Ringed seal (Pusa hispida) seasonal movements~, diving~, and haul-out behavior in the Beaufort~, Chukchi~, and Bering Seas | Ecology and Evolution 2020.10:5595-5616 | NMFS AR0007733 | NMFS AR0007754 |
| NMFS AR0007755.pdf | Quakenbush et al. 2020 - Biological monitoring of ringed seals in the Bering and Chukchi seas | | NMFS AR0007755 | NMFS AR0007787 |
| NMFS AR0007788.pdf | McQueen et al 2020 - Ecological risk assessment of underwater sounds from dredging operations | Integr Envir Assess & Manag 2020.16:481-493 | NMFS AR0007788 | NMFS AR0007800 |
| NMFS AR0007801.pdf | Mizroch & Rice 2013 - Ocean nomads Distribution and movements of sperm whales in the North Pacific shown by whaling data and Discovery marks | Marine Mammal Science 2013.29:E136-E165 | NMFS AR0007801 | NMFS AR0007830 |
| NMFS AR0007831.pdf | Munger et al. 2008 - NP right whale calls | Marine Mammal Science 2008.24:795-814 | NMFS AR0007831 | NMFS AR0007850 |
| NMFS AR0007851.pdf | NMFS 2020 - Endangered Species Act (ESA) Section 7(a)(2) Biological Opinion - National Petroleum Reserve-Alaska Integrated Activity Plan | National Petroleum Reserve-Alaska Integrated Activity Plan Biological Opinion AKRO-2020-01519; If you cannot view or access any part of this document~, please email: alaska.webmaster@noaa.gov or call 907-586-7221 so that we may assist you | NMFS AR0007851 | NMFS AR0008069 |
| NMFS AR0008070.pdf | Barlow 2016 - Cetacen abundance in CA | | NMFS AR0008070 | NMFS AR0008093 |
| NMFS AR0008094.pdf | BLM 2022 - NPRA_IAP_ROD_508 | National Petroleum Reserve in Alaska Integrated Activity Plan Record of Decision 2022 | NMFS AR0008094 | NMFS AR0008184 |
| NMFS AR0008185.pdf | Burns 1967 - Pacific bearded seal | Pacific bearded seal | NMFS AR0008185 | NMFS AR0008255 |
| NMFS AR0008256.pdf | Cameron and Boveng 2009 - Habitat use of beard | National Marine Mammal Lab Bearded Seal Research in arctic | NMFS AR0008256 | NMFS AR0008259 |
| NMFS AR0008260.pdf | Cameron 2005 - Bearded Seals in Kotzebue Sound | OND04 Quarterly Division Reports | NMFS AR0008260 | NMFS AR0008280 |

| File | Description | Citation | Start | End |
|---|---|---|---|---|
| NMFS AR0008281.pdf | Clarke et al. 2014 - Distribution and relative | | NMFS AR0008281 | NMFS AR0008628 |
| NMFS AR0008629.pdf | Clarke et al. 2015 - Distribution and Relative | | NMFS AR0008629 | NMFS AR0009061 |
| NMFS AR0009062.pdf | Crance et al. 2015 - Northeastern most fin wha | Polar Biology~, doi:10.1007/s00300-015-1719-7 | NMFS AR0009062 | NMFS AR0009068 |
| NMFS AR0009069.pdf | Hildebrand 2009 - Anthropogenic and natural so | | NMFS AR0009069 | NMFS AR0009084 |
| NMFS AR0009085.pdf | Holst et al. 2006 - DIET OF RINGED SEALS PHOC | Marine Mammal Science 2001.17:888-908 | NMFS AR0009085 | NMFS AR0009105 |
| NMFS AR0009106.pdf | Ianelli et al. 2023 - Assessment of walleye po | | NMFS AR0009106 | NMFS AR0009124 |
| NMFS AR0009125.pdf | Kelly et al. 2010 - Seasonal home ranges and f | | NMFS AR0009125 | NMFS AR0009139 |
| NMFS AR0009140.pdf | Kelly et al. 1988 - Responses of ringed seals | | NMFS AR0009140 | NMFS AR0009152 |
| NMFS AR0009153.pdf | Kenyon and Rice 1961 - Abundance and distribut | | NMFS AR0009153 | NMFS AR0009165 |
| NMFS AR0009166.pdf | Kovacs 2007 - Background document for developm | | NMFS AR0009166 | NMFS AR0009210 |
| NMFS AR0009211.pdf | Lang et al. 2010 - Genetic Differentiation Bet | | NMFS AR0009211 | NMFS AR0009229 |
| NMFS AR0009230.pdf | Lowry et al. 1980 - Variability in the diet of | Can. J. Fish. Aquat. Sci. 1980.37:2254-2261 | NMFS AR0009230 | NMFS AR0009237 |
| NMFS AR0009238.pdf | Moore et al. 2002 - Cetacean distribution and | | NMFS AR0009238 | NMFS AR0009250 |
| NMFS AR0009251.pdf | Reeves et al. 1985 (p. 441) - Whaling results at Akutan (1912-39) and Port Hobron (1926-37) | | NMFS AR0009251 | NMFS AR0009808 |
| NMFS AR0009809.pdf | Robinson et al. 2011 - Measurement of underwat | | NMFS AR0009809 | NMFS AR0009812 |
| NMFS AR0009813.pdf | Silber 1986 - Humpback whale social sounds | | NMFS AR0009813 | NMFS AR0009820 |
| NMFS AR0009821.pdf | Thompson et al. 1986 - Sounds~, source levels | | NMFS AR0009821 | NMFS AR0009826 |
| NMFS AR0009827.pdf | Ver Hoef et al. 2013 - A spatial hierarchical | Statistical Methodology~, 17 (2014) 46-66. doi:10.1016/j.stamet.2013.03.001 | NMFS AR0009827 | NMFS AR0009847 |
| NMFS AR0009848.pdf | Weilgart & Whitehead 1993 - Coda communication | Can. J. Zool. 1993.71:744-752 | NMFS AR0009848 | NMFS AR0009856 |