TREG TAYLOR
ATTORNEY GENERAL

Mary H. Gramling (Alaska Bar No. 1011078)
Chief Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2417
Email: mary.gramling@alaska.gov

Attorney for State of Alaska

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No.: 3:23-cv-00058-SLG |
| | ) |
| v. | ) |
| | ) **STATE OF ALASKA'S ANSWER** |
| BUREAU OF LAND MANAGEMENT, et al., | ) **TO FIRST AMENDED** |
| | ) **COMPLAINT FOR DECLATORY** |
| | ) **AND INJUNCTIVE RELIEF** |
| Defendants. | ) |

The Defendant Intervenor State of Alaska ("Alaska") files this Answer in the above captioned case. Alaska previously filed a preliminary answer due to the proceedings in the case at the time.

## I.      NATURE OF THE CASE

1.      The allegations in paragraph 1 constitute the Plaintiffs' characterization of the action and requires no response. To the extent they may be deemed factual allegations, they are denied.

2.      Alaska admits that Willow is located inside the National Petroleum Reserve-Alaska and that the project would result in construction and operation of oil and gas infrastructure. The remaining allegations in paragraph 2 are vague and ambiguous, and contain conclusions of law to which no response is required. To the extent they may be deemed factual allegations, they are denied.

3.      The allegations in paragraph 3 constitute the Plaintiffs' characterizations of documents and court filings which requires no response because the documents speak for themselves and contain the best evidence of their contents.   To the extent the allegations are inconsistent with these documents, they are denied.

4.      The allegations in paragraph 4 are denied. The allegations in paragraph 4 are Plaintiff's characterization of federal law and regulations which require no response. Alaska states that statutes and regulations are the best evidence of their contents. To the extent that the allegations in paragraph 4 deviate from statutes and regulations, they are denied.

5.      The allegations in paragraph 5 contain the Plaintiffs' characterizations of documents which require no response because the documents speak for themselves and contain the best evidence of their contents. To the extent the allegations are inconsistent with those documents and a response is required, the allegations are denied. The remaining allegations are denied.

6.      The allegations in paragraph 6 constitute the Plaintiffs' prayer for relief and requires no response. To the extent that they may be deemed factual allegations, Alaska

denies that the Plaintiffs' are entitled to the relief sought. The remaining allegations are denied.

## II.     JURISDICTION AND VENUE

7.     The allegations in paragraph 8 state conclusion of law, to which no response is required.

8.     The allegations in paragraph 8 state conclusions of law, to which no response is required.

9.     Alaska lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9, and on that basis denies the allegations. The remaining allegations are denied.

10.     The allegations in paragraph 10 state conclusions of law, to which no response is required.

11.     The allegations in paragraph 11 state conclusions of law, to which no response is required.

## III.     PARTIES

12.     The allegations in paragraph 12 constitute the Plaintiffs' characterization of their organization and requires no response. To the extent they may be deemed factual allegations, they are denied.

13.     The allegations in paragraph 13 constitute the Plaintiffs' characterization of their organization and requires no response. To the extent they may be deemed factual allegations, they are denied.

14. The allegations in paragraph 14 constitute the Plaintiffs' characterization of their organization and requires no response. To the extent they may be deemed factual allegations, they are denied.

15. The allegations in paragraph 15 constitute the Plaintiffs' characterization of their organization and requires no response. To the extent they may be deemed factual allegations, they are denied.

16. The allegations in paragraph 16 constitute the Plaintiffs' characterization of their organization and requires no response. To the extent they may be deemed factual allegations, they are denied.

17. The allegations in paragraph 17 constitute the Plaintiffs' characterization of their organization and requires no response. To the extent they may be deemed factual allegations, they are denied.

18. Alaska lacks knowledge or information sufficient to form a belief as to the truth of the allegation in paragraph 18, and on that basis denies the allegations.

19. Alaska denies the allegations in paragraph 19.

20. Alaska denies the allegations in paragraph 20.

21. Alaska denies the allegations in paragraph 21.

22. Alaska denies the allegations in paragraph 22.

23. Alaska admits that BLM is an agency within the U.S. Department of Interior. To the extent that the allegations contain conclusions of law, no response is required. The remaining allegations are denied.

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*     Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer     Page **4** of **41**

Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 4 of 41

24.     Alaska admits that FWS is an agency within the U.S. Department of Interior. To the extent that the allegations contain conclusions of law, no response is required. The remaining allegations are denied.

25.     Alaska admits the U.S. Department of the Interior is an agency of the United States. To the extent that the allegations contain conclusions of law, no response is required. The remaining allegations are denied.

## IV.     STATUTORY AND REGULATORY BACKGROUND

26.     The allegations in paragraph 26 are the Plaintiffs' characterization and quotations from the National Environmental Policy Act (NEPA) and related regulations, which require no response. Alaska states that statutes and regulations are the best evidence of their contents. To the extent that the allegations in paragraph 26 deviate from statutes and regulations, they are denied.

27.     The allegations in paragraph 27 are Plaintiffs' characterization of a federal appellate opinion interpreting NEPA and Plaintiffs' characterization of NEPA and related regulations, none of which require a response. Alaska asserts that the federal appellate opinion, statutes, and regulations are the best evidence of their content. To the extent that the allegations in paragraph 27 deviate from the federal appellate opinion, statutes, and regulations, they are denied.

28.     The allegations in paragraph 28 are the Plaintiffs' characterization and quotations from the NEPA and related regulations, which require no response. Alaska

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*          Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                                        Page **5** of **41**

Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 5 of 41

states that statutes and regulations are the best evidence of their contents. To the extent that the allegations in paragraph 28 deviate from statutes and regulations, they are denied.

29. The allegations in paragraph 29 are Plaintiffs' characterization and quotations of a federal appellate opinion interpreting NEPA and Plaintiffs' characterization of NEPA and related regulations, none of which require a response. Alaska asserts that the federal appellate opinion, statutes, and regulations are the best evidence of their content. To the extent that the allegations in paragraph 29 deviate from the federal appellate opinion, statutes, and regulations, they are denied.

30. The allegations in paragraph 30 are Plaintiffs' characterization of a federal appellate opinion interpreting NEPA and Plaintiffs' characterization of NEPA and related regulations, none of which require a response. Alaska asserts that the federal appellate opinion, statutes, and regulations are the best evidence of their content. To the extent that the allegations in paragraph 30 deviate from the federal appellate opinion, statutes, and regulations, they are denied.

31. The allegations in paragraph 31 are the Plaintiffs' characterization and quotations from the NEPA and related regulations, which require no response. Alaska states that statutes and regulations are the best evidence of their contents. To the extent that the allegations in paragraph 31 deviate from statutes and regulations, they are denied.

32. The allegations in paragraph 32 are the Plaintiffs' characterization of NEPA and related regulations and a quoted document, which require no response. Alaska states that statutes and regulations and the document are the best evidence of their contents. To

Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 6 of 41

the extent that the allegations in paragraph 32 deviate from statutes and regulations or the document, they are denied.

33.     The allegations in paragraph 33 contain the Plaintiffs' characterizations of documents which require no response because the documents speak for themselves and contain the best evidence of their contents. To the extent the allegations are inconsistent with those documents and a response is required, the allegations are denied. The remaining allegations are denied.

34.     The allegations in paragraph 34 contain the Plaintiff's characterization of federal statutes, which requires no response. Alaska states that statutes are the best evidence of their contents. To the extent that the allegations in paragraph 34 deviate from statutes, they are denied.

35.     The allegations in paragraph 35 contain the Plaintiff's characterization of federal statutes and a quotation from that statute, which require no response. Alaska states that statutes are the best evidence of their contents. To the extent that the allegations in paragraph 35 deviate from statutes, they are denied.

36.     The allegations in paragraph 36 state conclusions of law, to which no response is required. The allegations in paragraph 36 contain the Plaintiff's characterization of federal statutes which requires no response. Alaska states that statutes are the best evidence of their contents. To the extent that the allegations in paragraph 36 deviate from statutes or a response is required, the allegations are denied.

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*     Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer     Page **7** of **41**

Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 7 of 41

37.     The allegations in paragraph 37 state conclusions of law, to which no response is required. The allegations in paragraph 37 contain the Plaintiff's characterization and quotations of federal statutes which requires no response. Alaska states that statutes are the best evidence of their contents. To the extent that the allegations in paragraph 37 deviate from statutes or a response is required, the allegations are denied.

38.     The allegations in paragraph 38 state conclusions of law, to which no response is required. The allegations in paragraph 38 contain the Plaintiff's characterization and quotations of federal statutes or regulations which requires no response. Alaska states that statutes and regulations are the best evidence of their contents. To the extent that the allegations in paragraph 38 deviate from statutes and regulations or a response is required, the allegations are denied.

39.     The allegations in paragraph 39 are the Plaintiffs' characterization and quotations of the Alaska National Interests Land Conservation Act (ANILCA), which require no response. Alaska states that statutes and regulations and the document are the best evidence of their contents. The allegations in paragraph 39 state conclusions of law, to which no response is required. To the extent that the allegations in paragraph 39 deviate from statutes or a response is required, the allegations are denied.

40.     The allegations in paragraph 40 are Plaintiffs' characterization of a federal appellate opinion and Plaintiffs' characterization of ANILCA, none of which require a response. Alaska asserts that the federal appellate opinion, statutes, and regulations are

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*        Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer        Page **8** of **41**
Case 3:23-cv-00058-SLG    Document 97    Filed 07/11/23    Page 8 of 41

the best evidence of their content. The allegations in paragraph 40 state conclusions of law, to which no response is required. To the extent that the allegations in paragraph 40 deviate from the federal case, statutes, and regulations, or a response is required, the allegations are denied.

41.     The allegations in paragraph 41 are Plaintiffs' characterization of a federal case and Plaintiffs' characterization of ANILCA, none of which require a response. Alaska asserts that the federal case, statutes, and regulations are the best evidence of their content. The allegations in paragraph 41 state conclusions of law, to which no response is required. To the extent that the allegations in paragraph 40 deviate from the federal case, statutes, and regulations, or a response is required, the allegations are denied.

42.     The allegations in paragraph 42 are the Plaintiffs' characterization and quotations of the ANILCA, which require no response. Alaska states that statutes and regulations and the document are the best evidence of their contents. The allegations in paragraph 42 state conclusions of law, to which no response is required. To the extent that the allegations in paragraph 42 deviate from statutes or a response is required, the allegations are denied.

43.     The allegations in paragraph 43 are Plaintiffs' characterization of ANILCA and a document, none of which require a response. Alaska asserts that statutes and documents are the best evidence of their content. The allegations in paragraph 43 state conclusions of law, to which no response is required. To the extent that the allegations in

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*      Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                                    Page **9** of **41**
Case 3:23-cv-00058-SLG    Document 97    Filed 07/11/23    Page 9 of 41

paragraph 43 deviate from the statutes or the document, or a response is required, the allegations are denied.

44.    The allegations in paragraph 44 contain the Plaintiff's characterization of federal statutes, which requires no response. Alaska states that statutes are the best evidence of their contents. To the extent that the allegations in paragraph 44 deviate from statutes, they are denied.

45.    The allegations in paragraph 45 contain the Plaintiff's characterization of federal statutes, which requires no response. Alaska states that statutes are the best evidence of their contents. To the extent that the allegations in paragraph 45 deviate from statutes, they are denied.

46.    The allegations in paragraph 46 contain the Plaintiff's characterization of federal statutes and regulations which requires no response. Alaska states that statutes and regulations are the best evidence of their contents. To the extent that the allegations in paragraph 46 deviate from statutes and regulations, they are denied.

47.    The allegations in paragraph 47 contain the Plaintiff's characterization of federal statutes and regulations which requires no response. Alaska states that statutes and regulations are the best evidence of their contents. To the extent that the allegations in paragraph 47 deviate from statutes and regulations, they are denied.

48.    The allegations in paragraph 48 contain the Plaintiff's characterization of federal statutes and regulations which requires no response. Alaska states that statutes

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*       Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                                          Page 10 of 41
Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 10 of 41

and regulations are the best evidence of their contents. To the extent that the allegations in paragraph 48 deviate from statutes and regulations, they are denied.

49.     The allegations in paragraph 49 contain the Plaintiff's characterization of federal statutes which requires no response. Alaska states that statutes are the best evidence of their contents. To the extent that the allegations in paragraph 49 deviate from statutes, they are denied.

50.     The allegations in paragraph 50 contain the Plaintiff's characterization of federal statutes which requires no response. Alaska states that statutes are the best evidence of their contents. The allegations in paragraph 50 state conclusions of law, to which no response is required. To the extent that the allegations in paragraph 50 deviate from statutes or a response is required, the allegations are denied.

51.     The allegations in paragraph 51 state conclusions of law, to which no response is required. The allegations in paragraph 51 contain the Plaintiff's characterization of federal statutes and regulations which requires no response. Alaska states that statutes and regulations are the best evidence of their contents.  To the extent that the allegations in paragraph 51 deviate from statutes, regulations, or a response is required, the allegations are denied.

52.     The allegations in paragraph 52 state conclusions of law, to which no response is required. The allegations in paragraph 52 contain the Plaintiff's characterization of federal statutes and regulations which requires no response. Alaska states that statutes and regulations are the best evidence of their contents.  To the extent

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*     Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                                                   Page 11 of 41

Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 11 of 41

that the allegations in paragraph 52 deviate from statutes, regulations, or a response is required, the allegations are denied.

53.     The allegations in paragraph 53 state conclusions of law, to which no response is required. The allegations in paragraph 53 contain the Plaintiff's characterization of federal statutes and regulations which requires no response. Alaska states that statutes and regulations are the best evidence of their contents.  To the extent that the allegations in paragraph 53 deviate from statutes, regulations, or a response is required, the allegations are denied.

54.     The allegations in paragraph 54 state conclusions of law, to which no response is required. The allegations in paragraph 54 contain the Plaintiff's characterization of federal regulations which requires no response. Alaska states that regulations are the best evidence of their contents.  To the extent that the allegations in paragraph 54 deviate from regulations, or a response is required, the allegations are denied.

55.     The allegations in paragraph 55 state conclusions of law, to which no response is required. The allegations in paragraph 55 contain the Plaintiff's characterization of federal statutes, regulations, and a federal appellate opinion which requires no response. Alaska states that statutes, regulations, and federal appellate opinions are the best evidence of their contents.  To the extent that the allegations in paragraph 55 deviate from statute, regulations, federal appellate opinion, or a response is required, the allegations are denied.

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*          Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                                                                   Page 12 of 41
Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 12 of 41

56.     The allegations in paragraph 56 state conclusions of law, to which no response is required. The allegations in paragraph 56 contain the Plaintiff's characterization of federal statutes and a federal appellate opinion which requires no response. Alaska states that statutes and federal appellate opinions are the best evidence of their contents.  To the extent that the allegations in paragraph 56 deviate from statute, federal appellate opinion, or a response is required, the allegations are denied.

57.     The allegations in paragraph 57 state conclusions of law, to which no response is required. The allegations in paragraph 57 contain the Plaintiff's characterization of federal statutes and a federal appellate opinion which requires no response. Alaska states that statutes and federal appellate opinions are the best evidence of their contents.  To the extent that the allegations in paragraph 57 deviate from statute, federal appellate opinion, or a response is required, the allegations are denied.

58.     The allegations in paragraph 58 state conclusions of law, to which no response is required. The allegations in paragraph 58 contain the Plaintiff's characterization of federal statutes and a federal appellate opinion which requires no response. Alaska states that statutes and federal appellate opinions are the best evidence of their contents.  To the extent that the allegations in paragraph 58 deviate from statute, federal appellate opinion, or a response is required, the allegations are denied.

59.     The allegations in paragraph 59 contain the Plaintiff's characterization of federal statutes which requires no response. Alaska states that statutes are the best

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*          Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                                        Page 13 of 41

Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 13 of 41

evidence of their contents. To the extent that the allegations in paragraph 59 deviate from statutes, they are denied.

60.     The allegations in paragraph 60 contain the Plaintiff's characterization of federal statutes which requires no response. Alaska states that statutes are the best evidence of their contents. To the extent that the allegations in paragraph 60 deviate from statutes, they are denied.

61.     The allegations in paragraph 61 state conclusions of law, to which no response is required. The allegations in paragraph 61 contain the Plaintiff's characterization of federal statutes which requires no response. Alaska states that statutes are the best evidence of their contents.  To the extent that the allegations in paragraph 61 deviate from statute, or a response is required, the allegations are denied.

62.     The allegations in paragraph 62 state conclusions of law, to which no response is required. The allegations in paragraph 62 contain the Plaintiff's characterization of federal statutes which requires no response. Alaska states that statutes are the best evidence of their contents.  To the extent that the allegations in paragraph 62 deviate from statute, or a response is required, the allegations are denied.

63.     The allegations in paragraph 63 state conclusions of law, to which no response is required. The allegations in paragraph 63 contain the Plaintiff's characterization of federal regulations which requires no response. Alaska states that regulations are the best evidence of their contents.  To the extent that the allegations in

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*          Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                                                Page 14 of 41
Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 14 of 41

paragraph 63 deviate from regulation, or a response is required, the allegations are denied.

64.     The allegations in paragraph 64 state conclusions of law, to which no response is required. The allegations in paragraph 64 contain the Plaintiff's characterization of federal statutes which requires no response. Alaska states that statutes are the best evidence of their contents.  To the extent that the allegations in paragraph 64 deviate from statute, or a response is required, the allegations are denied.

65.     The allegations in paragraph 65 state conclusions of law, to which no response is required. The allegations in paragraph 65 contain the Plaintiff's characterization of federal statutes which requires no response. Alaska states that statutes are the best evidence of their contents.  To the extent that the allegations in paragraph 65 deviate from statute, or a response is required, the allegations are denied.

66.     The allegations in paragraph 66 state conclusions of law, to which no response is required. The allegations in paragraph 66 contain the Plaintiff's characterization of caselaw which requires no response. Alaska states that caselaw is the best evidence of their contents.  To the extent that the allegations in paragraph 66 deviate from caselaw, or a response is required, the allegations are denied.

## V.     FACTS

67.     Alaska admits that the NPR-A is approximately 22.8 million acres. The remaining allegations set forth in paragraph 67 are vague and ambiguous and therefore Alaska denies them.

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*        Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                              Page 15 of 41
Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 15 of 41

68.     The allegations in paragraph 68 state conclusions of law, to which no response is required. The allegations in paragraph 68 contain the Plaintiff's characterization of executive actions and statutes which requires no response. Alaska states that executive actions and statutes are the best evidence of their contents.  To the extent that the allegations in paragraph 68 deviate from executive actions or statutes, or a response is required, the allegations are denied.

69.     The allegations in paragraph 69 contain the Plaintiff's characterization of executive actions and a document which requires no response. Alaska states that executive actions and documents are the best evidence of their contents.  To the extent that the allegations in paragraph 69 deviate from executive actions or documents, or a response is required, the allegations are denied.

70.     Alaska admits that caribou utilize portions of the NPR-A. The remaining allegations set forth in paragraph 70 are vague and ambiguous and therefore Alaska denies them.

71.      The allegations set forth in paragraph 71 are vague and ambiguous and therefore Alaska denies them.

72.     Alaska admits that the Iñupiat people have relied and continue to rely on land in the Arctic. The allegations set forth in paragraph 72 are vague and ambiguous and therefore Alaska denies them.

73.     The allegations in paragraph 74 contain the Plaintiff's characterization of a document and statutes and regulations which requires no response. Alaska states that

statutes, regulations, and documents are the best evidence of their contents. To the extent that the allegations in paragraph 73 deviate from the document, statutes, or regulations, or a response is required, the allegations are denied.

74. The allegations set forth in paragraph 74 are vague and ambiguous and therefore Alaska denies them. The remaining allegations purport to characterize a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 74 deviate from the document, and a response is required, Alaska denies the allegations.

75. The allegations set forth in paragraph 75 are vague and ambiguous and therefore Alaska denies them.

76. The allegations set forth in paragraph 76 are vague and ambiguous and therefore Alaska denies them. The remaining allegations purport to characterize a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 76 deviate from the document, and a response is required, Alaska denies the allegations.

77. The allegations set forth in paragraph 77 are vague and ambiguous and therefore Alaska denies them.

78. The allegations set forth in paragraph 78 are vague and ambiguous and therefore Alaska denies them.

79. The allegations set forth in paragraph 79 are vague and ambiguous and therefore Alaska denies them. The remaining allegations purport to characterize a

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*          Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                                                Page 17 of 41
Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 17 of 41

document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 79 deviate from the document, and a response is required, Alaska denies the allegations.

80.     The allegations in paragraph 80 contain the Plaintiff's characterization of a regulations and document which requires no response. Alaska states that regulations, and documents are the best evidence of their contents.  To the extent that the allegations in paragraph 80 deviate from the document, regulations, or a response is required, the allegations are denied.

81.     The allegations set forth in paragraph 81 are vague and ambiguous and therefore Alaska denies them.

82.     The allegations in paragraph 82 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 82 deviate from the document, or a response is required, the allegations are denied.

83.     The allegations in paragraph 83 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 83 deviate from the document, or a response is required, the allegations are denied.

84.     The allegations in paragraph 84 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*          Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                          Page 18 of 41
Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 18 of 41

of their contents.  To the extent that the allegations in paragraph 84 deviate from the document, or a response is required, the allegations are denied.

85.     The allegations in paragraph 85 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 85 deviate from the document, or a response is required, the allegations are denied.

86.     The allegations in paragraph 86 contain the Plaintiff's characterization of a document and agency action which requires no response. Alaska states that documents and agency actions are the best evidence of their contents.  To the extent that the allegations in paragraph 86 deviate from the document or agency action, or a response is required, the allegations are denied.

87.     The allegations in paragraph 87 contain the Plaintiff's characterization of a document and agency action which requires no response. Alaska states that documents and agency actions are the best evidence of their contents.  To the extent that the allegations in paragraph 87 deviate from the document or agency action, or a response is required, the allegations are denied.

88.     The allegations in paragraph 88 contain the Plaintiff's characterization of a document and agency action which requires no response. Alaska states that documents and agency actions are the best evidence of their contents.  To the extent that the allegations in paragraph 88 deviate from the document or agency action, or a response is required, the allegations are denied. Alaska lacks knowledge or information sufficient to

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*       Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                              Page 19 of 41
Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 19 of 41

form a belief as to the truth of the allegations in paragraph 88 and, on that basis, denies the allegations.

89. The allegations in paragraph 89 contain the Plaintiff's characterization of a document and agency action which requires no response. Alaska states that documents and agency actions are the best evidence of their contents. To the extent that the allegations in paragraph 89 deviate from the document or agency action, or a response is required, the allegations are denied. The allegations in the last sentence of paragraph 89 are vague and ambiguous and therefore Alaska denies them.

90. Alaska admits the allegations in the first sentence of paragraph 90. The allegations in the last sentence of paragraph 90 are vague and ambiguous and therefore Alaska denies them.

91. The allegations in paragraph 91 are vague and ambiguous and therefore Alaska denies them.

92. The allegations in paragraph 92 contain the Plaintiff's characterization of a documents which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 92 deviate from the document, or a response is required, the allegations are denied. The allegations in the last sentence of paragraph 92 are vague and ambiguous and therefore Alaska denies them.

93. The allegations in paragraph 93 contain the Plaintiff's characterization of a document and agency action which requires no response. Alaska states that documents and agency actions are the best evidence of their contents. To the extent that the

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*      Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer      Page 20 of 41
Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 20 of 41

allegations in paragraph 93 deviate from the document or agency action, or a response is required, the allegations are denied.

94.     The allegations in paragraph 94 contain the Plaintiff's characterization of a document and agency action which requires no response. Alaska states that documents and agency actions are the best evidence of their contents.  To the extent that the allegations in paragraph 94 deviate from the document or agency action, or a response is required, the allegations are denied.

95.     The allegations in paragraph 95 contain the Plaintiff's characterization of a document and agency action which requires no response. Alaska states that documents and agency actions are the best evidence of their contents.  To the extent that the allegations in paragraph 95 deviate from the document or agency action, or a response is required, the allegations are denied.

96.     The allegations in paragraph 96 contain the Plaintiff's characterization of a settlement which requires no response. Alaska states that settlements are the best evidence of their contents.  To the extent that the allegations in paragraph 96 deviate from the settlement, or a response is required, the allegations are denied.

97.     Alaska admits that ConocoPhillips requested BLM to prepare the Willow MDP EIS in May 2018. The allegations in paragraph 97 are vague and ambiguous and therefore Alaska denies them

98.     The allegations in paragraph 98 state conclusions of law, to which no response is required. To the extent that a response is required, the allegations are denied.

99. The State admits the allegation is paragraph 99.

100. The allegations in paragraph 100 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 100 deviate from the document, or a response is required, the allegations are denied.

101. The allegations in paragraph 101 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 101 deviate from the document, or a response is required, the allegations are denied.

102. The allegations in paragraph 102 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 102 deviate from the document, or a response is required, the allegations are denied.

103. The allegations in paragraph 103 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 103 deviate from the document, or a response is required, the allegations are denied.

104. Alaska admits that BLM released the final EIS for Willow. The remaining allegations in paragraph 104 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.* Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer Page 22 of 41

Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 22 of 41

To the extent that the allegations in paragraph 104 deviate from the document, or a response is required, the allegations are denied.

105. Alaska denies the allegations in paragraph 105.

106. The allegations in paragraph 106 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 106 deviate from the document, or a response is required, the allegations are denied.

107. The allegations in paragraph 107 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 107 deviate from the document, or a response is required, the allegations are denied.

108. The allegations in paragraph 108 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 108 deviate from the document, or a response is required, the allegations are denied.

109. The allegations in paragraph 109 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 109 deviate from the document, or a response is required, the allegations are denied.

110. The allegations in paragraph 110 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*      Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer      Page 23 of 41

Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 23 of 41

evidence of their contents.  To the extent that the allegations in paragraph 110 deviate from the document, or a response is required, the allegations are denied.

111.    The allegations in paragraph 111 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 111 deviate from the document, or a response is required, the allegations are denied.

112.    The allegations in paragraph 112 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 112 deviate from the document, or a response is required, the allegations are denied.

113.    The allegations in paragraph 113 contain the Plaintiff's characterization of a document and agency actions which requires no response. Alaska states that documents and agency actions are the best evidence of their contents.  To the extent that the allegations in paragraph 103 deviate from the document or agency action, or a response is required, the allegations are denied.

114.    The allegations in paragraph 114 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 114 deviate from the document, or a response is required, the allegations are denied.

115.    The allegations in paragraph 115 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*      Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                             Page 24 of 41
Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 24 of 41

evidence of their contents. To the extent that the allegations in paragraph 115 deviate from the document, or a response is required, the allegations are denied.

116. The allegations in paragraph 116 contain the Plaintiff's characterization of court orders which requires no response. Alaska states that those documents are the best evidence of their contents. To the extent that the allegations in paragraph 116 deviate from those documents, or a response is required, the allegations are denied.

117. The allegations in paragraph 117 contain the Plaintiff's characterization of a federal appellate opinion which requires no response. Alaska states that the opinion is the best evidence of its contents. To the extent that the allegations in paragraph 117 deviate from that opinion, or a response is required, the allegations are denied.

118. Alaska admits the allegations in paragraph 118.

119. The allegations in paragraph 119 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 119 deviate from the document, or a response is required, the allegations are denied.

120. The allegations in paragraph 120 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 120 deviate from the document, or a response is required, the allegations are denied.

121. The allegations in paragraph 121 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best

evidence of their contents.  To the extent that the allegations in paragraph 121 deviate from the document, or a response is required, the allegations are denied.

122.    The allegations in paragraph 122 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 122 deviate from the document, or a response is required, the allegations are denied.

123.    The allegations in paragraph 123 contain the Plaintiff's characterization of a court order which requires no response. Alaska states that the court order is the best evidence of its contents.  To the extent that the allegations in paragraph 123 deviate from that order, or a response is required, the allegations are denied.

124.    The allegations in paragraph 124 contain the Plaintiff's characterization of a court order which requires no response. Alaska states that the court order is the best evidence of its contents.  To the extent that the allegations in paragraph 124 deviate from that order, or a response is required, the allegations are denied.

125.    The allegations in paragraph 125 contain the Plaintiff's characterization of a court order which requires no response. Alaska states that the court order is the best evidence of its contents.  To the extent that the allegations in paragraph 125 deviate from that order, or a response is required, the allegations are denied.

126.    Alaska admits the allegations in paragraph 126

127.    The allegations in paragraph 127 contain the Plaintiff's characterization of a document and agency actions which requires no response. Alaska states that documents

and agency actions are the best evidence of their contents. To the extent that the allegations in paragraph 127 deviate from the document or agency action, or a response is required, the allegations are denied.

128. The allegations in paragraph 128 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 128 deviate from the document, or a response is required, the allegations are denied.

129. The allegations in paragraph 129 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 129 deviate from the document, or a response is required, the allegations are denied.

130. The allegations in paragraph 130 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 130 deviate from the document, or a response is required, the allegations are denied.

131. The allegations in paragraph 131 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 131 deviate from the document, or a response is required, the allegations are denied.

132. The allegations in paragraph 132 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*        Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                                    Page 27 of 41
Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 27 of 41

evidence of their contents. To the extent that the allegations in paragraph 132 deviate from the document, or a response is required, the allegations are denied.

133. Alaska denies the allegations in paragraph 133.

134. The allegations in paragraph 134 contain the Plaintiff's characterization of comments to a document which requires no response. Alaska states that the comments and documents are the best evidence of their contents. To the extent that the allegations in paragraph 134 deviate from the comments and documents, or a response is required, the allegations are denied.

135. The allegations in paragraph 135 contain the Plaintiff's characterization of comments to a document which requires no response. Alaska states that the comments and documents are the best evidence of their contents. To the extent that the allegations in paragraph 135 deviate from the comments and documents, or a response is required, the allegations are denied.

136. The allegations in paragraph 136 contain the Plaintiff's characterization of comments to a document which requires no response. Alaska states that the comments and documents are the best evidence of their contents. To the extent that the allegations in paragraph 136 deviate from the comments and documents, or a response is required, the allegations are denied.

137. The allegations in paragraph 137 contain the Plaintiff's characterization of comments to a document which requires no response. Alaska states that the comments and documents are the best evidence of their contents. To the extent that the allegations

in paragraph 137 deviate from the comments and documents, or a response is required, the allegations are denied.

138. The allegations in paragraph 138 contain the Plaintiff's characterization of comments to a document which requires no response. Alaska states that the comments and documents are the best evidence of their contents. To the extent that the allegations in paragraph 138 deviate from the comments and documents, or a response is required, the allegations are denied.

139. Alaska admits the allegations in paragraph 139.

140. The allegations in paragraph 140 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 140 deviate from the document, or a response is required, the allegations are denied.

141. The allegations in paragraph 141 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 141 deviate from the document, or a response is required, the allegations are denied.

142. The allegations in paragraph 142 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 142 deviate from the document, or a response is required, the allegations are denied.

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*      Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                                      Page 29 of 41
Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 29 of 41

143.    The allegations in paragraph 143 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 143 deviate from the document, or a response is required, the allegations are denied.

144.    The allegations in paragraph 144 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 144 deviate from the document, or a response is required, the allegations are denied.

145.    The allegations in paragraph 145 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 145 deviate from the document, or a response is required, the allegations are denied.

146.    The allegations in paragraph 146 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 146 deviate from the document, or a response is required, the allegations are denied.

147.    The allegations in paragraph 147 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 147 deviate from the document, or a response is required, the allegations are denied.

Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 30 of 41

148.  The allegations in paragraph 148 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 148 deviate from the document, or a response is required, the allegations are denied.

149.  The allegations in paragraph 149 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 149 deviate from the document, or a response is required, the allegations are denied.

150.  The allegations in paragraph 150 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 150 deviate from the document, or a response is required, the allegations are denied.

151.  The allegations in paragraph 151 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 151 deviate from the document, or a response is required, the allegations are denied.

152.  The allegations in paragraph 152 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 152 deviate from the document, or a response is required, the allegations are denied.

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*          Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                                                    Page 31 of 41

Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 31 of 41

153. The allegations in paragraph 153 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 153 deviate from the document, or a response is required, the allegations are denied.

154. The allegations in paragraph 154 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 154 deviate from the document, or a response is required, the allegations are denied.

155. The allegations in paragraph 155 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 155 deviate from the document, or a response is required, the allegations are denied.

156. The allegations in paragraph 156 contain the Plaintiff's characterization of documents which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 156 deviate from the documents, or a response is required, the allegations are denied.

157. The allegations in paragraph 157 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents. To the extent that the allegations in paragraph 157 deviate from the document, or a response is required, the allegations are denied.

158. Alaska denies the allegation in paragraph 158.

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.* Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer Page 32 of 41
Case 3:23-cv-00058-SLG Document 97 Filed 07/11/23 Page 32 of 41

159.    The allegations in paragraph 159 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 159 deviate from the document, or a response is required, the allegations are denied.

160.    The allegations in paragraph 160 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 160 deviate from the document, or a response is required, the allegations are denied.

161.    The allegations in paragraph 161 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 161 deviate from the document, or a response is required, the allegations are denied.

162.    The allegations in paragraph 162 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 162 deviate from the document, or a response is required, the allegations are denied.

163.    The allegations in paragraph 163 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 163 deviate from the document, or a response is required, the allegations are denied.

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*          Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                                                      Page 33 of 41

Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 33 of 41

164.    The allegations in paragraph 164 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 164 deviate from the document, or a response is required, the allegations are denied.

165.    The allegations in paragraph 165 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 165 deviate from the document, or a response is required, the allegations are denied.

166.    The allegations in paragraph 166 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 166 deviate from the document, or a response is required, the allegations are denied.

167.    The allegations in paragraph 167 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 167 deviate from the document, or a response is required, the allegations are denied.

168.    The allegations in paragraph 168 contain the Plaintiff's characterization of documents and agency actions which requires no response. Alaska states that documents and agency actions are the best evidence of their contents.  To the extent that the allegations in paragraph 168 deviate from the document or agency action, or a response is required, the allegations are denied.

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*          Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                                      Page 34 of 41
Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 34 of 41

## VI. CLAIMS FOR RELIEF

169. Alaska incorporates by reference its responses to the preceding paragraphs.

170. The allegations in paragraph 170 state conclusions of law, to which no response is required. The allegations in paragraph 170 contain the Plaintiff's characterization of statutes and regulations which requires no response. Alaska states that statutes and regulations are the best evidence of their contents. To the extent that the allegations in paragraph 170 deviate from the statutes or regulations, or a response is required, the allegations are denied.

171. Alaska denies the allegations in paragraph 171.

172. Alaska denies the allegations in paragraph 172.

173. Alaska denies the allegations in paragraph 173.

174. Alaska denies the allegations in paragraph 174.

175. Alaska denies the allegations in paragraph 175.

176. Alaska incorporates by reference its responses to the preceding paragraphs.

177. The allegations in paragraph 177 state conclusions of law, to which no response is required. The allegations in paragraph 177 contain the Plaintiff's characterization of statutes and regulations which requires no response. Alaska states that statutes and regulations are the best evidence of their contents. To the extent that the allegations in paragraph 177 deviate from the statutes or regulations, or a response is required, the allegations are denied.

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*     Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer     Page 35 of 41

Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 35 of 41

178.     Alaska denies the allegations in paragraph 178.

179.     Alaska denies the allegations in paragraph 179.

180.     Alaska incorporates by reference its responses to the preceding paragraphs.

181.     The allegations in paragraph 181 state conclusions of law, to which no response is required. The allegations in paragraph 181 contain the Plaintiff's characterization of statutes and regulations which requires no response. Alaska states that statutes and regulations are the best evidence of their contents.  To the extent that the allegations in paragraph 181 deviate from the statutes or regulations, or a response is required, the allegations are denied.

182.     Alaska denies the allegations in paragraph 182.

183.     Alaska denies the allegations in paragraph 183.

184.     Alaska denies the allegations in paragraph 184.

185.     Alaska denies the allegations in paragraph 185.

186.     Alaska incorporates by reference its responses to the preceding paragraphs.

187.     The allegations in paragraph 187 state conclusions of law, to which no response is required. The allegations in paragraph 187 contain the Plaintiff's characterization of statutes and regulations which requires no response. Alaska states that statutes and regulations are the best evidence of their contents.  To the extent that the allegations in paragraph 187 deviate from the statutes or regulations, or a response is required, the allegations are denied.

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*      Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                                     Page 36 of 41
Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 36 of 41

188. The allegations in paragraph 188 state conclusions of law, to which no response is required. The allegations in paragraph 188 contain the Plaintiff's characterization regulations which requires no response. Alaska states that regulations are the best evidence of their contents. To the extent that the allegations in paragraph 188 deviate from regulations, or a response is required, the allegations are denied.

189. Alaska denies the allegations in paragraph 189.

190. Alaska denies the allegations in paragraph 190.

191. Alaska incorporates by reference its responses to the preceding paragraphs.

192. The allegations in paragraph 192 state conclusions of law, to which no response is required. The allegations in paragraph 192 contain the Plaintiff's characterization of statutes which requires no response. Alaska states that statutes are the best evidence of their contents. To the extent that the allegations in paragraph 192 deviate from the statutes, or a response is required, the allegations are denied.

193. The allegations in paragraph 193 state conclusions of law, to which no response is required. The allegations in paragraph 193 contain the Plaintiff's characterization of statute, regulation, and caselaw which requires no response. Alaska states that statutes, regulations, and caselaw are the best evidence of their contents. To the extent that the allegations in paragraph 193 deviate from the statutes, regulations, or caselaw or a response is required, the allegations are denied.

194. Alaska denies the allegations in paragraph 194.

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*      Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                                      Page 37 of 41
Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 37 of 41

195.     Alaska denies the allegations in the first sentence of paragraph 194. The allegations in sentence two and three of paragraph 195 contain the Plaintiff's characterization of a document which requires no response. Alaska states that documents are the best evidence of their contents.  To the extent that the allegations in paragraph 195 deviate from the document, or a response is required, the allegations are denied. Alaska denies the allegations in the forth and fifth sentences of paragraph 195.

196.     Alaska denies the allegations in paragraph 196.

197.     Alaska incorporates by reference its responses to the preceding paragraphs.

198.     The allegations in paragraph 198 state conclusions of law, to which no response is required. The allegations in paragraph 198 contain the Plaintiff's characterization of statutes which requires no response. Alaska states that statutes are the best evidence of their contents.  To the extent that the allegations in paragraph 198 deviate from the statutes, or a response is required, the allegations are denied.

199.     Alaska denies the allegations in paragraph 199.

200.     Alaska denies the allegations in paragraph 200.


# REQUEST FOR RELIEF

The allegations set forth in paragraphs 1 through 8 consists of Plaintiffs' requests for relief, to which no response is required. To the extent a response is required, Alaska denies that the Plaintiffs' are entitled to any relief requested in the Complaint.

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*          Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                                       Page 38 of 41

Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 38 of 41

## GENERAL DENIAL

All allegations, including any unnumbered statements, footnotes, and headings, in the Complaint that have not been specifically admitted, denied, or qualified are denied.

## AFFIRMATIVE DEFENSES

1.  Plaintiffs have failed to state a claim on which relief can be granted.

2.  Plaintiffs lack standing to assert some or all of their claims.

3.  Some or all of the Plaintiffs' claims are not ripe for adjudication due to failure to exhaust administrative remedies.

4.  Some or all of the Plaintiffs' claims are barred by applicable statute of limitations.

5.  Alaska reserves the right to amend or supplement affirmative defenses.

## PRAYER FOR RELIEF

Alaska requests that this Court:

1.  Dismiss Plaintiffs' Complaint with prejudice on all claims asserted against all Defendants;

2.  Award to Alaska any other relief that the Court deems just and proper.

DATED: July 11, 2023.

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*      Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                                                                    Page 39 of 41

Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 39 of 41

TREG TAYLOR
ATTORNEY GENERAL


By:    /s/Mary H. Gramling
       Mary H. Gramling
       Chief Assistant Attorney General
       Alaska Bar No. 1011078
       Department of Law
       PO Box 110300
       Juneau, AK 99811-0300
       Phone:  (907) 465-3600
       Facsimile:  (907) 465-2417
       Email:  mary.gramling@alaska.gov
       Attorney for
       State of Alaska

*Sovereign Iñupiat for a Living Arctic v. BLM, et al.*      Case No.: 3:23-cv-00058-SLG
State Of Alaska's Answer                              Page 40 of 41

Case 3:23-cv-00058-SLG   Document 97   Filed 07/11/23   Page 40 of 41

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of July 2023, I filed a true and correct copy of the

foregoing document with the Clerk of the Court for the United District Court – District of

Alaska by using the CM/ECF system. Participants in Case No. 3:23-cv-00058-SLG who

are registered CM/ECF users will be served electronically by the CM/ECF system.

/s/Mary H. Gramling
Mary H. Gramling, Chief Assistant Attorney General