Todd Kim
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

Rickey D. Turner, Jr. (CO Bar No. 38353)
Senior Attorney
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1373
rickey.turner@usdoj.gov

Paul A. Turcke (ID Bar No. 4759)
Trial Attorney
Natural Resources Section
c/o U.S. Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>  Defendants,<br>and<br><br>CONOCOPHILLIPS ALASKA, INC., et al.,<br><br>  Intervenor-Defendants. | Case No. 3:23-cv-00058-SLG |

*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*  Nos. 3:23-cv-00058; -61-SLG
Defs.' Notice – Admin. Records Supplement                                           1

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>        Defendants,<br>  and<br><br>CONOCOPHILLIPS ALASKA, INC., et al.,<br><br>        Intervenor-Defendants. | Case No. 3:23-cv-00061-SLG |

## DEFENDANTS' NOTICE OF
## FILING SUPPLEMENT TO THE ADMINISTRATIVE RECORDS

Defendants U.S. Bureau of Land Management (BLM), et al., hereby provide notice of filing the Supplement to the BLM Administrative Record. The Supplement contains additional documents that BLM has agreed to include in the Administrative Record as a result of conferral between counsel. The Supplement is being filed contemporaneously herewith through the CM/ECF system. Exhibit 1 filed herewith is a Table of Exhibits. Exhibit 2 filed herewith is a declaration certifying the contents of the Supplement to the BLM Administrative Record. Exhibit 3 filed herewith is the BLM Administrative Record Supplement index. Exhibits 4-14 are the documents referred to in the Index constituting the Supplement.

Through conferral between counsel and in the interests of expeditiously resolving disputes over the administrative record in these cases, Defendants have also agreed that

*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*     Nos. 3:23-cv-00058; -61-SLG
DEFS.' NOTICE – ADMIN. RECORDS SUPPLEMENT     2

Case 3:23-cv-00058-SLG Document 98 Filed 07/14/23 Page 2 of 4

the 2021 Administrative Records filed in Case No. 3:20-cv-00290-SLG and Case No. 3:20-cv-00308-SLG involving prior approval of the Willow Project may be cited by the parties and considered as part of the Administrative Records in the instant cases. The certifications and indexes for the 2021 Records have been previously filed as Doc. Nos. 21, 72, 73, and 122 in Case No. 3:20-cv-00290-SLG and Doc. Nos. 24, 70, and 118 in Case No. 3:20-cv-00308-SLG. The 2021 Records, including hyperlinked indexes corresponding to the aforementioned filings, are being conventionally filed on electronic media by hand delivery to the Clerk's Office. Copies of the 2021 Administrative Records on electronic media are being served by express delivery on counsel for those parties who have not already received them.

Respectfully submitted,

DATED: July 14, 2023.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

RICKEY D. TURNER, JR., Senior Attorney
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1373
rickey.turner@usdoj.gov

/s/ Paul A. Turcke
PAUL A. TURCKE
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*    Nos. 3:23-cv-00058; -61-SLG
DEFS.' NOTICE – ADMIN. RECORDS SUPPLEMENT                                           3

Case 3:23-cv-00058-SLG   Document 98   Filed 07/14/23   Page 3 of 4

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on July 14, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                                          */s/ Paul A. Turcke*
                                            Paul A. Turcke

*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*     Nos. 3:23-cv-00058; -61-SLG
DEFS.' NOTICE – ADMIN. RECORDS SUPPLEMENT     4

Case 3:23-cv-00058-SLG    Document 98    Filed 07/14/23    Page 4 of 4