# Table of Exhibits

*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*
Case No. 3:23-cv-00058-SLG
Defendants' Notice of Filing Supplement to the Administrative Records

Exhibit 1 – Table of Exhibits

Exhibit 2 – Declaration of Carrie Cecil Certifying BLM Admin. Record Supplement

Exhibit 3 – BLM AR Supplement Index

Exhibit 4 – AR949708 – AR949759

Exhibit 5 – AR949760 – AR949818

Exhibit 6 – AR949819 – AR949831

Exhibit 7 – AR949832 – AR949851

Exhibit 8 – AR949852 – AR949878

Exhibit 9 – AR949879 – AR949939

Exhibit 10 – AR949940 – AR950015

Exhibit 11 – AR950016 – AR950051

Exhibit 12 – AR950052 – AR950250

Exhibit 13 – AR950251 – AR950349

Exhibit 14 – AR950350 – AR950687

*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*  Case No. 3:23-cv-00058-SLG
TABLE OF EXHIBITS - ADMIN. RECORD SUPPLEMENT                                              1

Case 3:23-cv-00058-SLG   Document 98-1   Filed 07/14/23   Page 1 of 1