Case Nos. 3:23-cv-00058-SLG and -00061-SLG Index to BLM Administrative Record Supplement

| Index Code | Bates # | Pages | Document Date | Document Title | Description | Author | Recipient |
|---|---|---|---|---|---|---|---|
| 1.2.0 | AR949708 | 52 | 12/00/2022 | Kuukpik K2 Pad Project | Kuukpik K2 Pad Project CWA Section 404 Permit Application to USACE | Kuukpik Corporation | USACE |
| 2.3.1 | AR949760 | 292 | 2/22/2022 | CPAI 2020 Compensatory Mitigation Plan V7 | CPAI 2020 Compensatory Mitigation Plan V7 | CPAI | DOWL |
| 2.3.1 | AR950052 | 190 | 5/11/2022 | Alpine CD1 Final Report | CPAI Final report of Alpine CD1 gas release. | CPAI | BLM |
| 2.4.1 | AR950242 | 4 | 4/28/2022 | Alaska Wilderness League et al. | Alaska Wilderness League et al. letter regarding CD1 gas release. | AWL et al. | BLM |
| 2.4.1 | AR950246 | 5 | 6/16/2022 | The Honorable Debra Haaland, Secretary | Native Movement et al. letter to Secretary Haaland | Native Movement et al. | DOI |
| 4.2.3 | AR950251 | 99 | 8/29/2022 | Willow Master Development Plan Draft SEIS – BLM's Decision-Making Authority | Earthjustice Draft SEIS comments with attachments. | Earth Justice | BLM |
| 4.2.3 | AR950350 | 338 | 8/29/2022 | Earthjustice, NRDC, TWS Comments re Willow Master Development Plan Draft SEIS | Earthjustice et al. Draft SEIS comments, with attached references not contained in Folders 3463 or 3514. | Earth Justice | BLM |