THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>     Plaintiffs,<br><br> v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>     Defendants,<br><br>     and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*,<br><br>     Intervenor-Defendants. | Case No. 3:23-cv-00058-SLG |

**[PROPOSED] ORDER GRANTING PATAGONIA, INC.'S MOTION FOR LEAVE TO FILE AN AMICUS BRIEF**

Having considered Patagonia, Inc.'s Motion for Leave to File an Amicus Curiae Brief in Support of Plaintiffs' Motion for Summary Judgment, the proposed amicus brief, and the importance of the issues before the Court,

 IT IS ORDERED that the motion is GRANTED. The brief of amicus curiae submitted by Patagonia, Inc. with its motion shall be deemed filed as part of the record of this case as of this date.

DATED _____ , 2023.

                _____
                Hon. Sharon L. Gleason
                United States District Judge

*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:23-cv-00058-SLG                             Page 1

Case 3:23-cv-00058-SLG  Document 104-2  Filed 07/26/23  Page 1 of 1