Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
Luke A. Sanders (*admitted pro hac vice*)
luke.sanders@stoel.com
Tiffany Wang (*admitted pro hac vice*)
tiffany.wang@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Whitney A. Brown (Bar No. 1906063)
whitney.brown@stoel.com
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907.277.1900
Facsimile: 907.277.1920

Attorneys for Intervenor-Defendant
ConocoPhillips Alaska, Inc.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., et al., <br><br> Intervenor-Defendants. | Case No.: 3:23-cv-00058-SLG |
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., et al., <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00061-SLG |

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.*, Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.*, Case No. 3:23-cv-00061-SLG

120570379.2 0028116-00168

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
*Main 206.624.0900   Fax 206.386.7500*

# <u>DECLARATION OF ANNE E. SMITH, PH.D.</u>

1.      I, Anne E. Smith, am an independent consultant and an Affiliated Consultant with NERA Economic Consulting ("NERA"). I make this declaration in support of ConocoPhillips Alaska, Inc., Intervenor-Defendant in the cases of Sovereign Inupiat for a Living Arctic v. BLM, Case No. 3:23-cv-00058-SLG, and Center for Biological Diversity v. BLM, Case No. 3:23-cv-00061-SLG. This declaration is based on my personal knowledge, my review of cited materials, and my decades of experience in environmental policy, economic policy, and mathematical and statistical modeling and analysis. I could competently testify to its contents if called to do so.

2.      I earned a B.A. in Economics, *summa cum laude*, from Duke University in 1977, a M.A. in Economics from Stanford University in 1981, and a Ph.D. in Economics from Stanford University in 1984 with a Ph.D. minor in Stanford's Engineering School focused on engineering-economic systems modeling and decision analysis.

3.      From 1977 to 1979, I was employed as an economist by the U.S. Environmental Protection Agency ("EPA"). I left EPA to enter a Ph.D. program at Stanford University, as noted above. While earning my Ph.D. and over the 39 years since, I have been employed as a consultant for a wide range of matters in which I relied on my academic training to perform quantitative modeling and projection of environmental risks and benefits, statistical and probabilistic analyses, policy/economic impact analyses, and decision analyses. During that time, I also have testified as an expert in federal district court and other proceedings, before the U.S. Congress, and before federal scientific advisory

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG

1

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

committees regarding many of my quantitative analyses. I also was nominated and served on a *pro bono* basis on multiple expert committees and advisory boards, such as EPA's chartered Science Advisory Board ("SAB") and as a risk analysis expert for many study committees of the National Academies of Science, Engineering, and Medicine ("NASEM"). I have authored and co-authored numerous peer-reviewed papers in well-reputed journals, served as a peer reviewer, and received awards for best paper and for best peer reviewer by the *Society for Risk Analysis*.

4.     As a result of my academic research and training and over 40 years of experience applying such knowledge and tools to major real-world environmental and business questions, I am an expert in the methods of numerical environmental risk modeling, statistical inference, uncertainty analysis, and climate policy evaluation that I apply in this declaration. A true and accurate copy of my curriculum vitae, including my testimony and peer-reviewed publications over the past ten years, is attached as Exhibit A.

## SUMMARY AND CONTEXT

5.     I have reviewed relevant portions of the Bureau of Land Management ("BLM's") Final Supplemental Environmental Impact Statement ("FSEIS") for the Willow Master Development Plan (the "Willow Project").

6.     I am aware that Plaintiffs submitted a number of declarations in these cases asserting that emissions from the Willow Project will (or may) lead to reductions in sea ice, which in turn will harm polar bears. In particular, the Declaration of Steven Amstrup says that "Willow will significantly increase greenhouse gas emissions," resulting in lost

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG
2

120570379.2 0028116-00168

Case 3:23-cv-00058-SLG    Document 141-3    Filed 08/30/23    Page 3 of 22

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

sea ice "which will in turn increase the period of food deprivation for polar bears, causing direct harm to polar bear populations and increasing the likelihood that the vast majority of the world's polar bear populations will be extirpated before the end of the century." Declaration of Steven Amstrup ⁋ 59.

7.     I am also familiar with a 2016 paper by Notz & Stroeve entitled "Observed Arctic sea-ice loss directly follows anthropogenic CO2 [carbon dioxide] emission." AR512580 (hereinafter "Notz"). Notz describes an observed linear relationship between increased global CO2 emissions and decreased Arctic sea ice. This relationship (hereinafter the "Notz relationship") is described as an average reduction of 3.0 square meters ($m^2$) of summer sea ice per incremental metric ton of CO2.

8.     The purpose of this declaration is to address the following question: Can the Notz relationship be used to reliably predict impacts to Arctic sea ice caused by the CO2 emissions from Willow?

9.     My answer is no, for at least the following reasons set forth in more detail below and summarized here. (1) If the Notz relationship is applied to potential Willow emissions, the resulting projected loss in sea ice is immeasurably small (*i.e.*, *de minimis*). (2) The Notz relationship indicates that any projection of future Arctic sea-ice area depends on the future global emission path the world will follow and is not accelerated in any meaningful way by Willow's emissions. (3) There is no aspect of the Notz relationship that provides a basis for making location-specific estimates of sea-ice losses, and the paper does

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG

3

120570379.2 0028116-00168

not provide any information to project how any sea-ice losses might translate into polar bear or ice seal population impacts.

10. My conclusion of an immeasurably small impact of Willow's emissions on future Arctic sea-ice area is based on detailed mathematical calculations using the Notz relationship itself, as described below. However, a simple back-of-the-envelope calculation supports this conclusion. As I explain below, Willow Alternative E is projected to add an average of 4.3 million metric tons ("MMT") CO2 per year to the global total. For comparison, current annual global emissions (2022) are roughly 37,000 MMT CO2 per year. The only relationship demonstrated by Notz is one between *total* global CO2 emissions and *aggregate* Arctic sea-ice area losses, although it is summarized as an average reduction of 3.0 square meters ("m$^2$") per incremental metric ton of CO2. This formula, if taken as causal for even one ton of CO2 (meaning one simply multiplies each ton of CO2 by 3 to get square meters of sea ice), implies that the average annual sea-ice loss due to Willow will be about 12.9 square kilometers ("km$^2$"). Current sea-ice area in the Arctic is about 3.5 *million* km$^2$. Thus, the average Notz-based impact of Willow would be only about 4 one-millionths of current sea-ice area (0.000004). Even after 30 years of cumulative effect, its impact would be a reduction of only one ten-thousandth (0.0001) of current sea-ice area. These magnitudes of change are less than the precision for measuring sea-ice area, and hence would not be observable.[1]

---

[1] The precision of the National Snow and Ice Data Center ("NSIDC") Sea Ice Index data used in estimating the Notz relationship is three digits. *See* "Sea Ice Index Updated with a New Arctic Pole Hole and Ice Masks", *NSIDC*, available at https://nsidc.org/data/user-

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG
4
120570379.2 0028116-00168
Case 3:23-cv-00058-SLG    Document 141-3    Filed 08/30/23    Page 5 of 22

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900    Fax 206.386.7500

11.     Some additional context related to scale would be helpful here. Sea ice can be measured in two ways: area and extent. Because the Notz relationship relied upon sea-ice area, the following facts regarding scale are stated in terms of area.[2] In 2022, the Arctic ice sheet at its maximal area (monthly average in February) was 12.898 million $km^2$ and at its minimal summer area (monthly average in September) was 3.474 million $km^2$.[3] Annual variations in minimal sea-ice area (and extent) can vary by over a million $km^2$. For example, in 2022, there were about 1.1 million $km^2$ more of summer sea-ice area than a decade earlier in 2012 (and 1.3 million $km^2$ more in extent). Most of this inter-annual variability, which can be seen in Figure 1 below, is due to factors other than the CO2 effect estimated by Notz.[4]

resources/data-announcements/sea-ice-index-updated-new-arctic-pole-hole-and-ice-masks. Date Accessed 08-17-2023. *See also*, Sea Ice Index, Version 3.0, *NSIDC*, available at https://nsidc.org/sites/default/files/g02135-v003-userguide_1_1.pdf. Date Accessed 08-17-2023, at p.62 ("the extent values in the Daily Sea Ice Extent Data Files have been rounded to three decimal places instead of six because that is the precision of the data").

[2] Extent estimates are always larger than area estimates but they follow very similar interannual patterns. NSIDC considers sea-ice extent to be the more reliable metric for summertime estimates (*see* https://nsidc.org/arcticseaicenews/faq/#area_extent). There is no explicit statement in Notz that it relied on area rather than extent observations, but its consistent use of the term "area" and lack of any mention of the term "extent" indicates it used area data.

[3] Sea_Ice_Index_Monthly_Data_by_Year_G02135_v3.0.xls, available for download at https://nsidc.org/arcticseaicenews/sea-ice-tools/ (accessed Aug 11, 2023).

[4] In fact, if the only effect in play were the CO2-effect estimated by Notz, sea-ice area would have been *lower* in 2022 than in 2012 because anthropogenic CO2 emissions continued to accumulate (by about 370 billion metric tons) over that period. Based on the Notz relationship, that additional cumulative CO2 would have implied a *reduction* of 1.1 million $km^2$ in sea-ice area, as compared to the 1.1 million $km^2$ of increase actually observed between those years.

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG

5

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

**Figure 1**. Arctic Sea-Ice Area (September monthly average) from 1979 through 2022. (Red vertical line indicates the dividing point between observations used in Notz analysis and observations obtained after that analysis)

Source: "Sea_Ice_Index_Monthly_Data_by_Year_G02135_v3.0.xls," Sea Ice Index, National Snow and Ice Data Center. Accessed Aug 11, 2023.



12.    To complicate matters, the sea-ice area and extent measurements are themselves imprecise. NSIDC reports that its "Sea Ice Index" estimates, on which the Notz relationship is based, are not precise below the third decimal place (stated in millions of $km^2$), which means measurements less than 1,000 $km^2$ rounded off as unreliable. A recent probabilistic evaluation of sea-ice concentration data from a similar set of satellite-based measurements (*i.e.*, from the European Space Agency ("ESA") Sea Ice Climate Change Initiative Sea Ice Concentration Climate Data Record) by Wernecke, Notz, *et al.* concluded that the quantitative uncertainty in that set of sea-ice concentration data implied a standard error of about 160,000 $km^2$ in estimates of monthly average of sea-ice area and sea-ice

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG

6

extent.[5] Whether this higher error estimate could be expected if the study's same analytical methods were to be applied to NSIDC data is not stated.

13.     Under either estimate of limits of precision for estimates of sea-ice area, a 12.9 $km^2$ annual change is neither observable nor scientifically detectable.

<u>SYNOPSIS OF THE BASIS AND LIMITATIONS OF THE NOTZ RELATIONSHIP</u>

14.     The Notz relationship is not a mechanistic or simulation model of the sort usually referred to as a "climate model." Instead, it is a statistical estimate of the relationship between historical cumulative CO2 emissions and 30-year running averages of September sea-ice area using data from the years 1953-2015. The relationship assumes a linear formula and the paper does not indicate having tested any alternative (*e.g.*, non-linear) formulas.

15.     A statistical formula such as Notz's can be informative for understanding the existence and nature of a relationship as it manifested itself over a past period (*e.g.*, 1953-2015). However, a statistical formula does not always provide reliable projections *for future events* if any of an array of conditions in the future differ from the historical levels on which the formula was based. Estimates requiring such *extrapolation* outside of the sample of original observations enter a zone of scientific uncertainty much greater than the formula's reported statistical confidence and can veer into the realm of speculation.

---

[5] Wernecke, A., Notz, D., Kern, S., and Lavergne, T.: Estimating the uncertainty of sea-ice area and sea-ice extent from satellite retrievals, EGUsphere [preprint], https://doi.org/10.5194/egusphere-2022-1189, 2022. (Available at https://egusphere.copernicus.org/preprints/2022/egusphere-2022-1189/. Accessed Aug. 22, 2023.)  A 95% confidence range is plus or minus 1.96 times the standard error.

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG

7

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
*Main 206.624.0900    Fax 206.386.7500*

16. I also note that both the Notz study and the resulting Notz relationship are limited strictly to the question of sea-ice area impacts. They contain no information regarding the geographic specificity of sea-ice changes or how sea-ice area or extent changes have affected living species. Thus, even if the Notz relationship implied a detectible incremental amount of future sea-ice loss due to Willow's net greenhouse gas ("GHG") emissions (which it does not, as I will demonstrate quantitatively below), that is not sufficient scientific evidence to connect *all* the dots between the effects of the GHG emissions from the Willow project and an assessment of the impact to polar bears and ice seals in particular locations.

## THE NOTZ FORMULA (IF ACCURATE) SHOWS THE IMPACT OF WILLOW ON SEA ICE IS IMMEASURABLY SMALL.

17. Under the Notz relationship, it is the baseline of $CO_2$ emissions, not the Willow project emissions, that determines the projected rate and extent of decline of sea ice area. This is the case regardless of what one assumes about future $CO_2$ emissions trends (good or bad). To show this, I ran the Notz relationship under three very different environmental baselines ("counterfactuals" or "but for" scenarios) to project the time at which sea ice is less than 1 million $km^2$ – the level generally considered to be ice-free. I then consider the effect of Willow's additional emissions on these respective baseline projections. The result is that Willow's emissions make no difference at all. Instead, any measurable impact on future sea-ice area and rate of decline, under the Notz relationship, are determined by the baseline.

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG

120570379.2 0028116-00168

8

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900  Fax 206.386.7500

18.     I applied the Notz relationship of 3.0 +/- 0.3 $m^2$ per ton of CO2 to the net *incremental* estimate of the tons of CO2 due to the project. In the terminology of the FSEIS, this would be the *net* tons projected to be emitted, not the gross tons. Net tons are estimated in the FSEIS by subtracting the estimate of but-for direct and indirect domestic CO2-equivalent ("CO2e") emissions in the no-action Alternative A case, then adding in the foreign indirect emissions estimated to be incrementally induced by an estimated reduction in prices of refined oil products globally due to the total Willow output. The domestic net estimate for the 30-year project cumulatively is found in FSEIS Table 3.2.6; for Alternative E, the net domestic CO2e change is 69.395 MMT, or 2.3 MMT/year. The foreign net estimate is found in FSEIS Table 3.2.7 and is 60.273 MMT, or 2.0 MMT/year for Alternative E. AR820770. Thus, the total net (*i.e.*, incremental) emissions of Alternative E reported in the FSEIS are 129.7 MMT over 30 years, which averages 4.3 MMT CO2e/year.[6]

19.     Figure 2 presents the annual Willow net emissions of CO2e that add up to the total of 129.7 MMT over 30 years (see blue bars). The orange bars in the figure show the annual CO2 values, which are 99.5% of total CO2e, or 129.0 MMT (thus also averaging 4.3 MMT per year, for this number of significant digits). These annual values were

---

[6] For all these calculations, I rely on the 100-year time horizon global warming potential weights for calculating CO2e from multiple GHGs that were used in the Fourth Assessment Report ("AR4") of the Intergovernmental Panel on Climate Change, as this set of weights is used in the FSEIS's summary tables such as FSEIS Table 3.2.6. AR820770. However, my results are not meaningfully different using other sets of CO2e weights referenced in the FSEIS.

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG

9

obtained from Tables E.2.4, E.2.21, E.2.22 and E.2.23 in Appendix E.2A (AR822448-65).

I then applied the AR4 100-year time horizon formula to their estimates for each of three

GHGs (*i.e.*, CO2, methane, and nitrous oxide) to match the 30-year project emissions

estimates reported in Table 3.2.6 of the FSEIS, as summarized in the prior paragraph.

**Figure 2.** Annual Net Tons of CO2e and CO2 Estimated for Alternative E

Source: NERA calculations as described in text, CO2e is based on AR4 100-year global warming potential values as defined in FSEIS



20.     As shown in the graph, my analysis assumes that the first year of emissions

in this 30-year projection of annual net emissions is 2024, with the last year thus being

2053. Although the average net emissions are 4.3 MMT per year (in both CO2e and CO2),

the graph shows how the values differ over time, peaking at Year 7, or 2030. For my

calculations of the time trend in September sea-ice area with and without the Willow

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG

10

120570379.2 0028116-00168

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA  98101
*Main 206.624.0900    Fax 206.386.7500*

project, I use the year-specific emissions in Figure 2, not the average of 4.3 MMT per year. This provides the better representation of the temporal impact of the Willow project, and it results in the largest amount of impact to sea-ice declines during the years 2029-2040, which are the years when annual emissions are above the 30-year annual average of 4.3 MMT per year. Almost three-fourths of the entire Willow project's projected emissions occur in those 12 years.

21.     To project the incremental Arctic sea-ice area impacts of the above Willow emissions over time, one needs a counterfactual of global annual $CO2$ emissions by year (*i.e.*, without Willow being approved). I note here that Notz's analysis and resulting formula is for $CO2$ emissions only,[7] not for all GHG emissions, summarized in units called "CO2e." However, available projections of future global emissions are estimated in terms of CO2e. I thus start by constructing a range of counterfactuals in CO2e, then make numerical estimates of the $CO2$ emissions implicit in those counterfactuals before applying the relationship of 3.0 +/- 0.3 $m^2$ per ton of $CO2$.

22.     I make three counterfactual estimates of global CO2e emissions that span the full range of current future projections, which I have based on data in the *Emissions Gap*

---

[7] This is evident from the specific terminology throughout the Notz paper and its supplemental materials, as well as by the illustrative calculations that they make based on "current" global emissions of "35 Gt CO2 per year" (AR510945). In 2015 and 2016, while that paper was being written, global CO2 emissions were about 35.5 billion metric tons (or gigatons, "Gt", whereas inventories of all GHGs were reported at about 53 Gt CO2e (https://ourworldindata.org/co2-and-greenhouse-gas-emissions). Additionally, the reference they cite for their emissions data (*i.e.,* Meinshausen *et al.,* 2011) does indeed report estimates of CO2 that match data in figures in Notz, as well as CO2e estimates.

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG

11

120570379.2 0028116-00168

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

*Report 2022* ("EGR") published by the United Nations Environment Programme which assesses the gap between global CO2e emissions projected to occur under currently announced nationally determined contributions ("NDCs") and emissions levels consistent with the Paris Agreement's long-term temperature goal of limiting warming to well below 2°C.[8] These three emissions scenarios are described below, and graphically depicted on Figure 3 below.

- **Counterfactual 1**: This scenario is consistent with what EGR calls the "Current Policies Scenario". It involves a modest rise in CO2e between 2020 and 2030, then a more rapid decline through 2050, falling below 2020 levels around 2035.

- **Counterfactual 2**: This scenario exceeds the projections for the EGR's estimate of emissions under the "Conditional NDC scenario" but not sufficiently to be consistent with a 2°C pathway.[9] It is thus a relatively pessimistic view of the ability of the international process for reaching the Paris Agreement targets of

---

[8] United Nations Environment Programme. 2022. *The Closing Window: Emissions Gap Report 2022*. (Available at https://www.unep.org/resources/emissions-gap-report-2022. Accessed Aug 11, 2023). NDCs are the CO2e emissions reduction targets announced by countries that have ratified the Paris Agreement nations party to make their contributions towards reaching the Paris Agreement's goals. The numerical basis for the following counterfactuals can be found in EGR Figure 4.3 at p. 35.

[9] The EGR's "Conditional NDC Scenario" reflects projected future global CO2e outcomes when including even the portions of announced NDCs that are contingent on a range of possible conditions, such as the ability of national legislatures to enact the necessary laws, ambitious action from other countries, realization of finance and technical support, *etc.*

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG

12

120570379.2 0028116-00168

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

limiting warming to well below 2ºC, but nevertheless assumes substantially more global mitigation action than has yet been announced under existing NDCs.

- **Counterfactual 3**: This scenario is consistent with the EGR's representation of a 1.5ºC pathway.

**Figure 3.** Global CO2e Emissions Under Three Counterfactual Scenarios
Source: NERA calculations as described in the text based on EGR 2022.



23.     To estimate the change in Arctic sea-ice based on the Notz relationship, I (a) estimate the annual future $CO_2$ emissions consistent with each of the above three CO2e counterfactuals,[10] (b) apply the Notz formula to the associated $CO_2$ emissions in each year

---

[10] To estimate global $CO_2$ from the global CO2e counterfactual scenarios, I apply the current fraction of global CO2e that comes from $CO_2$, which has been a stable average of 0.67 since 2010, after rising steadily from about 0.54 in the period from 1970 to 2010

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG

13

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

to assess the average expected reduction in $km^2$ of sea ice by year, and (3) accumulate the losses over time to identify the first year in which the projected future sea-ice area falls below 1 million $km^2$ in each respective scenario. The analysis starts in 2022, with an estimate of average September Arctic sea-ice area of 3.474 million $km^2$ based on the Sea Ice Index data of the NSIDC.[11] I use the same estimate of average September sea-ice area in 2022 for each counterfactual, as this value is independent of future (post-2022) global emissions. This process produces three alternative estimates of the time when the Arctic is projected to become "near ice free." The results are shown in Column 1 of Table 1.

(based on data from https://ourworldindata.org/co2-and-greenhouse-gas-emissions). For global CO2e, which is based on many economic activities other than oil production/consumption, the share that is CO2 is much smaller than that for the Willow project, which, as I noted above, is 99.5%.

[11] Fetterer, F., K. Knowles, W. N. Meier, M. Savoie, and A. K. Windnagel. (2017). Sea Ice Index, Version 3 [Data Set]. Boulder, Colorado USA. National Snow and Ice Data Center. https://doi.org/10.7265/N5K072F8. Date Accessed 08-11-2023.

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG

**Table 1.** Year of Critical Ice Loss Estimate Using Mean Notz Relationship of 3.0 km$^2$ of Sea-Ice Area Loss per Incremental Ton of Global $CO_2$ Emissions

Source:  NERA calculations as described in text.

|  | Without Willow Emissions | With Willow Emissions |
|---|---|---|
| Counterfactual 1:  Current Policies as of 2022 | 2045 | 2045 |
| Counterfactual 2:  Between 2021 NDCs and 2ºC | 2054 | 2054 |
| Counterfactual 3:  Consistent with 1.5ºC | Never - Stabilizes at about 1.7 million km$^2$ after 2100 | Never - Stabilizes at about 1.7 million km$^2$ after 2100 |

24.     After adding the Willow annual emissions shown in Figure 2 to each year of each of the three counterfactuals, I repeat the estimation of the year in which Arctic sea-ice area will fall below 1 million km$^2$. The difference between the with-Willow and without-Willow cases is the incremental effect of the Willow project projected by the Notz relationship. Column 2 of Table 1 summarizes the results, which shows that the Willow project's potential incremental impact is *de minimis* – the projected year of critical ice loss does not decrease at all. The results in Table 1 are identical whether I use the CO2e, or CO2 emissions estimated for Willow.

25.     Figure 4 provides the resulting time trends in sea-ice area for the without-Willow and with-Willow cases for each of the three counterfactuals for the period from 2022 through 2100. The fact that it seems that there are only three sets of projections rather than six in the figure is because the results for the "with-Willow" cases are so immaterially

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG

120570379.2 0028116-00168

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

different from those for their respective "without-Willow" counterfactual cases that they appear identical when graphed on this scale (or any scale that can be scientifically measured as discussed above). As can be seen, the two sea-ice area projections using Counterfactual 1 fall below 1 million km$^2$ in 2045, and the two sea-ice projections using Counterfactual 2 fall below 1 million km$^2$ in 2054 – as was summarized in Table 1. Similarly, both sea-ice area projections using Counterfactual 3 stabilize at about 1.7 million km$^2$.

**Figure 4**. Projected Trends in Sea-Ice Area for Six Scenarios (Three Counterfactuals and Three Respective With-Willow Impact Scenarios)
Source: NERA calculations as described in text.



26.    The above analysis is consistent with how Notz understood their formula. Notz suggested that if "current emissions of 35 Gt CO2 per year" were to continue unabated, their relationship implied that sea-ice area would fall below 1 million km$^2$

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG
16

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900    Fax 206.386.7500

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

"before mid-century."[12] AR510945. The above result for Counterfactual 1 (which assumes global CO2 emissions averaging about 36 Gt per year from 2022 through 2050) is consistent with this statement. Notz also stated that "for cumulative future total emissions compatible with reaching a 1.5°C global warming target…Arctic summer sea ice has a long-term chance of survival." AR510945.[13] This statement is consistent with my finding for Counterfactual 3 (which is compatible with a 1.5°C pathway).

27.     My results thus disprove the assertion by declarant Steven Amstrup in his declaration that the Willow project will increase global GHG emissions *significantly enough* to "caus[e] direct harms to polar bear populations and increase[e] the likelihood that the vast majority of the world's polar bear populations will be extirpated before the end of the century." Declaration of Steven Amstrup ¶ 59. In fact, my analysis shows that the environmental impact of the additional Willow project-related emissions is, in any practical sense of the term, nil.

28.     To confirm the results of this analysis, I re-ran the analysis using the apparent 95% statistical confidence intervals on the Notz relationship (*i.e.*, for coefficients from 2.4 m$^2$/ton to 3.6 m$^2$/ton around the mean coefficient estimate of 3.0).[14]

---

[12] "Gt" refers to "gigaton" which equals a billion metric tons, or 1000 MMT.

[13] Notz defines this scenario as one in which cumulative future global emissions are "appreciably below 1000 GT." AR510945. My counterfactual 3 has cumulative emissions do not exceed 666 GT by 2150, consistent with that statement.

[14] I interpret the range of +/- 0.3 as the standard error on the estimate of 3.0. A 95% confidence interval covers a range of 1.96 times the standard error on either side of an estimate. However, Notz never states explicitly that the range reported for the estimate is a standard error and not a 95% confidence interval. On the off chance that Notz is reporting the latter, the 95% confidence ranges in Table 2 would be narrower on both ends but would

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG

The with-Willow and without-Willow results for the year that sea-ice area falls below 1 million $km^2$ remained identical for each respective alternative coefficient value, and their time trends also could not be distinguished from each other in any measurable degree. I also re-ran the analysis with different emissions inputs. For example, I used Alternative E's gross (as opposed to net) emissions estimate (278 MMT per Table 3.2.6 at AR820770) and I doubled the change in emissions due to foreign oil consumption increase (in Table 3.2.7 at AR820770) to 120 MMT. This produces average annual emissions of 13.3 MMT/yr, which is well above a reasonable range of uncertainty about the actual net emissions of Alternative E and well above the net emissions of any of the other alternatives that the FSEIS considered. The results of this case also show that the with-Willow and the without-Willow scenarios are indistinguishable from each other. All of this is unsurprising because, as explained at the outset, the amount of sea ice loss that could theoretically be attributed to Willow using the Notz formula is so small that it is scientifically immeasurable in the real world.

29. Another area of uncertainty is whether the Notz relationship is—against all indications in that paper—more appropriately applied to CO2e rather than CO2. I have also run calculations in which I apply the Notz relationship to global CO2e emissions rather than to the estimate of CO2-specific emissions associated with each counterfactual's projected CO2e. Doing so has the effect of reducing the projected year when sea-ice area

---

not change the result that including Willow's emissions produces identical ranges to those but-for Willow.

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG

18

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900 Fax 206.386.7500

will fall below 1 million km$^2$:  to 2037, 2041, and 2073 for the three counterfactuals, respectively; but those estimates again remain the same when the Willow project's CO2e emissions are added onto each respective counterfactual.

<u>NOTZ DOES NOT SUPPORT LINKING EXPECTED REDUCTIONS TO SPECIFIC PROJECTS OR SPECIFIC REGIONS OF THE ARCTIC.</u>

30.     As explained above, the Notz relationship predicts sea-ice area over the entire Arctic Ocean using total global cumulative CO2 emissions. Thus, the Notz relationship is scientifically uninformative about impacts at more disaggregated scale, whether it be project-specific or location-specific.

31.     Notz's assertion that the resulting formula allows "average personal CO2 emissions of several metric tons per year [to be] directly linked to the loss of tens of square meters of Arctic sea ice" (AR510943) is scientifically unsupported. There is no aspect of the Notz study in which specific small amounts of emissions from any specific activity were analyzed or shown to have the same quantitative relationship as that for global, long-term cumulative CO2 emissions. The word "average" is critical to that statement. All one can infer from Notz's data and analysis is that annual increments of CO2 of *7,000 to 37,000 MMT*[15] appear, in aggregate, to have coincided with aggregate annual reductions in Arctic sea-ice area on the scale of *tens of thousands of km$^2$*. Algebra allows Notz to restate the relationship's effect on a "average per ton" basis, but not to attribute its potential

---

[15] These are the approximate minimum and maximum annual emissions over the period of 1953 to 2015 that were used to estimate the Notz relationship (*see:* https://www.ourworldindata.org/co2-emissions).

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG

19

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

underlying *causality* down to the scale of each individual ton of emitted CO2.[16] Therefore, at the scale of specific CO2-emitting activities that contribute minutely to the global total each year, the Notz relationship is not numerically reliable or even causal.

32. On a similar note, the Notz relationship also does not provide any scientific evidence regarding the specific locations of sea-ice area loss due to the global cumulative emissions. It may be occurring in areas far from where any polar bears or ice seals live. It may be occurring at different rates in the various areas where different polar bear or ice seal populations exist. Even to assume that sea-ice losses projected by Notz's relationship would occur uniformly over the entire Arctic Ocean is unsupported by any aspect of the data and analysis that Notz provided. Therefore, any amount of sea-ice loss projected to occur under a given increment to global emissions cannot, with reasonable certainty, be said to occur in the area of any particular polar bear or ice seal habitat.

## CONCLUSION

33. There is speculation at each step in the causal chain, from estimated net emissions, to estimated incremental aggregated impacts to sea-ice area, to estimated impacts to sea-ice conditions near polar bear and ice seal populations, to estimated impacts

---

[16] In other words, one might be able to infer from that Notz analysis that 30,000 MMT of emissions in a year (such as 2005) would be associated with a sea-ice reduction of about 90,000 $km^2$, because that is the general scale on which Notz observed a pattern of relationship between the two variables, but there is nothing in Notz's annual data to allow one to infer that every individual ton emitted *itself caused* 3 $m^2$ of the 90 billion $m^2$ of loss. Notz's data and analysis cannot reject the possibility that some of the tons within the total of 30 billion metric tons might have had a larger effect than 3 $m^2$ on sea ice while other tons might have had zero effect.

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG

120570379.2 0028116-00168

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900  Fax 206.386.7500

on those species' populations. The degree of speculation is large even for the first couple of steps in this process but increases dramatically for the last two steps.

34.     Nevertheless, the chain of estimates I have produced in this declaration for the first two steps in the causal chain indicates that any potential impacts from Willow, if quantified, would be *de minimis* in scale and too small to be detectible in the environment. By far the largest determinant of sea-ice area is the but-for assumption about how global climate policies will affect all other emitting global activities. The addition of incremental emissions due to Willow has no measurable incremental impact.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on August 28, 2023, at Washington, D.C.

ANNE E. SMITH, PH.D.

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* – Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM, et al.* – Case No. 3:23-cv-00061-SLG
21
120570379.2 0028116-00168