IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al.,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>　　　Defendants,<br><br>　and<br><br>CONOCOPHILLIPS ALASKA, INC., et al.,<br><br>　　　Intervenor-Defendants. | Case No. 3:23-CV-00058-SLG |
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>　　　Defendants,<br><br>　and<br><br>CONOCOPHILLIPS ALASKA, INC., et al.,<br><br>　　　Intervenor-Defendants. | Case No. 3:23-cv-00061-SLG |

**DECLARATION OF REX A. ROCK, SR.**

1.　　I, Rex A. Rock, Sr., serve as the president and chief executive officer of Arctic Slope

DECLARATION OF REX A. ROCK, SR.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*
NO. 3:23-CV-00058-SLG, 3:23-CV-00061-SLG
PAGE 1 OF 16
163581569.6

Case 3:23-cv-00058-SLG   Document 142-1   Filed 08/30/23   Page 1 of 16

Regional Corporation (ASRC, or Company). I oversee all aspects of ASRC's business operations. ASRC serves and represents the interests of our approximately 13,900 Iñupiat shareholders. Iñupiat have resided on the North Slope of Alaska for over 10,000 years.

2. I also serve on ASRC's board of directors and have done so since 1993.

3. I was elected to the position of chairman of the board in 2004, following my service as vice-chairman and first vice-president.

4. My primary residence is in Tikiġaq (Point Hope), the town I grew up in, which is on the North Slope and is the longest inhabited community in North America.

## History and Purpose of Alaska Native Corporations

5. ASRC of is one of twelve land-owning Alaska Native Corporations (ANCs) formed under the Alaska Native Claims Settlement Act (ANCSA), an Act intended to resolve aboriginal land claims in Alaska.

6. Congress created ANCs such as ASRC to provide benefits to shareholders who are Alaska Natives or descendants of Alaska Natives and to promote the health, education and welfare of those shareholders.

7. ANCs are thus very different from typical corporations. Their purpose is not merely to maximize returns, but also to serve the social needs of shareholders and permit them to continue living in remote villages and to maintain a subsistence lifestyle.

8. Beyond promoting the welfare and well-being of their constituents, ANCs control resources and land conveyed to them under ANCSA and were established with the intent to utilize those resources and lands to provide Alaska Natives with opportunities for self-

DECLARATION OF REX A. ROCK, SR.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*
NO. 3:23-CV-00058-SLG, 3:23-CV-00061-SLG
PAGE 2 OF 16
163581569.6

Case 3:23-cv-00058-SLG   Document 142-1   Filed 08/30/23   Page 2 of 16

control and economic self-determination.

## Arctic Slope Regional Corporation

9. ASRC is owned by and represents the business interests of the North Slope Iñupiat.

10. Within the North Slope region, ASRC holds title to approximately five million acres of land conveyed to it under ANCSA. ASRC has utilized less than 2% of its lands for their natural resources. The vast majority of its lands are protected, preserved, conserved or treated as de facto wilderness for cultural and subsistence use by our Iñupiaq shareholders.

11. A portion of ASRC's land has energy, mineral and other resource potential. North Slope Iñupiat view these resources, which lie under our homeland, as resources that are ours to co-manage. Among many other efforts, ASRC pursues and benefits from responsible natural resource development on and near its lands.

12. Since opening enrollment in 1990 to Alaska Natives born after 1971, ASRC's shareholder base has nearly tripled, growing from the nearly 3,700 original enrollees to approximately 13,900 today. ASRC maintains a corporate office in Utqiaġvik, Alaska, with additional corporate and subsidiary offices in Anchorage and throughout the United States.

13. ASRC serves its Iñupiaq shareholders by actively managing its businesses, investments, lands and resources, and relationships to enhance Iñupiaq culture and economic freedom, with continuity, responsibility, and integrity. ASRC is committed to preserving the Iñupiaq way of life, culture and traditions, including the ability to hunt for food to provide for communities in the region.

DECLARATION OF REX A. ROCK, SR.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*
NO. 3:23-CV-00058-SLG, 3:23-CV-00061-SLG
PAGE 3 OF 16
163581569.6

Case 3:23-cv-00058-SLG   Document 142-1   Filed 08/30/23   Page 3 of 16

14. The vast majority of ASRC's shareholders reside in the harsh conditions of the Arctic and Alaska, facing serious economic challenges, including the high costs of basic amenities, in addition to limited access to health care.

15. ASRC supports its shareholders by paying quarterly dividends, providing employment opportunities through a shareholder hire preference policy, offering occupational development and training, and serving as a critical funding source for North Slope charitable/education foundations and other community projects.

16. Since the formation of ASRC, we have issued approximately $1.56 billion in dividends to our shareholders. Our shareholders use their dividends to pay for necessities like housing and utilities, and to help cover the high costs of basic goods in rural Alaska where a gallon of milk can cost as much as $19.

17. ANCSA's revenue sharing provision – 7(i) – requires ANCs like ASRC to share 70 percent of their net revenue from certain development on their ANCSA-conveyed lands with the other regions. As of 2023, ASRC's aggregate 7(i) payments to other Alaska Native corporations surpassed $1.6 billion. Through our revenues, we not only support our own Iñupiat shareholders but Alaska Natives throughout the entire state of Alaska.

18. To fund this support, and to ensure its ability to pay dividends to our shareholders, ASRC has grown its businesses and formed subsidiary companies that currently operate in five major business segments. The Company's major business segments are: government services, industrial services, petroleum refining and marketing, energy support services, and construction.

DECLARATION OF REX A. ROCK, SR.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*
NO. 3:23-CV-00058-SLG, 3:23-CV-00061-SLG
PAGE 4 OF 16
163581569.6

Case 3:23-cv-00058-SLG   Document 142-1   Filed 08/30/23   Page 4 of 16

19. ASRC, along with its family of companies, has for 28 years been one of the largest Alaskan-owned companies.

20. ASRC's largest Alaska-based subsidiary, ASRC Energy Services, LLC, serves as a support services provider in the energy sector.

21. Oil and gas development projects located on the North Slope present significant employment opportunities for our shareholders. As one example, ASRC Energy Services currently employs 130 ASRC shareholders supporting North Slope operations, the majority of whom support ConocoPhillips's work at the Kuparuk and Alpine fields.

22. Responsible development in Alaska, particularly the start of oil production on the North Slope, has brought tremendous positive change for our Iñupiaq shareholders, including increased life expectancy as a result of improvements to health and social services, job opportunities that allow shareholders to work in the North Slope region where they live, and enhanced educational opportunities for our youth.

23. ConocoPhillips has been a strong partner to our shareholders and communities, operating on the North Slope for more than two decades. During this time, we have worked collaboratively to ensure oil and gas development is environmentally responsible, provides valuable benefits to our shareholders as the original landowners, and we can continue a subsistence way of life.

DECLARATION OF REX A. ROCK, SR.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*
NO. 3:23-CV-00058-SLG, 3:23-CV-00061-SLG
PAGE 5 OF 16
163581569.6

Case 3:23-cv-00058-SLG   Document 142-1   Filed 08/30/23   Page 5 of 16

## Willow Project

24. ASRC supports the Willow Project ("Project") because it is a safe and responsible development of oil and gas resources on the North Slope, which will offer significant benefits to our shareholders across the North Slope.

25. The Project will provide jobs for our people and tax revenue to support our schools and health clinics, as well as basic public services like local police and fire protection, search and rescue operations, and water treatment in our communities.

26. If the Project continues to move forward as scheduled, ASRC and its shareholders would directly benefit from opportunities for the Company's subsidiaries, including ASRC Energy Services (AES), to contract with the project proponent, ConocoPhillips.

27. AES and its subsidiaries anticipate employing approximately 825 people to support the Project, with a continued emphasis and preference for shareholder hire. These opportunities, if realized, would result in additional job training and development opportunities, along with increased dividends provided directly to ASRC shareholders.

28. As one specific example, AES competitively bid on and won a Willow pipeline construction contract with ConocoPhillips. To support that work, AES anticipates employing approximately 340 craft and trade personnel during each winter construction season for the next four years.

29. AES is also investing significant time, effort and expense in building a talented senior project management and staff team of approximately 45 people to oversee and support the construction work. AES will not be able to retain these people through a delay

to the Willow project beyond this Winter season, and there is no other work available for them to perform.

30. AES also competitively bid on and won a logistics support contract for Willow beginning this year, where AES anticipates employing approximately 40 people per year for six years.

31. This construction and logistics work, along with additional Willow project work AES anticipates performing, is expected to materially contribute to shareholder dividends and training programs. One such training program that Willow revenue will support is expansion of the "Nutaaq" (which means "new learner" in Iñupiaq) training program at AES. This is a paid, entry level training program for ASRC shareholders who typically do not have sufficient training, skills, qualifications, or experience to obtain full time, regular employment in a trade position. Through the paid training program, AES invests in internal and external training and apprenticeships to enable employees to obtain skilled trade positions, at AES or elsewhere, in craft fields like electrical, welding, scaffolding, pipefitting, heavy equipment operating, and additional trades. ConocoPhillips is a key supporter of the Nutaaq program, contributing both funding for Nutaaq training and positions supporting ConocoPhillips' work. The majority of Nutaaq graduates go on to work for AES supporting ConocoPhillips' operations at the Kuparuk and Alpine oil fields. Any delay or cancellation of the Willow project is expected to reduce the opportunities for ASRC shareholders to obtain valuable training to work in Alaska trades.

32. To date, AES has committed over $10 million dollars to purchase equipment solely

DECLARATION OF REX A. ROCK, SR.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*
NO. 3:23-CV-00058-SLG, 3:23-CV-00061-SLG
PAGE 7 OF 16
163581569.6

Case 3:23-cv-00058-SLG   Document 142-1   Filed 08/30/23   Page 7 of 16

for Willow work. This includes over $5 million already spent on sidebooms for pipeline construction. The vast majority of this equipment is project-specific and there is no other available work where AES can utilize the equipment. If the Willow project is cancelled or materially delayed, AES will not be able to recoup the full amount of these costs.

33. Collectively, AES has spent millions of dollars in employee time researching and analyzing Willow project information on costs, equipment, labor, procurement, supply chain availability, and more to bid on Willow work. Such estimates are particularly dynamic during the current economic climate. A material project delay would require the duplication of these efforts, thereby nullifying the expenditure of material resources that could have been put towards shareholder dividends, benefits, and training opportunities.

34. As with our other partnerships with ConocoPhillips, additional revenue from Willow work will provide significant benefit to our shareholders through not only the issuance of our quarterly dividends but an increased ability for the Company to direct these revenues towards community and economic development projects on the North Slope. As just one example, for the past few years, ASRC has partnered with the Arctic Slope Native Association and the North Slope Borough to provide medical and travel funds to shareholders. The grant funding provided by ASRC is made possible through projects such as Willow.

35. In addition, the North Slope Borough receives approximately 96% of its revenues from taxes levied on oil and gas infrastructure. It is projected that the Project will provide over one billion dollars to the North Slope Borough through property taxes.

DECLARATION OF REX A. ROCK, SR.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*
NO. 3:23-CV-00058-SLG, 3:23-CV-00061-SLG
PAGE 8 OF 16
163581569.6

Case 3:23-cv-00058-SLG   Document 142-1   Filed 08/30/23   Page 8 of 16

36. These funds benefit North Slope residents in immediate and concrete ways by allowing the Borough to employ residents of the North Slope to provide valuable services, ranging from educational services (including support for Alaska's only tribal college); fire, police, and search and rescue services; water and sewer infrastructure; to heating and electric subsidies.

37. The Borough also spends tens of millions of dollars every year to address the impacts of global climate change, including costs associated with building and rebuilding protective coastal berms, storm fighting, rebuilding roads, and other infrastructure costs associated with melting permafrost.

38. In addition, under the Naval Petroleum Reserves Production Act, half of the federal royalty will be shared with the State of Alaska to be used to address potential needs of North Slope communities.

39. The Project is expected to add over two and a half billion dollars that will be available for local grant requests, through the NPR-A Impact Mitigation Grant Program. The NPR-A Impact Mitigation Grant Program will allow Nuiqsut and other communities that will experience the most direct impacts from oil and gas development priority access to seek funds driven by local needs and wants that will provide long-term quality of life improvements. ASRC supports access to these funds to benefit North Slope communities to the greatest degree possible.

40. The Project represents the type of well-considered, environmentally responsible projects ASRC supports.

DECLARATION OF REX A. ROCK, SR.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*
NO. 3:23-CV-00058-SLG, 3:23-CV-00061-SLG
PAGE 9 OF 16
163581569.6

Case 3:23-cv-00058-SLG   Document 142-1   Filed 08/30/23   Page 9 of 16

41. ConocoPhillips and the U.S. Bureau of Land Management (BLM) worked collaboratively with ASRC and the Iñupiat to minimize environmental impacts from the Project and to ensure the Iñupiat can continue a strong and healthy subsistence way of life.

42. The BLM provided at least 215 days of public comment and hosted 25 public meetings by our last count. Together, BLM and ConocoPhillips Alaska have hosted 134 North Slope engagement events—an average of 2.8 events per month—since 2018. Throughout this public engagement, our elected and appointed leaders spoke out in public meetings, submitted joint comments and consulted with numerous staff members at BLM and other federal departments to ensure that the Project incorporates local knowledge and protects the Iñupiaq way of life, including subsistence.

43. ASRC participated actively in the NEPA process for the original EIS, and continued to participate actively in the administrative process for the SEIS.

44. Attached as Exhibit A is a true and correct copy of a letter from ASRC to Rachael Jones, BLM, dated October 29, 2019, entitled "Willow Master Development Plan - Draft Environmental Impact Statement Comments."

45. Attached as Exhibit B is a true and correct copy of a letter from ASRC to Rachael Jones, BLM entitled "Willow Master Development Plan - Supplemental Draft Environmental Impact Statement Comments," dated May 4, 2020.

46. Attached as Exhibit C is a true and correct copy of a letter from AES to BLM entitled "Willow DEIS Supplement comments," dated May 4, 2020.

47. Attached as Exhibit D is a true and correct copy of a joint letter from ASRC, the

DECLARATION OF REX A. ROCK, SR.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*
NO. 3:23-CV-00058-SLG, 3:23-CV-00061-SLG
PAGE 10 OF 16
163581569.6

Case 3:23-cv-00058-SLG   Document 142-1   Filed 08/30/23   Page 10 of 16

Iñupiat Community of the Arctic Slope and the North Slope Borough to the Hon. Raúl Grijalva, dated January 26, 2022.

48. Attached as Exhibit E is a true and correct copy of a joint letter from ASRC sent to Stephanie Rice, BLM, dated March 9, 2022 entitled "Comments of Arctic Slope Regional Corporation on BLM's Notice of Preparation of a Supplemental Environmental Impact Statement for the Willow Master Development Plan."

49. Attached as Exhibit F is a true and correct copy of a joint letter from ASRC, the Iñupiat Community of the Arctic Slope and the North Slope Borough sent to the Hon. Deb Haaland, dated June 3, 2022.

50. Attached as Exhibit G is a true and correct copy of a joint letter from ASRC, the Iñupiat Community of the Arctic Slope and the North Slope Borough sent to the Hon. Deb Haaland, dated July 21, 2022.

51. Attached as Exhibit H is a true and correct copy of a joint letter from Iñupiat Community of the Artic Slope, North Slope Borough, and ASRC to Stephanie Rice, "Comments on the Draft SEIS for the Willow Master Development Plan," Alaska, dated August 29, 2022.

52. Attached as Exhibit I is a true and correct copy of a letter from ASRC Energy Services, LLC, to Secretary Deb Haaland, U.S. Dept. of the Interior, Willow SEIS Comment, dated August 29, 2022.

53. Attached as Exhibit J is a true and correct copy of a joint letter from ASRC, the Iñupiat Community of the Arctic Slope and the North Slope Borough sent to the Hon.

DECLARATION OF REX A. ROCK, SR.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*
NO. 3:23-CV-00058-SLG, 3:23-CV-00061-SLG
PAGE 11 OF 16
163581569.6

Case 3:23-cv-00058-SLG   Document 142-1   Filed 08/30/23   Page 11 of 16

Martin Heinrich, dated September 16, 2022.

54. As part of the environmental review process for the Project, ConocoPhillips proposed a number of mitigation projects that will bring recreational, cultural and subsistence opportunities to the community, such as subsistence access pullouts along new gravel roads; options for new boat ramps at Fish Creek, Tinmiaqsigvik, and Judy Creek; improvement of the Nuiqsut ATV trail used for subsistence access; an east-west drainage project that will improve drainage through the middle of the community; assistance with a boat ramp project at the end of the newly constructed Native Village of Nuiqsut Colville River Access Road; and approximately five miles of ATV trails near Anaktuvuk Pass that will be improved for community subsistence access.

55. During the environmental review process, ConocoPhillips also responded to community input by incorporating several mitigation measures to reduce environmental and subsistence impacts, including the postponement of several drill sites and associated roads and pipelines; reduction of some road widths; reduced speed limits; and the use of an onshore module transfer route, thereby eliminating construction of an offshore gravel island.

56. The Project also offers the opportunity for landowners such as ASRC to participate in compensatory mitigation efforts related to the Project. As part of project compensatory mitigation, ConocoPhillips has paid ASRC to protect a large area of valuable coastal wetlands for subsistence use. Such compensatory mitigation efforts on Alaska Native-owned lands have the dual benefit of providing an additional revenue source, as well as

DECLARATION OF REX A. ROCK, SR.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*
NO. 3:23-CV-00058-SLG, 3:23-CV-00061-SLG
PAGE 12 OF 16
163581569.6

Case 3:23-cv-00058-SLG   Document 142-1   Filed 08/30/23   Page 12 of 16

protecting substantial surface acreage for subsistence activities.

57. The Project also promises increased road connectivity to the village of Nuiqsut, providing year-round road access for subsistence activities. Road connectivity is viewed by many residents as a significant benefit, and is supported by our elected leadership, because it lowers the cost of goods and services and provides greater access for subsistence activities while also increasing safety.

58. Nuiqsut is the only North Slope community that has emergency access to multiple airstrips. The Project falls under a mutual aid agreement with the North Slope Borough where the Willow Airstrip could be used for emergency medical evacuation of Nuiqsut residents if the Nuiqsut and Alpine airstrips are fogged in.

59. The Project represents a durable addition to the North Slope economy. It provides for responsible development, increased employment opportunities, and an important source of regional tax revenue while addressing the needs of regional subsistence users. It also includes strong mitigation measures to protect the environment.

60. I serve on the board of directors for the ANCSA Regional Association (ARA), an organization of which ASRC, along with the other eleven ANCs, is a member. Attached as Exhibit K is a true and correct copy of the letter that ARA submitted to then Department of the Interior Secretary Nominee Deb Haaland, dated February 4, 2021.

61. As explained in ARA's February 2021 letter, ARA, along with the Alaska Native Village Corporation Association, recognizes an "urgent need for vetted, economic opportunities for safe development in Alaska." The organization in its letter encouraged

DECLARATION OF REX A. ROCK, SR.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*
NO. 3:23-CV-00058-SLG, 3:23-CV-00061-SLG
PAGE 13 OF 16
163581569.6

Case 3:23-cv-00058-SLG   Document 142-1   Filed 08/30/23   Page 13 of 16

the Department to allow the Project to move forward without delay.

62. The ARA represents indigenous people throughout the entire State of Alaska, and our united position on this important issue demonstrates that responsible projects like Willow are vital and serve the public interest. The State's lengthy recession has had significant negative impacts on Alaska Natives. Opportunities such as the Project are desperately needed for ASRC's shareholders to maintain or improve their standard of living.

### Economic Conditions on Alaska's North Slope

63. The North Slope of Alaska spans an area nearly the size of the state of Minnesota and within that expansive area, there are eight Iñupiaq communities—Anaktuvuk Pass, Atqasuk, Kaktovik, Nuiqsut, Point Hope, Point Lay, Utqiaġvik and Wainwright. None of our communities are accessible by a permanent road system; all supplies must be flown or barged in making the cost of living extremely high, and economic opportunity generally low.

64. Oil and gas development is the primary economic generator for the North Slope region, but North Slope oil production has declined steadily since its peak in 1988.

65. According to a 2019 Census Report, more than a quarter of Iñupiaq households in the North Slope Borough were below the poverty level in 2019, even before the pandemic. *See* North Slope Borough 2019 Economic Profile & Census Report at 109–110, https://www.north-slope.org/your-government/nsb-economic-profile-census-report/. The Census Report also estimated the unemployment rate to be as high as 32% in 2019. *Id*.; *see*

DECLARATION OF REX A. ROCK, SR.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*
NO. 3:23-CV-00058-SLG, 3:23-CV-00061-SLG
PAGE 14 OF 16
163581569.6

Case 3:23-cv-00058-SLG   Document 142-1   Filed 08/30/23   Page 14 of 16

*also* SEIS at 292–93

66. Alaska's economy is still recovering from the economic impacts of the Covid-19 pandemic. Alaska Natives have suffered from unprecedented job losses, plummeting government tax bases, and urgent public health needs.

67. The Project comes at a time when economic opportunities for ASRC North Slope shareholders are particularly critical due to the significant economic challenges facing the North Slope region.

68. The Project would help ameliorate conditions for North Slope residents, including ASRC's shareholders, by providing dividends that augment household incomes, job opportunities, and access to critical social services and programs that depend on government revenues.

69. Supplementing household incomes, which have seen marked declines in the wake of the pandemic, would advance the public interest. Enjoining the project would postpone or eliminate a needed spur to the economy and disserve the public interest.

70. Attached as Exhibit L is a true and correct copy of a letter from the Alaska Federation of Natives sent to the Hon. President Biden, expressing support for the Project, dated March 13, 2023.

71. The Project also has widespread support from the entities that represent the Iñupiat of the North Slope. As an example, ASRC is a member of an Alaska non-profit corporation named The Voice of the Arctic Iñupiat ("Voice"). Voice is a broad-based organization whose members include local governments, village corporations, and tribes on the North

DECLARATION OF REX A. ROCK, SR.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*
NO. 3:23-CV-00058-SLG, 3:23-CV-00061-SLG
PAGE 15 OF 16
163581569.6

Case 3:23-cv-00058-SLG   Document 142-1   Filed 08/30/23   Page 15 of 16

Slope. Voice's purposes include promoting the social welfare of the Iñupiat of the Arctic Slope, promoting understanding of the North Slope economy, and encouraging culturally safe and responsible development for economic sustainability. In November 2022, Voice's Board passed a resolution recognizing that the region and its communities will benefit from responsible development that will strengthen the North Slope Borough's tax base, provide contracting opportunities for tribes and ANCs, and provide access to grants for community projects through the NPR-A Impact Mitigation Grant Program. The resolution supported advancement of the Willow Project "to further support the economic foundation of the North Slope region and ensure the sustainability and viability of its eight communities and the Iñupiaq culture." A copy of the resolution is attached as Exhibit M.

72. As demonstrated by the exhibits submitted with my declaration, ASRC does not stand alone in its support of the Project. Instead, the Project enjoys strong and widespread support across Alaska.

73. The Project has ASRC's unequivocal support, and we hope that the project will move forward as planned.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 30 day of August 2023.

_____
Rex A. Rock, Sr.

DECLARATION OF REX A. ROCK, SR.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*
NO. 3:23-CV-00058-SLG, 3:23-CV-00061-SLG
PAGE 16 OF 16
163581569.6

Case 3:23-cv-00058-SLG   Document 142-1   Filed 08/30/23   Page 16 of 16