IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>        Plaintiffs,<br>   v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>        Defendants,<br><br>   and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*,<br><br>        Intervenor-Defendants. | Case No. 3:23-cv-00058-SLG |
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>        Plaintiffs,<br>   v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>       Defendants,<br><br>   and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*,<br><br>        Intervenor-Defendants. | Case No. 3:23-cv-00061-SLG |

# ORDER RE ALASKA CONGRESSIONAL DELEGATION'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS' AND INTERVENOR-DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT

Before the Court at Docket 147 in Case No. 3:23-cv-00058-SLG and at Docket 162 in Case No. 3:23-cv-00061-SLG is the *Alaska Congressional Delegation's Motion for Leave to File Amicus Curiae Brief in Support of Defendants' and Intervenor-Defendants' Opposition to Plaintiffs' Motions for Summary Judgment*. Plaintiffs, Defendants, and Intervenor-Defendants ConocoPhillips Alaska, Inc., Kuukpik Corporation, and Arctic Slope Regional Corporation did not respond to the motion; Intervenor-Defendant North Slope Borough does not oppose the motion; Intervenor-Defendant State of Alaska filed a response of non-opposition to the motion at Docket 148.

Upon due consideration and good cause being shown, IT IS ORDERED that the motions to file *amicus curiae* briefs at Docket 147 in Case No. 3:23-cv-00058-SLG and at Docket 162 in Case No. 3:23-cv-00061-SLG are each GRANTED. The Court will consider the proposed *amicus curiae* briefs at Docket 147-1 in Case No. 3:23-cv-00058-SLG and at Docket 162-1 in Case No. 3:23-cv-00061-SLG.

DATED this 12th day of September, 2023, at Anchorage, Alaska.

> */s/ Sharon L. Gleason*
> UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00058-SLG & 3:23-cv-00061-SLG; *Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* & *Center for Biological Diversity, et al.* v. *BLM, et al.*
Order re Motions to file *Amicus Curiae* Briefs
Page 2 of 2

Case 3:23-cv-00058-SLG   Document 149   Filed 09/12/23   Page 2 of 2