Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
Luke A. Sanders (*admitted pro hac vice*)
luke.sanders@stoel.com
Tiffany Wang (*admitted pro hac vice*)
tiffany.wang@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Whitney A. Brown (Bar No. 1906063)
whitney.brown@stoel.com
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907.277.1900
Facsimile: 907.277.1920

Attorneys for Intervenor-Defendant
ConocoPhillips Alaska, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al.,<br><br>  Plaintiffs,<br><br> v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>  Defendants,<br><br> and<br><br>CONOCOPHILLIPS ALASKA, INC., et al.,<br><br>  Intervenor-Defendants. | Case No.: 3:23-cv-00058-SLG |
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>  Plaintiffs,<br><br> v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>  Defendants,<br><br> and<br><br>CONOCOPHILLIPS ALASKA, INC., et al.,<br><br>  Intervenor-Defendants. | Case No. 3:23-cv-00061-SLG |

**CONOCOPHILLIPS ALASKA, INC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF INTERVENOR-DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUMMARY JUDGMENT MOTIONS (L.R. 7.1)**

Intervenor-Defendant ConocoPhillips Alaska, Inc. ("ConocoPhillips") submits as supplemental authority the attached recently issued Memorandum Opinion in *Center for Biological Diversity v. U.S. Department of the Interior*, Case No. 1:22-cv-01716-TSC (D.D.C., November 1, 2023) ("*CBD*").[1]

In *CBD*, the plaintiffs challenged BLM's decision to approve multiple drilling operations ("APDs") in New Mexico and Wyoming. They argued that "these oil and gas wells 'will likely emit 490-600 million metric tons of carbon dioxide equivalent … greenhouse gas pollution over the course of their lifespans'—'a nationally and globally significant quantity of emissions,'" and that BLM "failed to consider the impact of these emissions" under the Section 7 of the ESA, and other statutes.[2] The court dismissed the complaint for lack of standing because the plaintiffs did "not identify individual members who use the areas affected by the challenged individual APDs."[3] The court was unpersuaded by plaintiffs' assertions of interests in endangered species at other locations and their "archetypal procedural injury" standing argument.[4]

The *CBD* decision is instructive to the standing arguments in this case. Intervenor-Defendant State of Alaska argued that Plaintiffs lack standing to assert their ESA claims because Plaintiffs' polar bear interests are in Kaktovik, not in or around the

---

[1] A true and correct copy of the slip opinion is attached as Exhibit A.

[2] Ex. A at 3.

[3] Ex. A at 9.

[4] *CBD*, Dkt. 93 at 22, 24.

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM et al.*, Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM et al.*, Case No. 3:23-cv-00061-SLG

2

121370895.3 0028116-00168

Case 3:23-cv-00058-SLG   Document 164   Filed 11/03/23   Page 2 of 4

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900 Fax 206.386.7500

Willow project, and Plaintiffs have no "concrete plans to see polar bears … specifically [in] the area of the Petroleum Reserve where the Willow Project will be."[5] As in *CBD*, Plaintiffs here fail to establish standing because "they [did] not identify individual members who use the areas affected by" the project and instead rely on interests in viewing polar bears in Kaktovik.[6] Plaintiffs' generalized allegations are too attenuated to the project area and "fall sort of establishing that any member would have standing to challenge" the project's ESA consultation.[7]

DATED: November 3, 2023.

STOEL RIVES LLP

By: */s/ Ryan P. Steen*
Ryan P. Steen (Bar No. 0912084)
Jason T. Morgan (Bar No. 1602010)
Whitney A. Brown (Bar No. 1906063)
Luke A. Sanders (admitted pro hac vice)
Tiffany Wang (admitted pro hac vice)

*Attorneys for Intervenor-Defendant ConocoPhillips Alaska, Inc.*

Certification: Counsel for ConocoPhillips certifies that this Notice is 338 words, in compliance with Local Civil Rules 7.1(d) and 7.4.

---

[5] No. 3:23-cv-00058-SLG, Dkt. 145 (response to SILA) at 9-20; No. 3:23-cv-00061-SLG, Dkt. 157 (response to CBD) at 9-20.

[6] Ex. A at 9.

[7] *Id.*

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM et al.*, Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM et al.*, Case No. 3:23-cv-00061-SLG

3

**CERTIFICATE OF SERVICE**

I hereby certify that November 3, 2023, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in Case No. 3:23-cv-00058-SLG and 3:23-cv-00061 SLG who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Ryan P. Steen*
Ryan P. Steen

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900  Fax 206.386.7500

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM et al.*, Case No. 3:23-cv-00058-SLG
*Center for Biological Diversity, et al. v. BLM et al.*, Case No. 3:23-cv-00061-SLG

4