# UNITED STATES DISTRICT COURT

for the

District of Alaska

SOVEREIGN INUPIAT FOR A LIVING ARCTIC, ALASKA WILDERNESS LEAGUE, ENVIRONMENT AMERICA, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, THE WILDERNESS SOCIETY,

*Plaintiffs*

v.

Civil Action No. 3:23-cv-00058-SLG

BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, UNITED STATES DEPARTMENT OF THE INTERIOR,

*Defendants*

*And*

CONOCOPHILLIPS ALASKA, INC., ARCTIC SLOPE REGIONAL CORPORATION, NORTH SLOPE BOROUGH, KUUKPIK CORPORATION, STATE OF ALASKA,

Intervenor Defendants

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Plaintiffs' claims are dismissed with prejudice.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: November 9, 2023

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Brian D. Karth**
Brian D. Karth
Clerk of Court