# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:23-cv-00058-SLG

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/14/2023

Date of judgment or order you are appealing: 11/09/2023

Docket entry number of judgment or order you are appealing: 166, 167

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

- (•) Yes
- ( ) No
- ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, ALASKA WILDERNESS LEAGUE, ENVIRONMENT AMERICA, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY

Is this a cross-appeal? ( ) Yes  (•) No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  (•) Yes  ( ) No

If yes, what is the prior appeal case number? 23-35226

Your mailing address (if pro se):

Trustees for Alaska

121 W. Fireweed Lane, Suite 105

City: Anchorage   State: AK   Zip Code: 99503

Prisoner Inmate or A Number (if applicable):

Signature: s/Bridget Psarianos   Date: Nov 10, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1   Case 3:23-cv-00058-SLG   Document 168   Filed 11/14/23   Page 1 of 5   Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Sovereign Iñupiat for a Living Arctic, Alaska Wilderness League, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society

Name(s) of counsel (if any):

> Bridget Psarianos, Suzanne Bostrom, Brook Brisson

Address: 121 W. Fireweed Ln., Suite 105, Anchorage, AK 99503

Telephone number(s): 907-433-2011, 907-433-2015, 907-433-2012

Email(s): bpsarianos@trustees.org, sbostrum@trustees.org, bbrisson@trustees.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> U.S. Bureau of Land Management, U.S. Fish & Wildlife Service, U.S. Department of the Interior

Name(s) of counsel (if any):

> Paul Turcke, Rickey Turner

Address: 950 Pennsylvania Avenue, NW Washington, DC 20530

Telephone number(s): 202-532-5994

Email(s): paul.turcke@usdoj.gov; Rickey.Turner@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:
ConocoPhillips Alaska, Inc.

Name(s) of counsel (if any):
Ryan P. Steen, Jason T. Morgan, Whitney A. Brown

Address: 600 University Street, Suite 3600, Seattle, WA 98101

Telephone number(s): 206-624-0900

Email(s): ryan.steen@stoel.com, jason.morgan@stoel.com, whitney.brown@stoel

Name(s) of party/parties:
Arctic Slope Regional Corporation

Name(s) of counsel (if any):
Stacey Bosshardt, Eric Fjelstad

Address: 700 Thirteenth Street, N.W., Suite 800, Washington, D.C. 20005

Telephone number(s): 202-654-6200, 907-279-8561

Email(s): SBosshardt@perkinscoie.com, EFjelstad@perkinscoie.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6   Case 3:23-cv-00058-SLG   Document 168   Filed 11/14/23   Page 3 of 5   *New 12/01/2018*
                                    2

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Kuukpik Corporation

Name(s) of counsel (if any):
Patrick W. Munson, Brooks W. Chandler, Charles A. Cacciola

Address: 911 W 8th Ave. # 302 Anchorage, AK 99501

Telephone number(s): (907) 272-8401

Email(s): pmunson@bcfaklaw.com, bchandler@bcfaklaw.com, ccacciola@bcfak

Name(s) of party/parties:
North Slope Borough

Name(s) of counsel (if any):
Tyson C. Kade, Jonathan D. Simon, Melinda L. Meade Meyers, Charlene Koski

Address: 1050 Thomas Jefferson Street, NW Washington, DC 20007

Telephone number(s): 202-298-1800, 206-623-9372

Email(s): tck@vnf.com, jxs@vnf.com, mmm@vnf.com, cbk@vnf.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6    Case 3:23-cv-00058-SLG   Document 168   Filed 11/14/23   Page 4 of 5    *New 12/01/2018*
                                        2

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
State of Alaska

Name(s) of counsel (if any):
Treg Taylor, Mary Hunter Gramling

Address: P.O. Box 110300 Juneau, AK 99811-0300

Telephone number(s): 907-465-3600

Email(s): treg.taylor@alaska.gov, mary.gramling@alaska.gov

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6   Case 3:23-cv-00058-SLG   Document 168   Filed 11/14/23   Page 5 of 5   *New 12/01/2018*

2