THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et al.*, <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC. *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00058-SLG |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AN INJUNCTION PENDING APPEAL

Before the Court at Docket Number 169 is Plaintiffs' Motion for an Injunction Pending Appeal. Upon consideration of the motion, IT IS ORDERED that the motion is hereby GRANTED.

Plaintiffs meet the requirements for an injunction pending appeal. *See Lopez v. Heckler*, 713 F.2d 1432, 1435 (9th Cir. 1983) (noting the standard for an injunction pending appeal is the same as a preliminary injunction); *see also Winter v. Natural Res.*

---

*Sovereign Iñupiat for a Living Arctic v. BLM*, Case No. 3:23-cv-00058-SLG      1

*Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131–32 (9th Cir. 2011).

Plaintiffs established that they are likely to prevail or raised serious questions going to the merits on their claims that the Bureau of Land Management (BLM) violated the National Environmental Policy Act and Naval Petroleum Reserves Production Act; (2) Plaintiffs' uses and interests will be irreparably harmed by gravel mining and road building that is scheduled to begin imminently; (3) the balance of equities tips in favor of issuing an injunction while the appeal is resolved; and (4) an injunction is in the public interest.

To ensure the status quo is maintained, the Court enjoins ConocoPhillips Alaska, Inc. from engaging in any construction activities related to the Willow Master Development Plan until relief can be sought and ruled on by the Ninth Circuit Court of Appeals.

To safeguard the important public rights at issue in this case and to avoid frustrating public interest litigation, the Court waives the bond requirement.

DATED this _____ day of November, 2023 at Anchorage, Alaska.

_____
HON. SHARON L. GLEASON
United States District Court Judge