Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA
121 W. Fireweed Lane, Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
bpsarianos@trustees.org
sbostrom@trustees.org
bbrisson@trustees.org

*Attorneys for Plaintiffs*

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants,<br><br>and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:23-cv-00058-SLG |

**MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTION FOR AN INJUNCTION PENDING APPEAL**
(Local Civil Rule 7.3(a))

Pursuant to Local Civil Rule 7.3(a), Plaintiffs move this Court to expedite consideration of their Motion for an Injunction Pending Appeal (Motion), filed concurrently, which seeks to halt ConocoPhillips Alaska, Inc.'s (ConocoPhillips) ground-disturbing activities while Plaintiffs Sovereign Iñupiat for a Living Arctic seek review of this Court's Decision & Order on Plaintiffs Motion for Summary Judgment, ECF No. 166, and Judgment in a Civil Case, ECF No. 167. Plaintiffs filed a Notice of Appeal of that Order yesterday (ECF No. 168). Plaintiffs respectfully request the Court grant this motion to expedite and endeavor to issue a decision on the Motion for an Injunction Pending Appeal by no later than 5:00 p.m. on November 29, 2023. To reach a decision on this shortened timeframe, Plaintiffs propose that response briefs be due November 22, 2023, and Plaintiffs would forego a reply in the interest of expediency.

Plaintiffs' counsel conferred with counsel for ConocoPhillips regarding its plans for the 2023–2024 winter construction. Counsel for ConocoPhillips stated that winter activities have already begun and that the company will begin ground-disturbing activities on December 21, 2023, as set out in its August 29, 2023 declaration from Connor Dunn. Decl. of B. Psarianos ¶ 4 (attached); Ex. 1 (attached email from Ryan Steen); Ex. 2 (attached email from Ryan Steen); *see also* Decl. of Connor A. Dunn ¶¶ 7, 9, ECF No. 141-2. That declaration indicates ConocoPhillips will be advancing major construction work this season that includes the permanent placement of gravel fill for roads, the Willow Operations Center, and other infrastructure. Dunn Decl. ¶ 9. Counsel

for ConocoPhillips further indicated that the company would not be willing to adjust their timeline for construction to accommodate resolution of Plaintiffs' motion. Ex. 2.

Based on the foregoing and to avoid irreparable harm, Plaintiffs have determined that it is necessary to seek an injunction pending appeal pursuant to Federal Rule of Civil Procedure 62(d) and Federal Rule of Appellate Procedure 8(a)(1)(C). Time is also of the essence regarding the Motion because ConocoPhillips will imminently begin ground-disturbing activities that will cause irreparable harm to Plaintiffs and their members and supporters. Because ConocoPhillips is not willing to further delay construction activities, Plaintiffs are seeking a decision by no later than November 29th to provide adequate time for further motions practice in the Ninth Circuit Court of Appeals, should it be necessary. Plaintiffs are concerned that a more protracted schedule would prejudice their ability to seek any necessary relief in advance of ConocoPhillips starting construction.

Federal Defendants take no position on this motion. Intervenor-Defendants ConocoPhillips, the North Slope Borough, Kuukpik Corporation, Arctic Slope Regional Corporation, and the State of Alaska oppose this motion.

Respectfully submitted this 16th day of November, 2023.

s/ Bridget Psarianos
Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*

**Certificate of Service**

I certify that on November 16, 2023, I caused a copy of the MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTION FOR AN INJUNCTION, PENDING APPEAL and [PROPOSED] ORDER to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case.

s/ Bridget Psarianos
Bridget Psarianos