# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>        Plaintiffs,<br>   v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>        Defendants,<br><br>   and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*,<br><br>        Intervenor-Defendants. | Case No. 3:23-cv-00058-SLG |
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>        Plaintiffs,<br>   v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>       Defendants,<br><br>   and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*,<br><br>        Intervenor-Defendants. | Case No. 3:23-cv-00061-SLG |

## ORDER RE MOTIONS TO FILE *AMICUS CURIAE* BRIEFS

Before the Court at Docket 183 in Case No. 3:23-cv-00058-SLG and at Docket 203 in Case No. 3:23-cv-00061-SLG is the *Alaska Congressional Delegation and Alaska State Legislature's Motion for Leave to File Amicus Curiae Brief in Support of Defendants' and Intervenor-Defendants' Opposition to Plaintiffs' Motions for Injunction Pending Appeal*. Plaintiffs Sovereign Iñupiat for a Living Arctic, *et al.* take no position on the motion; Plaintiffs Center of Biological Diversity, *et al.* do not oppose the motion; Defendants do not oppose the motion; Intervenor-Defendants State of Alaska, North Slope Borough, ConocoPhillips Alaska, Inc., and Arctic Slope Regional Corporation do not oppose the motion; Intervenor-Defendant Kuukpik Corporation has not responded to the motion.

Upon due consideration and good cause being shown, the motions are each GRANTED. IT IS ORDERED that the *amicus curiae* at Docket 183-1 in Case No. 3:23-cv-00058-SLG and the *amicus curiae* at Docket 203-1 in Case No. 3:23-cv-00061-SLG are each ACCEPTED as filed.

DATED this 1st day of December, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00058-SLG & 3:23-cv-00061-SLG; *Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* & *Center for Biological Diversity, et al. v. BLM, et al.*
Order re Motions to file *Amicus Curiae* Briefs
Page 2 of 2

Case 3:23-cv-00058-SLG   Document 187   Filed 12/01/23   Page 2 of 2